ALDON F. ABBOTT
General Counsel

SAMANTHA GORDON (IL Bar No. 6272135)
sgordon@ftc.gov
MATTHEW H. WERNZ (IL Bar No. 6294061)
mwernz@ftc.gov
Federal Trade Commission
230 South Dearborn, Suite 3030
Chicago, Illinois 60604
312.960.5623 (Gordon)
312.960.5596 (Wernz)
ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TRIANGLE MEDIA CORPORATION, a Delaware corporation, also doing business as Triangle CRM, Phenom Health, Beauty and Truth, and E-Cigs, *et al.*,<br><br>Defendants. | Case No.:  18-cv-01388-BEN-NLS<br><br>Appendix of Declarations in Support of Plaintiff's *Ex Parte* Motion for Temporary Restraining Order with Asset Freeze, Appointment of a Receiver, Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue<br><br>(Volume 1 of 2) |

## Declarations

**Plaintiff's Exhibit ("PX") 1 – Declaration of Jennifer Clark** .................................**4**
    Attachments
    Clark Attachment A ........................................................................................7
    Clark Attachment B ........................................................................................9
    Clark Attachment C ......................................................................................14
    Clark Attachment D ......................................................................................18
    Clark Attachment E ......................................................................................20

**PX 2 – Declaration of Theresa Fabbricante** ........................................................**22**
    Attachments
    Fabbricante Attachment A ...........................................................24
    Fabbricante Attachment B ...........................................................26
    Fabbricante Attachment C ...........................................................28

**PX 3 – Declaration of Susan Landreau** ...............................................................**30**
    Attachments
    Landreau Attachment A .............................................................34
    Landreau Attachment B .............................................................36
    Landreau Attachment C .............................................................39
    Landreau Attachment D .............................................................42
    Landreau Attachment E .............................................................45
    Landreau Attachment F .............................................................48
    Landreau Attachment G .............................................................51
    Landreau Attachment H .............................................................54
    Landreau Attachment I .............................................................57

**PX 4 – Declaration of Nancy Lawhorn** ...............................................................**64**
    Attachments
    Lawhorn Attachment A .............................................................67
    Lawhorn Attachment B .............................................................69
    Lawhorn Attachment C .............................................................72
    Lawhorn Attachment D .............................................................75
    Lawhorn Attachment E .............................................................78
    Lawhorn Attachment F .............................................................82

**PX 5 – Declaration of Larry Mack** ...................................................................**86**
    Attachments
    Mack Attachment A .................................................................90
    Mack Attachment B .................................................................94

**PX 6 – Declaration of Jerry McCallum** ...............................................................**96**
    Attachments
    McCallum Attachment A .............................................................101
    McCallum Attachment B .............................................................104
    McCallum Attachment C .............................................................107
    McCallum Attachment D .............................................................111

**PX 7 – Declaration of Janet Pollard** ................................................................**113**
    Attachments
    Pollard Attachment A .......................................................................118
    Pollard Attachment B .......................................................................123
    Pollard Attachment C .......................................................................125
    Pollard Attachment D .......................................................................129
    Pollard Attachment E........................................................................131

**PX 8 – Declaration of Shawn Ulmer** ...............................................................**136**
    Attachments
    Ulmer Attachment A.........................................................................138
    Ulmer Attachment B.........................................................................142
    Ulmer Attachment C.........................................................................144

**PX 9 – Declaration of John McCraner** ...........................................................**147**
    Attachments
    McCraner Attachment A ...................................................................152

Dated: June 22, 2018

Respectfully submitted,

ALDON F. ABBOTT
General Counsel

Samantha Gordon
Matthew H. Wernz
Federal Trade Commission
Midwest Region

3

## DECLARATION OF JENNIFER CLARK
### PURSUANT TO 28 U.S.C. § 1746

I, Jennifer Clark, hereby declare as follows:

1.      My name is Jennifer Clark.  I am over eighteen years of age.  I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

2.      On or about March 23, 2017, I was logged into Facebook and saw an advertisement for what I assumed was a skin care product.  A true and correct screenshot of that advertisement is attached hereto as **Clark Attachment A**.  I clicked on the "Learn More" button.

3.      I was then directed to another webpage containing various endorsements, including well-known celebrities.  That page indicated that I would only have to pay $4.95 for shipping and handling for a free sample of a product called Erase.  A true and correct screenshot of that website is attached hereto as **Clark Att. B**.  I clicked on the button that said "Get Your Sample Bottle."

4.      I was taken to another website where I was asked for my name and address information to receive my trial.  A true and correct screenshot of that website is attached hereto as **Clark Att. C**.  I provided this information and clicked on the button that said "Rush My Trial."

5.      I was then directed to another website that asked me for my credit card information.  A true and correct screenshot of that website is attached hereto as **Clark Att. D**.  I filled out my credit card information and clicked the button that said "Complete Checkout."  I placed my order with the understanding that I would only pay $4.95 for shipping and handling for a trial of the product.

Page 1 of 3

6.     Within a few days, I received a package containing two products – a small foil sample package of product and another full jar of product labeled "Find Beauty & Truth Erase Repair H/A."

7.     On or around April 7, 2017, I was reviewing my credit card statement and saw a charge from TENYEARSYOUNGERSKIN for $98.71. A true and correct copy of my credit card statement is attached hereto as **Clark Att. E.** I immediately called the customer service number to find out why I had been charged $98.71. The automated telephone system connected me to a live operator because I had not purchased the product via telephone.

8.     I asked the customer service representative what the charge was for and was told that I was charged the full price of the product because I did not cancel within the allotted time period of 15 days. I was also told that I had been enrolled in a continuity program. I told the customer service representative that I wanted to cancel the continuity program and also wanted a refund for the $98.71. The representative said that I would be getting a refund to my credit card within 7 days.

9.     On or around May 22, 2017, I was reviewing my credit card statement and noticed that I had not received a refund. I called the customer service number again. This time I got the run around from customer service. The representative told me that there was no account in my name because I had cancelled my subscription. And although they had a 30-day "satisfaction guaranteed" policy, I was over that time period. The customer service representative would not allow me to talk to a supervisor. When I persisted, the customer service representative said that they would have someone call me.

10.     When I had not received a phone call back by June 14, 2017, I again called customer service number. After a similar run around, the customer service representative finally

Page 2 of 3

offered me a 50% refund. I responded that 50% was not sufficient. After waiting on hold for ten more minutes she said she had no authority to give me anything more than a 50% refund.

11.     I finally did receive a 50% refund. However, I am still out of pocket $49.35.

12.     At no point during my purchase did I see a notice that said I would be charged the full purchase price of the product if I did not cancel within a certain number days.

13.     At no point during my purchase did I see a notice that said I was enrolling in a subscription service for the product.

14.     I did not authorize anyone to charge my credit card the full price of the product. And I did not authorize anyone to charge my credit card for a monthly subscription.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _23 May_ 2018.  _Jennifer Clark_
                                                      Jennifer Clark

Page 3 of 3

PX 1

6

# Clark Attachment A

Suggested Post

 **More younger**
Sponsored · 🌐



For ladies aged 45 +, You have to try this and you will love this, it only takes 2 minutes!



## Never wear make-up again! instead do this

Do it at home and stop make up

DHCCARE.COM

Learn More

 1

 Like     🖼 Comment      Share

PX 1
8

Clark Attachment A

# Clark Attachment B

The sisters launched the products for sale through their company website and say they sold out within 5 minutes.

*"We even made sure we had more product than we thought we could sell, but all of it sold out within five minutes!"* exclaimed Samantha.

While the Shark Tank investors are toasting to their smart business move, women around are flocking online to purchase Erase and say the results have been life-changing.

Clinical trials of Erase have uncovered that women who used the Erase were able to drastically reduce the signs of aging and with continued use prevented the signs from reoccurring.

*"Erase is revolutionizing anti-aging medicine,"* explained Barbara Corcoran from Shark Tank.

# CELEBRITIES LOVE Erase



*"Erase is ground-breaking. They are the only company in the world who can effectively remove the signs of aging in a safe and healthy manner." - **Oprah Winfrey***

*visible change in my skin, best of all my husband complimented me on my skin after just 2 weeks!!!!! He thought I had foundation on, and I did'nt that is just fabulous!!!!!!!"*
**Carol Keeton**
**Denver, CO**

## BEFORE & AFTER



*"I have been using Erase and I am incredibly impressed with the results! My skin is brighter and it is very apparent that my skin is more hydrated and dewy."*
**Briana Smith**
**Houston, TX**

## BEFORE & AFTER



*"YES!! Finally, I have found a skin care range that works. At 56 years old this is the first time I've had products that work for me."*

PX 1
10

Clark Attachment B



*Miami, FL*

## Special Offer

☑ Step 1:

**CLICK HERE to Claim Your Free Sample of Erase**



*"I've been using Erase as a preventative skincare measure for months and I'm amazed at the change in the condition of my skin. My skin has never felt so healthy or looked so good!" - **Megan Mullally***



Free Samples are limited.
Expires on Thursday, March 23, 2017



GET YOUR SAMPLE BOTTLE >>



*"I have a hectic schedule and I don't have a lot of time to devote to beauty routines. That's why I love Erase! Just a few minutes every morning and night keeps my skin beautiful and wrinkle-free." - **Sandra Bullock***

PX 1
11

Clark Attachment B

# GIVE YOURSELF THE STAR TREATMENT

For a limited time anyone can try Erase for free!

That's right, Erase are giving away samples of their Instant Wrinkle Reduction Cream for FREE.

The only cost you will incur is the discounted shipping rate of $4.95. The cream will then be delivered straight to your door and ready to use immediately.

Remember it's important that you use both the Erase to achieve the full anti-aging results.

This offer won't last for long so make sure you follow the link below to claim your free sample today before they all run out!

· · · · · · · · · · · · · · · · · · · · · · · · LIMITED TIME OFFER FOR OUR READERS · · · · · · · · · · · · · · · · · · · · 

(FREE SAMPLES RUN OUT DAILY - CLAIM YOURS NOW BEFORE THEY'RE ALL GONE)

IMPORTANT: During clinical testing it was proven that you MUST use this product DAILY to achieve similar results.

✔ Update: Only 2 Samples Still Available. Free Sample Promotion Ends: Thursday, March 23, 2017

☑ Step 1:<u>Free Sample Of Erase</u>



Take advantage of our exclusive link and pay only $4.95 for shipping!

This special offer ends: Thursday, March 23, 2017





Recent # Comments                                                          Add a comment

PX 1
12

Clark Attachment B



Clark Attachment B

# Clark Attachment C

PX 1
15

Clark Attachment C





PX 1
16

Clark Attachment C











This product has not been evaluated by the FDA. This product is not intended to diagnose, treat, cure or prevent any disease.
Results in description are illustrative and may not be typical results and individual results may vary.
Representations regarding the efficacy and safety of Erase/Repair HA have not been
scientifically substantiated or evaluated by the Food and Drug Administration.
The depictions on this page are fictitious and indicative of potential results.

Terms & Conditions | Privacy Policy | Contact Us

**PX 1**          **Clark Attachment C**
17

# Clark Attachment D

**PX 1**
**19**

**Clark Attachment D**

## ERASE/REPAIR HA
2% HYALURONIC ANTI-AGING CREAM



SHIPPING INFO          FINISH ORDER



Internet Exclusive Offer
Available to US Residents Only

---

 13 Others are viewing this offer right now -

**Great Job Eden Clark!** You're taking your first step towards a better skin.
Act now so you don't miss out on this offer!

Current Availability: ▆▆        **LOW STOCK!** Sell-out Risk: **HIGH**

Just pay a small shipping fee. Enjoy expedited delivery to **Meridian, US.**
Your order is scheduled to arrive by **Mar 25, 2017.**



**ERASE/REPAIR HA**
2% Hyaluronic Acid, Anti-Aging Cream
30ML - 30 Day Supply

| Price | $0.00 |
|---|---|
| Shipping & Handling | $4.95 |
| Total | $4.95 |

☑ Yes, add Protect Package for $2.95 to my order.

  

## CONFIRM YOUR EXCLUSIVE TRIAL NOW!
LIMITED QUANTITIES AVAILABLE

Terms and Conditions: By submitting, you consent to having read and agreed to our Terms and
Conditions. Your order will ship within 24 business hours and we're confident you will love your
younger looking skin.

Terms & Conditions | Privacy Policy | Contact Us



**FINAL STEP**
**PAYMENT INFORMATION**

VISA          DISCOVER

Is your billing address the same
as your shipping address?

◉ Yes ○ No

Credit Card #:

Card Type:     Visa

Expiry Date:   Jan (1)        2017

CVV:                      What is this?

🔒 Secure 256 Bit Encrypted Connection

COMPLETE STEP TWO

MasterCard.    Verified by
SecureCode.    VISA

# Clark Attachment E



4/08/17   10YEARSYOUNGERSKIN   Other   ...1866   $98.71

## 10YEARSYOUNGERSKIN

**Transaction Date**   Friday, 4/07/2017

**Posted Date**   Saturday, 4/08/2017

**Details**   Direct Marketing

*Appears on your statement as: 10YEARSYOUNGERSKIN 8444275320 00000 BG*

**PX 1**
**21**

**Clark Attachment E**

## DECLARATION OF THERESA FABBRICANTE
### PURSUANT TO 28 U.S.C. § 1746

I, Theresa Fabbricante, hereby declare as follows:

1.      My name is Theresa Fabbricante. I am ninety years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

2.      On or around Nov 15, 2015, I saw an advertisement on a website for skin care products. The advertisement stated that I could get a trial sample if I paid only shipping and handling. I ordered the product and gave my name, address, and credit card number. The product arrived some time later.

3.      On or around Nov 30, 2015, I called a number included in the product package to ask about returning the product and cancelling the order. I wanted to cancel the order and return the product immediately after seeing in small print that I had been enrolled in a subscription instead of a one-time trial offer. I received a cancellation confirmation stating that I would not be charged if they received the product by December 15, 2015, and that if they did not receive the product back by that date I would be charged $79.95. A true and correct copy of the cancellation confirmation is attached hereto as **Fabbricante Attachment A**.

4.      I sent the product back via priority mail the same day, November 30, 2015, to the address on the cancellation confirmation, Erase Repair Returns, 14603 East Moncrieff Place, Ste. 100, Aurora, CO 80011.

5.      Due to a fracture in my C-2 vertebrae, I was not able to review my annual credit card statement until January 16, 2016. Upon my review, I saw that there were three charges:

    i.  11/15/15   FOM*LOOKOFBEAUTY,CA         $2.95

    ii. 11/15/15   TRULY-BEAUTY,               $4.95

      iii.   11/30/15   TRULY-BEAUTY,                      $96.71

A true and correct copy of my credit card statement is attached hereto as **Fabbricante Attachment B**.

     6.     I was shocked to see that I had been charged $96.71 on the same day that I had called to return the product.

     7.     On either January 16 or January 17, 2016, I called the company and spoke with two different representatives. They told me that I would receive a 50% refund now and the remaining 50% refund when the warehouse informed them that it received the product.

     8.     On or around Jan 17, 2016, I received a refund in amount of $49.35. It shows up incorrectly on my credit card statement as having been credited on November 30, 2015.

     9.     On or around February 12, 2016, when I still had not received the second half of the refund, I sent a complaint letter to the Colorado Better Business Bureau ("BBB"). A true and correct copy of my complaint is attached hereto as **Fabbricante Attachment C**.

     10.     On or around March 2, 2016, and only with the BBB's intervention, I finally received the second half of my refund in the amount of $49.36. Again, it shows up incorrectly on my credit card statement as having been credited on November 30, 2015.

     I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10 / 5 / 2017___ 2017.       *Theresa Fabbricante*
                                        Theresa Fabbricante

# Fabbricante Attachment A

HOOXHOHOID IIO                    cancel your subscription

- your account
- options
- confirmation

*Mailed 11/30/2015*
*PriorityMail*

## Your Oxygenius account has been cancelled.

theresa fabbricante

▮▮▮▮▮▮▮▮▮

Your RMA number is: HSC8UE.

If we receive the package by December 15, 2015 your credit card will not be charged. If we do not receive the package by December 15, 2015, you will be charged $79.95.

Per our return policy, only one package may be returned with this number. We must receive your package at our warehouse by December 15, 2015. If the package is not received by December 15, 2015, the full amount for the product will be billed. It is your responsibility to ensure the package is delivered to our warehouse. We recommend that packages be sent back using a traceable method. Shipping charges are the responsibility of the customer. Please write the RMA number prominently on the outside of your package. We cannot apply the return to an account without the RMA number. We typically process returns within one business day of receipt, and will send a confirmation e-mail once complete. Write the RMA number on the exterior of the package that was sent to you and return it to us at this address:

Erase Repair Returns
14603 East Moncrieff Place, STE 100
Aurora, CO 80011

## Please wait while we process your request

Beauty & Truth

Ship To: theresa fabbricante

▮▮▮▮▮▮▮

ler Number: 21166
ckageID: 4201166

ank you for your Order! we hope you love your Beauty
Truth products as much as we do. Word of mouth is
portant to us, so please spread the love and let others
ow what you think about our line of skin care products
a customer service. Please visit our website to post a
review and share your thoughts with the word!

The Beauty and Truth Returns Guarantee: Beauty and
uth offers a total guarantee of customer satisfaction on
ll our products. If you, the buyer, are unhappy with the
roduct for any reason, you may return the product for a
fund. To obtain your refund, you must do the following:
all us at 1-866-270-5109 and request an RMA number
r shipping facility within 30 days of purchase. Be sure
ur return must be received at
to clearly write the RMA number on the outside of the
box. Our shipping dept is not allowed to accept any
packages without an RMA number. Return shipping is
the responsibility of the customer

Email customer service:
support@findbeautyandtruth.com
please allow 24 to 48 hours for a response.

Beauty and Truth Return Address:
415 Bussen Underground
St. Louis, MO 63129

| Item # | Qty | Description |
|--------|-----|-------------|
| 018902240018 | 1 | 2% Hyaluronic Anti Aging Cream |

Fabbricante Attachment A

# Fabbricante Attachment B

CHASE



| Department & Clothing Stores/Catalogs | | |
|---|---|---|
| 02/04/15 | | |
| 03/22/15 | | |
| 03/26/15 | | |
| 04/05/15 | | |
| 05/06/15 | | |
| 09/25/15 | | |
| 11/15/15 | FOM*LOOKOFBEAUTY, CA | 2.95 |
| 11/15/15 | TRULY-BEAUTY, | 4.95 |
| 11/30/15 | TRULY-BEAUTY, | 96.71 |
| 12/11/15 | | |
| 03/25/15 | | |
| **Department & Clothing Stores/Catalogs Total** | | |

**Fabbricante Attachment B**

# Fabbricante Attachment C



Feb 12, 2016

BBB
3801 E Florida Ave.
Denver, Co 80210
Re: Complaint of Beauty & Truth Product
was billed as Truly-Beauty

Dear Sir or Madam;

I purchased a trial order of a cream for my face. I was billed
4.⁹⁵ & 2.⁹⁵ on Nov 15, 2015. On Nov 30 I phoned to get the correct
info for returning the item. The item was sent via PRIORTY
MAIL on the same day I called Nov 30, 2015.
Due to my fractured c² bone of my neck I was not able to
go down to my computer to view my credit card statement.
Jan 16, 2016 - I viewed my annual statements (credit card) 2015.
I was overwhelmed when I saw that I was billed on the same
day (#96.⁷¹) I called about returning the item. I am enclosing
a note stating that I would be billed #78.⁹⁵ if the package is
not received by Dec. 15, 2015. I sent it back in 15 days. On Jan 16 2016
I phoned the company & spoke with 2 persons. They would give me
half credit on my card 1/17/16 - the other half when the warehouse
lets them know it is received.
It is several months now and I haven't heard from them.
I am 89 years old. I hope I life to see the other half.
I would appreciate your giving this matter your attention.

Thank you

Sincerely,

Theresa Fabbricante

Theresa Fabbricante - Email
                        Home phone

P.S. enclosed are copies of the facts I am writing about.

### DECLARATION OF SUSAN LANDREAU
**PURSUANT TO 28 U.S.C. § 1746**

I, Susan Landreau, hereby declare as follows:

1.      My name is Susan Landreau. I am over eighteen years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

2.      On or about December 17, 2017, I was browsing Facebook on my cell phone and saw an advertisement for a product called Nature Renew Cleanse that claimed to help with weight loss. The advertisement indicated that I would only have to pay $4.95 for shipping and handling. I clicked on the advertisement.

3.      I was taken to a website where I was asked for my contact and payment information to receive my trial. I filled out this information and placed my order for the Nature Renew Cleanse with the understanding that I would only pay $4.95 for shipping and handling.

4.      Before placing my order, I did not see any disclaimer stating that I would be charged any amount in addition to the $4.95 shipping. Instead, I understood that I would pay $4.95 for a one-time shipment of Nature Renew Cleanse.

5.      I did not receive the product until well after Christmas Day, on December 25, 2017. On January 1, 2018, I opened the package and saw that I received two products – Nature Renew Cleanse and Ultra Pur Forskolin. I was surprised to see the Ultra Pur Forskolin included in the shipment because I did not order it. A packing slip inside the package stated that I had 15 days to cancel or I would be charged the full price for each product around $82.00. A true and correct copy of the packing slip is attached hereto as **Landreau Attachment A**. This was the first time that I realized that I would be charged the full price amount in addition to the shipping and handling charge mentioned online.

6.     On or about January 1, 2018, I checked my credit card statement and saw that I had already been charged $4.95, $6.95, $2.95, and $82.00. A true and correct copy of the credit card statement is attached hereto as **Landreau Att. B**.

7.     I was surprised by the last three of these charges, none of which were disclosed to me when I submitted my order online.   I immediately called the telephone number on the packing slip in the box in which I received Nature Renew Cleanse and Ultra Pur Forskolin. I spoke with a representative of Nature Renew. The Nature Renew representative told me that the website where I ordered the product disclosed all the information relating to cancellation.

8.     I told the representative that I had seen nothing on Nature Renew's website about any charges other than the $4.95 shipping and handling charge and I said that I had been charged the $82.00 even before the 15 days expired. The representative maintained that all of the terms and conditions were disclosed on the website and also claimed that the 15-day period began on the day I ordered the product. Nevertheless, the representative agreed to refund half of the $82.00 immediately and then the other half upon receipt of the product. The representative also agreed to cancel any future shipments of the products I received.

9.     I was still frustrated that they would claim to have a 15-day trial period but it was not disclosed to me that the trial period began on the day the order was placed. By the time I received the order, the supposed 15-day period was really 6 or fewer days.

10.     After my call with the representative, I received an email, dated January 1, 2018. This email, from support@naturerenewonline.com, provided a return merchandize authorization number and instructed that I return the Nature Renew Cleanse to: Nature Renew Cleanse Returns, 12924 Pierce Street, Pacoima, CA 91331. A true and correct copy of that email is attached as **Landreau Att. C**.

11.     On or about January 2, 2018, I received four more emails related to this cancellation. One email, from support@naturerenewonline.com, again provided me with a return merchandize authorization and instructed that I return the products to: Nature Renew Cleanse Returns, 12924 Pierce Street, Pacoima, CA 91331. A true and correct copy of that email is attached as **Landreau Att. D**. A second email, from support@phenomhealth.com, provided me with a return merchandize authorization for UltraPur Forskolin and instructed that I return the products to: Phenom Health Returns, 12924 Pierce Street, Pacoima, CA 91331. A true and correct copy of that email is attached as **Landreau Att. E**. A third email, from support@naturerenewonline.com, confirmed my cancellation of any future shipments of Nature Renew Cleanse. A true and correct copy of that email is attached as **Landreau Att. F**. The fourth email, from support@phenomhealth.com, confirmed my cancellation of any future shipments of UltraPur Forskolin. A true and correct copy of that email is attached as **Landreau Att. G**. I continued to call the customer service number listed on the confirmation email multiple times attempting to get a refund for the $6.95 shipping and handling for the second product I did not order and the $2.95 package protection fee, but the company's representatives repeatedly told me that shipping charges are not refundable.

12.     I shipped the products back on or about January 3, 2018 at my own expense, which was $3.80.

13.     I still wanted to get a refund of the $6.95 shipping and handling for the second product I did not order and the $2.95 package protection fee. I also was concerned that this company was not upfront in what it tells consumers about when and how much they will be charged. So, also on or about January 3, 2018, I filed a complaint with the Better Business Bureau about Nature Renew.

14.     On or about January 4, 2018, I received a response from the Better Business Bureau, forwarding the company's response to my complaint. The company claimed that I had agreed to all of the charges in ordering the original trial. A true and correct copy of this response is attached as **Landreau Att. H**.

15.     On or about January 11, 2018, I received three emails stating that I had been issued refunds in the amounts of $42.36, $42.35, and $2.95. A true and correct copy of these refund confirmations are attached as **Landreau Att. I**.

16.     I never received a refund for the $6.95 shipping and handling for the second product I did not order.

Executed on <u>4/12/18</u>     2018.     _Susan Landreau_
                                          Susan Landreau

# Landreau Attachment A

 

**Ship To:**

SUSAN LANDREAU

US

**From:**

Nature Renew
11551 East 45th Ave
Suite C
Denver, Co 80239

### Shipment Details

| Order Date | Order ID | Ship Carrier | Ship Method | Shipment ID |
|---|---|---|---|---|
| 12/18/2017 | 17302666 | UPS | Mail | 10202353 |

### Order Details:

| SKU | Product Name | Quantity |
|---|---|---|
| GNT2C-NRCLEANSE60 | Nature Renew Cleanse | 1.00 |
| URFSK-FORSKOLIN30 | UltraPur Forskolin 30ct | 1.00 |
| | | 2.00 |

Thank you for your order!

The Nature Renew Returns Guarantee: if you wish to make a return,
you must do the following. Call us at  1-877-839-9343 (see hours
below) and request a Return Merchandise Authorization (RMA)
number. Your return must be received at our shipping facility within 30
days of purchase. Write the RMA number clearly on the outside of the
box. Our shipping department is not allowed to accept any returns
without an RMA number. Your return must be accompanied by this
RMA number, as well as this packing slip. Including the correct packing
slip ensures you will receive your refund or exchange
Return shipping is the responsibility of the customer.

We hope you enjoy your purchase and we look forward to serving you
again.

Warm regards,
The Nature Renew Team

Toll-free customer service: 1-877-839-9343
7am-5pm PST Monday-Friday and 7am-2pm Saturday and Sunday
Email: support@naturerenewonline.com
(on Friday please allow 24 to 48 hours for a response)

If you are making a return, please take a moment to complete the following:

o Replacement or o Refund

Reason for return:

o Defective o Damaged in shipment o Not satisfied

RMA number: _____

Specify reason for return:

_____
_____
_____

Mail the package to:

Nature Renew Returns Dept
11551 East 45th Ave
Suite C
Denver, Co 80239

Landreau Att. A

# Landreau Attachment B

GM Card

GM Platinum MasterCard Account Ending ████
Nov. 21, 2017 - Dec. 20, 2017 | 30 days in Billing Cycle

## Transactions

### Visit http://www.gmcard.com to see detailed transactions.

**SUSAN R LANDREAU ████ Payments, Credits and Adjustments**

| Date | Description | Amount |
|------|-------------|--------|
| | | |

**SUSAN R LANDREAU ████ Transactions**

| Date | Description | Amount |
|------|-------------|--------|
| Dec 17 | youthful-body844486.C $290GH | $4.95 |
| Dec 17 | SuppBodyTom8444475360RGH | $6.95 |
| Dec 18 | amazingherbaldiet.com855-538-2915060 | $2.95 |

## Fees

| Date | Description | Amount |
|------|-------------|--------|
| | Total Fees for This Period | $0.00 |

## Interest Charged

| | |
|--|--|
| Interest Charge on Purchases | $0.00 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Other Balances | $0.00 |
| Total Interest for This Period | $0.00 |

## 2017 Totals Year-to-Date

| | |
|--|--|
| Total Fees charged in 2017 | $0.00 |
| Total Interest charged in 2017 | $0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|-----------------|------------------------------|----------------------------------|-----------------|
| Purchases | 16.74% D | $0.00 | $0.00 |
| Cash Advances | 25.90% D | $0.00 | $0.00 |

F,L,D,I = Variable Rate. See reverse of page 1 for details.

Stay on top of your credit score.
Monitor your credit score with CreditWise*
built right into the Capital One* mobile app.

Text ONE to 80101 to download the app. Messaging & Data rates may apply.

*128.18*
*2.95*
*125.23*

Landreau Att. B

 **GM Card**



## Transactions

Visit https://www.gmcard.com to see detailed transactions.

**SUSAN R LANDREAU** Payments, Credits and Adjustments

| Date | Description | Amount |
|---|---|---|
| Jan 1 | youthful-body8444860329BGR | -$42.35 |
| Jan 1 | youthful-body8444860329BGR | $42.35 |
| Jan 11 | amazingherbaldiet.com855-538-2915000 | -$0.00 |

**SUSAN R LANDREAU** Transactions

| Date | Description | Amount |
|---|---|---|
| Jan 1 | youthful-body8444860329BGR | $84.71 |

## Fees

| Date | Description | Amount |
|---|---|---|
| Total Fees for This Period | | $0.00 |

## Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $0.00 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Other Balances | $0.00 |
| Total Interest for This Period | $0.00 |

## 2017 Totals Year-to-Date

| | |
|---|---|
| Total Fees charged in 2017 | $0.00 |
| Total Interest charged in 2017 | $0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 16.99% D | $0.00 | $0.00 |
| Cash Advances | 26.15% D | $0.00 | $0.00 |

P,L,O,F = Variable Rate. See reverse of page 1 for details.

 **Stay on top of your credit score.**
Monitor your credit score with CreditWise
built right into the Capital One mobile app.

Text ONE to 80101 to download the app. Messaging & Data rates may apply.

Landreau Att. B

# Landreau Attachment C

**Subject:** Return Merchandise Authorization
**Date:** 2018-01-01 20:59
**From:** "Nature Renew" <support@naturerenewonline.com>
**To:** "Susan Landreau" ████████████████



## RETURN MERCHANDISE AUTHORIZATION

**Hello Susan,**

Here is the RMA (return merchandise authorization) number you requested: **CS3HQJ.**

Your return must be accompanied by this RMA number, as well as the packing slip that was included with your order.

**Including the correct packing slip ensures you will receive your refund or exchange.**

If you do not have the packing slip, please be sure to write the RMA and your name and address very clearly on the package.

**PX 3**
**40**

Landreau Att. C

**Mail to:**

**Nature Renew Cleanse Returns**

**12924 Pierce Street**

**Pacoima, CA 91331**

**Customer Service: 1-877-839-9343, Mon to Fri 5am-5pm PST and Sat**

**8am-4pm. Or, email us at support@naturerenewonline.com**

---

Sincerely,

Phenom Health

Landreau Att. C

# Landreau Attachment D

**Subject:**Return Merchandise Authorization
**Date:**2018-01-02 10:10
**From:**"Nature Renew" <support@naturerenewonline.com>
**To:**"Susan Landreau" █████████████████



## RETURN MERCHANDISE AUTHORIZATION

**Hello Susan,**

Here is the RMA (return merchandise authorization) number you requested:
**SKGHFK**.

Your return must be accompanied by this RMA number, as well as the packing slip that was included with your order.

**Including the correct packing slip ensures you will receive your refund or exchange.**

If you do not have the packing slip, please be sure to write the RMA and your name and address very clearly on the package.

**PX 3**

**43**

**Landreau Att. D**

**Mail to:**

**Nature Renew Cleanse Returns**

**12924 Pierce Street**

**Pacoima, CA 91331**

**Customer Service: 1-877-839-9343, Mon to Fri 5am-5pm PST and Sat 8am-4pm. Or, email us at support@naturerenewonline.com**

Sincerely,

Phenom Health

Landreau Att. D

# Landreau Attachment E

**Subject:**RMA Number
**Date:**2018-01-02 10:09
**From:**"UltraPur Forskolin" <support@phenomhealth.com>
**To:**"Susan Landreau" ███████████████

## RETURN MERCHANDISE AUTHORIZATION

**Hello Susan,**

Here is the RMA (return merchandise authorization) number you requested:
**GZ5NU2**.

Your return must be accompanied by this RMA number, as well as the packing
slip that was included with your order.

**Including the correct packing slip ensures you will receive your refund or
exchange.**

If you do not have the packing slip, please be sure to write the RMA and your
name and address very clearly on the package.

**Mail to:**

**PX 3**                                    **Landreau Att. E**
**46**

**Phenom Health Returns**
**12924 Pierce Street**
**Pacoima, CA 91331**

**Customer Service: 1-888-314-6717, Mon to Fri 5am-5pm PST and Sat 8am-4pm. Or, email us at support@phenomhealth.com**

---

Sincerely,
Phenom Health

Rewards Program Customer Service: 1-888-314-6717
5am - 5pm PST Mon-Fri and Sat 8am - 4pm PST
Email: support@phenomhealth.com
www.phenomhealth.com

**PX 3**
47

**Landreau Att. E**

# Landreau Attachment F

**Subject:** Cancellation Confirmation
**Date:** 2018-01-02 11:06
**From:** "Nature Renew" <support@naturerenewonline.com>
**To:** "Susan Landreau" ██████████████████



## CANCELLATION CONFIRMATION

**Hello Susan,**

This email confirms the cancellation of your Nature Renew Cleanse refill subscription. For your records, your cancellation code is: **mHsuxL**.

We're sorry to see you go! Weight loss and a healthy diet can work wonders for your energy level, self-confidence and overall well-being. If you change your mind, or would like to order products individually without a subscription, please don't hesitate to call!

**Call us toll-free at 1-877-839-9343, or email us at support@naturerenewonline.com.**

Landreau Att. F

**Customer Service Hours: Mon to Fri 5am-5pm PST and Sat 8am-4pm.**

WE'RE SORRY TO SEE YOU GO!

Sincerely,
Phenom Health

Landreau Att. F

# Landreau Attachment G

**Subject:** Cancellation Confirmation
**Date:** 2018-01-02 11:07
**From:** " UltraPur Forskolin" <support@phenomhealth.com>
**To:** "Susan Landreau" ███████████████



## CANCELLATION CONFIRMATION

Hello Susan,

This email confirms the cancellation of your UltraPur Forskolin product delivery subscription. For your records, your cancellation code is: **kESD7R.**

We're sorry to see you go! If you change your mind, or would like to order products individually without a subscription, please don't hesitate to call!

**Call us toll-free at 1-888-314-6717, email us at**
**support@phenomhealth.com.**
**Customer Service Hours: Mon to Fri 5am-5pm PST and Sat 8am-4pm.**



**PX 3**
**52**

**Landreau Att. G**

Sincerely,
Phenom Health

**Landreau Att. G**

# Landreau Attachment H

**Subject:** Better Business Complaint Response
    **Date:** 2018-01-04 13:35
    **From:** Adam Chouinard <AChouinard@denver.bbb.org>
    **To:** "srlandreau@ctvea.net" ████████████

Hello Susan,

Please see the below attached business response and reply directly to this email with your response.

Thank you for reaching out to me.

Date Sent: 1/4/2018 11:23:34 AM

This customer placed her order on December 17. She was billed on January 1, which is exactly what it is supposed to be... a 15-day trial period.

Here are the membership terms and conditions she agreed to when she placed her order:

Membership Terms and Conditions: If I enrol in the membership program I am agreeing to be charged for S&H today and $84.71 for my product in 14 days unless I cancel. 10-day trial begins after product is received. Allow 4 business days for shipping through USPS. I will receive a full-size bottle of UltraPur Forskolin product for $84.71 (S&H included) every 30 days thereafter until I cancel. My credit card will be billed and my shipment will be sent automatically at those times. Shipments will continue until I call to cancel my membership at +1-888-314-6717 or by emailing support@phenomhealth.com, open 8am - 8pm EST Monday- Friday, 8am-7pm EST Saturday. Refunds may be made within 30 days of order upon returning your product. You may cancel your membership at any time. Shipping and handling is non-refundable. By accepting this trial offer you are agreeing the Terms & Conditions. By clicking to order I represent that I have read and agree to the Privacy Policy and full Terms and Conditions of this offer and I understand that I will be liable for payment of product that was shipped to me, and future shipments of product, if I fail to notify customer service to stop supplying the product to me.

**PX 3**
**55**

**Landreau Att. H**

Refund Policy:
I understand that if I am not fully satisfied with my products I may cancel my order at any time by calling customer service and returning any unused, unopened Product to our warehouse. All returns must be within 30 days of original purchase (excluding trial product). Shipping and handling charges are non-refundable.

This customer has already contacted us and arranged to return her unwanted item. She has been issued a 50% refund for the merchandise, and the remainder will be automatically refunded when her return is received. Her account is already cancelled, so there will be no further charges or shipments.

**Adam Chouinard | Dispute Resolution Coordinator**
Better Business Bureau Serving Denver/Boulder
3801 E. Florida Ave Suite 350
Denver, Colorado 80210

(P)303.996.3964
(F)303.577.8133
AChouinard@denver.bbb.org

bbb.org Start With Trust®

Always use a BBB Accredited Business for the Trust and Integrity you Deserve



Follow us: 

This message is a private communication, and it may contain confidential and/or privileged information. If you have received this message by mistake, please notify the sender by reply email and then delete the message from your system without printing, copying or forwarding it. Thank you.

Landreau Att. H

# Landreau Attachment I

**Subject:** Refund Confirmation
**Date:** 2018-01-11 09:50
**From:** "ProtectPackage" <support@protectpackage.com>
**To:** "Susan Landreau" ███████████████████



## REFUND CONFIRMATION

**Hello Susan,**

This email is to inform you that a refund for **$2.95** was processed to your **Mastercard** ending in ████.

Please be advised that although the refund is completely processed on our end, it may take 5-10 business days for your bank to process and for the funds to be visible in your account.

**If you have any further questions, please don't hesitate to contact us again. Toll-Free Customer Service: 1-844-230-6673 or email us at support@protectpackage.com**

Landreau Att. I

Sincerely,
The ProtectPackage Team

**PX 3**
59

**Landreau Att. I**

**Subject:** Refund Confirmation
**Date:** 2018-01-11 09:51
**From:** "UltraPur Forskolin" <shop@phenomhealth.com>
**To:** "Susan Landreau" ██████████████



## REFUND CONFIRMATION

**Hello Susan,**

This email is to inform you that a refund for **$42.35** was processed to your **Mastercard** ending in ████.

Please be advised that although the refund is completely processed on our end, it may take 5-10 business days for your bank to process and for the funds to be visible in your account.

**Customer Service: 1-888-314-6717, Mon to Fri 5am-5pm PST and Sat 8am-4pm. Or, email us at support@phenomhealth.com**

Sincerely,

Landreau Att. I

Phenom Health

Landreau Att. I

**Subject:** Refund Confirmation
**Date:** 2018-01-11 09:48
**From:** "UltraPur Forskolin" <shop@phenomhealth.com>
**To:** "Susan Landreau" ███████████████



## REFUND CONFIRMATION

**Hello Susan,**

This email is to inform you that a refund for **$42.36** was processed to your **Mastercard** ending in ███.

Please be advised that although the refund is completely processed on our end, it may take 5-10 business days for your bank to process and for the funds to be visible in your account.

**Customer Service: 1-888-314-6717, Mon to Fri 5am-5pm PST and Sat 8am-4pm. Or, email us at support@phenomhealth.com**

Sincerely,

Landreau Att. I

Phenom Health

Landreau Att. I

## DECLARATION OF NANCY LAWHORN
### PURSUANT TO 28 U.S.C. § 1746

I, Nancy Lawhorn, hereby declare as follows:

1.     My name is Nancy Lawhorn. I am over eighteen years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

2.     On or about November 3, 2017, I was on my computer and saw an advertisement for a product called Cerebral X that claimed to enhance brain function. I clicked on the advertisement, and was sent to another advertisement indicating that I would only have to pay $4.95 for shipping and handling. I clicked on this second advertisement as well.

3.     I was taken to a website where I was asked for my payment and address information to receive my trial. I filled out this information and placed my order for the Cerebral X with the understanding that I would only pay $4.95, which, the website represented, was the charge for shipping and handling.

4.     Prior to placing my order I did not see any disclaimer stating that I would be charged any amount in addition to the $4.95 shipping and handling.

5.     I received an order confirmation email shortly after my purchase. The order confirmation showed that I had purchased two products Cerebral X and Vitamood+. This surprised me because I did not order Vitamood+. The order confirmation also said that I would be charged the full price, $84.71, for the Cerebral X on the fifteenth day if I did not call and cancel and that I would receive a bottle every month for $84.71 every thirty days thereafter until I canceled.

6.     I immediately responded to the confirmation email by sending an email to support@phenomhealth.com explaining that I only ordered Cerebral X and to remove any

additional charges from my credit card. A true and correct copy of my email is attached hereto as **Lawnhorn Attachment A.**

7.    A couple of days later I was reviewing my credit card statement and saw that I had been charged the $4.95 shipping and handling fee that I had agreed to, and that I had also been charged an additional $6.95 that I did not agree to.

8.    I called the customer service number on the confirmation email multiple times in order to get an answer as to why I was charged an additional $6.95 shipping and handling fee and to get a refund for the additional $6.95, but the Phenom Health representatives repeatedly told me that shipping charges are not refundable.

9.    On November 8, 2017, I submitted a complaint to the Federal Trade Commission regarding Phenom Health's deceptive billing practices. On that same day, I sent another email to support@phenomhealth.com, informing them of the complaint I sent to the Federal Trade Commission. A true and correct copy of my email is attached hereto as **Lawhorn Attachment B.**

10.    Again, Phenom Health customer service responded that shipping and handling fees are non-refundable. A true and correct copy of Phenom Health's email is attached hereto as **Lawhorn Attachment C.** Phenom Health did not respond to my question as to why I had been charged an additional shipping and handling fee in the first place. I responded that they did not answer my question about why they billed me for shipping and handling on a product I did not order and said that I would be returning both bottles and reporting them to the Better Business Bureau.

11.    Two days later, on November 10, 2017, I sent another email asking Phenom Health how many days I had to try the products, whether my cancellation of the order meant that

I would not be billed for either, whether I needed to return both bottles of product, and confirming that I would only be charged for shipping. A true and correct copy of my email is attached hereto as **Lawhorn Attachment D**. I did not receive a response from Phenom Health.

12.    Having not received a response to my November 10, 2017, email, I sent another email on November 12, 2017. A true and correct copy of my email is attached hereto as **Lawhorn Attachment E**. I did not receive a response to this email.

13.    On November 17, 2017, I tried emailing Phenom Health for a third time. A true and correct copy of my email is attached hereto as **Lawhorn Attachment F**. I did not receive a response to this email.

14.    I believe that this company's tactics are very misleading. It was my understanding that I was paying $4.95 for a trial of one product. I did not order a second product and I did not agree to pay $6.95 shipping and handling for a second product.

15.    And while I was aware that this was a trial, I felt that there was not sufficient information about the dates on which the trial began and ended and when I had to cancel the trial in order not to be charged full price for the product. When I tried to get more information, I could not get a response from Phenom Health.

Executed on ___2/15/2018___ 2018.  ___Nancy Lawhorn___
                                      Nancy Lawhorn

# Lawhorn Attachment A

**From:** Nancy Lawhorn ████████████████
**Sent:** Friday, November 3, 2017 2:13 PM
**To:** 'support@phenomhealth.com' <support@phenomhealth.com>
**Subject:** Didn't order

I only ordered Cerebral X for $4.95.  Please remove any additional charges from the card I used to purchase.  Thank you, Nancy Lawhorn

**Lawhorn Att. A**

# Lawhorn Attachment B

**From:** Nancy Lawhorn ███████████████████
**Sent:** Wednesday, November 8, 2017 8:04 AM
**To:** 'support@phenomhealth.com' <support@phenomhealth.com>
**Subject:** Re: Unauthorized charges

This is a complaint that I have sent to The Federal Trade Commission regarding your company:

The following is a receipt that I received for Cerebral X for shipping charges totaling $4.95. This company has charged an additional charge of $6.95 to my charge card for shipping on another product which I did not order. I have spoken with customer service 3 times now. They continually repeat "I'm so sorry to hear that, shipping charges are not refundable." They sound like robots. I think this is a scam and will return both bottles, unopened, which have been shipped to me per emails that I have received. I think you may want to know about this company's billing practices. An extra $6.95 from each customer adds up to a lot of extra money for this company. I will file a complaint with my charge card also as I am not getting anywhere at all with this company. Thank you in advance for your help!

We hope you enjoy the benefits of Cerebral X. Your order is scheduled to arrive by Nov 05, 2017

product image

ORDER RECEIPT

Order placed: Nov 03, 2017

Total: $4.95

Cerebral X $0.00
Vita Mood + $0.00
Shipping & Handling: $4.95
Total $4.95

**PX 4**
**70**

**Lawhorn Att. B**

Terms & Conditions
Privacy Policy
Contact Us

2017 © Cerebral X US

By placing an order you will be enrolled in our membership program. This program will charge $ 4.95 today and $ 84.71 for your trial full-size product on the 15th day if you do not call to cancel the membership. You will receive a full-size bottle of the product for $ 84.71 (S&H included) every 30 days thereafter until you cancel. You can cancel or modify your membership anytime by calling +1-888-963-8460, Open 24 hours a day, 7 days a week. Product ships in 1-3 business days.

# Lawhorn Attachment C

**From:** Nancy Lawhorn ████████████████████
**Sent:** Wednesday, November 8, 2017 8:23 AM
**To:** 'support@phenomhealth.com' <support@phenomhealth.com>
**Subject:** RE: Re: Unauthorized charges

CAN YOU UNDERSTAND ENGLISH???  WHAT DON'T YOU UNDERSTAND WHEN I SAY THAT YOU CAN NOT CHARGE SHIPPING ON SOMETHING THAT I DID NOT ORDER.  YOUR EMAIL RESPONSE MAKES NO SENSE!!!  DID YOU READ YOUR RECEIPT ($4.95 ONLY).  I'M RETURNING BOTH BOTTLES AND REPORTING IT TO THE BETTER BUSINESS BUREAU.  I WILL ALSO GIVE YOU A VERY BAD HONEST REVIEW OF MY EXPERIENCE WITH YOUR SCAM!

**From:** support@phenomhealth.com [mailto:support@phenomhealth.com]
**Sent:** Wednesday, November 8, 2017 7:58 AM
**To:** ████████████████
**Subject:** RE: Re: Unauthorized charges

Hello Ms. Lawhorn,

Thank you for keeping in touch with us.

We apologize for this inconvenience and we fully understand where you are coming from, but the shipping and handling fees are non-refundable.

A risk-free trial offer allows you to try the product before buying it. Usually with these types of offers, you pay for the shipping charge, and have an agreed-upon number of days to try the product in your own home. You are then charged for the product, if you have not contacted the company before the trial's expiration date. "Trials" and "Risk-Free Trials" do not mean a "free product", and the sites we service do not advertise as such.

If you have any other questions, please do not hesitate to contact us by calling us to our customer service telephone number or replying to this email message.

Kind regards,

Jenelou J.

Phenom Health - Main Site

Customer Service: +1-855-726-6311

support@phenomhealth.com

---

**PX 4**

**73**

**Lawhorn Att. C**

**From:** ███████████████

**Sent:** 11/8/2017 9:03 PM

**To:** support@phenomhealth.com

**Subject:** Re: Unauthorized charges

This is a complaint that I have sent to The Federal Trade Commission regarding your company:

The following is a receipt that I received for Cerebral X for shipping charges totaling $4.95. This company has charged an additional charge of $6.95 to my charge card for shipping on another product which I did not order. I have spoken with customer service 3 times now. They continually repeat "I'm so sorry to hear that, shipping charges are not refundable." They sound like robots. I think this is a scam and will return both bottles, unopened, which have been shipped to me per emails that I have received. I think you may want to know about this company's billing practices. An extra $6.95 from each customer adds up to a lot of extra money for this company. I will file a complaint with my charge card also as I am not getting anywhere at all with this company. Thank you in advance for your help!

We hope you enjoy the benefits of Cerebral X. Your order is scheduled to arrive by Nov 05, 2017

product image

ORDER RECEIPT

Order placed:  Nov 03, 2017

Total:  $4.95


Cerebral X $0.00

Vita Mood + $0.00

Shipping & Handling: $4.95

Total $4.95

Terms & Conditions

 Privacy Policy

 Contact Us

2017 © Cerebral X US

By placing an order you will be enrolled in our membership program. This program will charge $ 4.95 today and $ 84.71 for your trial full-size product on the 15th day if you do not call to cancel the membership. You will receive a full-size bottle of the product for $ 84.71 (S&H included) every 30 days thereafter until you cancel. You can cancel or modify your membership anytime by calling +1-888-963-8460, Open 24 hours a day, 7 days a week. Product ships in 1-3 business days.

# Lawhorn Attachment D

**From:** Nancy Lawhorn ████████████████████
**Sent:** Friday, November 10, 2017 6:18 AM
**To:** 'support@phenomhealth.com' <support@phenomhealth.com>
**Subject:** RE: Re: Unauthorized charges

What is the number of days that I have supposedly agreed to?  Does my canceling of Cerebal X & VitaMood assure that I will not be billed for either?  I only pay shipping, right??  Do I need to return both bottles??  Today is my second day of taking.  I feel no difference.  They did cause me to feel very nauseous.

**From:** support@phenomhealth.com [mailto:support@phenomhealth.com]
**Sent:** Wednesday, November 8, 2017 7:58 AM
**To:** ████████████████████
**Subject:** RE: Re: Unauthorized charges

Hello Ms. Lawhorn,

Thank you for keeping in touch with us.

We apologize for this inconvenience and we fully understand where you are coming from, but the shipping and handling fees are non-refundable.

A risk-free trial offer allows you to try the product before buying it. Usually with these types of offers, you pay for the shipping charge, and have an agreed-upon number of days to try the product in your own home. You are then charged for the product, if you have not contacted the company before the trial's expiration date. "Trials" and "Risk-Free Trials" do not mean a "free product", and the sites we service do not advertise as such.

If you have any other questions, please do not hesitate to contact us by calling us to our customer service telephone number or replying to this email message.

Kind regards,

Jenelou J.

Phenom Health - Main Site

Customer Service: +1-855-726-6311

support@phenomhealth.com

_____

**From:** ████████████████████

**PX 4**

**Lawhorn Att. D**

**Sent:** 11/8/2017 9:03 PM

**To:** support@phenomhealth.com

**Subject:** Re: Unauthorized charges

This is a complaint that I have sent to The Federal Trade Commission regarding your company:

The following is a receipt that I received for Cerebral X for shipping charges totaling $4.95. This company has charged an additional charge of $6.95 to my charge card for shipping on another product which I did not order. I have spoken with customer service 3 times now. They continually repeat "I'm so sorry to hear that, shipping charges are not refundable." They sound like robots. I think this is a scam and will return both bottles, unopened, which have been shipped to me per emails that I have received. I think you may want to know about this company's billing practices. An extra $6.95 from each customer adds up to a lot of extra money for this company. I will file a complaint with my charge card also as I am not getting anywhere at all with this company. Thank you in advance for your help!

We hope you enjoy the benefits of Cerebral X. Your order is scheduled to arrive by Nov 05, 2017

product image

ORDER RECEIPT

Order placed:  Nov 03, 2017

Total:  $4.95


Cerebral X $0.00

Vita Mood + $0.00

Shipping & Handling: $4.95

Total $4.95

Terms & Conditions

 Privacy Policy

 Contact Us

2017 © Cerebral X US

By placing an order you will be enrolled in our membership program. This program will charge $ 4.95 today and $ 84.71 for your trial full-size product on the 15th day if you do not call to cancel the membership. You will receive a full-size bottle of the product for $ 84.71 (S&H included) every 30 days thereafter until you cancel. You can cancel or modify your membership anytime by calling +1-888-963-8460, Open 24 hours a day, 7 days a week. Product ships in 1-3 business days.

**PX 4**                                    **Lawhorn Att. D**

# Lawhorn Attachment E

**From:** Nancy Lawhorn █████████████████████
**Sent:** Sunday, November 12, 2017 7:18 AM
**To:** 'support@phenomhealth.com' <support@phenomhealth.com>
**Subject:** FW: Re: Unauthorized charges

2nd request.

**From:** Nancy Lawhorn █████████████████████
**Sent:** Friday, November 10, 2017 6:18 AM
**To:** 'support@phenomhealth.com' <support@phenomhealth.com>
**Subject:** RE: Re: Unauthorized charges

What is the number of days that I have supposedly agreed to?  Does my canceling of Cerebal X &
VitaMood assure that I will not be billed for either?  I only pay shipping, right??  Do I need to return
both bottles??  Today is my second day of taking.  I feel no difference.  They did cause me to feel
very nauseous.

**From:** support@phenomhealth.com [mailto:support@phenomhealth.com]
**Sent:** Wednesday, November 8, 2017 7:58 AM
**To:** ████████████████
**Subject:** RE: Re: Unauthorized charges

Hello Ms. Lawhorn,

Thank you for keeping in touch with us.

We apologize for this inconvenience and we fully understand where you are coming from,
but the shipping and handling fees are non-refundable.

A risk-free trial offer allows you to try the product before buying it. Usually with these types
of offers, you pay for the shipping charge, and have an agreed-upon number of days to try
the product in your own home. You are then charged for the product, if you have not
contacted the company before the trial's expiration date. "Trials" and "Risk-Free Trials" do
not mean a "free product", and the sites we service do not advertise as such.

If you have any other questions, please do not hesitate to contact us by calling us to our
customer service telephone number or replying to this email message.

Kind regards,

Jenelou J.

Lawhorn Att. E

Phenom Health - Main Site

Customer Service: +1-855-726-6311

support@phenomhealth.com

---

**From:** ███████████████

**Sent:** 11/8/2017 9:03 PM

**To:** support@phenomhealth.com

**Subject:** Re: Unauthorized charges

This is a complaint that I have sent to The Federal Trade Commission regarding your company:

The following is a receipt that I received for Cerebral X for shipping charges totaling $4.95. This company has charged an additional charge of $6.95 to my charge card for shipping on another product which I did not order.  I have spoken with customer service 3 times now. They continually repeat "I'm so sorry to hear that, shipping charges are not refundable." They sound like robots.  I think this is a scam and will return both bottles, unopened, which have been shipped to me per emails that I have received.  I think you may want to know about this company's billing practices.  An extra $6.95 from each customer adds up to a lot of extra money for this company.  I will file a complaint with my charge card also as I am not getting anywhere at all with this company.  Thank you in advance for your help!

We hope you enjoy the benefits of Cerebral X. Your order is scheduled to arrive by Nov 05, 2017

product image

ORDER RECEIPT

Order placed:  Nov 03, 2017

Total:  $4.95

Cerebral X $0.00

Vita Mood + $0.00

Shipping & Handling: $4.95

Total $4.95

Terms & Conditions

 Privacy Policy

 Contact Us

Lawhorn Att. E

2017 © Cerebral X US

By placing an order you will be enrolled in our membership program. This program will charge $ 4.95 today and $ 84.71 for your trial full-size product on the 15th day if you do not call to cancel the membership. You will receive a full-size bottle of the product for $ 84.71 (S&H included) every 30 days thereafter until you cancel. You can cancel or modify your membership anytime by calling +1-888-963-8460, Open 24 hours a day, 7 days a week. Product ships in 1-3 business days.

**Lawhorn Att. E**

# Lawhorn Attachment F

**From:** Nancy Lawhorn ███████████████████
**Sent:** Friday, November 17, 2017 7:05 AM
**To:** 'support@phenomhealth.com' <support@phenomhealth.com>
**Subject:** FW: Re: Unauthorized charges

This is my ## 3rd request for an answer

**From:** Nancy Lawhorn ███████████████████
**Sent:** Sunday, November 12, 2017 7:18 AM
**To:** 'support@phenomhealth.com' <support@phenomhealth.com>
**Subject:** FW: Re: Unauthorized charges

2nd request.

**From:** Nancy Lawhorn ███████████████████
**Sent:** Friday, November 10, 2017 6:18 AM
**To:** 'support@phenomhealth.com' <support@phenomhealth.com>
**Subject:** RE: Re: Unauthorized charges

What is the number of days that I have supposedly agreed to?  Does my canceling of Cerebal X &
VitaMood assure that I will not be billed for either?  I only pay shipping, right??  Do I need to return
both bottles??  Today is my second day of taking.  I feel no difference.  They did cause me to feel
very nauseous.

**From:** support@phenomhealth.com [mailto:support@phenomhealth.com]
**Sent:** Wednesday, November 8, 2017 7:58 AM
**To:** ███████████████████
**Subject:** RE: Re: Unauthorized charges

**PX 4**
**83**

**Lawhorn Att. F**

Hello Ms. Lawhorn,

Thank you for keeping in touch with us.

We apologize for this inconvenience and we fully understand where you are coming from, but the shipping and handling fees are non-refundable.

A risk-free trial offer allows you to try the product before buying it. Usually with these types of offers, you pay for the shipping charge, and have an agreed-upon number of days to try the product in your own home. You are then charged for the product, if you have not contacted the company before the trial's expiration date. "Trials" and "Risk-Free Trials" do not mean a "free product", and the sites we service do not advertise as such.

If you have any other questions, please do not hesitate to contact us by calling us to our customer service telephone number or replying to this email message.

Kind regards,

Jenelou J.

Phenom Health - Main Site

Customer Service: +1-855-726-6311

support@phenomhealth.com

---

**From:** ████████████

**Sent:** 11/8/2017 9:03 PM

**To:** support@phenomhealth.com

**Subject:** Re: Unauthorized charges

This is a complaint that I have sent to The Federal Trade Commission regarding your company:

The following is a receipt that I received for Cerebral X for shipping charges totaling $4.95. This company has charged an additional charge of $6.95 to my charge card for shipping on another product which I did not order. I have spoken with customer service 3 times now. They continually repeat "I'm so sorry to hear that, shipping charges are not refundable." They sound like robots. I think this is a scam and will return both bottles, unopened, which have been shipped to me per emails that I have received. I think you may want to know about this company's billing practices. An extra $6.95 from each customer adds up to a lot of extra money for this company. I will file a complaint with my charge card also as I am not getting anywhere at all with this company. Thank you in advance for your help!

We hope you enjoy the benefits of Cerebral X. Your order is scheduled to arrive by Nov 05, 2017

product image

ORDER RECEIPT

Order placed:  Nov 03, 2017

Lawhorn Att. F

Total:  $4.95

Cerebral X $0.00

Vita Mood + $0.00

Shipping & Handling: $4.95

Total $4.95

Terms & Conditions

 Privacy Policy

 Contact Us

2017 © Cerebral X US

By placing an order you will be enrolled in our membership program. This program will charge $ 4.95 today and $ 84.71 for your trial full-size product on the 15th day if you do not call to cancel the membership. You will receive a full-size bottle of the product for $ 84.71 (S&H included) every 30 days thereafter until you cancel. You can cancel or modify your membership anytime by calling +1-888-963-8460, Open 24 hours a day, 7 days a week. Product ships in 1-3 business days.

**Lawhorn Att. F**

## DECLARATION OF LARRY MACK
### PURSUANT TO 28 U.S.C. § 1746

I, Larry Mack, hereby declare as follows:

1.      My name is Larry Mack. I am over eighteen years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

2.      On or around July 4, 2016, I came across an advertisement for a product called "Test X Core." To the best of my memory, I saw the advertisement in an email I received. This advertisement offered a free sample of the product and said that I would pay only $4.95 for shipping and handling. Based on viewing the advertisement, I understood that the product was a nutritional supplement to boost muscle growth and enhance workouts. This interested me at the time, and given the low price, I clicked on the advertisement.

3.      I was taken to a website that offered Test X Core. The website featured the same $4.95 offer—I recall reading this was "all you pay." I decided to enter my address and payment information and ordered the sample on July 4, 2016.

4.      Later that day, I checked my email. I found an order confirmation email for my order of Test X Core from the address support@phenomhealth.com. The first line of the email read, "Thank you for placing your order with Phenom Health!" Based on this message and the sender's email address, I understood that Phenom Health was the company from which I ordered Test X Core. The email confirmed my order of "1x TestX Core 60ct" for $4.95. On December 14, 2017, I forwarded this email to the Federal Trade Commission. A true and correct copy of this confirmation email is attached hereto as **Mack Attachment A**.

5.      A few days later, I received a package from Phenom Health containing a bottle of Test X Core. I never got around to trying the product; it sat there unopened.

6.      Around mid-August 2016, more than a month after ordering my sample, I unexpectedly received another package from Phenom Health. It contained another, unordered full size bottle of Test X Core. I was confused by this repeat shipment, and went back through my email to find the order confirmation I originally received from Phenom Health.

7.      While reviewing the order confirmation email attached hereto as **Mack Attachment A**, I came across the following block of text at the very bottom of the email I had not previously noticed:

> If you made a trial order purchase, you've been automatically enrolled in our time-saving Delivery Program. At the end of your 15-day trial period your Visa ending **xxxx** will be charged the value of your trial order. Every 30 days thereafter, you'll be sent a refill order using your Visa on file. We offer a 30-day guarantee. Should you decide for any reason that you do not wish to keep the product, you may return it for a full refund, less the cost of shipping & handling. Return shipping is the responsibility of the customer.

I had not seen any similar disclosure on the website before placing my order for a trial of Test X Core. I also had not seen this disclosure in reading through the confirmation email when I first received it. It was only after receiving this second bottle of Test X Core that I found this language at the bottom of the confirmation email.

8.      I was shocked at the difference between this description and the original advertisement I saw online, and suspected it was behind the repeat shipment of Test X Core. After some research online, I found the customer service phone number 1-855-322-8780, and placed a call to Phenom Health.

8.      I asked the representative I spoke with why I had received another bottle, when I simply ordered a trial sample. I was told that I made a "trial order purchase" of Test X Core and was "automatically" enrolled into their "auto delivery program." Additionally, the 15-day trial period for the original bottle had expired, meaning I would need to pay the full price for both

bottles: $178. I told this representative that the cost of the product and the subscription were not made clear to me when I ordered the trial. I asked to speak to a supervisor.

9.      I was transferred to another representative, whose supervisory status and affiliation with Phenom Health were unclear to me. I explained my situation again. She told me that all she could do was offer a 50% refund for one of the two unordered bottles, or about $44, still leaving me at a $134 loss. I did not accept this offer, and asked if I could send both bottles back to the Colorado address they had shipped from for a full refund. The representative agreed to receive the package, but could not guarantee a full refund. I sent both bottles back shortly thereafter.

10.      Approximately 3-4 days after I sent the package, I called the customer service line again to confirm they had received the two bottles. The representative I spoke with confirmed their receipt, but another representative on a subsequent phone call refused my refund because I had violated the warranty portion of the "Terms of Agreement." I asked where I could find the "Terms of Agreement." The representative pointed me to the "Terms and Conditions" page on the Phenom Health website. After this phone call, I visited this page. I found no mention of a trial order period, a warranty policy, or an auto enrollment program. It did not reflect the disclosure at the bottom of the order confirmation email. This discrepancy between the email and the Phenom Health website lies behind my purchase of Test X Core.

11.      My credit card company only charged me the price of one full bottle, $89.41, as I threatened to cancel my credit card to avoid repeat billing. I called Phenom Health back several times, spoke with two different representatives, and while I eventually accepted the $44.71 refund, I never received an adequate resolution. I have not received any further charges from Phenom Health. On or around August 30, 2016, I received an email confirming the partial

refund. On December 14, 2017, I forwarded this email to the Federal Trade Commission. A true and correct copy of this email is attached hereto as **Mack Attachment B**.

12.     I have filed several complaints against Phenom Health, including with the State of Colorado. After accounting for the partial refund from Phenom Health and my credit card company, I spent approximately $89.41 extricating myself from the hidden Phenom Health Test X Core subscription. I understood this to be a one-time $4.95 transaction to pay for shipping for a sample. I was infuriated by the deceptive business practices of Phenom Health, and also by the lack of assistance I received from many customer support representatives. I am a professor that teaches marketing, and it appears to me that this company breaks several fundamental rules of this practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___2-11___ 2018.

Larry Mack

# Mack Attachment A

| From: | Larry Mack |
|---|---|
| To: | Al-Najjar, Nathaniel |
| Subject: | Fw: Order Confirmation |
| Date: | Thursday, December 14, 2017 10:55:56 AM |

**Sent:** Monday, July 04, 2016 at 7:47 AM
**From:** "TestX Core" <support@phenomhealth.com>
**To:** "Larry Mack" ▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Order Confirmation



## ORDER CONFIRMATION

**Hello Larry,**

Thank you for placing your order with Phenom Health! Our products are designed to help you achieve your body goals, and live in health and wellness. TestX Core can help to boost free testosterone levels, benefiting all aspects of physical performance and stamina.

**If at any time you have questions about your order, we're here to help.**
**Call us toll-free at 1-855-322-8780, or email us at**
**support@phenomhealth.com.**

## YOUR ORDER

| Quantity | Items | Order Date | Subtotal | Discount | Total |
|---|---|---|---|---|---|
| 1 | 1x TestX Core 60ct | 7/4/2016 | 4.95 | 0 | 4.95 |

## SHIPPING INFORMATION

**PX 5**

91

**Mack Attachment A**

Your order will ship to:

**Larry Mack**



Once your order has shipped, you will be notified with a shipping confirmation email, which will contain your order's USPS tracking number.

## BILLING AND MEMBERSHIP DETAILS

Your charge will appear on your
statement as

**VGM*berryskinnystore 877-538-1536**

**Billing Address:**

Larry Mack



If you made a trial order purchase, you've been automatically enrolled in our time-saving Delivery Program. At the end of your 15-day trial period your Visa ending ▇▇▇ will be charged the value of your trial order. Every 30 days thereafter, you'll be sent a refill order using your Visa on file. We offer a 30-day guarantee. Should you decide for any reason that you do not wish to keep the product, you may return it for a full refund, less the cost of shipping & handling. Return shipping is the responsibility of the customer.

## If you made a trial purchase, you can cancel your

Mack Attachment A

**subscription easily online at any time!**

**THANK YOU FOR YOUR ORDER**

Customer service: 1-855-322-8780
Email: support@phenomhealth.com

Mack Attachment A

# Mack Attachment B

| | |
|---|---|
| **From:** | Larry Mack |
| **To:** | Al-Najjar, Nathaniel |
| **Subject:** | Fw: Refund Confirmation |
| **Date:** | Thursday, December 14, 2017 10:57:07 AM |

**Sent:** Tuesday, August 30, 2016 at 5:07 PM
**From:** "TestX Core" <support@phenomhealth.com>
**To:** "Larry Mack"
**Subject:** Refund Confirmation



## REFUND CONFIRMATION

**Hello Larry,**

This email is to inform you that a refund for **$44.71** was processed to your **Visa** ending in ▮▮▮.

Please be advised that although the refund is completely processed on our end, it may take 5-10 business days for your bank to process and for the funds to be visible in your account.

**Customer Service: 1-855-322-8780, Mon to Fri 5am-5pm PST and Sat 8am-4pm. Or, email us at support@phenomhealth.com**

Sincerely,
Phenom Health

## DECLARATION OF JERRY MCCALLUM
### PURSUANT TO 28 U.S.C. § 1746

I, Jerry McCallum, hereby declare as follows:

1.     My name is Jerry McCallum. I live in Homewood, Illinois and am over eighteen years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

2.     On or around March 22, 2017, I came across an advertisement online for a free trial of the nutritional supplement "NO Max Shred." The advertisements described NO Max Shred as a "men's health supplement" that enhances workouts. The terms of the advertisement seemed to be clear: I needed to pay a $4.95 shipping and handling fee, but the product was otherwise free. I thought this was a good offer, and clicked on the advertisement to place an order.

3.     I was taken to a website that continued to present the "free trial offer" of NO Max Shred that I previously saw in the advertisement. While completing the checkout process on this website, an advertisement for another supplement, "TestX Core," appeared. According to this pop-up, this product would be included in my order at no additional cost. I consented, entered my billing and address and information, and placed an order for free trials of TestX Core and NO Max Shred. Later that day, I received an email from the address support@phenomhealth.com with the subject line "Order Confirmation." The first sentence of this email

thanked me for placing my order of NO Max Shred with Phenom Health, which I now understood to be the seller of this supplement. This email also included a customer service phone number: 855-660-1956. On April 12, 2018, I forwarded this email to the Federal Trade Commission. A true and correct copy of this email is attached hereto as **McCallum Attachment A**.

4.      On or around March 31, 2017, I received an email from support@phenomhealth.com with the subject line: "Your Order has shipped!" It provided a tracking number for my shipment of NO Max Shred. On April 12, 2018, I forwarded this email to the Federal Trade Commission. A true and correct copy of this email is attached hereto as **McCallum Attachment B**.

5.      Soon after receiving this shipping confirmation email, a package containing both products arrived. TestX Core and No Max Shred were contained in large, colorful bottles. I remember being slightly surprised by the size of the bottles, each containing 60 units of their respective products, because they did not appear "trial sized." I began taking TestX Core every day, and NO Max Shred before going to the gym. After about a week, I determined neither product had any noticeable effect, and stopped taking them. I took pictures of the TestX Core bottle, which are attached hereto as **McCallum Attachment C**.

6.      On or around April 9, 2017, I checked my credit card statement. I noticed two mysterious charges: $89.41 on April 6, 2017, with billing descriptor

"HEALTH HUB ONLINE 800-3091431 CA," and $86.51 on April 9, 2017, with

billing descriptor "thehealthyconsumer 844-3093880 NV." I believed these

unexpected charges to be affiliated with Phenom Health. A true and correct copy

of my credit card statement for early April, 2017, is attached hereto as **McCallum**

**Attachment D**. Certain financial information has been redacted from McCallum

Attachment D.

    7.    I was shocked to discover these charges, so I found and placed a call

to a Phenom Health customer service phone number. When I reached a

representative, I was told that I was charged the full value of the two bottles I was

sent. Phenom Health claimed that I was charged these amounts because I did not

return them both within a 15-day timeframe, indicating to Phenom Health that I

wished to keep them at over $80 a bottle. Additionally, the Phenom Health

representative told me that I had been signed up for some kind of subscription to

these products.

    8.    This was the first indication that I would be charged the full price of

the trial offers, or that I was signed up for a subscription. I thought I only was

purchasing a one-time trial of the two products, and that I would pay just the

shipping and handling costs to receive them. I was angered by this news because

Phenom Health billed me for $200 in charges it did not disclose to me for products

that did not even work. Had I known of these charges beforehand, I never would have ordered these products.

9.      I told the representative that I only agreed to purchase the trial at $4.95, and only agreed to include TestX Core because it was a free add-on. I requested a refund but was denied. I even warned the Phenom Health representative that I would complain about these deceptive business methods to the Better Business Bureau, but they were unmoved. I could tell that I was getting nowhere with the representative, and so I concluded this call. After this conversation, I resolved to cancel my account with Phenom Health to avoid any future charges from this unwanted subscription. On or around April 9, 2017, I completed my cancellation. I took screenshots of the cancellation confirmations for both TestX Core and NO Max Shred in the event of future charges from Phenom Health. I have not received further communications, products, or charges since then.

10.     To date, I have been charged by Phenom Health $180.87, for what I thought was a $4.95 transaction. I have received no resolution or refund despite my complaints. When I looked up their rating with the Better Business Bureau, it did not surprise me to discover that Phenom Health maintains an "F" rating, due to

deceptive sales practices for dubious products.

I state under penalty of perjury that the foregoing statement is true and correct.

Executed on May ⎯23⎯ , 2018.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Jerry McCallum

# McCallum Attachment A

**From:** NO Max Shred
**To:** Jerry McCallum
**Subject:** Order Confirmation
**Date:** Wednesday, March 22, 2017 12:55:47 PM



## ORDER CONFIRMATION

**Hello Jerry,**

Thank you for placing your order with Phenom Health! Our products are designed to help you achieve your body goals, and live in health and wellness. NO Max Shred can help you achieve phenomenal, focused workouts, by supporting muscle growth, strength, and performance.

**If at any time you have questions about your order, we're here to help.**
**Call us toll-free at 1-855-660-1956, or email us at**
**support@phenomhealth.com**

## YOUR ORDER

| Quantity | Items | Order Date | Subtotal | Discount | Total |
|----------|-------|-----------|----------|----------|-------|
| 1 | 1x NO Max Shred - 60ct + 1x Phenom Rewards Display Box | 3/22/2017 | 0.00 | 0 | 0.00 |

## SHIPPING INFORMATION

Your order will ship to:

McCallum Attachment A

**Jerry McCallum**



Once your order has shipped, you will be notified with a shipping confirmation email, which will contain your order's UPS tracking number.

## BILLING AND MEMBERSHIP DETAILS

Your charge will appear on your statement as

**Billing Address:**

Jerry McCallum



If you made a trial order purchase, you've been automatically enrolled in our time-saving Delivery Program. At the end of your 15-day trial period your Visa ending ███ will be charged the value of your trial order. Every 30 days thereafter, you'll be sent a refill order using your Visa on file. We offer a 30-day guarantee. Should you decide for any reason that you do not wish to keep the product, you may return it for a full refund, less the cost of shipping & handling. Return shipping is the responsibility of the customer.

## If you made a trial purchase, you can cancel your subscription easily online at any time!

Customer service: 1-855-660-1956
Email: support@phenomhealth.com

McCallum Attachment A

# McCallum Attachment B

| | |
|---|---|
| **From:** | NO Max Shred |
| **To:** | Jerry McCallum |
| **Subject:** | Your Order Has Shipped! |
| **Date:** | Friday, March 31, 2017 10:23:18 AM |



## SHIPPING CONFIRMATION

**Hello Jerry,**

Your shipment is on its way! We hope you enjoy your Phenom Health order.

**If at any time you have questions about your order, we're here to help.**
**Call us toll-free at 1-855-660-1956, or email us at**
**support@phenomhealth.com.**

## TRACKING INFORMATION

Shipment tracking number: **802269903037895253**

**TRACK MY ORDER**

## SHIPPING INFORMATION

**Order Items:**

**Your order is on its way to:**

Jerry McCallum

| | |
|---|---|
| NO Max Shred - 60ct | 1 |
| Phenom Rewards Display Box | 1 |

**PX 6**
**105**

**McCallum Attachment B**

**If you made a trial purchase, you can cancel your subscription easily online at any time!**

Customer service: 1-855-660-1956
Email: support@phenomhealth.com

McCallum Attachment B

# McCallum Attachment C







**PX 6**        **McCallum Attachment C**

# McCallum Attachment D



Transactions continued from previous page

| Date | Purchases/Cash Advances | Reference Number | Amount |
|---|---|---|---|
| 04/01/2017 | | 24692162V000O4E5H | |
| 04/02/2017 | | 24055232XBLNSHRRT | |
| 04/02/2017 | | 24445002X8PMYO3MN | |
| 04/02/2017 | | 24610432K03RH3WFJ | |
| 04/03/2017 | | 24492152XSONX6GNT | |
| 04/03/2017 | | 24492152XS0P2QS1R | |
| 04/03/2017 | | 24492152YS0P9FFSZ | |
| 04/03/2017 | | 24493902Y0T2V08VE | |
| 04/04/2017 | | 24073142ZS73RPSRQ | |
| 04/04/2017 | | 24224432Z22KQQYK | |
| 04/04/2017 | | 24231682YMPNGHPBN | |
| 04/04/2017 | | 24445002Z2X7DEJRW | |
| 04/04/2017 | | 24492152YS0R6QPPU | |
| 04/05/2017 | | 244310530RQE8DRPS | |
| 04/05/2017 | | 24445003928M1HBM | |
| 04/05/2017 | | 2444500306PMM7MQF | |
| 04/06/2017 | | 24247600X6PSQ3ZTK | |
| 04/06/2017 | HEALTH HUB ONLINE    800-3091431 CA | 243354933S66GJRR3 | $89.41 |
| 04/06/2017 | | 244450031BLKSZAH4 | |
| 04/06/2017 | | 2463215305G7NPG5X | |
| 04/07/2017 | | 244021531S0SGVGTK | |
| 04/08/2017 | | 242679338PW219N5 | |
| 04/08/2017 | | 24330664S66JB3F7 | |
| 04/09/2017 | | 242244342Y38SPDY | |
| 04/09/2017 | thehealthyconsumer    844-3093880 NV | 24625853AS66DNADM | $86.51 |

*(handwritten notes:)* SCAM Called on 5-15-17 Told I'm outside the 30 day refund time Entered BBB complaint

Transactions continue on the next page

*(handwritten:)* Phenom health → 1460 B Mon Ann

SS18  0003 K9H    001 7 18 170426 0    PAGE 5 of 6    1 0 6475 0600 SBTH 01AKSS18    66A41



*NO PURCHASE NECESSARY TO ENTER OR TO WIN. YOU HAVE NOT WON YET! A PURCHASE WILL NOT INCREASE YOUR CHANCES OF WINNING. Sweepstakes begins at 12:01 A.M. CT on 3/24/17 and ends 5/29/17 at 11:59 P.M. CT. Must be at least 18 years of age and legal resident of the 50 United States or the District of Columbia. Sweepstakes void in U.S. territories, overseas military installations, and where prohibited by law. Sponsor: Cabela's, Inc., 1 Cabela Drive, Sidney, Nebraska 69160. To enter: use your Cabela's CLUB Visa® card when making a purchase at Cabela's and receive (5) entries or outside of Cabela's and earn (1) entry; apply for the Cabela's CLUB Visa® card and receive (5) entries; or mail in a card for a free entry. For complete Official Rules and other important terms and conditions, odds of winning, details on how to obtain bonus entries, and details on how to enter for free visit www.cabelas.com/RangerBoatGiveaway

McCallum Attachment D

## DECLARATION OF JANET POLLARD
## PURSUANT TO 28 U.S.C. § 1746

I, Janet Pollard, hereby declare as follows:

1.      My name is Janet Pollard. I am over eighteen years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

2.      On or around March 3, 2017, I opened the Facebook application on my smartphone. While scrolling through the application, I found an article that claimed to offer free skincare products. The article claimed that Macy's department stores were going out of business and that skincare products at Macy's were being offered to customers for free. Customers need only pay shipping and handling to receive these free skincare products. The article contained a photo showing a Macy's store closing, and I had recently seen news stories about Macy's closing stores nationwide. Because I had seen these news stories about Macy's stores closing, I thought the product giveaways were true.

3.      The article contained claims detailing why Macy's store closures could benefit consumers. The article stated that Macy's could not return its skincare products to manufacturers, and it hoped, at the very least, that customers who received free products would be satisfied and would return to buy future products at Macy's remaining brick and mortar stores. I assumed it would be a name-brand product. At the time, I believed that Macy's owned and controlled the advertisement and webpage. A true and correct copy of the article, which I visited several weeks later to obtain screenshots, is attached hereto as **Pollard Attachment A**.

4.      At the bottom of the article, I found a banner with a Macy's logo and a button that read "Order Now!" I clicked on the button.

5.      The "Order" button sent me to a short survey. The survey claimed to match my
skin type to a product by asking four questions. I answered the questions, and I was taken to a
checkout page for the skincare products. A true and correct copy of the first page of the survey,
which I visited several weeks later to obtain screenshots, is attached hereto as **Pollard
Attachment B**.

6.      The checkout page asked me to input my payment, shipping, and contact
information in order to receive two skincare products, selected according to the answers I had
given in the survey. I use PayPal for online payments, so I gave the website my PayPal
information and home address. I remember reading that I would only be charged $4.95 for
shipping and handling and that the product would be free.

7.      Shortly after I completed my order for the products, I received an email
confirmation from Beauty & Truth. The email listed my order of "1x Erase Repair HA 30ml,"
"1x Beauty & Truth Samples," and the $4.95 shipping and handling charge. When I scrolled
down the email, I found the shipping information that I submitted. I also found billing
information that stated that the charge would appear on my PayPal statement with the billing
descriptor "DAP*exhilaratedbody." A true and correct copy of the order confirmation email is
attached hereto as **Pollard Attachment C**.

8.      At the bottom of the order confirmation email I found the following text which I
had not seen on the website when I was ordering:

> If you made a trial order purchase, you've been automatically enrolled in our
> time-saving Delivery Program. At the end of your 15-day trial period your
> Mastercard ending 0953 will be charged the value of your trial order. Every 30
> days thereafter, you'll be sent a refill order using your Mastercard on file. We
> offer a 30-day guarantee. Should you decide for any reason that you do not wish
> to keep the product, you may return it for a full refund, less the cost of shipping &
> handling. Return shipping is the responsibility of the customer.

9.      I questioned how these terms would work in practice. I knew that it would take at least several days for mail to arrive and for it to send, if I wished to return the product. I also knew that I would not be able to sufficiently judge the product during the window of time remaining after shipping to and from my home, as the effects of skincare products do not normally take place immediately.

10.     After I saw this term, I called Beauty & Truth using the number listed in the email to complain about the added return condition. When I called, I was shuffled from answering machine to answering machine, and I failed to reach a representative. The recording directed me to press different numbers for purchasing respective products over the telephone, but there were no options for other help services. I called several times, and I tried several different paths on the automated menu, but still I could not reach a representative. Finally, I sent an email to support@findbeautyandtruth.com, which I found in the confirmation email, to complain about the surprise addition of the 15-day return policy. I also wrote in the email that I would like to speak to a customer service representative over the phone, and I was very frustrated by the lack of response.

11.     I continued calling the phone number listed on the confirmation email. I called at least seven times over the next several weeks, and I was unable to reach a representative.

12.     About a week after making the order, I received a package from Beauty & Truth that contained two samples, one of "Erase/Repair HA" and another of "Renewing Serum CE." Each sample was attached to a full jar of the same product. The package contained additional terms, which were similar to those I found in the confirmation email. This did not seem like a free sample. I did not order full jars. Additionally, I worried that I would be required to return the full products. A photo of the product packaging for Erase/Repair HA and Renewing Serum CE appears in a photo attached hereto as **Pollard Attachment D.**

**PX 7**

**115**

13.     On or around the same day, I called Beauty & Truth at the same number I used previously, but this time I was able to reach a representative. The representative asked me if I would like to cancel my subscription. When I heard this, I was confused because I did not know that I had entered a subscription. I thought I had merely accepted a free product from Macy's; at worst, I thought I would have to return it to avoid being charged. The representative informed me that in order to cancel, I needed to send back the products at my own cost. The representative warned me that, if I did not return the products, I would be charged the full cost of the products, about $97.81 each. I was very upset that Beauty & Truth had entered me into a subscription program without my knowledge. When I threatened to complain to the Better Business Bureau, my state representative, and the Missouri Attorney General, the Beauty & Truth representative said that I could keep the product and that they would reduce the charge to only $29.95.

14.     On or around March 23, 2017, I followed up on the email I had sent to support@findbeautyandtruth.com in order to memorialize that the charge would be reduced to $29.95. I was not happy with paying this amount, but I was frustrated with the company, and I wanted to cut ties. A true and correct copy of my email conversation with the Beauty & Truth Support Team, is attached hereto as **Pollard Attachment E**.

15.     On or around March 24, 2017, I received a response from Beauty & Truth customer support. The representative stated that I would be charged $29.95 for each product. I had been told by a representative over the phone that the entire reduced charge would be $29.95 total, not $59.90 as they now indicated. I was charged $29.95 twice.

16.     After the phone call, I researched Beauty & Truth on the Internet. I found many complaints about the company, including a website dedicated to warning consumers of this

scam. It suggested that consumers cancel or change their credit cards after ordering products from Beauty & Truth.

17.     Additionally, I found the original Macy's article, which had directed me to the survey and the order page of the Beauty & Truth samples. I took screenshots on my phone of the article and the first question of the survey, and they are attached hereto as **Pollard Attachment A** and **Pollard Attachment B**.

18.     On or around the same day, I called PayPal to warn them of charges that might appear on my account. The PayPal representative advised me that after I filled out some paperwork, PayPal would begin its investigation. I gave PayPal the required documents, and in the meantime, PayPal assured me that it would place holds on any charges that it believed to be from Beauty & Truth.

19.     After PayPal finished conducting its investigation, it refunded the Beauty & Truth charges on my account. PayPal also closed my account and opened a new one to ensure that Beauty & Truth did not surreptitiously charge me again.

20.     My experience with Beauty & Truth has made me very wary of dealing with online companies. Now that I know what a scammer can do with my personal information, I am very hesitant to give any information to companies I do not know. Though I was lucky that PayPal refunded Beauty & Truth's fraudulent charges, I worry that others are not so lucky.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 1_ 2017.    _Janet Sue Pollard_
                                    Janet Pollard

# Pollard Attachment A





# Macy's is Closing 68 Stores Nationwide - Here's How YOU Can Take Advantage

News & Trends

 **Anna Thomas** Deals Blogger
February 15, 2017 · 554k Views



Pollard Attachment A



Source: Nerd Wallet

Macy's has just announced that about 10% of its 730 stores will be closing across the country, the first major announcement regarding closing stores in the new year. These 68 stores are part of the list of 100 stores Macy's announced for closure mid last year. The mega-retailer hopes to revamp their online retail strategy and focus on Macy's Backstage in an effort to salvage the recent years of declining sales. To date, 3 of the 68 stores have already closed. The remaining stores will close by the end of the year.

Some of you may be sad to see your local Macy's close down, but the rest of you are

◀ cosmopolit...zines.click      **SHARE**

Macy's close down, but the rest of you are probably wondering: **"Will this benefit me in any way?"** The answer to that question is an **absolute "YES!"** On top of the final blowout sales that are going to be held at each of the closing locations, Macy's cosmetics department is offering **FREE SAMPLES** of their skin care products. Unlike clothing and appliances, cosmetics are difficult to sell off, so they have decided to give away some of the products at their closing stores in hopes that you will repurchase the same product, either from another Macy's store or from their online store. With Macy's shifting their focus to their online presence, the best part about this offer is that you don't have to go and pick up the product in person - you can just order it from right where you are!

The terms of this deal are simple. Based on the answers you give to their 4 simple skin care questions, the cosmetics department will determine a product that most fits your

needs. By only paying $5 for shipping, you'll

at any time.

I just ordered my sample, and if I were you, I'd do the same before it's too late! Their loss is our gain :p





# Anna
# Thomas

Anna Thomas is a seasoned writer and

# Pollard Attachment B





**ANSWER ALL 4 QUESTIONS**

**AND GET REWARDS DELIVERED TO YOUR HOME!**



Question 1 of 4: Select Your Gender

 "beach.                    **Share Quote**

Pollard Attachment B

# Pollard Attachment C

| | |
|---|---|
| **From:** | ▆▆▆▆ |
| **To:** | Harshbarger, Tate |
| **Subject:** | Fwd: Order Confirmation |
| **Date:** | Wednesday, June 21, 2017 11:58:16 AM |

This is the email I received from them after they had my credit card information. This is the first that I knew that I wasn't getting free makeup products and that I would have to pay for the products and that it was a subscription. I did receive an email that my subscription was cancelled, but noting happened until I called PayPal and they started an investigation and sent me a new card with a new account number.

---------- Forwarded message ----------
From: **Beauty & Truth** <support@findbeautyandtruth.com>
Date: Fri, Mar 3, 2017 at 9:58 AM
Subject: Order Confirmation
To: Janet Pollard <▆▆▆▆▆▆▆▆>



## ORDER CONFIRMATION

**Hello Janet,**

Thank you for placing your order with Beauty & Truth! We hope you'll love our skin care products as much as our products love your skin.

**If at any time you have questions about your order, we're always here to help, 24/7. Call us toll-free at 1-866-710-5109, or email us at support@findbeautyandtruth.com.**

YOUR ORDER

| Quantity | Items | Order Date | Subtotal | Discount | Total |
|---|---|---|---|---|---|
| | 1x Erase Repair HA 30ml | | | | |

Pollard Attachment C

| 1 | + 1x Beauty & Truth Samples | 3/3/2017 | 4.95 | 0 | 4.95 |

## SHIPPING INFORMATION

Your order will ship to:

**Janet Pollard**



Once your order has shipped, you will be notified with a shipping confirmation email, which will contain your order's USPS tracking number.

## BILLING AND MEMBERSHIP DETAILS

Your charge will appear on your statement as

DAP*exhilaratedbody

**Billing Address:**

Janet Pollard



If you made a trial order purchase, you've been automatically enrolled in our time-saving Delivery Program. At the end of your 15-day trial period your **Mastercard** ending ██ will be charged the value of your trial order. Every 30 days thereafter, you'll be sent a refill order using your Mastercard on file. We offer a 30-day guarantee. Should you decide for any reason that you do not wish to keep the product, you may return it for a full refund, less the cost of shipping & handling. Return shipping is the responsibility of the customer.

**If you made a trial purchase, you can cancel your subscription easily online at any time!**

THANK YOU FOR YOUR ORDER

Customer service: 1-866-710-5109

Open 24 hours a day,

7 days a week

Email: support@findbeautyandtruth.com

www.mybeautyandtruth.com

Pollard Attachment C

# Pollard Attachment D



Pollard Attachment D

# Pollard Attachment E

| | |
|---|---|
| **From:** | ▇▇▇▇▇▇ |
| **To:** | Harshbarger, Tate |
| **Subject:** | Emails from Janet Pollard |
| **Date:** | Wednesday, June 21, 2017 11:50:01 AM |

## Shipment

---

**jsrdpollard . <**                          **>**                          Sat, Mar 25, 2017 at 10:20 PM
To: support@findbeautyandtruth.com

I sure would love to talk to someone. You said if I want to talk I should call. 1-866-710-5109. Which I did yesterday and again today. This is really really becoming tiring. I would like you to try calling this number and see what you results you get. It's nothing except ordering and press 1 or press 2. I've already filed a complaint with St Louis BBB and would like to clear this up. Yesterday day I contacted my MO State representation and I really don't want to go any further. PayPal contacted me yesterday about Fraud charges. I haven't done this yet, but if they are willing to step in on my behalf then so be it. My only other recourse is having my MO REPRESENTATIVE getting me in touch with MO Attorney General. One more time I would like to tell you I want to talk to a human being in customer support instead of an endless round of asking me to press numbers to order your products. I ordered free facial creams which your ad was misleading to say the least. I never entered in to a subscription service. I never ordered any product that came with my FREE samples.
On Fri, Mar 24, 2017 at 3:12 PM <support@findbeautyandtruth.com> wrote:

> Hello Ms. Pollard,
>
> Thank you for keeping in touch with us!
>
> If you want to talk to the customer service please call 1-866-710-5109 we are open 24/7
>
> If you have any other questions, please don't hesitate to contact us by calling us to our customer service telephone number or replying to this email message.
>
> Kind regards,
>
> Anamae D.
>
> Beauty & Truth Customer Support Team
>
> US: 1-866-710-5109
>
> UK: +44 (0)845 528 1257
>
> support@findbeautyandtruth.com
>
> _____
>
> **From:** ▇▇▇▇▇▇▇▇▇
>
> **Sent:** 3/24/2017 7:59 AM
>
> **To:** support@findbeautyandtruth.com
>
> **Subject:** Re: Re: Re: Re: Shipment
>
> Why am I being charged for 2purchases after an email received a few minutes ago I received an email that you are crediting my account. I WANT A TELEPHONE NUMBER AND EXTENSION NUMBER IF NEEDED SO I CAN TALK TO SOMEONE (A HUMAN) ABOUT ALL THESE  CONTINUOUS BACK AND FORTH EMAILS. I WANT TO HAVE A CONVERSATION WITH SOMEONE WHO WILL BE AVAILABLE TODAY 3/24 2017 - at 4:00 - 4:15. Thank you - Looking forward to our conversation.

On Fri, Mar 24, 2017 at 8:41 AM < support@findbeautyandtruth.com> wrote:

Hello Ms. Pollard,

Thank you for keeping in touch with us!

We would like to inform you that your account has charge $29.95 each product to keep that you didn't need to return it back to us.

If you have any other question about our service don't hesitate to contact us by calling us to our customer service telephone number or answering this email message.

Best Regards,

Aljhon C.

Beauty & Truth Customer Support

US: 1-866-710-5109

UK: +44 (0)845 528 1257

support@findbeautyandtruth.com

_____

**From:**

█████████████████

**Sent:**

3/23/2017 5:00 PM

**To:**

support@findbeautyandtruth.com

**Subject:**

Re: Re: Re: Shipment

 Good afternoon, this is Janet Pollard trying to get in touch with you again one more time. I tried calling the customer service number today and I could never reach anyone to talk to. All I could get was a recording asking me to punch number one or number two in order to purchase more product. I want to get this straight. I can end this whole transaction by paying  $29.95. That means no other charges for taxes or shipping.  I'm ready to be done with all this running around. I did notice that your company is in St. Louis Missouri. I wonder if you're listed under the better business bureau. I am so ready to contact my congressman in Jefferson City along with Missouri is Attorney General. It will be no problem to contact my congressman since he lives in the same town I do. It's hard for me to believe that a company doing business in Missouri would try to trick people into making a purchase  by including in their ad deceiving marketing. I would appreciate hearing from your company either by email or phone call at ████████████ . In order to be done with this transaction I will pay the  $29.95 and no other charges added to that. I still in my heart believe you deceived me and I have all the documentation about this ad including pictures. Thank you and I look forward to hearing   From you one way or another. One last question, how would a person be able to talk to customer service any other way than what I did today? Janet Pollard

On Thu, Mar 9, 2017 at 10:21 AM <

support@findbeautyandtruth.com

> wrote:

Hi Ms. Pollard,

Thank you for keeping in touch with us!

Yes, you have 14 days to evaluate the products and determine whether you will pay for them and continue with the membership program or to return them between the trial to avoid extra charges.

And you have also 14 days for the product to arrive to the warehouse to avoid extra charges.

If you have any other questions, please don't hesitate to contact us by calling us to our customer service telephone number or replying to this email message.

Kindly Regards,

Racquel F.

Beauty & Truth Customer Support Team

US: 1-866-710-5109

UK: +44 (0)845 528 1257

support@findbeautyandtruth.com

---

**From:**

████████████

**Sent:**

3/8/2017 5:15 PM

**To:**

support@findbeautyandtruth.com

**Subject:**

Re: Re: Shipment

Ok you are telling me I have 14 days to try the product in one sentence AND further down in your email you state that if returning the product it must arrive in 14 days to the warehouse. Are we talking about the same 14 day time frame.  If so the statements kinda conflict with each other.  Would I have 14 days to get the product to your warehouse after the 14 day trial?

Janet Pollard

On Wed, Mar 8, 2017 at 10:55 AM, <

support@findbeautyandtruth.com

**PX 7**
**134**                                    **Pollard Attachment E**

> wrote:

Pollard Attachment E

## DECLARATION OF SHAWN ULMER
### PURSUANT TO 28 U.S.C. § 1746

I, Shawn Ulmer, hereby declare as follows:

1.      My name is Shawn Ulmer. I am over eighteen years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

2.      On or about January 22, 2018, I was on my computer and saw an advertisement for a free trial of two products – TestXCore and NoMaxShred. I clicked on the advertisement. I was directed to another website that asked for my address and credit card information to receive my free trial. I filled out this information and placed my order for the free trial of the two products with the understanding that I was providing my credit card information only for package protection insurance for the two products in the amounts of $4.95 and $5.95.

3.      Upon completion of my order, I received an email confirmation. A true and correct copy of the confirmation for NoMaxShred is attached hereto as **Ulmer Attachment A.** It was on the email confirmation that I saw for the first time that I would be charged the full price of the product if I did not cancel within 15 days, and that I had been enrolled in a subscription program where I would receive additional product and be charged full price for the product every 30 days.

4.      I emailed customer service at support@phenomhealth.com on January 28, 2018, requesting that they cancel my order and refund me the package protection fees of $4.95 and $5.95. A true and correct copy of my credit card statement showing the shipping and handling fees is attached hereto as **Ulmer Attachment B.** Phenom Health responded that they would cancel my order, but would not refund me the package protection fees. A true and correct copy of my cancellation request and email exchange is attached hereto as **Ulmer Attachment C.**

**PX 8**

**136**

5.  I responded that they had not actually shipped me any product and, therefore, were not entitled to charge me anything for package protection. The customer service representative refused to give me a refund for the package protection fees.

6.  Because Phenom Health customer service refused to refund me the package protection fees, I lodged a complaint with the Denver Better Business Bureau.

7.  The Denver BBB was successful in obtaining refunds for the shipping and handling fees.

8.  At no point during my initial order did I see a notice telling me that I would be charged the full purchase price of the product if I did not cancel within a certain number days.

9.  At no point during my purchase did I see a notice telling me that I was enrolling in a subscription service for the product.

10.  I believe it is unfair for Phenom Health to charge me for package protection when they never shipped me any product.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on ___2/14___ 2018 _____
                                    Shawn Ulmer


PX 8
137

# Ulmer Attachment A

**From:** "NO Max Shred" <support@phenomhealth.com>
**To:** "Shawn Ulmer" ████████████████████
**Sent:** Mon, Jan 22, 2018 at 10:25 AM
**Subject:** Order Confirmation



## ORDER CONFIRMATION

**Hello Shawn,**

Thank you for placing your order with Phenom Health! Our products are designed to help you achieve your body goals, and live in health and wellness. NO Max Shred can help you achieve phenomenal, focused workouts, by supporting muscle growth, strength, and performance.

**If at any time you have questions about your order, we're here to help.**
**Call us toll-free at 1-855-660-1956, or email us at**
**support@phenomhealth.com.**

## YOUR ORDER

Free 16-day trial of NO Max Shred: $0

ProtectPackage™ shipping coverage: $5.95 (If previously selected at checkout. If this was not selected, you can still add it to your order by phoning or replying to this email).

Ulmer Attachment A

## SHIPPING INFORMATION

Your ProtectPackage™ coverage provides a shipping guarantee against loss, damage and theft. If your parcel is lost, damaged or stolen while in transit you can lodge a claim directly on our website www.protectpackage.com or by calling 1-844-230-6673.

Your order will ship to:

**Shawn Ulmer**




Once your order has shipped, you will be notified with a shipping confirmation email, which will contain your order's UPS tracking number.

## BILLING AND MEMBERSHIP DETAILS

Your charge will appear on your statement as

**originalhealth (888) 406-0593**

**Billing Address:**

Shawn Ulmer



Ulmer Attachment A

If you made a trial order purchase, you've been automatically enrolled in our time-saving Delivery Program. At the end of your 15-day trial period your Mastercard ending **3266** will be charged the value of your trial order. Every 30 days thereafter, you'll be sent a refill order using your Mastercard on file. We offer a 30-day guarantee. Should you decide for any reason that you do not wish to keep the product, you may return it for a full refund, less the cost of shipping & handling. Return shipping is the responsibility of the customer.

Customer service: 1-855-660-1956
Email: support@phenomhealth.com

Ulmer Attachment A

# Ulmer Attachment B



## World Mastercard

Feb 2, 2018 Summary

☐ ADA Accessible Statements

| | | |
|---|---|---|
| Jan 22 | originalhealth888-406-0593000 | $5.95 |
| Jan 22 | vibrant-body84442763178GR | $4.95 |

SHAWN M ULMER

**Total Transactions for This Period**

Ulmer Attachment B

# Ulmer Attachment C

**From:** "Shawn Ulmer" █████████████ █████████████
**To:** "support@phenomhealth.com" <support@phenomhealth.com>
**Sent:** Fri, Feb 2, 2018 at 2:39 PM
**Subject:** RE: Re: Cancellation Confirmation
I will be sure to give you an extremely bad review an alert the Better Business Bureau of
your lack of transparency!!!!

Sent from Yahoo Mail on Android

On Fri, Feb 2, 2018 at 2:33 PM, support@phenomhealth.com
<support@phenomhealth.com> wrote:

> Hi Mr. Ulmer,
>
> Thank you for your email.
>
> We would like to let you know that the shipping and handling fee is not refundable
> and a one time charge only.
>
> If you have any other questions or concerns, please do not hesitate to contact us.
>
> Best Regards,
>
> Romar D.
>
> Phenom Health Customer Support
>
> Customer Service US: 1-855-322-8780
>
> Customer Service UK: +44-330-808-0626
>
> support@phenomhealth.com
>
> ─────────────────────────
>
> **From:** █████████████████████
>
> **Sent:** 2/3/2018 4:28 AM
>
> **To:** support@phenomhealth.com
>
> **Subject:** Re: Cancellation Confirmation

**PX 8**
**145**

Ulmer Attachment C

When will my credits show up for shipping charges?

Sent from Yahoo Mail on Android

On Sun, Jan 28, 2018 at 9:20 PM, TestX Core<support@phenomhealth.com> wrote:

#yiv2669622862 .yiv2669622862ExternalClass {width:100%;}

#yiv2669622862 .yiv2669622862ExternalClass, #yiv2669622862 .yiv2669622862ExternalClass p, #yiv2669622862 .yiv2669622862ExternalClass span, #yiv2669622862 .yiv2669622862ExternalClass font, #yiv2669622862 .yiv2669622862ExternalClass td, #yiv2669622862 .yiv2669622862ExternalClass div {line-height:100%;}



CANCELLATION CONFIRMATION

Hello Shawn,

This email confirms the cancellation of your TestX Core refill subscription. For your records, your cancellation code is: 0eCQrR.

We're sorry to see you go! If you change your mind, or would like to order products individually without a subscription, please don't hesitate to call!

Call us toll-free at 1-855-322-8780, email us at support@phenomhealth.com .

Customer Service Hours: Mon to Fri 5am-5pm PST and Sat 8am-4pm.

WE'RE SORRY TO SEE YOU GO!

Sincerely,

Phenom Health

Ulmer Attachment C

## DECLARATION OF JOHN MCCRANER
### PURSUANT TO 28 U.S.C. § 1746

I, John McCraner, hereby declare as follows:

1.      My name is John McCraner. I live in Denver, Colorado, and am over eighteen years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

2.      On or around March 26, 2017, I was scrolling through the social media website Facebook, when I came across an ad for a supplement that claimed to boost intelligence. This ad included an image of physicist Stephen Hawking within the graphics of news outlet CNN, as if he were giving an interview. I do not recall the exact words used in the advertisement, but I understood from looking at it that Mr. Hawking used these pills for an intellectual boost. I decided to click on the advertisement.

3.      I was taken from Facebook to a separate website which included additional information about the supplement. The intelligence supplement was named "Synagen IQ," and I was offered a "free sample bottle" of the product by paying a small shipping fee of around six to eight dollars. Given the low price, I decided to order the sample. Before reaching the checkout page on the website, a pop-up advertisement for another product called "Bioslim Burn" appeared, which seemed to be a nutritional supplement to promote weight loss. I did not want this

product, but I could not find a way to continue with my order of Synagen IQ

without adding Bioslim Burn to my virtual shopping cart. After spending some

time trying to bypass adding Bioslim to my order, I gave up. I entered my credit

card and billing information, and ordered my free trial bottle of Synagen IQ,

expecting also to receive Bioslim at no additional cost.

      4.     Later that day, I received an "order confirmation" email concerning

my shipment of Synagen IQ. I spent some time reviewing this email to catch

anything unexpected. Sure enough, towards the very bottom of this email I found a

paragraph of text indicating that I would be charged the full price for my current

order if I decided to keep it and that I had been enrolled in a subscription and

would be charged monthly for the product. I was frustrated that this was the first

time I became aware of either of these two conditions of my order.

      5.     On or around March 27, 2017, I contacted Synagen IQ to cancel my

account, prevent any further shipments of these nutritional supplements, and

request a full refund. Later on March 27, 2017, I received an email that appeared to

be from a Synagen IQ customer service representative using the address

support@synageniq.com.  In that email, the customer service representative

instructed me to return the products to "Synagen IQ Returns, 14603 East Moncrieff

Place, STE 100, Aurora, CO 80011." I noticed that this email was signed

"Sincerely, Phenom Health." A true and correct copy of my email conversation

with support@synageniq.com is attached hereto as **McCraner Attachment A**.  At some point during my interaction with Synagen IQ customer service, I was told that I would receive half ($19.36) of the refund immediately, and the other half when the products were returned, but that once the products were returned, it would take three weeks to process the second half of my refund.

6.      On or around March 28, 2017, two charges appeared on my credit card statement that I believe were associated with my order of Synagen IQ. The first, in the amount of $6.95, appeared to be the shipping and handling charge I agreed to. A second charge, in the amount of $38.71, appeared to be the unanticipated "full price" of Synagen IQ. The billing descriptor on both charges reads "NLD*NEWLIVINGDIET."

7.      Within a week of my initial order, I received a package. I noticed that the return shipping address on the box was in Aurora, Colorado, which is relatively close to where I live.  The box contained two bottles branded with colorful labels. As expected, one was named Synagen IQ, and the other Bioslim Burn. I did not try either product because I wished to immediately return them for a full refund.

8.      Given that I live close to the Aurora, Colorado return address listed in my communications with support@synageniq.com, I decided to return the package in person. Within a week of receiving the package, I drove to the Aurora location, and found a warehouse at that address. I approached the front door and tried to

**PX 9**
**149**

open it, but it was locked. After ringing the doorbell, a woman answered, and I explained that I was here to return a package to Phenom Health. She explained that the warehouse belongs to a company that does shipping and receiving logistics for several companies, including Phenom Health. I asked her if she processed many returns of Phenom Health products, and she said yes. This woman agreed to take the package, and provided me with a receipt to confirm the package was back in their possession.

9.      On or around April 25, 2017, roughly three weeks after I returned the products to the warehouse, I responded to an earlier email from support@synageniq.com asking about the status of my refund. "Meg," a customer support representative, told me that they were still waiting for the returned product to arrive. I replied that I returned it to the address in person, which Meg said was unacceptable. *See* McCraner Att. A. After some back and forth with support@synageniq.com, I became very frustrated, and decided to call the customer support phone number 1-844-465-0024.

10.     The first representative I spoke with reiterated that they hadn't received the package, and couldn't complete my refund until this occurred. I imagine that few Phenom Heath customers return their products in person, and this representative eventually decided to pass me on to a supervisor. I had a brief conversation with the supervisor, where I made clear how upset I was with their

deceptive subscription process and onerous, hidden return requirements. Instead of defending their practices, this supervisor said he would "overrule" their policies, and approve my full refund.

11.    Although I eventually received a full refund for my purchase of Synagen IQ, it required about a month of effort, and repeated communications with unhelpful customer service representatives.

I state under penalty of perjury that the foregoing statement is true and correct.

Executed on June _4th_, 2018.

John McCraner

# McCraner Attachment A

| | |
|---|---|
| **From:** | JOHN MCCRANER |
| **To:** | Al-Najjar, Nathaniel |
| **Subject:** | Fw: [Support ] Re: Re: Return Merchandise Authorization |
| **Date:** | Wednesday, May 02, 2018 7:55:50 PM |

Nate,

Sorry I just forgot to send this, my sincerest apologies.



On Wednesday, April 26, 2017 7:08 PM, Mary (Support ) <support@infocu5support.zendesk.com> wrote:

# #- Please type your reply above this line -# #

Your request (89828) has been updated. To add additional comments, reply to this email.

---

   **Mary (Support )**
Apr 26, 6:08 PM PDT

Hello John,

Thank you for keeping in touch with us!

Our systems shows that we´re still waiting for the returned product to be delivered. I apologize for the frustration, without the tracking information we will have to wait until the returned package is checked into the warehouse to issue the remaining of your refund of $19.35, if it shows delivered within 30 days from the bill date of 3/26/17.

If you have any other questions, please don't hesitate to contact us by calling our customer service telephone number.

Best Regards,

Meg
Synagen IQ
1-844-465-0024
(support@synageniq.com)

---

JOHN MCCRANER           **PX 9**           **McCraner Attachment A**

**153**

Apr 26, 5:35 PM PDT

Please check with the warehouse that you directed me to:I returned it here.
Synagen IQ Returns BioSlim Burn Returns 14603 East Moncrieff Place, STE
100 Aurora, CO 80011
I returned it too them with all the return codes you sent me, do some
investigation ask these people.Please do that for me.
This was well over 3 weeks ago, you already returned the first $19.97 so I
know you have all the information you need.
 Thank you,
John P. McCraner
█████████████

On Wednesday, April 26, 2017 2:17 PM, Mary (Support )
<support@infocu5support.zendesk.com> wrote:

#yiv4372954906 table td {border-collapse:collapse;}#yiv4372954906 body
.yiv4372954906filtered99999 .yiv4372954906directional_text_wrapper
{direction:rtl;unicode-bidi:embed;}

 **Mary (Support )**
Apr 26, 1:17 PM PDT

Hello John,

Thank you for keeping in touch with us!

I apologize for the frustration, without the tracking information we will have
to wait until the returned package is checked into the warehouse to issue
the remaining of your refund of $19.35, if it shows delivered within 30 days
from the bill date of 3/26/17.

If you have any other questions, or if there is anything additional we can
help you with at this time, please don't hesitate to contact us.

Best Regards,

Michelle
Synagen IQ
1-844-465-0024
(support@synageniq.com)

**PX 9**          **McCraner Attachment A**
**154**

 **JOHN MCCRANER**
Apr 25, 8:20 PM PDT

Excuse me, I returned them to the address you asked me to return them too, so don't tell me you can't except them, that is BULL SHIT!
It's the same difference whether I sent them by mail or hand delivered them to the same address, so you best get your shit together and get my return or hell will be paid , trust me.
You fucked with the wrong guy Mary from support!!!!
 Thank you,
John P. McCraner

████████

On Tuesday, April 25, 2017 9:09 PM, Mary (Support )
<support@infocu5support.zendesk.com> wrote:

#yiv2193762551 table td {border–collapse:collapse;}#yiv2193762551 body .filtered99999 .yiv2193762551directional_text_wrapper {direction:rtl;unicode–bidi:embed;}

 **Mary (Support )**
Apr 25, 8:09 PM PDT

Hello John,

Thank you for keeping in touch with us!

We do apologize, we do not accept personal deliveries. The products must be mailed to be eligible for return.

If you have any other questions, or if there is anything additional we can help you with at this time, please don't hesitate to contact us.

Best Regards,

Meg
Synagen IQ
1–844–465–0024
(support@synageniq.com)

 Apr 25, 8:02 PM PDT

As I stated, I took it back to your 3rd party shipper DIRECTLY!!! with all the information in the attached e-mai as you instructed,

You find it! Their is no tracking number.
Thank you,
John P. McCraner

On Tuesday, April 25, 2017 8:58 PM, Mary (Support )
<support@infocu5support.zendesk.com> wrote:

#yiv8723005154 table td {border−collapse:collapse;}#yiv8723005154 body
.filtered99999 .yiv8723005154directional_text_wrapper
{direction:rtl;unicode−bidi:embed;}

---

 **Mary (Support )**
Apr 25, 7:58 PM PDT

Hello John,

Thank you for keeping in touch with us!

Our systems shows that we´re still waiting for the returned product to be delivered. If you have a tracking number for the return, please provide it, and we will be happy to check the status.

If you have any other questions, please don't hesitate to contact us by calling our customer service telephone number.

Best Regards,

Meg
Synagen IQ
1−844−465−0024
(support@synageniq.com)

---

 **JOHN MCCRANER**
Apr 25, 7:54 PM PDT

**PX 9**

**156**

**McCraner Attachment A**

So where is my return?

I personally took my BioBurn and synagen to your 3rd party shipper along with all my return codes as per your instructions and haven't seen anything. Can you look into this ASAP, I know it takes 3 weeks according to what you sain and it is now at 3 weeks.

Let me know,

 Thank you,

John P. McCraner

███████████

On Monday, March 27, 2017 11:52 AM, Synagen IQ <support@synageniq.com> wrote:

#yiv5181843305 .yiv5181843305ExternalClass {width:100%;}#yiv5181843305 .yiv5181843305ExternalClass, #yiv5181843305 .yiv5181843305ExternalClass p, #yiv5181843305 .yiv5181843305ExternalClass span, #yiv5181843305 .yiv5181843305ExternalClass font, #yiv5181843305 .yiv5181843305ExternalClass td, #yiv5181843305 .yiv5181843305ExternalClass div {line-height:100%;}

|
|
|
|
|
|
| |

|

|

|

|

|
| |
|

| RETURN MERCHANDISE AUTHORIZATION |

**PX 9**

**McCraner Attachment A**

157

|

|


|
| Hello John, |
| Here is the RMA (return merchandise authorization) number you requested: 5TEDS4. |
| Your return must be accompanied by this RMA number, as well as the packing slip that was included with your order. |
| Including the correct packing slip ensures you will receive your refund or exchange. |
| If you do not have the packing slip, please be sure to write the RMA and your name and address very clearly on the package. |
| Mail to:
Synagen IQ Returns
14603 East Moncrieff Place, STE 100
Aurora, CO 80011? |

|


| Customer Service: 1-844-465-0024 (5am-5pm PST M-F, 5am-4pm PST Sat), or email us at support@synageniq.com |


|
| |

|


|
| |

|


|
| Sincerely,
Phenom Health |

|

**PX 9**                          **McCraner Attachment A**
**158**