ALDON F. ABBOTT
General Counsel

SAMANTHA GORDON (IL Bar No. 6272135)
sgordon@ftc.gov
MATTHEW H. WERNZ (IL Bar No. 6294061)
mwernz@ftc.gov
Federal Trade Commission
230 South Dearborn, Suite 3030
Chicago, Illinois 60604
312.960.5623 (Gordon)
312.960.5596 (Wernz)
ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TRIANGLE MEDIA CORPORATION, a Delaware corporation, also doing business as Triangle CRM, Phenom Health, Beauty and Truth, and E-Cigs, *et al.*,<br><br>Defendants. | Case No.: 18-cv-01388-BEN-NLS<br><br>Appendix of Declarations in Support of Plaintiff's *Ex Parte* Motion for Temporary Restraining Order with Asset Freeze, Appointment of a Receiver, Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue<br><br>(Volume 2 of 2) |

## Declarations

**Plaintiff's Exhibit ("PX") 10 – Declaration of Douglas McKenney**................**161**
    Investigator, Federal Trade Commission
    Attachments
    McKenney Attachment A.........................................................229
    McKenney Attachment B .........................................................231
    McKenney Attachment C .........................................................234
    McKenney Attachment D.........................................................237
    McKenney Attachment E .........................................................241

McKenney Attachment F ................................................................. 246
McKenney Attachment G ................................................................ 255
McKenney Attachment H ................................................................ 259
McKenney Attachment I ................................................................. 303
McKenney Attachment J ................................................................. 324
McKenney Attachment K ................................................................ 352
McKenney Attachment L ................................................................. 378
McKenney Attachment M ............................................................... 381
McKenney Attachment N ................................................................ 403
McKenney Attachment O ................................................................ 438
McKenney Attachment P ................................................................. 486
McKenney Attachment Q ................................................................ 509
McKenney Attachment R ................................................................. 514
McKenney Attachment S ................................................................. 543
McKenney Attachment T ................................................................. 547
McKenney Attachment U ................................................................ 564
McKenney Attachment V ................................................................ 571
McKenney Attachment W ............................................................... 581
McKenney Attachment X ................................................................ 596
McKenney Attachment Y ................................................................ 599
McKenney Attachment Z ................................................................ 607

Dated: June 22, 2018

Respectfully submitted,

ALDON F. ABBOTT
General Counsel

Samantha Gordon
Matthew H. Wernz
Federal Trade Commission
Midwest Region

## DECLARATION OF DOUGLAS M. MCKENNEY
## PURSUANT TO 28 U.S.C. § 1746

I, Douglas M. McKenney, hereby declare as follows:

1.     My name is Douglas M. McKenney. I am a United States citizen over eighteen years of age. I am an investigator with the Federal Trade Commission ("Commission" or "FTC"), a position that I have held for approximately eleven years. Prior to becoming an investigator, I was a paralegal specialist with the FTC for approximately two years. My business address is Federal Trade Commission, Midwest Region, 230 South Dearborn Street, Suite 3030, Chicago, Illinois 60604.

2.     As an investigator, my duties include monitoring and investigating persons or companies that are suspected of engaging in unfair or deceptive acts or practices in violation of the Federal Trade Commission Act ("FTC Act") and any other laws or rules that the FTC enforces. I am also custodian of documents and records that the FTC obtains during the course of investigations to which I am assigned. In the course of my employment, I participated in an investigation of Triangle Media Corporation, also d/b/a Triangle CRM, Phenom Health, Beauty and Truth, and E-Cigs; Jasper Rain Marketing LLC, also d/b/a Cranium Power and Phenom Health; Hardwire Interactive Inc., also d/b/a Phenom Health, Beauty and Truth, and E-Cigs; and Brian Phillips. In the course of this investigation, I have

acquired personal knowledge and information about the facts stated herein, and, if called, would testify to the same.

## BACKGROUND

3.    As part of the FTC's investigation at issue, pursuant to Section 20 of the FTC Act, 15 U.S.C. §57b-1, the Commission issued Civil Investigative Demands ("CIDs") to parties having information relevant to the investigation. I am the custodian of documents produced pursuant to the CIDs issued in this investigation, and I have personally reviewed these documents.

## CORPORATE RECORDS

### Triangle Media Corporation

4.    Attached hereto as **McKenney Attachment ("Att.") A** is a true and correct copy of Triangle Media Corporation's certificate of incorporation that I obtained from the Office of the Delaware Secretary of State. According to this document, Brian Phillips is the director of Triangle Media Corporation and the company was incorporated on May 28, 2010.

5.    Attached hereto as **McKenney Att. B** are true and correct copies of Triangle Media Corporation's statements of information, filed on March 16, 2017 and May 17, 2018, that I obtained from the Office of the California Secretary of State. According to the statement filed on March 16, 2017, Triangle Media Corporation's principal place of business was 1350 Columbia Street, #303, San

Diego, California 92101. The May 17, 2018 statement identified Triangle Media Corporation at a new principal place of business – 4519 George Road, Suite 170, Tampa, Florida 33634. Both statements list Brian Phillips as the sole officer and registered agent of Triangle Media Corporation.

## Jasper Rain Marketing LLC

6.    Attached hereto as **McKenney Att. C** are true and correct copies of records I obtained from the Office of the California Secretary of State for Jasper Rain Marketing LLC, which include the company's articles of organization, filed on December 16, 2016, and its most recent statement of information, filed on March 21, 2018, which lists Sierra Owen as a member of the company.

7.    Attached hereto as **McKenney Att. D** is a true and correct printout of Sierra Owen's profile that I found and printed from the professional network website LinkedIn on April 4, 2018. According to her LinkedIn profile, Sierra Owen is an administrative assistant at Triangle Media Corporation and resides in the San Diego, California area.

## Hardwire Interactive Inc.

8.    Attached hereto as **McKenney Att. E** are true and correct copies of a search report, certificate of incorporation, and certificate of good standing for Hardwire Interactive Inc. that I obtained from the British Virgin Islands Financial Services Commission - Registry of Corporate Affairs. The records show that

Hardwire Interactive Inc. is a British Virgin Islands corporation, it was incorporated on October 19, 2012, and its registered agent is Hauteville Trust (BVI) Limited, R.G. Hodge Plaza, Wickhams Cay 1, P.O. Box 3483, Road Town, Tortola, British Virgin Islands.

9.      Attached hereto as **McKenney Att. F** are true and correct copies of an application for trademark and assignment of trademark that I obtained from the U.S. Patent and Trademark Office. According to the documents, Global Northern Trading Ltd., a Canadian limited company, applied for the trademark PHENOM HEALTH with the U.S. Patent and Trademark Office on November 11, 2015. (McKenney Att. F, pp. 247-249). On November 26, 2015, Global Northern Trading Ltd. assigned the PHENOM HEALTH trademark application to Hardwire Interactive Inc., and Brett Bond signed on behalf of Hardwire Interactive Inc., and listed his title as general manager. (McKenney Att. F, pp. 250-253). In January 2017, the trademark application was abandoned for failure to file a statement of use. (McKenney Att. F, p. 254).

10.      Attached hereto as **McKenney Att. G** is a true and correct printout of Brett Bond's profile that I found and printed from LinkedIn on May 30, 2018. When he signed the Assignment of Trademark document on behalf of Hardwire Interactive Inc., Brett Bond was the chief operations officer of Triangle Media Corporation in San Diego, California.

## UNDERCOVER PURCHASES

11.     During the course of the investigation, I conducted undercover purchases of the following products: Beauty & Truth's Erase/Repair HA and Rapid Lift FX skin cream products, Phenom Health's Cerebral X supplement, and E-Cigs Pro Vapor starter kit. These undercover purchases are described in detail in the paragraphs below.

### Phenom Health - Cerebral X

12.     Attached hereto as **McKenney Att. H** are true and correct printouts and copies of websites, emails and materials related to an undercover purchase I conducted of Phenom Health's Cerebral X product on or about October 12, 2017, which I will describe in further detail below. Certain identifying information has been redacted from McKenney Att. H.

13.     On or about October 12, 2017, I conducted a Google search on the term "trycerebralx" to identify websites marketing the sale of Cerebral X. The first page of the search results contained a link to a website titled "Cerebral X Review – Cognitive Enhancement Nootropic Brain Booster?" I clicked on the link on the search results page and was directed to the website http://thedailyreviewer.com/cerebral-x/. The website contained a review of Cerebral X and featured a red button that stated "Click Here To Try Cerebral X Risk Free Trial Today." (McKenney Att. H, pp. 260-264).

14.     I opened the Developer Tools feature in my internet browser, and selected the Network Monitor tool, which shows all the network requests the browser makes when loading a webpage, the length of time each request takes and details of each request.  I clicked on the red button on the website http://thedailyreviewer.com/cerebral-x/, and I was redirected to the website https://www.trycerebralx.com/us/cx01/landing/?aff=grocxseo&cid . . . .  The Network Monitor tool further showed that after landing on the trycerebralx.com website, my internet browser received a JavaScript subdocument request from https://hardwire2.trianglecrm.com.

15.     The landing page, https://www.trycerebralx.com/us/cx01/landing/?aff=grocxseo&cid . . . , contained a banner that stated, "Warning: Due to extremely high media demand, there is limited supply of Cerebral X in stock as of [today's date].  HURRY!" followed by a countdown timer.  (McKenney Att. H, pp. 265-274).  The banner also stated "Get Your Risk Free Trial Today" next to a red button that stated "GET MY RISK FREE TRIAL."  As I scrolled down the landing page, the banner followed as well and stayed visible at the top of my browser window.  Near the bottom of the landing page was an order form titled "Where Can We Send Your Risk Free Trial." The order form requested name, address, phone number and email address.  Below the order form and near the bottom of the landing page were links to view the

terms and conditions, privacy policy and contact us pages. The terms & conditions and contact us pages provided a return address, phone number and email address for Cerebral X as 12924 Pierce Street, Pacoima, California 91331, 888-963-8460 and support@phenomhealth.com, respectively. (McKenney Att. H, pp. 275-277).

16. I provided information related to an undercover identity and clicked the "GET MY RISK FREE TRIAL" button at the bottom of the form on the landing page. I was directed to a billing page that showed my order as one bottle, a thirty-day supply of Cerebral X, for a total of $4.95, which was the shipping cost, and it would arrive in two days, on October 14, 2017. (McKenney Att. H, pp. 278-279). The billing page contained a pre-checked box to add Protect Package for $2.95 to the order, which if added, would replace any shipped items reported as lost, stolen or damaged. The following statement appeared at the bottom of the billing page and was printed in gray text on white background:

> By placing an order you will be enrolled in our membership program. This program will charge $4.95 today and $84.71 for your trial full-size product on the 15th day if you do not call to cancel the membership. You will receive a full-size bottle of the product for $84.71 (S&H included) every 30 days thereafter until you cancel. You can cancel or modify your membership anytime by calling +1-888-963-8460. Open 24 hours a day, 7 days a week. Product ships in 1-3 business days.

17. I deselected the pre-checked box for the Protect Package add-on. I then provided an undercover credit card number, expiration date and CVV code

and submitted the billing information by clicking on the "GET MY RISK FREE TRIAL" button.

18.    After I provided my payment information, I then received a series of upsell offers for additional products on separate webpages. (McKenney Att. H, pp. 280-290).

19.    The first upsell offer webpage stated at the top, "Wait! Your Order is Not Complete!" and offered a "FREE TRIAL bottle" of the supplement Vitamood+, with free shipping included. (McKenney Att. H, pp. 280-281). Right below the offer was a red button labeled "COMPLETE CHECKOUT." A pre-checked box to add Protect Package for $6.95 to the order was located below the "COMPLETE CHECKOUT" button. The option to decline the Vitamood+ upsell offer was located beneath the Protect Package add-on, was printed in gray text on white background, and it stated, "No, I don't want to improve my mood." The webpage contained additional content below the initial viewing area in the browser window, and I had to scroll down to the bottom of the webpage to view it. (McKenney Att. H, pp. 282-283). This additional content included links to terms and conditions, privacy policy and contact us pages, as well as the following statement printed in gray text on white background:

> By placing an order you will be enrolled in our membership program. This program will charge $0.00 today and $79.31 for your trial full-size product on the 18[th] day if you do not call to cancel the membership. You will

receive a full-size bottle of the product for $79.31 (S&H included) every 30 days thereafter until you cancel. You can cancel or modify your membership anytime by calling +1-888-868-0383. Open 24 hours a day, 7 days a week. Product ships in 1-3 business days.

20.    I unchecked the Protect Package box and clicked the "COMPLETE CHECKOUT" button to accept the first upsell offer. I did not have to provide or confirm my payment information.

21.    I was then directed to the second upsell offer, which was to add one bottle of Phenom Health's Triton-3 Elite Krill Oil to my order for $39.98. (McKenney Att. H, pp. 284-285). I declined the second upsell offer by clicking on the statement "No, I don't want to improve my overall health" which was printed in gray text on white background.

22.    The third upsell offer was to add one bottle of Phenom Health's Bioslim Burn to my order for $29.95. (McKenney Att. H, pp. 286-287). I declined the Bioslim Burn upsell offer by clicking on the statement "No thanks. Continue to receipt" which was printed in gray text on white background.

23.    The fourth and final upsell offer was to join the Phenom Health VIP Rewards program for "only $1.95." (McKenney Att. H, pp. 288-290). Below the offer was a red button labeled "YES, ADD TO MY ORDER." The option to decline the offer was in gray text below the "YES, ADD TO MY ORDER" button.

The following statement was printed in gray text on white background at the bottom of the fourth upsell offer webpage:

> By joining the Phenom Health Rewards Program you will receive a full size bottle of Omega-iQ Elite for $1.95. On the 18[th] day and every 30 days thereafter you will be charged $29.95 to maintain your membership. Every month you will receive one free Phenom Health product upon your choosing and a free $100 e-gift card every month until you cancel. Please call +1-844-518-3496. Open 24 hours a day, 7 days a week to modify or cancel your membership.

24.     I accepted the Phenom Rewards offer by clicking the "YES, ADD TO MY ORDER" button. Other than clicking on the button, I did not have to provide or confirm my payment information. At no point during the upsell offers could I edit my order or see the contents of my shopping cart similar to other e-commerce websites like Amazon.

25.     After the fourth upsell offer, I was directed to a page with an itemized receipt of my order. (McKenney Att. H, p. 291). The page showed my order for Cerebral X as $0.00, Vitamood+ as $0.00, Phenom Health Rewards program as $1.95, and shipping and handling as $4.95, for a total cost of $6.90, which was highlighted in yellow. Further, it stated that my order would arrive in two days, by October 14, 2017. At the bottom of the receipt page was the following statement in gray text on white background:

> By placing an order you will be enrolled in our membership program. This program will charge $4.95 today and $84.71 for your trial full-size product on the 15th day if you do not call to cancel the membership. You will

receive a full-size bottle of the product for $84.71 (S&H included) every 30 days thereafter until you cancel. You can cancel or modify your membership anytime by calling +1-888-963-8460. Open 24 hours a day, 7 days a week. Product ships in 1-3 business days.

26.     The same day I completed the undercover purchase of Cerebral X, I received three different order confirmation emails from Phenom Health, one for each product or service, Cerebral X (McKenney Att. H, pp. 292-293), Vitamood+ (McKenney Att. H, pp. 294-295), and Phenom Rewards (McKenney Att. H, pp. 296-297). The three order confirmation emails were sent from the same email address, support@phenomhealth.com, but contained different customer service numbers for Phenom Health: 888-963-8460 in the Cerebral X email, 888-868-0383 in the Vitamood+ email, and 844-518-3496 in the Phenom Rewards email.

27.     On October 16, 2017, two charges by "JSPRRNM CRANIUMPOWER 888-8341574 CA" posted to the undercover credit card - $4.95 shipping and handling charge and $1.95 charge for the Phenom Health Rewards program. As explained further in paragraph 137 within, this billing descriptor is assigned to Jasper Rain Marketing LLC.

28.     On October 19, 2017, I received three different shipping confirmation emails from support@phenomhealth.com, one for each product – Cerebral X, Vitamood+ and Phenom Rewards. All three of these emails stated that my order had shipped and provided the same shipment tracking number for each order.

29.     On October 20, 2017, six days after the provided delivery date, and
eight days after the order date, I received a package from Phenom Health's
Fulfillment Center with a return address of 11551 East 45th Avenue, Suite C,
Denver, Colorado 80239.  The package contained: 1) one bottle containing a
month's supply (30 capsules) of Phenom Health's Cerebral X supplement; 2) one
bottle containing a month's supply (60 capsules) of Phenom Health's Vitamood+
supplement; 3) one bottle containing a month's supply (30 capsules) of Phenom
Health's Omega-3 iQ Elite supplement; 4) a shipping invoice (McKenney Att. H,
p. 298); and 5) two Phenom Health pamphlets containing information about the
company's product line  (McKenney Att. H, pp. 299-302).

30.     On or about October 25, 2017, FTC staff clicked on a cancellation
link contained in the Cerebral X shipping confirmation email and went to the
website https://yourorderhelp.com/ocportal/?projid=2073.  The website requested
the email address associated with the order, and once it located the account,
presented two cancellation options.  One option was "Quick Reservation," which
described that, to cancel, FTC staff needed to pay a one-time charge of $38.71 and
could keep the bottle.  The other option was to request a return merchandise
authorization ("RMA") number and return the bottle by November 11, 2017 to
avoid being charged.  FTC staff requested an RMA number, which was provided in

an email with instructions to return the product to 12924 Pierce Street, Pacoima, California 91331.

31.    The same day, FTC staff canceled Vitamood+ by following the same online process as the Cerebral X product as detailed in the above paragraph. Although it was part of the same order and the products arrived in the same package, the process to cancel Vitamood+ was separate from Cerebral X. For example, FTC staff had to request another RMA number to return the Vitamood+ product, even though the returns address was the same for both products.

32.    FTC staff shipped the unopened bottles of Cerebral X and Vitamood+ via USPS certified mail to 12924 Pierce Street, Pacoima, California 91331, and assumed the shipping costs to return the products.

33.    On or about October 31, 2017, Phenom Health Rewards program charged the undercover credit card $29.95. The billing descriptor for the charge appeared as "JSPRRNM CRANIUMPOWER 888-8341574 CA" on the card statement.

34.    There was no online cancellation process for the Phenom Health Rewards program. On or about November 16, 2017, I called the Phenom Health Rewards program phone number 844-518-3496 to cancel. My first attempt occurred at 4:02 pm. On this first attempt, I waited on hold for approximately three minutes before the call disconnected. I immediately called the same phone

number and again the call was disconnected after I waited on hold for less than thirty seconds. About five minutes later, I called the same Phenom Health Rewards program phone number and I was on hold for around 11 minutes before I was directed to leave a voicemail message for a return call.

35.    The next day, I again called the Phenom Health Rewards program phone number 844-518-3496 to attempt to cancel. I waited on hold for four minutes before I was connected with a male representative who identified himself as Jason. To lookup the account, Jason asked me for my phone number. After he found my account, he explained that I had already canceled Cerebral X and Vitamood+, but that I had not canceled Phenom Health Rewards program. He added that if I wanted to use my $200 credit to the Phenom Health Rewards website and order my free product, I could stay enrolled and cancel later, by November 29, 2017, to avoid any further charges. I declined because I did not want to incur additional charges. In addition, I requested a refund of the $29.95 charge and offered to ship the unopened bottle of Omega-3 iQ Elite back to the company. Jason stated the $29.95 charge was a membership fee and that I was ineligible for a refund because I did not cancel the Phenom Health Rewards program within seven days.

## Beauty & Truth - Rapid Lift FX

36.    Attached hereto as **McKenney Att. I** are true and correct copies and printouts of websites, an email and materials related to an undercover purchase I conducted of Beauty & Truth's Rapid Lift FX product on or about September 20, 2017, which I will describe in further detail below. Certain identifying information has been redacted from McKenney Att. I.

37.    On or about September 20, 2017, I conducted a Google search on the term "rapid lift free trial." The second search results page featured a link to a video titled "Rapid Lift FX Instant Tightening Serum Review – Painless Youthful Look!" I clicked on the link on the search results page and was taken to a video that had been uploaded by "WeightLoss And SkinCare" to Youtube.com on May 10, 2017. The video included a description that stated, "Click here to Claim your Rapid Lift FX Instant Tightening Serum Risk free trial" next to the link https://goo.gl/OIUihS. (McKenney Att. I, p. 304)

38.    I opened the Developer Tools feature in my internet browser, and selected the Network Monitor tool, which shows all the network requests the browser makes when loading a webpage, the length of time each request takes and details of each request. I then clicked on the link to https://goo.gl/OIUihS, and I was redirected to the website https://www.findbeautyandtruth.com/rl01/?aff=jbrlfx . . . . The Network Monitor tool further showed that after landing on the

Findbeautyandtruth.com website, my internet browser received a JavaScript application request from https://hardwire2.trianglecrm.com.

39.    The website https://www.findbeautyandtruth.com/rl01/?aff=jbrlfx . . . marketed Beauty & Truth's Rapid Lift FX skin cream product. (McKenney Att. I, pp. 305-309). The landing page contained an order form titled "TELL US WHERE TO SEND YOUR TRIAL BOTTLE" and requested name, address, email and phone number. Above the order form was a counter that stated "ONLY 250 TRIALS AVAILABLE NOW!" To the left of the order form was a red arrow that stated "HURRY! CLAIM YOUR TRIAL TODAY" and which pointed to a "RUSH MY TRIAL" button on the order form. Below the order form and near the bottom of the landing page were links to view the terms and conditions, privacy policy and contact us pages. The terms and conditions and contact us pages provided a return address, phone number and email address for Beauty & Truth as 415 Bussen Underground Road, Saint Louis, Missouri 63129, 866-710-5109 and support@findbeautyandtruth.com, respectively. (McKenney Att. I, pp. 310-311).

40.    I provided a name, address, email and phone number related to an undercover identity into the order form and clicked the "RUSH MY TRIAL" button. I was then redirected to a billing page that requested my credit card information to "pay a small shipping fee" to receive a 30ml bottle of Rapid Lift FX. (McKenney Att. I, p. 312). The billing page showed the price of the Rapid

Lift FX bottle as zero, and the shipping and handling as $2.95, after a 40%

discount was applied. The billing page also featured a pre-checked box to add

Protect Package for $2.95 to the order, which if added, would replace any shipped

items reported as lost, stolen or damaged. Further down the billing page, below a

red arrow pointing to the "COMPLETE CHECKOUT" button, was the following

statement, printed in gray text on white background:

> Terms and Conditions: By submitting, you consent to having read and
> agreed to our Terms and Conditions. Your order will ship within 24
> business hours and we're confident you will love your younger looking skin.

41.     I deselected the pre-checked box for the Protect Package add-on, and

provided an undercover credit card number, expiration date and CVV code and

submitted the billing information by clicking on the "COMPLETE CHECKOUT"

button. I did not have to take any other action to affirm that I had read the terms

and conditions prior to ordering the product.

42.     After I provided payment information, I received a series of upsells

for additional Beauty & Truth products on separate webpages, each with "Wait!

Your Order is Not Complete" featured at the top of the page. (McKenney Att. I,

pp. 313-316). I declined all four upsell offers by clicking "No thanks, I decline

this offer" on each page.

43.     The first upsell was an offer for a "FREE TRIAL bottle" of Beauty &

Truth's Erase/Repair HA anti-aging skin cream with free shipping. The page

included a pre-checked box to add Protect Package for $6.95, which was located below the "COMPLETE CHECKOUT" button. (McKenney Att. I, p. 313).

44.   The second upsell was an offer to add one bottle of Beauty & Truth's Essential Serum C for $29.95. (McKenney Att. I, p. 314).

45.   The third upsell was an offer to add Beauty & Truth's Liquid Lip Stain for $9.95 each. (McKenney Att. I, p. 315).

46.   The fourth upsell was an offer to join the Beauty & Truth VIP Rewards program for "only $1.95." (McKenney Att. I, p. 316). At the bottom of the page, below the "ADD TO ORDER" button, and printed in gray text on white background was the following statement:

> By joining the Beauty & Truth Rewards Program you will receive one Wristlet Purse for $1.95. On the 15th day and every 30 days thereafter you will be charged $29.95 to maintain your membership. Every month you will receive one free Beauty & Truth product every month upon your choosing and a free $100 e-gift card every month until you cancel. Please call 1-855-347-0641 to modify or cancel your membership.

47.   After the fourth upsell, I was directed to an order receipt page that showed the total cost of my order as $2.95, consisting of $0.00 for the product Rapid Lift FX, and $2.95 for shipping and handling. (McKenney Att. I, p. 317). Further, it stated that my order would arrive in two days, by September 22, 2017.

48.   The same day I completed the undercover purchase of Rapid Lift FX, I received an order confirmation email from Beauty & Truth with the email address

support@findbeautyandtruth.com. The order confirmation email detailed that the charge would appear as Luminouslotion.com 877-216-3427 and provided Beauty & Truth's customer service phone number as 866-710-5109, email as support@findbeautyandtruth.com, and website as mybeautyandtruth.com. (McKenney Att. I, pp. 318-319). The next day, I received a shipping confirmation email notifying me that my order had shipped and provided a shipment tracking number.

49. On September 20, 2017, the undercover credit card was charged $2.95 by Luminouslotion.com, in addition to a foreign transaction fee of $0.03.

50. On September 25, 2017, I received a package from Beauty & Truth with a return address of 415 Bussen Underground Road, Saint Louis, Missouri 63129. The package contained: 1) one bottle of Beauty & Truth's Rapid Lift FX; 2) a shipping invoice (McKenney Att. I, pp. 320-321); and 3) a Beauty & Truth pamphlet detailing its line of products (McKenney Att. I, pp. 322-323).

51. On or about September 28, 2017, I clicked on the cancellation link contained in the shipping confirmation email that I had received on September 21, 2018, and I was directed to a website titled "My Easy Cancel – Rapid Lift FX" at the URL https://yourorderhelp.com/ocportal/?projid=2053. The website requested the email address associated with the order, and once it located the account, presented two cancellation options. One option was "Quick Reservation," which

described that, to cancel, I needed to pay a one-time charge of $38.71 and could keep the bottle. The other option was to request an RMA number. I clicked the button to request an RMA number and the webpage stated, "Your request has been processed, please check your email for details." Over the next several days, I routinely checked the email account associated with the Rapid Lift FX undercover purchase for an email containing the promised return instructions and RMA number. However, I never received the email.

52.    On October 3, 2017, since I had not yet received the RMA number, I attempted to request another one using the same online process as before. However, after I entered the same undercover email address, the website presented only one cancellation option - pay a one-time charge of $38.71 to keep the bottle. I did not choose this option and exited the website.

53.    On October 5, 2017, fifteen days after I ordered Rapid Lift FX, the undercover credit card was charged $98.71 by Luminouslotion.com, plus an additional foreign transaction fee $0.99.

54.    On October 6, 2017, I still had not received an email containing the RMA number and return instructions from Beauty & Truth, so I called Beauty & Truth's customer service number, 866-710-5109, in order to speak to a representative. At that time, I was unaware that the undercover credit card had been charged $98.71. I called twice – the first time I was on hold for about two

minutes, and the second time for over six minutes. In both instances, I was disconnected abruptly before I could speak to a representative.

55.    I waited a couple of hours before I tried to call Beauty & Truth's customer service number again at 866-710-5109. On this third call, I was connected to a live female representative who asked for my name, phone number and address to look up my account information. I spoke with her for several minutes concerning my account before the call disconnected again without completing my cancelation.

56.    I immediately called the customer service number again and I was connected to a live male representative. After he located my account, I requested an RMA number so I could return the bottle of Rapid Lift FX. He provided me with an RMA number over the phone and instructions where to return the product – Beauty & Truth Returns, 415 Bussen Underground Road, Saint Louis, Missouri 63129. He also informed me that I was charged $98.71 on October 5, 2017, even though I had canceled on September 28, 2017. He offered that I could keep the bottle of Rapid Lift FX for a discounted price of $29.95 or I could return the product and I would then be eligible for a full refund, which he said that half of the charged amount would be refunded immediately and the other half upon receipt of the returned product. I stated that I would return the product and I requested a full refund.

57.    On or about October 9, 2017, the undercover credit card received a partial credit of $49.35 from Luminouslotion.com.

58.    On or about October 16, 2017, FTC staff shipped the unopened bottle of Rapid Lift FX via USPS certified mail to Beauty & Truth Returns, 415 Bussen Underground Road, Saint Louis, Missouri 63129, and assumed the shipping cost to return the product. According to USPS.com, the package was delivered on October 18, 2017.

59.    On December 7, 2017, I called Beauty & Truth's customer service number at 866-710-5109, to find out the status of the second and final refund payment. I called twice – the first time I was on hold for about two minutes, and the second time for about one minute. In both instances, I was disconnected abruptly before I could speak to a representative. I immediately called back a third time and was connected to a live female representative. After she located the account, I explained that I was calling to check the status of my final refund payment. She claimed that her system did not show that I had returned the product and requested the tracking number from the return shipment, as well as the shipping provider. I gave her the requested information. She then said that the package had been returned, but that it had not been updated in their system, and that I would receive the remainder of my refund.

60.     On December 8, 2017, Luminouslotion.com credited the remaining $49.36 to the undercover credit card.

## Beauty & Truth – Erase/Repair HA

61.     Attached hereto as **McKenney Att. J** are true and correct copies and printouts of websites, an email and materials related to an undercover purchase I conducted of Beauty & Truth's Erase/Repair HA skin cream product on or about July 7, 2017, which I will describe in further detail below. Certain identifying information has been redacted from McKenney Att. J.

62.     On or about July 7, 2017, I conducted a Google search on "Erase Repair HA." The second page of search results contained a link titled "Beauty and Truth Erase/Repair HA Review – Dr Oz Skin Care". I clicked on the link and was taken to the website http://drozskincare.com/beauty-truth-eraserepair-ha-review/. (McKenney Att. J, pp. 325-326). The website contained a five-star review of Beauty & Truth's Erase/Repair HA, which it described as an anti-aging skin cream. Near the end of the review was an Erase/Repair HA coupon that stated, "WAIT, LIMITED TIME OFFER . . . YOU QUALIFY FOR AN EXCLUSIVE TRIAL! . . . YOU ONLY PAY FOR SHIPPING!"

63.     I opened the Developer Tools feature in my internet browser, and selected the Network Monitor tool, which shows all the network requests the browser makes when loading a webpage, the length of time each request takes and

details of each request. I then clicked on the "APPLY COUPON" button on the
Erase/Repair HA coupon and I was redirected to the website
http://findbeautyandtruth.com/er02/?aff=xhwisoero . . . . The Network Monitor
tool further showed that after landing on the Findbeautyandtruth.com website, my
internet browser received a JavaScript subdocument request from
https://hardwire2.trianglecrm.com.

64.     The website http://findbeautyandtruth.com/er02/?aff=xhwisoero . . .
marketed the Erase/Repair HA skin cream product, and featured a counter that
stated "ONLY 250 TRIALS AVAILABLE NOW!" and an order form titled
"TELL US WHERE TO SEND YOUR TRIAL BOTTLE" which requested name,
address, phone number and email address. (McKenney Att. J, pp. 327-330).
Below the order form and near the bottom of the landing page were links to view
the terms and conditions, privacy policy and contact us pages. The terms and
conditions and contact us pages provided a return address, phone number and
email address for Beauty & Truth as 415 Bussen Underground Road, Saint Louis,
Missouri 63129, 866-710-5109 and support@findbeautyandtruth.com,
respectively. (McKenney Att. J, pp. 331-333).

65.     I entered information related to an undercover identity on the order
form and clicked the "RUSH MY TRIAL" button. I was then directed to a billing
page that requested payment card information. (McKenney Att. J, p. 334). The

billing page stated, "Just pay a small shipping fee" and showed the price of a 30-day supply of Erase/Repair HA as $0.00, and the shipping and handling as $4.95. The billing page also featured a pre-checked box to add Protect Package for $2.95 to the order, which if added, would replace any shipped items reported as lost, stolen or damaged. Further down the billing page, below a red arrow pointing to the "COMPLETE CHECKOUT" button, was the following statement, printed in gray text on white background:

> Terms and Conditions: We take great pride in the quality of our products and are confident that Erase/Repair HA is the most effective and powerful anti-aging system on the market today. If for any reason you do not find this product is right for you we will gladly give you a full refund, no questions asked. You have nothing to lose except for the wrinkles! By placing an order you will be enrolled in our refill membership program. This program will charge $98.71 for your trial of Erase/Repair HA on the 15th day and ship a full-size bottle of Erase/Repair HA for $98.71 every 30 days thereafter until you cancel. You can cancel or modify your membership anytime by calling 1-866-710-5109.

66.    I deselected the pre-checked box for the Protect Package add-on, provided an undercover credit card number, expiration date and CVV code into the order form and clicked the "COMPLETE CHECKOUT" button. I did not have to affirm that I had read the terms and conditions prior to ordering the product.

67.    After I provided payment information, I received a series of upsells for additional Beauty & Truth products on separate webpages, each with "Wait! Your Order is Not Complete!" featured at the top of the page. (McKenney Att. J,

pp. 335-340). I declined all four upsell offers by clicking the "No thanks" link on each page.

68. The first upsell was a "FREE TRIAL bottle" of Beauty & Truth's Renewing Serum CE skin cream for a shipping fee of $6.95. Below the offer was a green button labeled "COMPLETE CHECKOUT." (McKenney Att. J, p. 335).

69. The second upsell was an offer to add one bottle of Beauty & Truth's Essential Serum C for $29.95. (McKenney Att. J, p. 336).

70. The third upsell was an offer to add Beauty & Truth's Liquid Lip Stain for $9.95 each. (McKenney Att. J, pp. 337-338).

71. The fourth upsell was an offer to join the Beauty & Truth VIP Rewards program for "only $1.95." (McKenney Att. J, pp. 339-340).

72. After I declined the last upsell offer, I was directed to a page with an itemized receipt of my order. (McKenney Att. J, p. 341). The itemized receipt showed the total cost of the order as $4.95, consisting of $0.00 for Erase/Repair HA, and $4.95 for shipping and handling. Further, it stated that the product would arrive three days later, by July 10, 2017.

73. The same day I completed the undercover purchase of Erase/Repair HA, I received an order confirmation email from Beauty & Truth with the email address support@findbeautyandtruth.com. The order confirmation email detailed that the charge would appear as "meaning-of-beauty 8444194569" and provided

Beauty & Truth's customer service phone number as 866-710-5109, email as support@findbeautyandtruth.com, and website as mybeautyandtruth.com. (McKenney Att. J, pp. 342-344). Two days later, I received a shipping confirmation email notifying me that my order had shipped and provided a shipment tracking number.

74.　On July 7, 2017, the undercover credit card was charged $4.95 by Meaning-of-Beauty, plus an additional foreign transaction fee $0.05.

75.　On July 14, 2017, four days after the given delivery date, and a week after the order date, I received a package from Beauty & Truth with a return address of 415 Bussen Underground Road, St. Louis, Missouri 63129. The package contained: 1) a 1 oz. bottle of Erase/Repair HA anti-aging skin cream product; 2) a shipping invoice (McKenney Att. J, pp. 345-346); 3) a "Thank You" card containing free samples of Renewing Serum CE and Erase/Repair HA, each 0.067 fl. oz. (McKenney Att. J, pp. 347-349); and 4) a Beauty & Truth pamphlet containing information about the company's product line (McKenney Att. J, pp. 350-351). The enclosed "Thank You" card states, "If you decide that the Beauty & Truth Membership Program is not right for you, please contact us before the end of your trial period to cancel your membership and arrange to return the unopened full-size product(s)."

76. On July 17, 2017, I clicked on the cancellation link contained in the order confirmation email and I was directed to the website titled "My Easy Cancel" at the URL:

http://www.myeasycancel.com/oco/index.php?companyID=832&companybrandID=766. The website requested the email address associated with the order, and once it located the account, presented two cancellation options. One option was "Easy Cancel," which described that, to cancel, I needed to pay a one-time charge of $38.71 and could keep the bottle. The other option was to request an RMA number. I clicked the button to request an RMA number and the webpage stated that I had to return the bottle to Beauty & Truth's warehouse at 415 Bussen Underground Road, St. Louis, Missouri 63129 by August 6, 2017 or I would be charged $98.71.

77. FTC staff shipped the unopened, full-size bottle of Erase/Repair HA to Beauty & Truth's warehouse at 415 Bussen Underground Road, St. Louis, Missouri 63129, via certified mail incurring the shipping cost to return the product.

**E-CIGS Pro Vapor Starter Kit**

78. Attached hereto as **McKenney Att. K** are true and correct printouts and copies of websites, emails and materials related to an undercover purchase I conducted of E-Cigs Pro Vapor starter kit on or about July 26, 2017, which I will

describe in further detail below. Certain identifying information has been redacted from McKenney Att. K.

79.     On or about July 26, 2017, I accessed the same email account that I used to conduct an undercover purchase of Beauty & Truth's Erase/Repair HA skin cream. The inbox contained an email dated July 14, 2017, from "The E-Cig Specialist" with the subject line "FREE trial Smokeless E-Cig Kit Reserved For [NAME]." The email promoted the benefits of electronic cigarettes and provided a link to "CLAIM FREE TRIAL! Click Here." (McKenney Att. K, p. 353).

80.     I opened the Developer Tools feature in my internet browser, and selected the Network Monitor tool, which shows all the network requests the browser makes when loading a webpage, the length of time each request takes and details of each request. I then clicked on the "CLAIM FREE TRIAL" link in the email and I was redirected to the website https://www.tryprovapor.com/ecpv03v1/?aff=dddpv . . . . The Network Monitor tool further showed that after landing on the Tryprovapor.com website, my internet browser received a JavaScript subdocument request from https://ecigs.trianglecrm.com.

81.     The website https://www.tryprovapor.com/ecpv03v1/?aff=dddpv . . . marketed the E-Cigs Pro Vapor starter kit. (McKenney Att. K, pp. 354-356). The landing page contained an order form titled "WHERE DO WE RUSH YOUR

FREE ORDER?" and requested name, address, phone number and email address.

Below the order form and near the bottom of the landing page were links to view

the terms and conditions, privacy policy and contact us pages. The terms and

conditions and contact us pages provided a return address, phone number and

email address for E-Cigs Pro Vapor as 415 Bussen Underground Road, Saint

Louis, Missouri 63129, 866-830-2464 and support@tryprovapor.com.com,

respectively. The pages also listed E-Cigs Pro Vapor's business address as 3960

Howard Hughes Parkway, Suite 500, Las Vegas, Nevada 89169. (McKenney Att.

K, pp. 357-359).

82.     I provided a name, address, email address and phone number related

to an undercover identity into the order form on the landing page and clicked the

"RUSH MY ORDER" button. I was then directed to a billing page that requested

my credit card information. (McKenney Att. K, p. 360). The billing page showed

the price of the E-Cigs Pro Vapor starter kit as $0.00, and the shipping and

handling as $9.95. The billing page also featured a pre-checked box to add Protect

Package for $2.95 to the order, which if added, would replace any shipped items

reported as lost, stolen or damaged. Further down the billing page, below a blue

arrow pointing to the "RUSH MY ORDER" button, was the following statement,

printed in gray text on white background:

Exclusive Offer Terms: We take great pride in the quality of our products and are confident that Pro Vapor is the best e-vapor system on the market today. If for any reason you do not find this product is right for you we will gladly give you a full refund, no questions asked. By placing an order you will be enrolled in our exclusive refill program. This program will charge $99.95 for your trial of Pro Vapor on the 15th day following your initial order, and ship two premium clearomisers and three 10ml bottles of made in USA e-liquid for $64.95 plus shipping and handling every 30 days thereafter until you cancel. You can cancel or modify your membership anytime by calling 1-866-830-2464.

83.     I deselected the pre-checked box for the Protect Package add-on,

provided an undercover credit card number, expiration date and CVV code into the

order form and clicked the "RUSH MY ORDER" button. I did not have to affirm

that I had read the terms and conditions prior to ordering the product.

84.     I then received a series of upsells for additional E-Cigs Pro Vapor

products, accessories and rewards program on separate webpages, each with

"WAIT! YOUR ORDER IS NOT COMPLETE!" featured at the top of the page.

(McKenney Att. K, pp. 361-368).

85.     The first upsell offer was an offer to join the E-Cigs Pro Vapor

Rewards program "today for only $1.95!" and receive two free e-liquid bottles.

(McKenney Att. K, p. 361). I clicked the "ACCEPT OFFER" button. Below this

button, at the bottom of the page, was the following statement in gray text on white

background:

By joining the E-Cigs Pro Vapor Rewards Program you will receive two free bottles of e-liquid for $1.95. On the 18th day and every 30 days thereafter

you will be charged $29.95 to maintain your membership. Every month you will receive one free Pro Vapor gift and a $50 Pro Vapor gift card until you cancel. Please call 1-866-830-2464 to change your e-liquid flavor or strength or to cancel.

I did not have to provide or confirm my payment information after I clicked the "ACCEPT OFFER" button.

86. I declined the remaining four upsell offers by clicking the "No thanks . . ." link on each page. At no point during the upsell offers could I edit my order or see the contents of my shopping cart similar to other e-commerce websites like Amazon. After I declined the last upsell offer, I was directed to a page with an itemized receipt of my order. (McKenney Att. K, p. 369). The itemized receipt showed the total cost of my order as $11.90, consisting of $0.00 for the Pro Vapor starter kit, $1.95 for the Pro Vapor Rewards program, and $9.95 for shipping. Further, it stated that my order would arrive in two days, by July 28, 2017.

87. The same day I completed the undercover purchase, I received two separate order confirmation emails from support@ecigsbrand.com, one for the E-CIGS Pro Vapor starter kit and the other for the Pro Vapor Rewards program.

88. The E-Cigs Pro Vapor starter kit order confirmation email stated that the charge would appear on the billing statement as "SIMPLYECIGS (888) 315-9625." (McKenney Att. K, pp. 370-372). The email provided the customer service number as 866-830-2464, and the website as Ecigsbrand.com. The Billing

and Membership Details section of the email also contained the following

statement:

> If you made a trial starter kit purchase, you have been enrolled in our
> exclusive refill program. This program will charge your Visa for your trial
> of Pro Vapor on the 15th day following your initial order, then bill for and
> ship two premium clearomisers and three 10ml bottles of made in USA e-
> liquid every 30 days thereafter until you cancel your subscription. If you
> cancel your membership before the end of the 15-day trial period, you will
> be charged for the starter kit's full value.

89.   The Pro Vapor Rewards program order confirmation email listed the

customer service number as 877-353-5063 and the website as

Provaporrewards.com. (McKenney Att. K, pp. 373-375). The email stated that the

charge would appear on the billing statement as "INSTANTECIGS 855-237-

0673."

90.   In addition to the order confirmation emails, I also received a

"Welcome" email from Pro Vapor Rewards that contained a username and

password to access the rewards program website, Provaporrewards.com, and two

shipping confirmation emails that stated the E-Cigs Pro Vapor starter kit and the

product from the Pro Vapor Rewards program had shipped and provided a

shipment tracking number.

91.   On or about July 26, 2017, the undercover credit card was charged

$9.95 by SIMPLYECIGS, plus an additional foreign transaction fee $0.10, and

$1.95 by INSTANTECIGS, plus a $0.02 foreign transaction fee.

92. On July 31, 2017, three days after the stated delivery date, I received a package from E-Cigs Brand Pro Vapor with a return address of 415 Bussen Underground Road, Saint Louis, Missouri 63129. The package contained: 1) one E-Cigs Pro Vapor starter kit; 2) five bottles of E-Cigs Pro Vapor e-liquid; and 3) a shipping invoice (McKenney Att. K, pp. 376-377).

93. On or about August 7, 2017, I clicked on the cancellation link contained in the E-Cigs Pro Vapor starter kit shipping confirmation email. I was then taken to a website titled "My Easy Cancel" at the URL https://myeasycancel.com/oco/index.php?companyID=1009&companybrandID=77 0. The website requested the email address associated with the order, and once it located the account, presented two cancellation options. One option was "Easy Cancel," which described that, to cancel, I needed to pay a one-time charge of $38.71 and could keep the starter kit. The other option was to request an RMA number. I clicked the button to request an RMA number and the webpage stated that I had to return the starter kit to E-Cigs Pro Vapor at 415 Bussen Underground Road, St. Louis, Missouri 63129 by August 25, 2017 or I would be charged $99.95.

94. The same day I canceled the E-Cigs Pro Vapor starter kit, I attempted to cancel the Pro Vapor Rewards program online by accessing my account on the program's website, Provaporrewards.com. However, after I accessed my account,

the website did not provide an online mechanism to cancel and instead suggested that members call customer service at 877-353-5063.

95.    On August 10, 2017, I called E-Cigs Pro Vapor Rewards program customer service phone number, 877-353-5063, to cancel the rewards program. After I informed the male representative that I was calling to cancel the rewards program, he offered that I could keep the E-Cigs Pro Vapor starter kit and five bottles of e-liquid for a discounted rate of $29.95. Otherwise, he added that I would incur additional charges if I did not return all the items. I affirmed that I would return all the items and that I wanted to cancel. He stated my account was canceled and I would soon receive an email containing the RMA number along with return instructions.

96.    On August 13, 2017, E-Cigs Pro Vapor Rewards program charged the undercover credit card $29.95, plus an additional foreign transaction fee of $0.30. The charge appeared on the billing statement as INSTANTECIGS 855-237-0673.

97.    On August 18, 2017, I called E-Cigs Pro Vapor Rewards program customer service phone number, 877-353-5063, because I had yet to receive the promised email containing the RMA number, which I needed before I could return the rewards program items. At the time I called, I was not aware of the $29.95 charge to the undercover credit card that had occurred five days earlier. I was placed briefly on hold, before I was transferred to a male representative. After he

looked up my account information, he stated that I was charged $29.95 on August 13, 2017. I questioned him why I was charged when I had canceled the rewards program on August 10, 2017. He stated that his system showed that I called in and canceled on August 10, 2017, but that the previous representative failed to cancel the account. The representative said that I would receive a full refund of $29.95 in three to five business days, and provided me with an RMA number over the phone, as well as the address to return the products – 415 Bussen Underground Road, Saint Louis, Missouri 63129.

98.     On August 21, 2017, the undercover credit card received a credit of $29.95 from INSTANTECIGS.

99.     FTC staff shipped the starter kit and five bottles of e-liquid back to 415 Bussen Underground Road, Saint Louis, Missouri 63129, and assumed the shipping costs to return the items.

## ADDITIONAL WEBSITE CAPTURES

### Tryprovapor.com – Internet Explorer version

100.     Attached hereto as **McKenney Att. L** are true and correct printouts of screenshots of the same Tryprovapor.com/ecpv03v1 billing page as the E-Cigs Pro Vapor starter kit undercover purchase, previously described at paragraph 82, but as viewed in Internet Explorer with the browser at maximum window size on or about September 6, 2017. The initial viewing area displayed 1) the total cost of the E-

Cigs Pro Vapor starter kit as $9.95, which was the cost of shipping and handling;

2) a pre-checked box to add Protect Package for $2.95 to the order; and 3) a form

to insert payment information (McKenney Att. L, p. 379). To see the rest of the

billing page, I had to scroll down the screen past the initial viewing area. Near the

bottom of the page, below the initial viewing area, and printed in gray text on

white background was the following statement:

> Exclusive Offer Terms: We take great pride in the quality of our products and are confident that Pro Vapor is the best e-vapor system on the market today. If for any reason you do not find this product is right for you we will gladly give you a full refund, no questions asked. By placing an order you will be enrolled in our exclusive refill program. This program will charge $99.95 for your trial of Pro Vapor on the 15th day following your initial order, and ship two premium clearomisers and three 10ml bottles of made in USA e-liquid for $64.95 plus shipping and handling every 30 days thereafter until you cancel. You can cancel or modify your membership anytime by calling 1-866-830-2464.

(McKenney Att. L, p. 380).

### Tryphenomcore.com

101. Attached hereto as **McKenney Att. M** are true and correct printouts

of websites I visited on October 12, 2017, related to Phenom Health's TestX Core

website Tryphenomcore.com, which I will describe in further detail below.

102. On October 12, 2017, I visited the "Muscle Building Tips 101"

Facebook page, which featured a link to a review of Phenom Health's TestX Core

product. (McKenney Att. M, pp. 382-385). I clicked on the link and was taken to

a review titled "TestX Core Review – Muscle Builder and Testosterone Booster All In One" at the URL https://www.musclesupplements101.com/testx-core-review/. (McKenney Att. M, pp. 386-394). Links labeled "Click Here to Get Your TestX Core Free Trial" appeared throughout the review.

103. I opened the Developer Tools feature in my internet browser, and selected the Network Monitor tool. I then clicked on one of the "Free Trial" links and I was redirected to a website marketing Phenom Health's TestX Core product at the URL http://www.tryphenomcore.com/tx01cb/?aff=cbtxcus&sub=35038 . . . . The Network Monitor tool further showed that after landing on the Tryphenomcore.com website, my internet browser received a JavaScript subdocument request from https://hardwire2.trianglecrm.com.

104. The TestX Core landing page featured a banner at the top that stated "**WARNING:** Due to increased demand for our free trial we cannot guarantee supply. As of [today's date] we currently have the product **IN STOCK** and are ready to ship within 24 hours of purchase." (McKenney Att. M, pp. 395-398). The landing page also featured an order form titled "TELL US WHERE TO SEND YOUR TRIAL BOTTLE" which requested name, address, phone number and email address. Below the order form and near the bottom of the landing page were links to view the terms and conditions, privacy policy and contact us pages. The terms and conditions and contact us pages provided a return address, phone

number and email address for Phenom Health as 12924 Pierce Street, Pacoima,
California 91331, 855-322-8780 and support@phenomhealth.com, respectively.
(McKenney Att. M, pp. 399-400).

105.   I entered information related to an undercover identity on the order
form and clicked the "RUSH MY TRIAL" button. I was then directed to a billing
page that requested payment card information. (McKenney Att. M, pp. 401-402).
The billing page stated "Just pay a small shipping fee" and showed the price of a
30-day supply of TestX Core as $0.00, and the shipping and handling as $2.95,
after a 40% shipping discount was applied. The billing page also featured a pre-
checked box to add Protect Package for $2.95 to the order, which if added, would
replace any shipped items reported as lost, stolen or damaged, followed by a red
arrow pointing to the form to enter payment card information. Below this red
arrow was the following statement:

> By placing an order, you will pay S & H to receive a 30 day supply. You
> will also be automatically enrolled in our membership program. The
> program will charge you $89.41 on the 15th day of your order date for a
> monthly supply and every 30 days thereafter until you cancel. You can
> cancel at any time by calling +1-855-322-8780. If you cancel before the
> 14th day of your order date, you pay the S&H of your 30 day supply. If
> you cancel after the 15th day of your order date, you shall pay for the 30
> day supply plus any future supplies without refund.

106.   I did not enter payment information or proceed any further past the
billing page.

## Trygarciniaclean.com – Mobile site version

107.   Attached hereto as **McKenney Att. N** are true and correct copies of an email message and screenshots of websites I visited on January 25, 2018 related to Phenom Health's Garcinia Clean XT website Trygarciniaclean.com, which I will describe in further detail below.  Certain identifying information has been redacted from McKenney Att. N.

108.   On January 25, 2018, I viewed an email message sent to an undercover email account.  The email was from "Product Testers Wanted" and had the subject line "Congrats!  You've been selected to receive FREE beauty samples – details inside."  (McKenney Att. N, pp. 404-405).

109.   Using an Apple iPhone with the Safari browser, I clicked on the "Click Here To Apply Now" link in the email and was redirected to the website http://www.americanhealthjournal.info to complete a six-question survey.  (McKenney Att. N, pp. 406-416).  After I completed the survey, I was taken to a "Success" page that stated "Warning! Currently there are only 9 Deals remaining in America:  Apply now to be accepted."  The "Success" page presented three "free trial" offers to claim, one of which was Phenom Health's Garcinia Clean XT.  (McKenney Att. N, pp. 417-422).

110.   I clicked the "Claim Here" button on the Garcinia Clean XT free trial offer and was redirected to a website marketing Phenom Health's Garcinia Clean

XT at http://www.trygarciniaclean.com/gcxt01cbm/?aff=cbgcxtsin&sub=34524 . .

. . The landing page stated "TRY A COMPLIMENTARY BOTTLE" of Garcinia

Clean XT and featured a "GET A FREE TRIAL" banner, which stayed at the

bottom of the viewing screen as I scrolled down the landing page. (McKenney Att.

N, pp. 423-432). Links to the terms and conditions, privacy policy and contact us

pages were located near the bottom of the landing page and were printed in gray

text on white background.

111. When I clicked the "GET A FREE TRIAL" banner, I was taken to a

page that requested name, address, phone number and email address. (McKenney

Att. N, pp. 433-434). I entered information related to an undercover identity and

clicked the "CONTINUE" button. The next screen was the billing page, which

requested payment information and stated "Just pay for shipping" at the top of the

page. (McKenney Att. N, pp. 435-437). The billing page showed the price of a

Garcinia Clean XT "30 day trial" as $0.00, and the shipping and handling as $4.95.

Below the itemized pricing were fields to enter credit card number, expiration date

and CVV, as well as the pre-checked box to add "Protect Package" for $2.95 to the

order, followed by a red button labeled "CONTINUE" to submit the order. Further

down the screen, below the "CONTINUE" button, was the following statement:

> By placing an order, you will pay S&H to receive a 30 day supply. You will
> also be automatically enrolled in our membership program. The program
> will charge you $84.71 on the 15[th] day of your order date for a monthly

supply and every 30 days thereafter until you cancel. You can cancel at any time by calling +1-844-629-8624. If you cancel before the 15th day of your order date, you shall pay for the 30 day supply plus any future supplies without refund.

112. I did not enter payment information or proceed any further past the billing page.

### Tryeraserepair.com – Mobile site version

113. Attached hereto as **McKenney Att. O** are true and correct copies of an email message and screenshots of websites I visited on January 26, 2018 related to Beauty & Truth's Erase/Repair HA website Tryeraserepair.com, which I will describe in further detail below. Certain identifying information has been redacted from McKenney Att. O

114. On January 26, 2018, I viewed an email message with the subject line of "Walmart has a surprise f0r you..**" that was sent to an undercover email account. The email message contained a picture of three eggs to crack to reveal a $50 Walmart "shopper reward." (McKenney Att. O, p. 439).

115. Using a Samsung Galaxy mobile device with Chrome browser, I clicked on the picture in the email and was redirected to the website https://theresearchpolls.com/srv/ctr/n6 . . . to participate in a five-question survey about Walmart. (McKenney Att. O, pp. 440-449). After I completed the survey, I was presented with seven offers, all reduced to $0.00, from which I could select

one "in exchange for providing extremely valuable consumer data." (McKenney Att. O, pp. 450-461).

116.    I clicked the "Claim Reward" button on the first offer – 30-Day Anti-Aging Skin Cream.  I then received a pop-up message that stated in part, "**Promotion Ends Today** . . . You have 5 minutes before we offer it to the next qualified visitor!  On the next page, read the reward offer details and enter your shipping address and pay for a small shipping fee ($4.95)." (McKenney Att. O, p. 462).

117.    I was then redirected to a website marketing Beauty & Truth's Erase/Repair HA skin cream at https://www.tryeraserepair.com/us/er09m/prelanding/?aff=cberhasb . . . .  The website stated "ERASE/REPAIR HA SUPPLIES ARE LIMITED.  GET YOUR FREE TRIAL TODAY!" and featured a "RUSH MY TRIAL" banner that stayed at the bottom of the viewing screen while I scrolled down the page.  (McKenney Att. O, pp. 463-480).

118.    When I clicked the "RUSH MY TRIAL" banner, I was taken to a page that requested name, address, phone number and email address.  (McKenney Att. O, pp. 481-482).  I entered information related to an undercover identity and clicked the "RUSH MY TRIAL" button.

119. The next screen was the billing page, which showed the price of a 30-day supply of Beauty & Truth's Erase/Repair HA as $0.00, and the shipping and handling as $4.95. (McKenney Att. O, pp. 483-485). Below the itemized pricing were fields to enter credit card number, expiration date and CVV, then the pre-checked box to add Protect Package for $2.95 to the order, followed by a green button labeled "COMPLETE CHECKOUT" to submit the order. Further down the screen, below the "COMPLETE CHECKOUT" button, was the following statement in gray text on white background:

> By placing an order you will be enrolled in our membership program. The program will charge $4.95 today and $98.71 for your trial full-size product on the 15[th] day if you do not call to cancel the membership. You will receive a full-size bottle of the product for $98.71 (S&H included) every 30 days thereafter until you cancel. You can cancel or modify your membership anytime by calling 1-866-710-5109. Open 24 hours a day, 7 days a week. Product ships in 1-3 business days.

120. I did not enter payment information or proceed any further past the billing page.

### Tryrapidlift.com

121. Attached hereto as **McKenney Att. P** are true and correct printouts of websites I visited on January 26, 2018, related to Beauty & Truth's Rapid Lift FX website Tryrapidlift.com, which I will describe in further detail below.

122. On January 26, 2018, from a desktop computer, I clicked on the link in the same "Walmart has a surprise f0r you..**" email message, described

previously in paragraph 114. I was then redirected to a different Walmart survey website, at http://suchsurveys.com/ . . . , to participate in a six-question survey about shopping at Walmart. (McKenney Att. P, pp. 487-492). After I completed the survey, the next page listed eight "exclusive reward" offers, all reduced to $0.00, from which I could choose. (McKenney Att. P, pp. 493-495).

123.   When I clicked the "Claim Reward" button on the first offer – 30-Day Anti-Aging System – Look 10 Years Younger – Featured on Dr. Oz," I received a pop-up message that stated in part, "You have 5 minutes before we offer it to the next qualified visitor! On the next page, read the reward offer details, enter your shipping address, and pay a small shipping fee ($4.99)." (McKenney Att. P, p. 496).

124.   I opened the Developer Tools feature in my internet browser, and selected the Network Monitor tool. After I clicked the "Claim Reward" button and received the pop-up message, I was redirected to https://www.tryrapidlift.com/us/rl02/landing/?aff=cbrlfxsv . . . . The Network Monitor tool further showed that after landing on the tryrapidlift.com website, my internet browser received a request from https://hardwire2.trianglecrm.com.

125.   The website https://www.tryrapidlift.com/us/rl02/landing/?aff=cbrlfxsv . . . marketed Beauty & Truth's Rapid Lift FX skin cream product and stated throughout "RAPID LIFT FX

SUPPLIES ARE LIMITED. GET YOUR FREE TRIAL TODAY!" (McKenney Att. P, pp. 497-503). The landing page contained an order form, which requested name, address, phone number and email address. Below the order form and near the bottom of the landing page were links to view the terms and conditions, privacy policy and contact us pages. The terms and conditions and contact us pages provided a return address, phone number and email address for Rapid Lift FX as 12924 Pierce Street, Pacoima, California 91331, 866-710-5109, and support@findbeautyandtruth.com, respectively. (McKenney Att. P, pp. 504-506).

126. I entered information related to an undercover identity and clicked the "GET FREE TRIAL" button. The next screen was the billing page, which requested payment information and stated "Just pay a small shipping fee" near the top of the page. (McKenney Att. P, pp. 507-508). The billing page showed the price of a 30-day supply of Beauty & Truth's Rapid Lift FX as $0.00, and the shipping and handling as $2.95, after a 40% discount was applied. Below the itemized pricing was a pre-checked box to add Protect Package to the order for $2.97. Further down the billing page, below the "COMPLETE CHECKOUT" button on the order form, was the following statement:

> By placing an order you will be enrolled in our membership program. This program will charge $4.95 today and $98.71 for your trial full-size product on the 15th day if you do not call to cancel the membership. You will receive a full-size bottle of the product for $98.71 (S&H included) every 30 days thereafter until you cancel. You can cancel or modify your

membership anytime by calling 1-866-710-5109. Open 24 hours a day, 7 days a week. Product ships in 1-3 business days.

## TELECOMMUNICATIONS SERVICES PROVIDER

127. On or about November 22, 2017, NobelBiz, Inc. produced in response to a CID, certain subscriber records for its customer Triangle Media Corporation. According to the records produced by NobelBiz, it provides Triangle Media Corporation with long distance telephone services, domestic and international, direct inward dialing (DID) and toll-free numbers, and hosted dialer platform. The NobelBiz records also indicate that Brian Phillips is the account contact and his position is CEO of Triangle Media Corporation. In addition to Phillips, the NobelBiz records identified Bethany Kellett as another individual associated with Triangle Media Corporation's account. The NobelBiz records also identified Triangle Media Corporation's Wells Fargo account ending x5988 as the source of payment. NobelBiz also produced a spreadsheet listing 632 domestic toll-free numbers it has assigned to Triangle Media Corporation, including:

   a. Customer service numbers for Phenom Health's Cerebral X (888-963-8460), Vitamood+ (888-868-0383), Rewards program (844-518-3496), TestX Core (855-322-8780), Garcinia Clean XT (844-629-8624), Nature Renew Cleanse (877-839-9343), No Max Shred (855-660-1956), and Synagen IQ (844-465-0024);

b. Beauty & Truth's customer service number (866-710-5109);

c. Beauty & Truth's VIP Rewards program customer service number (855-347-0641);

d. E-Cigs Pro Vapor's customer service number (866-830-2464);

e. Pro Vapor Rewards program customer service number (877-353-5063);

f. The toll-free number associated with the charge from JSPRRNM CRANIUMPOWER for my undercover purchase of Phenom Health's Cerebral X (888-834-1574);

g. The toll-free number associated with the charge from SIMPLYECIGS for my undercover purchase of E-Cigs Pro Vapor starter kit (888-315-9625);

h. The toll-free number associated with the charge from INSTANTECIGS for my undercover purchase of the Pro Vapor Rewards program (855-237-0673);

i. The toll-free number associated with the charge from Meaning-of-Beauty for my undercover purchase of Beauty & Truth's Erase/Repair HA (844-419-4569);

j. The toll-free number associated with the charge from Luminouslotion.com for my undercover purchase of Beauty & Truth's Rapid Lift FX (877-216-3427); and

k. Toll-free numbers associated with billing descriptors that appeared on consumers' billing statements, particularly: Susan Landreau (844-486-0329, 844-447-5360 and 855-538-2915), Larry Mack (877-538-1536), and Shawn Ulmer (888-406-0593 and 844-427-5317).

128. Attached hereto as **McKenney Att. Q** is a true and correct printout of Bethany Kellett's profile that I found and printed from LinkedIn on May 26, 2017. Kellett listed her title as Senior Product Owner at Triangle Media Corp. in the Tampa-St. Petersburg, Florida area.

### INTERNET SERVICE PROVIDER

129. On or about October 10, 2017, Cox Communications, Inc. produced in response to a CID, certain subscriber records for two of its customers, Triangle Media Corporation and Brian Phillips.

130. Triangle Media Corporation's subscriber records show the company was assigned the IP address 70.168.57.107 from February 7, 2017 to May 23, 2017, and the IP address 70.168.57.35 from June 6, 2017 to August 9, 2017, at the address 1350 Columbia Street, Suite 303, San Diego, California 92101.

131.    Brian Phillips' subscriber records show he was assigned the IP address 72.220.178.224 from February 28, 2016 to June 5, 2017, at his former residence in Rancho Santa Fe, California 92091.

## DOMAIN REGISTRAR RECORDS

132.    Attached hereto as **McKenney Att. R** are true and correct copies of records produced by the domain registrar Wild West Domains on or about August 10, 2017, in response to a CID, concerning a customer with the username "HardwireInteractiveClient" and email address admin@hardwireinteractive.com. The records produced by Wild West Domains show that HardwireInteractiveClient registered hundreds of domain names, including:

a.  Websites where I conducted undercover purchases of Beauty & Truth's Erase/Repair HA and Rapid Lift FX skin cream products (Findbeautyandtruth.com), Phenom Health's Cerebral X supplement (Trycerebralx.com), and E-Cigs Pro Vapor starter kit (Tryprovapor.com);

b.  Websites for Phenom Health's products, including TestX Core (Tryphenomcore.com), Garcinia Clean XT (Trygarciniaclean.com), Synagen IQ (Synageniq.com), and Nature Renew Online (Naturerenewonline.com);

c.  Beauty & Truth's Rapid Lift FX website (Tryrapidlift.com);

d. Reward program websites for Beauty & Truth
(Mybeautyandtruth.com), Phenom Health (Phenomrewards.com), and
E-Cigs Pro Vapor (Provaporrewards.com);

e. Websites for Phenom Health (Phenomhealth.com) and E-Cigs Pro
Vapor (Ecigsbrand.com);

f. Websites associated with billing descriptors for undercover purchases
that I conducted, specifically: Craniumpower.com,
Luminouslotion.com, Meaning-of-beauty.com, Instantecigs.com, and
Simplyecigsonline.com;

g. Websites associated with billing descriptors that appeared on
consumers' billing statements, particularly: Jennifer Clark
(10yearsyoungerskin.com), Theresa Fabbricante
(Thelookofbeauty.com, and Truly-beauty.com), Susan Landreau
(Youthful-body.com, and Amazingherbaldiet.com), Larry Mack
(Berryskinnystore.com), Jerry McCallum (Health-hub-online.com,
and Thehealthyconsumer.com), John McCraner (Newlivingdiet.com),
Janet Pollard (Exhilaratedbody.com), and Shawn Ulmer
(Originalhealthstore.com, and Vibrant-body.com);

h. Beauty & Truth's Rapid Lift FX and Phenom Health's Cerebral X
online cancellation website (Yourorderhelp.com);

i. Global Northern Trading Limited's websites
(Globalnortherntradinglimited.com, and Globalnortherntrading.com);

j. Hardwire Interactive's website (Hardwireinteractive.com); and

k. Websites associated with companies that maintain bank accounts to
which Brian Phillips is an account signatory, particularly:

Bluehorizon-wellness.com, Blendedwellnessmarketing.com,

Brandjunctionwellness.com, Centeredenergymarketing.com,

Clearoptionwellness.com, Directaccessproducts.com,

Everjoynutrition.com, Fastordermarketing.com,

Greatplainsnutrition.com, Greenvalleywellnessllc.com,

H1marketingcorp.com, Jasperrainmarketing.com,

Jointcapitalmarketing.com, Kineticproductsmarketing.com,

Littlekitewellness.com, Mindwellnessmarketing.com,

Rainbowdropwellness.com, Realvitalitymarketing.com,

Riversedgemarketingllc.com, Simplegigmarketing.com,

Sunrisepointewellness.com, Sunsetordersmarketing.com,

Totalmarketproducts.com, Turbidelitemarketing.com, and

Vitalglobalmarketing.com.

133. Wild West Domains also produced receipts for purchases made
through the HardwireInteractiveClient account between April 2, 2015 and August

9, 2017. The receipts include the following information: order date, payment method, purchased items or services, and the customer's IP address. These receipts show that several credit cards in the name of Devin Keer often paid for domain name registrations made by HardwireInteractiveClient. The receipts also show that on certain dates during the date ranges identified below, the customer registered certain domain names from the following IP addresses:

    a. 70.168.57.107 from February 7, 2017 to May 23, 2017;

    b. 70.168.57.35 from June 6, 2017 to August 9, 2017; and

    c. 72.220.178.224 on February 19, 2017.

134. As stated previously in paragraphs 130 and 131, Triangle Media Corporation, at the address 1350 Columbia Street, Suite 303, San Diego, California 92101, was assigned the IP addresses 70.168.57.107 and 70.168.57.35. Additionally, the IP address 72.220.178.224 was assigned to Brian Phillips at his former residence in Rancho Santa Fe, California.

135. Attached hereto as **McKenney Att. S** are true and correct copies of records produced by the domain registrar GoDaddy.com on or about August 10, 2017, in response to a CID, concerning its customer Triangle Media Corp. The records show that Triangle Media Corp. registered 22 domain names, including Trianglemediacorp.com, Trianglecrm.com, Trianglesupport.com, Trianglefulfillment.com, and Triangleconnect.com.

## MERCHANT ACCOUNTS

136. Attached hereto as **McKenney Att. T** are true and correct copies of records produced by Priority Payment Systems on or about October 13, 2017, in response to a CID. Certain identifying information has been redacted from McKenney Att. T. These records include a merchant processing application for Jasper Rain Marketing LLC doing business as Cranium Power. According to the application:

    a. The company's website is craniumpower.com;

    b. The company's customer service phone number is 888-834-1574;

    c. The contact and owner of the company is John Ferguson of San Diego, California;

    d. Brian Phillips of Triangle Payments at 1350 Columbia Street, Suite 303, San Diego, California 92101, is listed as a trade reference and as the sales agent that conducted the site inspection of the merchant;

    e. Funds processed for the benefit of the merchant were deposited to Jasper Rain Marketing LLC's JPMorgan Chase Bank account ending in x8529; and

    f. 2Chads, LLC, a Colorado-based company, would handle product fulfillment.

137. The records produced by Priority Payment Systems and attached here as McKenney Att. T at pp. 557-563 also include a "Global Boarding Report" that states that the merchant Jasper Rain Marketing LLC was assigned the billing descriptor "JSPRRNM*CRANIUMPOWER."

138. Attached hereto as **McKenney Att. U** are true and correct copies of the merchant processing application and processing statistics for Jasper Rain Marketing LLC doing business as Rejuve Store produced by JetPay Corporation on or about September 29, 2017, in response to a CID. Certain identifying information has been redacted from McKenney Att. U. According to the application and processing statistics:

   a. The company's website is rejuve-store.com;

   b. The company's customer service phone number is 888-975-7479;

   c. The contact and owner of the company is Jordan Riker of San Diego, California;

   d. Brian Phillips of Triangle Payments, is listed as a trade reference;

   e. Jasper Rain Marketing LLC's JPMorgan Chase Bank account ending in x3577 would receive funds processed by the merchant account;

   f. Product fulfillment would be handled by 2Chads, LLC, a Colorado-based company; and

g. The processing statistics show that from the date the account was opened, in February 2017, through the date of the CID response, on or about September 29, 2017, Jasper Rain Marketing LLC's JetPay merchant account processed:

    i. 11,524 gross sales totaling $309,367.18;

    ii. 3,236 refunds totaling $64,400.58 (or 20.8% of the gross amount); and

    iii. 381 chargebacks totaling $21,149.54 (or 6.8% of the gross amount).

## BANK ACCOUNTS

139. In response to a CID, on or about November 3, 2017, and supplemented on later dates, Wells Fargo Bank produced records for bank accounts opened on behalf of businesses, for which Brian Phillips is a signatory. The records produced by Wells Fargo Bank include account applications, signature card documents, monthly account statements and check images.

140. On or about August 10, 2017, JPMorgan Chase Bank ("Chase Bank") produced records in response to a CID for bank accounts opened on behalf of businesses, for which Brian Phillips is a signatory. The records produced by Chase Bank include account applications, signature card documents, monthly account statements and check images.

141. According to the records produced by Wells Fargo Bank, Brian Phillips is the sole signatory on the following bank accounts:

    a. Triangle Media Corporation's Wells Fargo accounts ending x4362, x5584, x1517, x7444, x0130, x1428, x1436, x0572, x0203, x0211, x5717 and x1434;

    b. Direct Access Products LLC's Wells Fargo account ending x4091;

    c. Fast Order Marketing LLC's Wells Fargo account ending x8053;

    d. Kinetic Products Marketing LLC's Wells Fargo account ending x5767;

    e. Little Kite Wellness LLC's Wells Fargo account ending x5759; and

    f. Vital Global Marketing LLC's Wells Fargo accounts ending x1053, and x7355.

142. According to the records produced by Wells Fargo Bank and Chase Bank, Brian Phillips has signing authority on the following bank accounts:

    a. Centered Energy Marketing LLC's Chase Bank account ending x8791;

    b. Everjoy Nutrition LLC's Chase Bank account ending x9688;

    c. Jasper Rain Marketing LLC's Chase Bank accounts ending x3577 and x8529;

    d. Rainbow Drop Wellness LLC's Chase Bank account ending x3017;

e. Real Vitality Marketing LLC's Chase Bank account ending x5936;

f. Sunrise Pointe Wellness LLC's Chase Bank account ending x8776 and Wells Fargo account ending x4771;

g. Turbid Elite Marketing LLC's Chase Bank account ending x6683;

h. BH Wellness LLC's Wells Fargo account ending x7745;

i. Blended Wellness Marketing LLC's Wells Fargo account ending x6788;

j. Brand Junction Wellness LLC's Wells Fargo accounts ending x4665, x8210, x5944, and x2070;

k. Clear Option Wellness LLC's Wells Fargo account ending x5572;

l. Great Plains Nutrition LLC's Wells Fargo accounts ending x1236 and x7208;

m. Green Valley Wellness LLC's Wells Fargo accounts ending x1111 and x3007;

n. H1 Marketing LLC's Wells Fargo accounts ending x4799 and x6108;

o. Joint Capital Marketing LLC's Wells Fargo account ending x7516;

p. Mind Wellness Marketing LLC's Wells Fargo account ending x0058;

q. Rivers Edge Marketing LLC's Wells Fargo accounts ending x1228 and x5907;

r. Simple Gig Marketing LLC's Wells Fargo account ending x3061;

s. Sunset Orders Marketing LLC's Wells Fargo account ending x4939;

t. Total Market Products LLC's Wells Fargo accounts ending x4558, x8186 and x5936; and

u. Vital Global Marketing LLC's Wells Fargo account ending x6047.

143. I have reviewed the monthly account statements produced by Wells Fargo and Chase Bank for the bank accounts to which Brian Phillips is a signatory, specifically, those business accounts listed in above paragraphs 141.b-f and 142.a-u. Since January 1, 2015, those bank accounts have received over $40 million dollars in deposits from various merchant processors.

**Jasper Rain Marketing LLC**

144. Attached hereto as **McKenney Att. V** are true and correct copies of the account applications and signature card documents for Jasper Rain Marketing LLC's Chase Bank accounts ending in x3577 and x8529. Certain identifying information has been redacted from McKenney Att. V. As discussed previously in above paragraph 142.c, Brian Phillips has signing authority on both Jasper Rain Marketing LLC's accounts at Chase Bank.

145. The monthly account statements for account ending in x3577 listed Jasper Rain Marketing LLC's address as 1350 Columbia Street, Suite 303, San Diego, California 92101, the same address as Triangle Media Corporation.

146. The monthly account statements for account ending x8529 showed deposits from Priority Payment Systems in relation to Jasper Rain Marketing LLC's Cranium Power merchant account.

147. Triangle Media Corporation's monthly account statements for its Wells Fargo Bank account ending x5584 showed that the company received multiple wire transfers and ACH payments from Jasper Rain Marketing LLC's Chase Bank accounts ending x3577 and x8529, for example:

    a. $18,384.12 on April 20, 2017;

    b. $19,072.87 on June 1, 2017;

    c. $40,000.00 on July 10, July 17, and July 20, 2017;

    d. $22,000.00 on August 4, 2017;

    e. $45,000.00 on August 9, 2017;

    f. $20,000.00 on August 17, 2017;

    g. $12,000.00 on September 19, 2017; and

    h. $11,000.00 on September 26, 2017.

**Triangle Media Corporation**

148. As previously described above, Brian Phillips is the sole signatory on at least twelve Triangle Media Corporation bank accounts opened at Wells Fargo Bank, specifically the accounts ending in x4362, x5584, x1517, x7444, x0130,

x1428, x1436, x0572, x0203, x0211, x5717 and x1434. The monthly statements for these twelve accounts show various levels of activity.

149. Attached hereto as **McKenney Att. W** are true and correct copies of the account applications and signature card documents for three of Triangle Media Corporation's Wells Fargo Bank accounts, specifically the accounts ending in x4362, x5584 and x5717. Certain identifying information has been redacted from McKenney Att. W.

150. Monthly statements for Triangle Media Corporation's Wells Fargo account ending in x5584 show that from January 1, 2015 to September 7, 2017, the account received $27,619,843 in deposits from those Wells Fargo and Chase Bank accounts that Brian Phillips is an authorized signatory, which are listed in above paragraphs 141.b-f and 142.a-u. The same monthly statements further show that during the same period, Triangle Media Corporation wire transferred $26,796,358 to Global Northern Trading Limited's bank accounts at Canadian Imperial Bank of Canada and Royal Bank of Canada.

151. Monthly statements for Triangle Media Corporation's Wells Fargo account ending in x4362 show that it received frequent wire transfers from Hardwire Interactive Inc.'s HSBC Hong Kong bank account, for example:

    a. $138,009.94 on July 10, 2017;

    b. $114,674.50 on July 17, 2017;

c. $92,435.70 on August 1, 2017;

d. $62,011.69 on August 7, 2017;

e. $207,287.00 on August 14, 2017;

f. $111,569.50 on August 24, 2017;

g. $133,706.87 on August 29, 2017;

h. $147,016.00 on September 12, 2017;

i. $107,171.89 on September 18, 2017;

j. $147,127.10 on September 27, 2017; and

k. $159,630.00 on September 29, 2017.

152.    The same monthly statements for Triangle Media Corporation's Wells Fargo account ending in x4362 also show frequent transfers to Triangle Media Corporation's Wells Fargo account ending in x5717.  Monthly statements for Triangle Media Corporation's Wells Fargo account ending in x5717 show bimonthly payments for payroll and payroll taxes, payments to American Express for the benefit of Brian Phillips, payments to call centers, payments to NobelBiz for telecommunications services, and rent payments for a Tampa office, for example:

a. Payments for payroll, for example: $52,265.51 on August 14, 2017, $52,105.55 on August 31, 2017, $52,391.28 on September 14, 2017, and $52,679.90 on September 28, 2017;

b. Payments for payroll taxes, for example: $25,414.85 on August 14, 2017, $25,195.90 on August 31, 2017, $25,289.10 on September 14, 2017, and $24,711.86 on September 28, 2017;

c. Payments to American Express to benefit Brian Phillips, for example: $48,603.06 on July 17, 2017, $53,951.31 on August 17, 2017, and $60,504.20 on September 22, 2017;

d. $140,007.70 payment to Infocu5 on June 6, 2016;

e. $28,515.82 payment to ADV Communications Jamaica Limited on July 21, 2017;

f. $41,857.57 payment to NobelBiz on April 21, 2017; and

g. $3,795.83 payment for "Tampa Rent" on August 31, 2017.

## DEFENDANTS' RELATED ENTITIES

153. As previously described, Brian Phillips is an authorized signer on multiple business bank accounts at Wells Fargo Bank and Chase Bank, which are listed in above paragraphs 141.b-f and 142.a-u. State corporate registrations for nearly all of those companies do not identify Brian Phillips as an officer, member or managing member. However, some state corporate registrations identify Triangle Media Corporation employees in those roles, specifically:

a. Sierra Owen, an administrative assistant at Triangle Media Corporation, is the current officer, member or managing member of

Jasper Rain Marketing LLC, Sunset Orders Marketing LLC, Brand

Junction Wellness LLC, Fast Order Marketing LLC, Everjoy

Nutrition LLC, Rainbow Drop Wellness LLC and Real Vitality

Marketing LLC; and

b. Brittany Wise, a former client services manager at Triangle Media

Corporation, is the current managing member of Blended Wellness

Marketing LLC and was a managing member of Vital Global

Marketing LLC, until its dissolution on November 15, 2016.

Attached hereto as **McKenney Att. X** is a true and correct printout of

Brittany Wise's profile that I found and printed from LinkedIn on

May 26, 2017. According to her LinkedIn profile, Brittany Wise

resides in the San Diego, California area.

154. Additionally, based on online searches, FTC staff has determined that

the primary business address listed on the state corporate registration of each of

these companies corresponds to a virtual office address operated by a third party

such as Regus, or to a residential address, rather than to a business location

operated by the company listed on the corporate registration. In particular, these

companies' primary business addresses are as follows:

| Company | Address | Address type |
|---------|---------|--------------|
| Direct Access | [REDACTED] | Residential |

| | | |
|---|---|---|
| Products LLC | San Diego, CA 92127 | |
| Fast Order Marketing LLC | 3111 Camino Del Rio N., PMB 4018 San Diego, CA 92108 | Virtual office |
| Kinetic Products Marketing LLC | 4660 La Jolla Village Dr., #500, PMB 23 San Diego, CA 92122 | Virtual office |
| Little Kite Wellness LLC | 10620 Treena St., Ste. 230, PMB 2386 San Diego, CA 92131 | Virtual office |
| Vital Global Marketing LLC | 1. [REDACTED], Norton, OH 44203 2. [REDACTED], Poway, CA 92064 | 1. Residential 2. Residential |
| Centered Energy Marketing LLC | 12707 High Bluff Dr., Ste. 200 San Diego, CA 92130 | Virtual office |
| Everjoy Nutrition LLC | 701 Palomar Airport Rd., #300 Carlsbad, CA 92011 | Virtual office |
| Jasper Rain Marketing LLC | 4370 La Jolla Village Dr., Ste. 400 San Diego, CA 92122 | Virtual office |
| Rainbow Drop Wellness LLC | 17901 Von Karman Ave., Ste. 600 Irvine, CA 92614 | Virtual office |
| Real Vitality Marketing LLC | 9655 Granite Ridge Dr., Ste. 200 San Diego, CA 92123 | Virtual office |
| Sunrise Pointe Wellness LLC | 2850 W. Horizon Ridge Pkwy., Ste. 200 Henderson, NV 89052 | Virtual office |
| Turbid Elite Marketing LLC | 999 18th St., Ste. 3000 Denver, CO 80202 | Virtual office |
| BH Wellness LLC | 200 S. Virginia, 8th Fl. Reno, NV 89501 | Virtual office |
| Blended Wellness Marketing LLC | 8670 West Cheyenne St., Ste. 120 Las Vegas, NV 89129 | Virtual office |
| Brand Junction Wellness LLC | 2305 Historic Decatur Rd., Ste. 100, PMB 4 San Diego, CA 92106 | Virtual office |
| Clear Option Wellness LLC | 801 Second Ave., Ste. 800 Seattle, WA 98104 | Virtual office |
| Great Plains Nutrition, LLC | 500 N. Rainbow Blvd., Ste. 300 Las Vegas, NV 89107 | Virtual office |
| Green Valley Wellness LLC | [REDACTED] Tucson, AZ 85716 | Residential |
| H1 Marketing LLC | 250 E. Wisconsin Ave., Ste. 1800 Milwaukee, WI 53202 | Virtual office |

| | | |
|---|---|---|
| Mind Wellness Marketing LLC | 10620 Treena St., Ste. 230 San Diego, CA 92131 | Virtual office |
| Joint Capital Marketing LLC | 440 Stevens Avenue, Suite 200 Solana Beach, CA 92075 | Virtual office |
| Rivers Edge Marketing LLC | One Oxford Centre, 301 Grant St., #4300 Pittsburgh, PA 15219 | Virtual office |
| Simple Gig Marketing LLC | 2300 W. Sahara Ave., Ste. 800 Las Vegas, NV 89102 | Virtual office |
| Sunset Orders Marketing LLC | 1600 Broadway, Ste. 1600 Denver, CO 80202 | Virtual office |
| Total Market Products LLC | 1455 Frazee Rd., Ste. 500 San Diego, CA 92108 | Virtual office |

155.   On or about May 9, 2018, FTC staff obtained email correspondence between Bill Smith, an investigator from the Better Business Bureau Serving Eastern Missouri and Southern Illinois (the "St. Louis BBB"), and an individual who identified himself as "Phil" at the email address "management@vitalglobalmarketing.com." According to the correspondence, which is dated November 15 through 24, 2016, Smith contacted Vital Global Marketing because of complaints about negative-option marketing from consumers in the St. Louis BBB's area. Attached hereto as **McKenney Att. Y** are true and correct copies of that correspondence. Certain identifying information has been redacted from McKenney Att. Y.

156.   Attached hereto as **McKenney Att. Z** are true and correct copies of business records for Vital Global Marketing LLC that FTC staff obtained from the Office of the Nevada Secretary of State. The articles of organization show that

Vital Global Marketing LLC was created as a Nevada registered limited liability company on July 21, 2009, and that Brian Phillips was a managing member. In 2010, Veronika Dorozan was added as a managing member. On September 16, 2015, Brittany Wise was added as a managing member. On November 15, 2016, a certificate of dissolution was filed by Brittany Wise with the Nevada Secretary of State's office with an effective date of November 11, 2016.

## CONSUMER COMPLAINTS

157.   On or about May 18, 2017, FTC staff obtained copies of 191 consumer complaints from the Detroit BBB regarding Beauty and Truth.

158.   On or about December 5, 2017, FTC staff obtained copies of 50 consumer complaints from the Denver BBB regarding Phenom Health.

159.   On or about April 24, 2017, FTC staff obtained copies of 125 consumer complaints from the Nevada BBB regarding Beauty and Truth.

160.   On or about April 12, 2017, FTC staff obtained copies of 3 consumer complaints from the Utah BBB regarding Beauty and Truth.

161.   On or about November 16, 2016, FTC staff obtained copies of 24 consumer complaints from the St. Louis BBB regarding Beauty and Truth.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 20, 2018

Douglas M. McKenney

# McKenney
# Attachment A

**PX 10**
**229**

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 03:28 PM 05/28/2010*
*FILED 03:18 PM 05/28/2010*
*SRV 100604799 - 4830322 FILE*

## CERTIFICATE OF INCORPORATION
### OF

**Triangle Media Corporation**

**FIRST:**  The name of the corporation is: Triangle Media Corporation

**SECOND:**  The address of the registered office of the corporation in the State of Delaware is located at:
> 108 West 13th Street, Wilmington, Delaware 19801
> Located in the County of New Castle

The name of the registered agent at that address is:
> Business Filings Incorporated

**THIRD:**  The purpose of the corporation is to engage in any lawful act or activity for which corporations may be organized under the Delaware General Corporation Law.

**FOURTH:**  The total number of shares of stock which the corporation is authorized to issue is 1,500 shares of common stock having one dollar ($1.00) par value.

**FIFTH:**  No director of the corporation shall be personally liable to the corporation or its stockholders for monetary damages for breach of fiduciary duty as a director; provided, however, that the foregoing clause shall not apply to any liability of a director (i) for any breach of the director's duty of loyalty to the corporation or its stockholders, (ii) for acts or omissions not in good faith or which involve intentional misconduct or a knowing violation of law, (iii) under Section 174 of the General Corporation Law of the State of Delaware, or (iv) for any transaction from which the director derived an improper personal benefit. This Article shall not eliminate or limit the liability of a director for any act or omission occurring prior to the time this Article became effective.

**SIXTH:**  The name and address of the incorporator is Business Filings Incorporated, 8040 Excelsior Dr., Suite 200, Madison, WI 53717.

**SEVENTH:**  The name and address of the director of the corporation is:

Brian Phillips, 1000 N West Street, Suite #1200, Dover, Delaware 19801

I, the undersigned, being the incorporator, for the purpose of forming a corporation under the laws of the State of Delaware do make, file, and record this Certificate of Incorporation and do certify that the facts herein are true.

*Mark*

_____
Business Filings Incorporated, Incorporator          Dated: May 28, 2010
Mark Williams, A.V.P.

**McKenney Attachment A**

# McKenney
# Attachment B



# State of California
## Secretary of State

**Statement of Information**
(Foreign Corporation)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

**F**

## FK48096
## FILED

In the office of the Secretary of State
of the State of California

**MAR-16 2017**

| 1. CORPORATE NAME |
|---|
| TRIANGLE MEDIA CORP. |

| 2. CALIFORNIA CORPORATE NUMBER | C3588451 | This Space for Filing Use Only |
|---|---|---|

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 1350 COLUMBIA ST #303, SAN DIEGO, CA 92101 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 1350 COLUMBIA ST #303, SAN DIEGO, CA 92101 | | | |
| 6. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ | | | | |
| BRIAN PHILLIPS | 1350 COLUMBIA ST SUITE #303, SAN DIEGO, CA 92101 | | | |
| 8. SECRETARY | | | | |
| BRIAN PHILLIPS | 1350 COLUMBIA ST SUITE #303, SAN DIEGO, CA 92101 | | | |
| 9. CHIEF FINANCIAL OFFICER/ | | | | |
| BRIAN PHILLIPS | 1350 COLUMBIA ST SUITE #303, SAN DIEGO, CA 92101 | | | |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

| 10. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| BRIAN PHILLIPS |

| 11. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1350 COLUMBIA ST #303, SAN DIEGO, CA 92101 | | | |

**Type of Business**

| 12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION |
|---|
| ADVERTISING MGMT & CONSULTING |

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 03/16/2017 | BRIAN PHILLIPS | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-350 (REV 01/2013) | APPROVED BY SECRETARY OF STATE |
|---|---|

**McKenney Attachment B**



# State of California
## Secretary of State

### Statement of Information
(Foreign Corporation)
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

F

**FW83491**

# FILED

In the office of the Secretary of State
of the State of California

## MAY-17 2018

1. **CORPORATE NAME**

TRIANGLE MEDIA CORP.

2. **CALIFORNIA CORPORATE NUMBER**          C3588451

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE 4519 GEORGE ROAD, SUITE 170, TAMPA, FL 33634 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 6. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ BRIAN PHILLIPS | 4519 GEORGE ROAD, SUITE 170, TAMPA, FL 33634 | | | |
| 8. SECRETARY BRIAN PHILLIPS | 4519 GEORGE ROAD, SUITE 170, TAMPA, FL 33634 | | | |
| 9. CHIEF FINANCIAL OFFICER/ BRIAN PHILLIPS | 4519 GEORGE ROAD, SUITE 170, TAMPA, FL 33634 | | | |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

10. NAME OF AGENT FOR SERVICE OF PROCESS

BRIAN PHILLIPS

11. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**  CITY          STATE     ZIP CODE

5146 CAMINITO VISTA LUJO, SAN DIEGO, CA 92130

**Type of Business**

12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

ADVERTISING MGMT & CONSULTING

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 05/17/2018 | BRIAN PHILLIPS | CEO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-350 (REV 01/2013)          APPROVED BY SECRETARY OF STATE

**PX 10**
**233**

**McKenney Attachment B**

# McKenney
# Attachment C

PX 10
234

| Secretary of State **Articles of Organization** Limited Liability Company (LLC) | LLC-1 |
|---|---|

**2 0 1 6 3 5 7 1 0 1 7 2**

FILED
Secretary of State
State of California

DEC 16 2016

This Space For Office Use Only

IMPORTANT — Read Instructions before completing this form.

Filing Fee - $70.00

Copy Fees - First plain copy free; Additional copies: First page $1.00 & .50 for each attachment page; Certification Fee - $5.00

*Important!* LLCs may have to pay an annual minimum $800 tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

**1. Limited Liability Company Name** (See Instructions – Must contain an LLC ending such as LLC or L.L.C. "LLC" will be added, if not included.)

Jasper Rain Marketing LLC

**2. Business Addresses**

| a. Initial Street Address of Designated Office in California - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 4370 La Jolla Village Drive Suite 400 | San Diego | CA | 92122 |
| b. Initial Mailing Address of LLC, if different than Item 2a | City (no abbreviations) | State | Zip Code |
| | | | |

**3. Agent for Service of Process**

Item 3a and 3b: If naming an individual, the agent must reside in California and Item 3a and 3b must be completed with the agent's name and complete California street address.

Item 3c: If naming a California Registered Corporate Agent, a current agent registration certificate must be on file with the California Secretary of State and Item 3c must be completed (leave Item 3a-3b blank).

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | | Suffix |
|---|---|---|---|---|
| | | | | |
| b. Street Address (if agent is not a corporation) - Do not list a P.O. Box | City (no abbreviations) | | State CA | Zip Code |
| | | | | |

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 3a or 3b

Business Filings Incorporated

**4. Management** (Select only one box)

The LLC will be managed by:

☐ One Manager  ☐ More than One Manager  ☒ All LLC Member(s)

**5. Purpose Statement** (Do not alter Purpose Statement)

The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

**6.** The information contained herein, including in any attachments, is true and correct.

Jordan Riker

Organizer sign here

Print your name here

LLC-1 (REV 06/2016)

[ Clear Form ]  [ Print Form ]

2016 California Secretary of State
www.sos.ca.gov/business/be

**McKenney Attachment C**



**Secretary of State
Statement of Information
(Limited Liability Company)**

| LLC-12 |
| --- |

18-B04155

# FILED

In the office of the Secretary of State
of the State of California

MAR 21, 2018

This Space For Office Use Only

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

JASPER RAIN MARKETING LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
| --- | --- |
| 201635710172 | CALIFORNIA |

**4. Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| --- | --- | --- | --- |
| 4370 La Jolla Village Drive Suite 400 | San Diego | CA | 92122 |
| b. Mailing Address of LLC, if different than Item 4a | City (no abbreviations) | State | Zip Code |
| 4370 La Jolla Village Drive Suite 400 | San Diego | CA | 92122 |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| 4370 La Jolla Village Drive Suite 400 | San Diego | CA | 92122 |

**5. Manager(s) or Member(s)** — If no **managers** have been appointed or elected, provide the name and address of each member. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
| --- | --- | --- | --- |
| Sierra | | Owen | |

| b. Entity Name - Do not complete Item 5a |
| --- |
| |

| c. Address | City (no abbreviations) | State | Zip Code |
| --- | --- | --- | --- |
| 1600 Broadway, Suite 1600 | Denver | CO | 80202 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
| --- | --- | --- | --- |
| | | | |

| b. Street Address (if agent is not a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
| --- | --- | --- | --- |
| | | CA | |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
| --- |
| BUSINESS FILINGS INCORPORATED (C2113485) |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
| --- |
| retail commerce |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
| --- | --- | --- | --- |
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
| --- | --- | --- | --- |
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 03/21/2018 | Sierra Owen | Member | |
| --- | --- | --- | --- |
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name: 　　　⌈

Company:

Address:

City/State/Zip: 　⌊ 　　　　　　　　　⌋

LLC-12 (REV 01/2017)

Page 1 of 1

2017 California Secretary of State
www.sos.ca.gov/business/be

**McKenney Attachment C**

# McKenney
# Attachment D



in    🔍 Search                              🏠  👥  💼  💬  🔔  ⬤  ⋮⋮⋮   Free Upgrade
                                                                          to Premium

Data Science Certificate - Become a Data Analytics Expert and Advance Your Career. Ap

Promoted

lighter    $50k-2M for SaaS Startups
           We're looking for our next Chief
           partner! Grow without equity
           dilution.

           Choose any Internet
           on the Gig-speed network, then
           add Phone for $29.95 more per
           month.

           Hiring?
           Post Job in Minutes! Find the
           Right Candidate Today.

           Cognizant is hiring consultar

                    Follow

### Sierra Owen

**Administrative Assistant at Triangle Media Corp**

Triangle Media Corp • University of Alaska Fairbanks

San Diego, California • 65 👥

**Connect**     **· · ·**

Learn the skills Sierra has

▶  **OneDrive for Busines
    Essential Training**
    Viewers: 16,938

▶  **Google Calendar Adv
    Tips and Tricks**
    Viewers: 5,861

▶  **Time Management Ti
    Weekly**
    Viewers: 543,001

                    See more

## Experience

**Administrative Assistant**
Triangle Media Corp

**Nanny**
Private Employer
Sep 2014 – Dec 2016 • 2 yrs 4 mos
Rancho Santa Fe, CA

**Model**
Brand Models and Talent
Jul 2013 – Aug 2016 • 3 yrs 2 mos
Orange County, California Area

Attend castings and bookings.

## Education

**University of Alaska Fairbanks**
2012 – 2015

Studied business and marketing.

## Volunteer Experience

**Volunteer**
InterVarsity Christian Fellowship/USA
Sep 2015 – May 2016 • 9 mos
Social Services

**Volunteer**
C3 Church San Diego

PX 10
238

McKenney Attachment D



**Promoted**

**$90k-2M for SaaS Startups**
We're looking for our next Chloe
partner! Grow without equity
dilution.

**Choose any internet**
on the Gig-speed network, then
add Phone for $29.95 more per
month.

**Hiring?**
Post Job in Minutes! Find the
Right Candidate Today.

## Skills & Endorsements

**Merchant Services**

**Microsoft Office**

**Microsoft Excel**

Industry Knowledge

**Social Media Marketing**                    Social Media

**Project Coordination**                       Marketing · 1

Tools & Technologies

**Microsoft Word**

Interpersonal Skills

**Customer Service**

Show less ⌃

## Accomplishments

1   Language
    English                                                      ⌄

## Interests

**Triangle Media Corp**                        **Jack Welch** in
78 followers                                   Executive Chairman, The Jack Welch Man...
                                               6,547,345 followers

**University of Alaska Fairbanks**             **Jamie Dimon** in
24,620 followers                               Chairman and CEO of JPMorgan Chase &...
                                               822,272 followers

**Lucien Engelen** in                          **Bill Gross** in
Director REshape Center for Health(care) [...  Founder and CEO of Idealab
766,645 followers                              330,853 followers

**Linked**in

About                    ⓘ  **Questions?**           Select Language
Community Guidelines        Visit our Help Center.    English (English)        ⌄
Privacy & Terms ⌄
Send feedback            ⚙  **Manage your account and privacy.**
                            Go to your Settings.

**PX 10
239**

**McKenney Attachment D**

LinkedIn Corporation © 2018



**PX 10**
**240**

**McKenney Attachment D**

# McKenney
# Attachment E

PX 10
241



**BVI Financial Services Commission, Registry of Corporate Affairs**
**Register of Companies Search Report**

| | |
|---|---|
| **Date of Search :** 12/04/2018 | |
| This search is accurate as at the Search Date above. | |

| | |
|---|---|
| **Company Name :** | Hardwire Interactive Inc. |

| | |
|---|---|
| **Company Number :** | 1739781 |

| | | | |
|---|---|---|---|
| **Company Type :** | BC New Incorporation | **Date of Incorporation / Registration :** | 19/10/2012 |

**Current Status :**

| | |
|---|---|
| Status Description: | Active |
| Status Date: | 19/10/2012 |
| Current Registered Agent: | Hauteville Trust (BVI) Limited |
| | R.G. Hodge Plaza, Wickhams Cay 1 |
| | P.O. Box 3483 |
| Current Registered Agent Address: | Road Town |
| | Tortola |
| | VIRGIN ISLANDS, BRITISH |
| Current Registered Agent Phone Number: | 284-494-4692 |
| Current Registered Agent Fax Number: | 284-494-4695 |
| | |
| | R.G. Hodge Plaza, Wickhams Cay 1 |
| | P.O. Box 3483 |
| Current Registered Office : | Road Town |
| | Tortola |
| | VIRGIN ISLANDS, BRITISH |
| Telephone: | |
| Agent Fax: | |
| Director Register Type : | Private |

**Share/Capital Information:**

| | |
|---|---|
| Maximum Number of Shares the company is authorized to issue: | 30,000 |
| Ability to Issue Bearer Shares: | No |

**Previous Names History**

| S.No | Previous Name | Foreign Character Name | Date Range or Cease Date From | To |
|---|---|---|---|---|
| 1 | Hardwire Interactive Inc. | | 19/10/2012 | |

**PX 10**
**242**

**McKenney Attachment E**

## Transaction History

| S.No | Date | Transaction Number | Description | Status | Eforms/Attachments |
|---|---|---|---|---|---|
| 1 | 09/10/2012 | T120656036 | Name Reservation (10 days) | Approved | Name Reservation (10 days) |
| 2 | 19/10/2012 | T120685826 | Application for Incorporation (BC) | Approved | Application for Incorporation (BC) |
| | | | | | Memorandum and Articles of the Company |
| 3 | 02/09/2013 | T130592217 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 4 | 23/06/2014 | T140468260 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 5 | 29/08/2014 | T140596870 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 6 | 04/09/2015 | T150618886 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 7 | 12/09/2016 | T160660644 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 8 | 16/09/2016 | T160686879 | Register of Members or Directors | Approved | Register of Directors |
| 9 | 29/09/2017 | T171109728 | Annual Fee Submission (BC) | Approved | Annual Submission |

## Certificate History

| S.No | Transaction No. | Type of Certificate | Date of Filing |
|---|---|---|---|
| 1 | T120685826 | Certificate of Incorporation (Original) | 19/10/2012 |
| 2 | T140468260 | Certificate of Good Standing | 23/06/2014 |

## DISCLAIMER:

Although care has been taken to ensure the accuracy, completeness and reliability of the information provided through the use of this service ("the Information"), neither the Registrar of Corporate Affairs ("the Registrar") nor the Financial Services Commission ("the Commission") assumes any responsibility for the accuracy, completeness and reliability of the Information. This report does not reflect any transactions that may be submitted and not yet registered, or other changes for which the Registrar has not received notice. The user of the Information agrees that the Information is subject to change without notice, and neither the Registrar nor the Commission is responsible for any discrepancies that may result if a transaction is approved for filing after the issuance of this report. Neither the Registrar nor the Commission assumes any responsibility for the consequences of use of the Information, nor for any infringement of third party intellectual property rights which may result from its use. In no event shall the Commission or the Registrar be liable for any direct, indirect, special or incidental damage resulting from, arising out of or in connection with the use of the Information.

**PX 10**
**243**

**McKenney Attachment E**

**TERRITORY OF THE BRITISH VIRGIN ISLANDS**
**BVI BUSINESS COMPANIES ACT, 2004**

**CERTIFICATE OF INCORPORATION**
**(SECTION 7)**

The REGISTRAR of CORPORATE AFFAIRS, of the British Virgin Islands HEREBY CERTIFIES, that pursuant to the BVI Business Companies Act, 2004, all the requirements of the Act in respect of incorporation having been complied with,

**Hardwire Interactive Inc.**

BVI COMPANY NUMBER: **1739781**

is incorporated in the BRITISH VIRGIN ISLANDS as a BVI BUSINESS COMPANY, this 19th day of October, 2012.



*for* **REGISTRAR OF CORPORATE AFFAIRS**
19th day of October, 2012

## TERRITORY OF THE BRITISH VIRGIN ISLANDS
## BVI BUSINESS COMPANIES ACT, 2004



0F3C252241

### CERTIFICATE OF GOOD STANDING
### (SECTION 235)

The REGISTRAR OF CORPORATE AFFAIRS, of the British Virgin Islands HEREBY CERTIFIES that, pursuant to the BVI Business Companies Act, 2004 at the date of this certificate, the company,

**Hardwire Interactive Inc.**

**BVI COMPANY NUMBER: 1739781**

1. Is on the Register of Companies;

2. Has paid all fees and penalties due under the Act;

3. Has not filed articles of merger or consolidation that have not become effective;

4. Has not filed articles of arrangement that have not yet become effective;

5. Is not in voluntary liquidation;

6. Is not in liquidation under the Insolvency Act, 2003;

7. Is not in receivership under the Insolvency Act, 2003;

8. Is not in administrative receivership; and

9. Proceedings to strike the name of the company off the Register of Companies have not been instituted.



**REGISTRAR OF CORPORATE AFFAIRS**
12th day of April, 2018

McKenney Attachment E

# McKenney
# Attachment F

PX 10
246

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 02/29/2016)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 86819298**
**Filing Date: 11/13/2015**

## To the Commissioner for Trademarks:

**MARK: PHENOM HEALTH** (Standard Characters, see mark)
The literal element of the mark consists of PHENOM HEALTH.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Global Northern Trading Ltd, a limited company (ltd.) legally organized under the laws of Canada, having an address of
    7770 Gilley Avenue
    Burnaby BC V5J4Y2
    Canada

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 005:  Dietary and nutritional supplements
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

**Disclaimer**
No claim is made to the exclusive right to use "HEALTH" apart from the mark as shown.

The applicant's current Attorney Information:
    Matthew H. Swyers of The Trademark Company
    344 Maple Avenue W, PMB 151
    Vienna, Virginia 22180
    United States
The attorney docket/reference number is 26598.

The applicant's current Correspondence Information:
    Matthew H. Swyers
    The Trademark Company
    344 Maple Avenue W, PMB 151
    Vienna, Virginia 22180
    8009068626100(phone)
    admin@thetrademarkcompany.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the

**McKenney Attachment F**

trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Matthew H. Swyers/  Date Signed: 11/13/2015
Signatory's Name: Matthew H. Swyers
Signatory's Position: Attorney of Record, Member of the Virginia State Bar

RAM Sale Number: 86819298
RAM Accounting Date: 11/13/2015

Serial Number: 86819298
Internet Transmission Date: Fri Nov 13 12:03:18 EST 2015
TEAS Stamp: USPTO/FTK-XX.XX.XXX.XXX-2015111312031834
7460-86819298-540c3bd35f266c75a541d95b15
39f66f99bed6dca98655480a85ac9a27211a3e5-
CC-12378-20151112095142558010

**McKenney Attachment F**

# PHENOM HEALTH

**PX 10**
**249**

**McKenney Attachment F**

## TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

ETAS ID: TM370942

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Global Northern Trading Ltd | | 11/26/2015 | Limited Company: CANADA |

### RECEIVING PARTY DATA

| | |
|---|---|
| Name: | Hardwire Interactive Inc. |
| Street Address: | 1201 Allied Kajima Building, 12/F, |
| Internal Address: | 138 Gloucester Road |
| City: | Wanchai |
| State/Country: | HONG KONG |
| Entity Type: | CORPORATION: HONG KONG |

### PROPERTY NUMBERS Total: 1

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 86819298 | PHENOM HEALTH |

### CORRESPONDENCE DATA

**Fax Number:**
*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Phone: | 800-906-8626 x100 |
| Email: | info@thetrademarkcompany.com |
| Correspondent Name: | Matthew H. Swyers Esq. |
| Address Line 1: | 344 MAPLE AVE. W, PMB 151 |
| Address Line 4: | Vienna, VIRGINIA 22180 |

| NAME OF SUBMITTER: | Matthew H. Swyers |
|---|---|
| SIGNATURE: | /Matthew Swyers/ |
| DATE SIGNED: | 01/28/2016 |

**Total Attachments: 3**
source=PHENOM HEALTH Signed Assignment#page1.tif
source=PHENOM HEALTH Signed Assignment#page2.tif
source=PHENOM HEALTH Signed Assignment#page3.tif

*OP $40.00 86819298*

**TRADEMARK**
**REEL: 005718 FRAME: 0407**

900352072

**PX 10**
**250**

**McKenney Attachment F**

## ASSIGNMENT OF TRADEMARK

KNOW ALL BY THESE PRESENTS that the undersigned Assignor, Global Northern Trading Ltd, a Limited Company organized in Canada whose mailing address is entered below, pursuant to §501.01 of the TMEP, does hereby assign to said Assignee, Hardwire Interactive Inc., a Corporation organized in Hong Kong, its successors and assigns, to its own proper use and benefit, the trademark "PHENOM HEALTH" including all right, title and interest, which Assignor has, had or may have therein, and as to which Assignor has, had or may have power to assign, together with any registrations thereof, state, federal, including specifically U.S. Serial No. 86,819,298, or otherwise, and together with all rights and interests appertaining to the foregoing or which may be derived therefrom, and including any rights of prosecution, or to renewal, or to extensions thereof, that have been or may be secured under the laws, now or hereinafter in force or effect, in the United States of America, or in any other county or countries, together with any heretofore or hereafter arising claims for infringement, and actions, causes of action, chases in action and rights and remedies appurtenant and or relating thereto.

The undersigned Assignor declares that all statements made herein, and in the application for U.S. Serial No. 86,819,298, of his own knowledge are true and that all statements made on information and belief are believed to be true.

The undersigned Assignor and Assignee hereby further represent that, pursuant to §501.01 of the TMEP, and in compliance with 15 U.S.C. §1060 and 37 C.F.R. §3.16, Assignee is a successor to the Assignor's business.

**TRADEMARK**
**REEL: 005718 FRAME: 0408**

**McKenney Attachment F**

IN WITNESS WHEREOF Assignor does hereby execute this Assignment of Trademark

on this 26 day of _November_, 2015.

Assignor: Global Northern Trading Ltd
7770 Gilley Avenue

Burnaby BC V5J 4Y2

Signed: _____
Printed: _LUCIAN DOROBAN_
Title: _DIRECTOR_

## NOTARY AFFIDAVIT FOR SIGNATURE OF ASSIGNOR'S NAME

State of: _British Columbia_
City/County of: _Burnaby_

On this 26 day of _November_, 2015, personally appeared an individual personally

known to me (or satisfactorily identified) as Global Northern Trading Ltd, assignor owner of

U.S. Serial No. 86,819,298 and acknowledged that s/he executed the foregoing Assignment of

Trademark.

_____ (Notary Public Signature)

[SEAL]

My Commission Expires: _December 31, 2016_ (Date)

LARRY D. ROBB (Barrister ...
Lawyer & Notary Public
1141 - 4700 Kingsway
Burnaby, B.C. V5H 4M1
TEL: 604-434-5100

**TRADEMARK**
**REEL: 005718 FRAME: 0409**

**PX 10**
**252**

**McKenney Attachment F**

IN WITNESS WHEREOF Assignee does hereby execute this Assignment of Trademark on this 18 day of ___November___, 2015.

Assignee: Hardwire Interactive Inc.
1201 Allied Kajima Building, 12/F,
138 Gloucester Road, Wanchai
Hong Kong

Signed: _____

Printed: __Brett Bond__

Title: __General Manager__

## NOTARY AFFIDAVIT FOR SIGNATURE OF ASSIGNEE'S NAME

State of: __CALIFORNIA__

City/County of: __San DIEGO__

On this 21st day of __JANUARY__, 2016, personally appeared __Brett Bond__

an individual to me known (or satisfactorily identified) as a principal of Hardwire Interactive

Inc., assignee owner of U.S. Serial No. 86,819,298, and acknowledged that s/he executed the

foregoing Assignment of Trademark.

_____(Notary Public Signature)
[SEAL]

My Commission Expires: __6/16/16__ (Date)

EMILY ANN SELF
Commission # 1982285
Notary Public · California
San Diego County
My Comm. Expires Jun 16, 2016

RECORDED: 01/28/2016

**PX 10**
**253**

**TRADEMARK**
**REEL: 005718 FRAME: 0410**
**McKenney Attachment F**

Side - 1



**NOTICE OF ABANDONMENT**
**MAILING DATE: Jan 17, 2017**

The trademark application identified below was abandoned because the applicant failed to file for a statement of use or an extension of time.

If the delay in filing a response was unintentional, you may file a petition to revive the application with a fee. If the abandonment of this application was due to USPTO error, you may file a request for reinstatement. Please note that a petition to revive or request for reinstatement **must be received within two months from the mailing date of this notice.**

For additional information, go to http://www.uspto.gov/teas/petinfo.htm. If you are unable to get the information you need from the website, call the Trademark Assistance Center at 1-800-786-9199.

| | |
|---|---|
| **SERIAL NUMBER:** | 86819298 |
| **MARK:** | PHENOM HEALTH |
| **OWNER:** | HARDWIRE INTERACTIVE INC. |

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA 22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

MATTHEW H. SWYERS
THE TRADEMARK COMPANY
344 MAPLE AVENUE W, PMB 151
VIENNA , VA 22180

**PX 10**
**254**

**McKenney Attachment F**

# McKenney
# Attachment G

**PX 10**
255

Choose any Internet - on the Gig-speed network, then add Phone for $29.95 more per month.  Ad ···



Promoted

 Choose any internet on the Gig-speed network, then add Phone for $29.95 more per month.

 IT Simplified
Are you in need of IT staff on a part time or as needed basis?

 Work in Marketing?
Add an Ivy League Marketing Cert to Your Resume in 12 Weeks. Apply Now!

## Brett Bond

One day offices will be a thing of the past.

Greater San Diego Area

**Connect**  ···

 Triangle Media Corp

See contact info

500+ connections

**Learn the skills Brett has**

 Public Relations Foundations
Viewers: 42,491

 Social Selling with Link
Viewers: 16,100

 Marketing Analytics: Presenting Digital Marketing Data
Viewers: 21,560

See more co

Promoted

Choose any internet then add Phone for just $29.95 more month. Get it now.

Hiring?
Post Job in Minutes! Find the Right Candidate Today.

 Work in Marketing?
Add an Ivy League Marketing Cert to Resume in 12 Weeks. Apply Now!

Over 20 years experience in marketing, sales, project management and application development in diverse industries with a degree in Marketing, my areas of expertise encompass:

Managing production and resources to deliver high-level digital solutions and applications to clients' specifications and requirements.

Creating and monitoring sales lifecycle and forecasted budgets.

Project analysis and scoping including proposal submission and presentation pitches.

Applying the complete marketing mix to produce overall marketing strategies to optimise the market position, market share and competitive advantage of an organisation.

Undertaking market analysis to identify opportunities, trends and issues on which an organisation can capitalise for sustainable growth.

Formulating business strategies to ensure appropriate and effective actions are implemented to improve and consolidate the position of an organisation.

Forging and managing client relationships and business alliances.

Negotiating and influencing at a senior management level.

Formulating and managing high performance teams, proven to achieve outstanding results in challenging environments.

SEO, SEM, PPC, web/mobile design and development, email marketing, cloud based solutions and online marketing.

Developing and implementing target specific e-commerce websites, with SEO and online strategy components that significantly increase sales in highly competitive environments.

Launching products across a diverse range of international markets to substantially exceed challenging sales and marketing targets.

Specialties: Digital marketing, sales, business development, email marketing, social media, networking, information technology, application development, communications and contract negotiations.

5  Messaging

PX 10
256

McKenney Attachment G

Show less ⌃

## Experience

**COO**
Triangle Media Corp
Jul 2014 – Dec 2017 · 3 yrs 6 mos
Greater San Diego Area

## Education

**Australian Catholic University**
Bachelor of Business, Marketing
2003 – 2005

## Skills & Endorsements

**Online Marketing** · 53
henrik risvang and 52 connections have given endorsements for this skill

**Email Marketing** · 33
henrik risvang and 32 connections have given endorsements for this skill

**Marketing Strategy** · 32
Endorsed by 2 of Brett's colleagues at Triangle Media Corp

Show more ⌄

## Recommendations

Received (5)    Given (5)

**Alison Borodzicz**
Senior Mobile UI Designer at
Westpac
September 1, 2014, Alison
reported directly to Brett

Brett is a highly effective manager, inspiring team leader and
enthusiastic team player. These traits combined with his cutting
edge knowledge of all things web and attuned business strategy
make him an invaluable asset to any digital space.

**Russell James**
General Manager at Bracton
Group
August 11, 2010, Russell worked
with Brett but at different
companies

Having a good understanding of web development myself, Brett
was able to help me find simple and cost effective solutions to
improve our current online systems.

Show more ⌄

## Accomplishments

**1** Project
Medicon

## Interests

**Digital Marketing**
1,286,610 members

**Salesforce**
1,003,565 followers

5 · Messaging

5/30/2018
McKenney Attachment G

PX 10
257

See all

**Linked** in

| | | | |
|---|---|---|---|
| About | Talent Solutions | Community Guidelines | **Questions?** |
| Careers | Marketing Solutions | Privacy & Terms ⌄ | Visit our Help Center. |
| Advertising | Sales Solutions | Send feedback | **Manage your account and privacy.** |
| Mobile | Small Business | Safety Center | Go to your Settings. |

LinkedIn Corporation © 2018

Select Language

English (English)

5   Messaging

5/30/2018

**PX 10**
**258**

**McKenney Attachment G**

# McKenney
# Attachment H

PX 10
259



TheDailyReviewer    🔤 About    ❓ FAQ    ⚙ Our Review Process    ✉ Contact Us    🔍

# Cerebral X – Cognitive Enhancement Nootropic Brain Booster?



Click Here To Try Cerebral X Risk Free Trial Today

## What is Cerebral X?

**Cerebral X** is marketed as a revolutionary smart pill that acts to enhance advanced cognitive abilities. It claims it is made of 100% natural ingredients and helps you focus clearly while boosting your energy to eliminate brain fog syndrome. It also claims that it can help you to think faster, be smarter and remember more as you supercharge your way to success.

## What Cerebral X Offers

Cerebral X is designed to be taken as a supplement, it is 100% water soluble, so, therefore, entering your system quickly. Its aim is to protect neurons, enhance signal transmission while supporting brain function and enhancing learning processes**. The website says it stimulates the brain to a level of where new neurons and neural pathways are constructed. To maintain a

PX 10
260

McKenney Attachment H

healthy cognitive state requires suitable functioning of neurotransmitter synthesis that leads to supercharged boosted thinking.

## How Does Cerebral X Work?

In clinical trials with real humans, according to the Cerebral X website, it has been proven to improve brain nerve growth, boost neurotransmitters, increase blood flow and oxygenation to the brain, boost the ability to use the upgraded brain energy, protect brain cell walls, receive vital nutrients, vitamins and amino acids, protect the brain from neurotoxins and free radicals and stimulate protein synthesis**. In simple terms, what this would mean is that Cerebral X fuels the brain and taken on a regular basis, it alleviates symptoms of fatigue, brain fog, and memory.

## What Are The Benefits Of Cerebral X?

If the claims are true, this formula would be advantageous if you are looking to improve your academic and work levels. Over time it could improve attention and focus, helping you to achieve tasks easier and faster**.



CEREBRAL X

It would also improve long and short-term memory which is key for all sorts of individuals, professionals, and, of course, students**. It would help to speed up information processing which leads to better levels of taking in and retaining information quicker, therefore, enhancing performance in daily life**. Both men and women can take this formula.

## What Do Users Say?

Users of the product have reported very positive effects. One such individual stated that the nervousness associated with taking exams disappeared and as a result, he was succeeding way higher than before.

Another user in their 30's, has publicly stated that her memory has significantly improved and she has lost that habit of forgetting all the time.

A third user, after taking it for a month noticed huge improvement and life at his work has improved considerably.

## Comparisons

PX 10
261

**McKenney Attachment H**

Compared to other related products in the market place, many don't have all natural ingredients and could therefore be less safe. Cerebral is listed as not addictive and is sold to be a mood enhancer.

Some products on the marketplace may have the ability to eliminate brain fog but not the ability to boost memory. Combined with the fact that some are not made of natural ingredients, they become a much worse option.

It seems that Cerebral X is winning in all those areas. There seems to be no information on the level of addiction that could be incurred with these products as well.

## Active Ingredients in Cerebral X

Here is a list of the Ingredients:

- Huperzine A [1]
- Vinpocetine [2]
- Phosphatidylserine [3]
- Bacopa Monnieri [4]
- B Vitamins
    - Vitamin B3 – Niacin [5]
    - Vitamin B6 – Pyridoxine HCL [6]
    - Vitamin B9 – Folic Acid [7]
    - Vitamin B12 [8]
- DHA [9]
- L-Theanine [10]
- Citicoline [11]
- L-Tyrosine [12]
- L-Glutamine [13]





## Interesting Facts

Did you know that the brain is 2% of our total body weight? Did you know that 80% of our genetic sequence is coded for the brain? Imagine, the average person has over 70,000 thoughts per day and, did you know that stress can alter your brain cells and connections? Looking after the brain is critical.

## Will it help the fight against memory diseases?

Unfortunately, in the older population diseases like Alzheimer's are at an all-time high. It's too early to see any long term studies on new supplements but it will be interesting to see if such supplements as these will help in the fight against this.

Given that the brain is the biggest organ in our body, it is worth looking after it well. It is still thought that undertaking activities to keep the brain challenged of course should be done, don't leave it all to a supplement!

**PX 10**
**262**

**McKenney Attachment H**

### Where Can I Get Cerebral X And How Much Is It?

At the moment, Cerebral X if offering the supplement via a Trial. Due to strong media coverage their products are under heavy demand. The return policy is strong and customer service is reliable. If you are wanting to get in touch with them, you can use any of the methods from 5AM to 5PM PST every day to get in touch with them.

Return Address:
Cerebral X
11551 E. 45th Avenue, Unit C
Denver, CO 80239
United States

Support Telephone Number: +1-888-963-8460
Support Email Address: support@phenomhealth.com

There seems to be a growing high reorder rate. You can source it online at the official Cerebral X website. As with all supplements precede with caution. As there is no mention of side effects, you should observe yourself for the first few days. If unwell, stop taking immediately.

## Final Thoughts on Cerebral X

There are many supplements out there now days a that claim to fix this or that. Most of those supplements don't actually use quality ingredients that have real science to back up the claims and many are made in overseas labs that I wouldn't trust putting in my body. Cerebral X is natural and made in the USA. It's well balance and has lots of great ingredients. After reviewing the ingredients in detail, we think it's definitely worth trying to see how it helps your focus on tasks and boosting your energy to power through the day.

For testing Cerebral, we recommended trying it for at least 2 to 3 months to see how it works with your body. So go ahead and try it. What do you have to lose?



**PX 10**
**263**

**McKenney Attachment H**



Our Official Rating

We have been around the block reviewing brain boosters for quite some time now. And over the past 3-4 years, nootropics have slowly became a household name for attempting to accelerate focus, clarity, memory and concentration. These effects are all desirable daily benefits and Cerebral X is one of those supplements we have come to find out as a true smart drug pill. With an extremely high quality supplement fact ingredient listing, there is no doubt everyone should give it a valid shot at helping them power through the day and night with precision focus.

**Disclaimer**

** The statements here are not intended to cure, diagnose, prevent, or treat any disease. Cerebral X has not been evaluated by the FDA. Please consult with a doctor before starting any herbal supplementation program. You should be at least 18 years of age to try this product. Since everyone's body types and environments are different, we cannot guarantee that it will work the same for every user.

**ABOUT US**

TheDailyReviewer.com - Your source for the hottest reviews on the web. Everything from Health and Wellness to Technology and Wealth. Get it here first.

PX 10
264

**McKenney Attachment H**





# Instant Super Computer
## Mental Ability



Cerebral X is a revolutionary brain supplement formulated to give you ultimate brain power. Known in Scientific Terms as a **"NOOTROPIC"** or **"GENIUS PILL"** Cerebral X improves mental functions such as **cognition, memory, intelligence, motivation, attention, concentration** and therefore **happiness and success.** You will be limitless!

A healthy mind that is supercharged to fire on will propel you to higher standards. Cerebral X's advanced

**THIS** *Really Works!*

PX 10
265

McKenney Attachment H



Warning: Due to extremely high media demand, there is limited supply of Cerebral X in stock as of Oct 12, 2017. HURRY! 04:07:05

**CEREBRALX**   Get Your Risk Free Trial Today ⟩   [ GET MY RISK FREE TRIAL ]

ultimate success in life.

### Cerebral X Will:

✓ **Increase Academic and Work Performance**

✓ **Study Less and Play Hard**

✓ **Blow Away the Competition at Job Interviews, Work or School**

✓ **Reduce Stress and Increase Your Happiness and Success Quotients**



Turbo-Charge

Cerebral X simultaneously stimulates four areas of brain power: focus, memory, mental energy, and overall brain health. That means winning results in everything you do.

BEFORE

PX 10
266

**McKenney Attachment H**

Warning: Due to extremely high media demand, there is limited supply of Cerebral X In stock as of Oct 12, 2017. HURRY! 04:07:05

 **CEREBRALX**  Get Your Risk Free Trial Today ⟩  GET MY RISK FREE TRIAL

 It is crucial to quickly master tasks and making you so efficient that you get the job done with extreme performance.

 The speed with which your brain acts and sometimes the difference between success and failure is the lighting quick thinking that Cerebral X provides.

Cerebral X inoculates your brain and provides a layer of cognitive protection. like an invisible super charger to boost your memory and guard your neural function against brain fog syndrome.

# Cerebral X Releases **Your Genius**



Cerebral X is a 100% natural water-soluble supplement that quickly enters the brain, to protect neurons, improve signal transmission, and support brain function and learning processes. It stimulates brain function so you can actually build new neurons and neural pathways.

Adequate functioning of neurotransmitter synthesis is essential in maintaining a healthy cognitive state that will supercharge your thinking capacity and lead to your ultimate success in anything that requires **SUPERIOR BRAIN POWER.**





PX 10
267

**McKenney Attachment H**

Warning: Due to extremely high media demand, there is limited supply of Cerebral X in stock as of Oct 12, 2017.
HURRY! 04:07:05

 **CEREBRALX**    Get Your Risk Free Trial Today ⟩   [ GET MY RISK FREE TRIAL ]

✓ **Supercharge Crucial Neurotransmitters**

✓ **Get Vital Nutrients, Vitamins & Amino Acids**

✓ **Increase Blood Flow & Oxygenation To The Brain**

✓ **Protect Your Brain From Neurotoxins & Free Radicals**

✓ **Increase Brain Energy & Your Ability To Use It**

✓ **Stimulate Protein Synthesis For Ultimate Brain Boost**



# Mental State

Cerebral X is so effective you will have Lightning Fast thinking under any circumstances, including a genius-level boost when you are tired, have brain fog syndrome or even after a heavy night of drinking. Don't let demands of your job, school or social life slow you down. Cerebral X maximizes your concentration with ultimate efficiency so that you have more time for the things you and your brain would rather be doing!

The health boost you receive from Cerebral X is so successful at keeping your brain optimized that you can solve problems quicker, from academic pressure to helping you quickly solve personal issues.

# Give Yourself a Mental Edge in Any Circumstance

Don't ever fall prey to Brain Fog at a critical time. When you are dealing

PX 10
268
McKenney Attachment H

Warning: Due to extremely high media demand, there is limited supply of Cerebral X in stock as of Oct 12 2017. HURRY! 04:07:06

 **CEREBRALX**    Get Your Risk Free Trial Today  ❯    GET MY RISK FREE TRIAL

moments in life when you need **SUPERCHARGED BRAIN PERFORMANCE.**

# Cerebral X is The #1 Choice
# For Cognition Enhancement

### Premium Brain Supplement

Cerebral X's unique formula is scientifically designed and tested to meet the highest standards of supreme cognitive function. We manufacture every pill with the utmost care in our ultra-modern facilities with full scientific quality assurance testing at every lab stage. Where other products depend on fillers and synthetic products, Cerebral X is formulated with only the best natural ingredients that are clinically proven to give you the mental boost you need. We Guarantee it!

✓ **100% Pure Proprietary Formula for Complex Efficient functioning of your brain cells**

✓ **Research Driven Human Studies Confirmed safety and effectiveness**

✓ **Manufactured in an Expert Certified laboratory environment**

✓ **We Do Not Test On Animals**

**PX 10**
269

**McKenney Attachment H**

Warning: Due to extremely high media demand, there is limited supply of Cerebral X in stock as of Oct 12, 2017.
HURRY! 04:07:06



**CEREBRALX**   Get Your Risk Free Trial Today  ⟩   GET MY RISK FREE TRIAL

| | Cerebral X | Adderall | Provigil | Piracetam |
|---|---|---|---|---|
| **Overall Rating** | | **78.40%** | **78.40%** | **76.20%** |
| Effectiveness | | ★★★✦★ | ★★★★★ | ★★✦★★ |
| Super Memory Boost | | ✗ | ✗ | ✗ |
| Mood Enhancer | | ✗ | ✗ | ✗ |
| Eliminate Brain Fog | | ✓ | ✓ | ✓ |
| Legal To Buy | | ✗ | ✗ | ✗ |
| Non Addictive | | ✗ | ✗ | ✗ |
| Available Online | | ✗ | ✗ | ✗ |
| Natural Ingredients | | ✗ | ✗ | ✗ |
| Customer Service | | ✗ | ✗ | ✗ |
| Customer Satisfaction | | Average | Average | Average |
| Reorder Rate | | ✗ | ✗ | ✗ |
| Return Policy | | None | None | None |
| Success Rate | | 72.00% | 63.00% | 59.00% |

**100% Safe
& Natural**



# Competitive
# Analysis









| Cerebral X | Adderall | Provigil | Piracetam |
|---|---|---|---|

10/12/2017, 4:08 PM

**PX 10**
**270**

**McKenney Attachment H**

**Warning:** Due to extremely high media demand, there is limited supply of Cerebral X in stock as of Oct 12, 2017.
**HURRY!** 04:07:06

**CEREBRAL X**   Get Your Risk Free Trial Today ❯   | GET MY RISK FREE TRIAL |

| | | | |
|---|---|---|---|
| **Super Memory Boost** | | ✗ | ✗ | ✗ |
| **Mood Enhancer** | ✗ | ✗ | ✗ |
| **Eliminate Brain Fog** | ✓ | ✓ | ✓ |
| **Legal To Buy** | ✗ | ✗ | ✗ |
| **Non Addictive** | ✗ | ✗ | ✗ |
| **Available Online** | ✗ | ✗ | ✗ |
| **Natural Ingredients** | ✗ | ✗ | ✗ |
| **Customer Service** | ✗ | ✗ | ✗ |
| **Customer Satisfaction** | Average | Average | Average |
| **Reorder Rate** | ✗ | ✗ | ✗ |
| **Return Policy** | None | None | None |
| **Success Rate** | 72.00% | 63.00% | 59.00% |

**100% Safe & Natural**

**Very Satisfied, Real Customers**

**PX 10**
**271**

**McKenney Attachment H**

Warning: Due to extremely high media demand, there is limited supply of Cerebral X in stock as of Oct 12, 2017.
HURRY! 04:07:05

 **CEREBRALX**    Get Your Risk Free Trial Today  〉    GET MY RISK FREE TRIAL



## Where Can We Send
## Your Risk Free Trial

First Name

First Name

Last Name

Last Name

Email

Enter your address

10/12/2017, 4:08 PM

PX 10
272

**McKenney Attachment H**

Warning: Due to extremely high media demand, there is limited supply of Cerebral X in stock as of Oct 12, 2017.
HURRY! 01:07:08



CEREBRAL X   Get Your Risk Free Trial Today  〉   GET MY RISK FREE TRIAL



Phone

Phone

Email

Email

GET MY RISK FREE TRIAL

🔒 Secure 256-bit SSL Encryption

 

Norton by Symantec    McAfee SECURE    Verified by VISA    MasterCard. SecureCode.

**PX 10**
**273**

**McKenney Attachment H**



PX 10
274

McKenney Attachment H

Terms and Conditions and Refund Policy for www.trycerebralx.com/us/cx01/ (referred to hereafter as "the Website")

User Agreement:
You must read and agree to these Terms and Conditions before ordering any products from the Website. By placing your order you agree to be bound by the following Terms and Conditions:

Product Disclaimer:
I understand the statements regarding these products have not been evaluated by the Food and Drug Administration. This Product is not intended to diagnose, treat, cure or prevent any disease.

I understand the information on the Website or in emails is designed for educational purposes only and is not intended to be a substitute for informed medical advice or care.

I understand I should not use this information to diagnose or treat any health problems or illnesses without consulting my doctor. I also understand that the products listed on this website are not intended or to be used to treat any type of medical condition.

You hereby acknowledge and represent that you understand and agree to these terms and conditions, and you are warranting to the company that you are intentionally and knowingly seeking access to products for your own personal use. By starting an order, you hereby agree to receive offers via email. To stay on our e-mail list, there is no need to do anything. If you do not wish to be contacted by us via e-mail, please click on the unsubscribe link located in the footer of the e-mail and you will be removed from our list. You hereby further affirm and warrant that you are currently over the age of eighteen (18) years and are capable of lawfully entering into and executing the terms of this agreement.

Warning:
Not intended for use by persons under 18 years of age. Consult a physician before using this Product if you have any medical condition including, but not limited to, strokes, high blood pressure, heart, liver, kidney or thyroid disease, diabetes, anemia, depression, anxiety, other psychiatric conditions, a family history of these or other medical conditions, or if taking any prescription, OTC and/or other medications.

Membership Terms and Conditions:
By placing an order you will be enrolled in our membership program. This program will charge $4.95 today and $84.71 for your trial full-size product on the 15th day if you do not call to cancel the membership. You will receive a full-size bottle of the product for $84.71 (S&H included) every 30 days thereafter until you cancel. You can cancel or modify your membership anytime by calling +1-888-963-8460, Open 24 hours a day, 7 days a week. Product ships in 1-3 business days.

By clicking to order I represent that I have read and agree to the Privacy Policy and full Terms and Conditions of this offer and I understand that I will be liable for payment of product that was shipped to me, and future shipments of product, if I fail to notify customer service to stop supplying the product to me.

Refund Policy:
I understand that if I am not fully satisfied with my products I may cancel my order at any time by calling customer service and returning any unused, unopened Product to our warehouse. All returns must be within 30 days of original purchase (excluding trial product). Shipping and handling charges are non-refundable.

Return Address:
Cerebral X
12924 Pierce Street
Pacoima, CA 91331
United States

Support Telephone Number: +1-888-963-8460

McKenney Attachment H

Support Email Address: support@phenomhealth.com

**McKenney Attachment H**

Return Address:
Cerebral X
12924 Pierce Street
Pacoima, CA 91331
United States

Support Telephone Number: +1-888-963-8460
Support Email Address: support@phenomhealth.com

**McKenney Attachment H**



**Product**

**Price**

## 1 Bottle of Cerebral X
Order your 30 day supply today!

**TRIAL**

Shipping: $4.95

Total **$4.95**

☑ Yes, add Protect Package™ for $2.95 to my order.

Your order is due to arrive on Oct 14, 2017.

## FINAL STEP:
PAYMENT INFORMATION

☑ Billing Address Same As Shipping

VISA    DISCOVER

Credit Card#:

Expiry Date:
Jan (1) ∨    2017 ∨

CVV:
⋯    CVV is the last 3 digits on the back of your card.

**GET MY RISK FREE TRIAL**

🔒 Secure 256-bit SSL Encryption

PX 10
278

McKenney Attachment H



https://www.trycerebralx.com/us/cx01/billing/

**McKenney Attachment H**

PX 10
279



## Wait! Your Order is Not Complete!

We want to offer you a free Vitamood+ trial bottle because we're so confident that when paired together with Cerebral X you'll see unparalleled results! There's no reason to feel blue. Add **Vitamood+** to your order.



🔒 Secure 256-bit SSL Encryption

### COMPLETE CHECKOUT

**MasterCard. SecureCode.**    **Verified by VISA**

 ☑ Yes, add Protect Package™ for $6.95 to my order.

 No, I don't want to improve my mood.

    

   





SPECIAL

**Wait! Your Order is Not Complete!**

We want to offer you a free Vitamood+ trial bottle because we're so confident that when paired together with Cerebral X you'll see unparalleled results! There's no reason to feel blue. Add Vitamood+ to your order.

**BOOST YOUR MOOD!**

VITAMOOD+

FEELINGS OF POSITIVITY & OPTIMISM
EMOTIONAL HEALTH
BALANCED BRAIN CHEMISTRY

Add your **Free Shipping Included!** bottle

COMPLETE CHECKOUT



FEELINGS OF POSITIVITY & OPTIMISM
EMOTIONAL HEALTH
BALANCED BRAIN CHEMISTRY

Add your _____ bottle

Free Shipping Included!

COMPLETE CHECKOUT

MasterCard.
SecureCode.

Verified by
VISA

PX 10
283

McKenney Attachment H



## Wait! Your Order is Not Complete!

Add Triton-3 Krill Oil to your order. Mounting scientific evidence shows that a diet rich in omega-3 is beneficial in reducing diabetes, depression, heart disease, cancer and Alzheimer's disease.



🔒 Secure 256-bit SSL Encryption

YES, ADD TO MY ORDER

**MasterCard.** SecureCode. **Verified by VISA**

❌ No, I don't want to improve my overall health

    

   



**Complete your body and mind transformation with BioSlim Burn**



*LIMITED TIME OFFER*

YES, ADD TO MY ORDER

No thanks, Continue to receipt

    

   

https://www.trycerebralx.com/us/cx01/upsell3/

10/12/2017

**McKenney Attachment H**



10/12/2017
**McKenney Attachment H**

**PX 10**
**287**



### Become an Exclusive Phenom Health Rewards Member Today!



# VIP REWARDS PROGRAM !

CHOOSE ONE

GET

GET A

ACCESS AMAZING MEMBER-ONLY BENEFITS!

DISCOVER TONS OF SECRET SAVINGS!

JOIN FOR ONLY

*LIMITED TIME OFFER*

### YES, ADD TO MY ORDER

No thanks, Continue to receipt












10/12/2017

**McKenney Attachment H**



thereafter you will be charged $29.95 to maintain your membership. Every month you will receive one free Phenom Health product upon your onboarding and a free $100 e-gift card every month and your choice. Please call +1 818-818-3466. Join us 24 hours a day, 7 days a week to modify or cancel your membership.



Become an Exclusive Phenom Health Rewards Member Today!

Wait! Your Order Is Not Complete!

## VIP REWARDS PROGRAM !

CHOOSE ONE

GET

GET A

ACCESS AMAZING MEMBER-ONLY BENEFITS!

DISCOVER TONS OF SECRET SAVINGS!

JOIN FOR ONLY

**LIMITED TIME OFFER**

YES, ADD TO MY ORDER

McKenney Attachment H



# THANK YOU FOR YOUR ORDER

We hope you enjoy the benefits of Cerebral X. Your order is scheduled to arrive by **Oct 14, 2017**



### ORDER RECEIPT
**Order placed:** Oct 12, 2017
**Total:** $6.90

| | |
|---|---|
| Cerebral X | $0.00 |
| Vita Mood + | $0.00 |
| Phenom Health Rewards Program | $1.95 |
| Shipping & Handling: | $4.95 |
| Total | $6.90 |

https://www.trycerebralx.com/us/cx01/confirmation/

10/12/2017
**McKenney Attachment H**



---

## Order Confirmation

**From:** "Cerebral X" <support@phenomhealth.com>
**To:** ███████████
**Date:** Oct 12, 2017 4:56:39 PM

---



### ORDER CONFIRMATION

Hello █████,

Thank you for placing your order with Phenom Health! Our products are designed to help you achieve your body goals, and live in health and wellness. Cerebral X Precision Focus can help you sharpen your mind, improve your memory, and boost your brain function!

**If at any time you have questions about your order, we're always here to help. Call us toll-free at 1-888-963-8460, or email us at support@phenomhealth.com.**
**Customer Service Hours: 24 hours a day, 7 days a week.**

**SHIPPING INFORMATION**

Your order will ship to:



**McKenney Attachment H**

Once your order has shipped, you will be notified with a shipping confirmation email, which will contain your order's UPS tracking number.

## BILLING AND MEMBERSHIP DETAILS

**Your charge will appear on your statement as**

**JSPRRNM*CraniumPower (888) 834-1574**

**Billing Address:**

If you made a trial order purchase, you've been automatically enrolled in our time-saving Delivery Program. At the end of your 15-day trial period your Visa ending ███ will be charged the value of your trial order. Every 30 days thereafter, you'll be sent a refill order using your Visa on file. We offer a 30-day guarantee. Should you decide for any reason that you do not wish to keep the product, you may return it for a full refund, less the cost of shipping & handling. Return shipping is the responsibility of the customer.

## THANK YOU FOR YOUR ORDER

Customer service: 1-888-963-8460
Email: support@phenomhealth.com



## Order Confirmation

| | |
|---|---|
| **From:** | VitaMood+ <support@phenomhealth.com> |
| **To:** | ███████████████ |
| **Date:** | Oct 12, 2017 5:23:58 PM |



**ORDER CONFIRMATION**

**Hello** ██████

Thank you for placing your order with Phenom Health! Our products are designed to help you live in health and wellness. VitaMood+ can help you feel calm, focused, and happy!

**If at any time you have questions about your order, we're always here to help. Call us toll-free at +1-888-868-0383, or email us at support@phenomhealth.com.
Customer Service Hours: 5am-5pm PST M-F, 5am-4pm PST Sat.**

### SHIPPING INFORMATION

Your order will ship to:



Once your order has shipped, you will be notified with a shipping confirmation email, which will contain your order's UPS tracking number.

### BILLING AND MEMBERSHIP DETAILS

Your charge will appear on your statement as

**Billing Address:**



**PX 10**
**294**

**McKenney Attachment H**

If you made a trial order purchase, you've been automatically enrolled in our time-saving Delivery Program. At the end of your 15-day trial period your Visa ██████ will be charged the value of your trial order. Every 30 days thereafter, you'll be sent a refill order using your Visa on file. We offer a 30-day guarantee. Should you decide for any reason that you do not wish to keep the product, you may return it for a full refund, less the cost of shipping & handling. Return shipping is the responsibility of the customer.

## THANK YOU FOR YOUR ORDER

Customer service: +1-888-868-0383
Email: support@phenomhealth.com

**PX 10**
**295**

**McKenney Attachment H**



---

## Welcome to Phenom Rewards

| From: | "Phenom Rewards" <support@phenomhealth.com> |
|---|---|
| To: | ████████████████ |
| Date: | Oct 12, 2017 5:24:45 PM |



### ORDER CONFIRMATION

Hello ██████

Congratulations on becoming a member of the Phenom Health Rewards program! This exclusive VIP membership gives you:

**1. Free Product Each Month:** You're entitled to 1 free bottle of supplements each and every month! Login to the platform to choose your free product.

**2. Fitness & Health Benefits:** Access to amazing online benefits, such as + Health & Wellness Tools + Diet & Nutrition Guides + Workout & Fitness Videos + Health Information Library + Online Physicians + 24/7? Nurse Hotline + Fresh Grown Foods + Custom Meal Plans + Shopping, Dining, Travel & Grocery Savings + and More!

**3. $100 BONUS PRODUCT CREDIT every month!** As a Phenom Health Rewards member, you get a $100 eGift card every month to purchase any additional product(s) of your choice.

Your 15-day trial membership starts now! You'll be receiving a welcome email with your login details so you can start redeeming your benefits.

If at any time you have questions about the Phenom Health Rewards Program, we're always here to help. Call us toll-free at ████████, or email us at ████████████████.

### YOUR ORDER

| Quantity | Items | Order Date | Subtotal | Discount | Total |
|---|---|---|---|---|---|
| 1 | 1x Phenom Rewards Membership | 10/12/2017 | 1.95 | | 1.95 |
| 1 | 1x Omega-3 IQ Elite 30ct | 10/12/2017 | 0.00 | 0 | 0.00 |

### SHIPPING INFORMATION

Your order will ship to:



10/20/2017, 10:05 AM

**PX 10**
**296**

**McKenney Attachment H**



Once your order has shipped, you will be notified with a shipping confirmation
email, which will contain your order's UPS tracking number.

## BILLING AND MEMBERSHIP DETAILS

Your charge will appear on your
statement as

**JSPRRNM*CraniumPower (888)
834-1574**



Billing Address:

At the end of your Phenom Rewards Program 15-day trial period, and every 30 days
thereafter, your Visa ending ▮▮▮ will be charged $29.95 to maintain your membership.
Every month you will receive one free product of your choosing and a free $100 e-gift card
every month until you cancel. Please call +1-844-518-3496 to modify or cancel your
membership.

## THANK YOU FOR YOUR ORDER

Rewards Program Customer Service: +1-844-518-3496
5am - 5pm PST Mon-Fri and Sat 8am - 4pm PST
Email: support@phenomhealth.com
www.phenomrewards.com

10/20/2017, 10:05 AM

**PX 10**
**297**

**McKenney Attachment H**







**Ship To:**

US

**From:**

**Cerebral X**
11551 East 45th Ave
Suite C
Denver, Co 80239

## Shipment Details

| Order Date | Order ID | Ship Carrier | Ship Mode | Shipment ID |
|------------|----------|--------------|-----------|-------------|
| 10/13/2017 | 16258838 | UPS | MIE | 9727725 |

## Order Details:

| SKU | Description | Quantity |
|-----|-------------|----------|
| CE-X30 | CerebralX | 1.00 |
| GNT2C-OMEGA3IQ30 | Omega-3 IQ Elite 30ct | 1.00 |
| V-MOOD30 | VitaMood+ | 1.00 |
| | | 3.00 |

The Cerebral X Guarantee: If you wish to make a return, you must do the following: Call us at : 1-888-963-8460 and request a Return Merchandise Authorization (RMA)number. Your return must be received at our shipping facility within 30 days of purchase. Write the RMA number clearly on the outside of the box. Our shipping department is not allowed to accept any returns without an RMA number. Your return must be accompanied by this RMA number, as well as this packing slip. Including the correct packing slip ensures you will receive your refund or exchange. Return shipping is the responsibility of the customer.

We hope you enjoy your purchase and we look forward to serving you again.

Thank you,
The Cerebral X Team

Toll-free customer service: 1-888-963-8460
Mon to Fri 5am - 5pm PST and Sat 8am - 4pm.

Email: **support@phenomhealth.com**
If you have a product refill subscription and wish to cancel, you can do so easily online by visiting the support page of our website: www.phenomhealth.com/support

**McKenney Attachment H**



McKenney Attachment H



**PX 10**
**300**

**McKenney Attachment H**

# THE PHENOM HEALTH PHILOSOPHY

Formulated to support your balanced, healthy lifestyle, Phenom Health dietary supplements are designed to help you maintain your health and well-being. A happy, balanced system is a healthy one. Whether it's a detoxifying cleanse or an antioxidant-rich supplement, your system will thank you for all the benefits of our health and wellness products.

Supplements should not replace complete meals, which are necessary for a healthful diet – so be sure you eat a variety of foods as well. Supplements are not intended to be taken by children, women who are pregnant or nursing, or those with a chronic medical condition. Always talk to your physician if you have any concerns.

PHENOMHEALTH.COM

## LETS BE FRIENDS!

Twitter.com/phenom_health

Facebook.com/phenomhealth

## WELCOME TO THE CLUB

With the purchase of a trial, you've been automatically enrolled in our convenient ReShip program. In 15 days, and every 35 days thereafter, we'll send you a credit card on file to change the frequency or quantity of your desired product using the ReShip. If you order, or to change the frequency or quantity of your desired product using the ReShip, please phone the customer service number located on your products label or carton.

## CUSTOMER SUPPORT

To contact customer support is our commitment to you. Please visit www.phenomhealth.com to find our customer support number or your most recent shipment number. For easy reference, be sure to provide your products or service's reference on the box or label on your return.



BE PHENOMENAL

PHENOM HEALTH

PX 10
301

McKenney Attachment H



McKenney Attachment H

# McKenney
# Attachment I

PX 10
303



**PX 10**
**304**

**McKenney Attachment I**





**LIMIT 1 TRIAL PER CUSTOMER**
**Don't get left behind!**

 SECURE   powered by VeriSign

**FEATURED**     The Science

Seventy five percent of our skin is comprised of water and collagen. Our skin is exposed to harsh UVA and UVB radiation resulting in age spots, fine lines, and wrinkles. As we age, our bodies produce less and less collagen, leading to the formation of wrinkles and fine lines. Most anti-aging products use fragments of hydrolyzed collagen containing molecules too large for the skin with conventional formulas. Rapid Lift FX's breakthrough formula delivers whole collagen molecules to the skin. The peptide-rich wrinkle serum is applied to the skin, rebuilding and rejuvenating the skin.

● without **RAPID LIFT FX**   ● with **RAPID LIFT FX**



*Improvement of Overall Skin Tone*

*Reduces the Look of Uneven and Sagging Skin*

*Firms Skin Structure*







*Simulated imagery

**BEFORE**         **AFTER**

**PX 10**
**306**

**McKenney Attachment I**



"IN THE SPOTLIGHT"

**BENEFITS OF RAPID LIFT FX**
Age Correction Cream

**ELIMINATES THE LOOK OF DARK CIRCLES**
Restores nourishment in form of hydration to the
under-eye area removing puffiness.

**REDUCES THE APPEARANCE OF WRINKLES**
The boost in collagen and elastin helps retain the
skin's dermal structure which results in reduction of
the look of fine lines.

**ENHANCES SKIN HYDRATION**
Active ingredients facilitate in trapping moisture,
which in turn hydrates the skin and prevents cracking.

**COUNTERS EFFECTS OF STRESS**
Boosts skin immunity and prevents damaging effects
of free radic
and discolor            ►RUSH MY TRIAL

**simulated imagery.**

**ACHIEVE VISIBLY YOUNGER LOOKING SKIN!**
RAPID LIFT FX supplies are limited. Get it today!

## EXCLUSIVE   Achieve Healthy, Younger Looking Skin

- **NO INVASIVE SURGERY**
- **NO PAINFUL INJECTIONS**
- **NO EXPENSIVE LASER**

Your skin is the largest organ on your body but one of the most exposed. As a child, your skin is smooth, healthy and vibrant. But as we age, it can become wrinkled, saggy and discolored. Why? Our skin dries and loses its elasticity as it is exposed to a host of factors which attack your skin including age, wind, dryness, sun damage and free radicals.

Each of these factors reduce our skin's ability to keep its elasticity and firmness. Age also leads to the loss and breakdown of collagen in the dermal layer of your skin. Collagen is key to provide structural support to your skin. As our body's produce less, your skin begins to sag and wrinkle.

Your best defense against these hostile factors is choosing the right skin care product that may help reduce visible signs of aging. Rapid Lift FX is just the solution!





*Say no to needles. Go natural. Get your exclusive trial of Rapid Lift FX today!*



#RAPIDLIFTFX
ITS UNANIMOUS!

## SPOTLIGHT   What's all the buzz about?

### The New Injection-Free Solution

Ever wonder how celebrities keep their skin looking so flawless and wrinkle-free? For porcelain looking skin, celebrities look for anti-aging creams which give them the appearance of smooth, supple, wrinkle-free skin.

Rapid Lift FX is your secret to radiant, beautiful skin that looks years younger. Don't endure the physical pain and expense of costly procedures and surgeries. Rapid Lift FX works naturally to help replenish your skin's moisture, firming its appearance and restoring your natural glow to reveal a younger-looking you.

*A skincare product that adapts to your needs.*



*The new s...
that delive...*



RUSH MY TRIAL

**McKenney Attachment I**

# ACHIEVE VISIBLY YOUNGER LOOKING SKIN!
RAPID LIFT FX supplies are limited. Get it today!

  



This product has not been evaluated by the FDA. This product is not intended to diagnose, treat, cure or prevent any disease
Results in description are illustrative and may not be typical results and individual results may vary.
Representations regarding the efficacy and safety of Rapid Lift FX have not been
scientifically substantiated or evaluated by the Food and Drug Administration.
The depictions on this page are fictitious and indicative of potential results.

Terms & Conditions | Privacy Policy | Contact Us

McKenney Attachment I

Terms and Conditions and Refund Policy for findbeautyandtruth.com/rl01/ (referred to hereafter as "the Website")

User Agreement:
You must read and agree to these Terms and Conditions before ordering any products from the Website. By placing your order you agree to be bound by the following Terms and Conditions:

Product Disclaimer:
I understand the statements regarding these products have not been evaluated by the Food and Drug Administration. This Product is not intended to diagnose, treat, cure or prevent any disease.

I understand the information on the Website or in emails is designed for educational purposes only and is not intended to be a substitute for informed medical advice or care.

I understand I should not use this information to diagnose or treat any health problems or illnesses without consulting my doctor. I also understand that the products listed on this website are not intended or to be used to treat any type of medical condition.

You hereby acknowledge and represent that you understand and agree to these terms and conditions, and you are warranting to the company that you are intentionally and knowingly seeking access to products for your own personal use. By starting an order, you hereby agree to receive offers via email. To stay on our e-mail list, there is no need to do anything. If you do not wish to be contacted by us via e-mail, please click on the unsubscribe link located in the footer of the e-mail and you will be removed from our list. You hereby further affirm and warrant that you are currently over the age of eighteen (18) years and are capable of lawfully entering into and executing the terms of this agreement.

Warning:
Not intended for use by persons under 18 years of age. Consult a physician before using this Product if you have any medical condition including, but not limited to, strokes, high blood pressure, heart, liver, kidney or thyroid disease, diabetes, anemia, depression, anxiety, other psychiatric conditions, a family history of these or other medical conditions, or if taking any prescription, OTC and/or other medications.

Membership Terms and Conditions:
If I enroll in the membership program I am agreeing to be charged $4.95 today and $98.71 for my trial skincare product on the 15th day if I do not call to cancel my membership. I will receive a full-size bottle of skincare product for $98.71 (S&H included) every 30 days thereafter until I cancel. My credit card will be billed and my shipment will be sent automatically at those times. Shipments will continue until I call to cancel my membership at 1-866-710-5109 or by emailing support@findbeautyandtruth.com, open 24 hours a day, 7 days a week. Product ships in 1-3 business days and is delivered in 3-5 business days. By accepting this trial offer you are agreeing the Terms & Conditions and Arbitration and Waiver of Class Action

By clicking to order I represent that I have read and agree to the Privacy Policy and full Terms and Conditions of this offer and I understand that I will be liable for payment of product that was shipped to me, and future shipments of product, if I fail to notify customer service to stop supplying the product to me.

Refund Policy:
I understand that if I am not fully satisfied with my products I may cancel my order at any time by calling customer service and returning any unused, unopened Product to our warehouse. All returns must be within 30 days of original purchase (excluding trial product). Shipping and handling charges are non-refundable.

Beauty & Truth Returns
415 Bussen Underground Road
St. Louis, MO 63129

Support Telephone Number: 1-866-710-5109
Support Email Address: support@findbeautyandtruth.com

Beauty & Truth Returns
415 Bussen Underground Road
St. Louis, MO 63129

Support Telephone Number: 1-866-710-5109
Support Email Address: support@findbeautyandtruth.com

**McKenney Attachment I**

# RAPID LIFT FX
## INSTANT TIGHTENING SERUM



**1** SHIPPING INFO     **2** FINISH ORDER

Internet Exclusive Offer
Available to US Residents Only

---

 13 Others are viewing this offer right now - **04:52**

---

Great job ▓▓▓▓▓▓ ! You're taking your first step towards a better skin.
Act now so you don't miss out on this offer!

Current Availability: ▓▓▓▓▓ **LOW STOCK!** Sell-out Risk: HIGH

Just pay a small shipping fee. Enjoy expedited delivery to ▓▓▓▓▓ .
Your order is scheduled to arrive by **Sep 22, 2017.**



### RAPID LIFT FX
Instant Tightening Serum
30ML - 30 Day Supply

| | |
|---|---|
| **Price** | **$0.00** |
| Shipping & Handling | $4.95 |
| **Discount Applied** | **-40%** |
| **Total** | **$2.95** |

☑ Yes, add Protect Package for $2.95 to my order.

  

**CONFIRM YOUR EXCLUSIVE TRIAL NOW!**
LIMITED QUANTITIES AVAILABLE ▶

Terms and Conditions: By submitting, you consent to having read and agreed to our Terms and
Conditions. Your order will ship within 24 business hours and we're confident you will love your
younger looking skin.

Terms & Conditions | Privacy Policy | Contact Us



## FINAL STEP
### PAYMENT INFORMATION

VISA   DISCOVER

Is your billing address the same
as your shipping address?

⦿ Yes ◯ No

Credit Card #: [_____]

Card Type: [ Visa ]

Expiry Date: [ Jan (1) ] [ 2017 ]

CVV: [_____] What is this?

🔒 Secure 256 Bit Encrypted Connection

**COMPLETE CHECKOUT**

**MasterCard.**
**SecureCode.**

**Verified by**
**VISA**

---

**PX 10**
**312**

**McKenney Attachment I**



McKenney Attachment I



RAPID LIFT FX
INSTANT TIGHTENING SERUM

SHIPPING INFO    FINISH ORDER

AMAZING ONLY DEAL!

**Wait! Your Order Is Not Complete**

Customers that purchased Rapid Lift Fx also purchased
Essential Serum C Wrinkle & Dark Circle Repair Serum

DISCOUNT
63%

ESSENTIAL SERUM C

NEW

YOUR DAILY DOSE OF
LINE-REDUCING VITAMIN C

NOW ONLY $29.95!

✓ REDUCES LINES AND WRINKLES
✓ RESTORES RADIANCE

[UPGRADE MY ORDER]

⊠ Secure 256 Bit Encrypted Connection

MasterCard.    Verified by
SecureCode.    VISA

✗ No Thanks, I decline this offer

McKenney Attachment I



RAPID LIFT FX
INSTANT TIGHTENING SERUM

WAIT! YOUR ORDER IS NOT COMPLETE

SHIPPING INFO    FINISH ORDER

*The Perfect Lip is Here.*

Add any of our new Beauty & Truth Liquid Lip Stain with natural lip enhancers to your order for only

**$9.95 EACH**

Flawless application, with luscious colors and impeccable style.
Ultimate Hydration, Plumpness, And Color, In One.

Choose Your Colour:

First Class - Red

Choose Your Quantity:

1

🔒 Secure 256 Bit Encrypted Connection

🛒 **ADD TO ORDER**

MasterCard
SecureCode.    *Verified by* **VISA**

No, Thanks, continue checkout.

McKenney Attachment I

# RAPID LIFT FX
## INSTANT TIGHTENING SERUM



SHIPPING INFO      FINISH ORDER

## Wait! Your Order Is Not Complete

Become an Exclusive Beauty & Truth Rewards Member Today!



*Introducing*
## VIP REWARDS PROGRAM

**NEW**

✓ Get a **FREE** Wristlet Purse!

✓ Choose One **FREE** Product Every Month!

✓ Plus a Monthly **$100 Product Credit!**

✓ Access Amazing Member-Only Benefits and Secret Savings!

## JOIN NOW FOR ONLY 1.95!



🔒 **ADD TO ORDER**

🔒 Secure 256 Bit Encrypted Connection

**MasterCard.**
**SecureCode.**

**Verified by**
**VISA**

✗ No thanks, I decline this offer.

By joining the Beauty & Truth Rewards Program you will receive one Wristlet Purse for $1.95. On the 15th day and every 30 days thereafter you will be charged $29.95 to maintain your membership. Every month you will receive one free Beauty & Truth product every month upon your choosing and a free $100 e-gift card every month until you cancel. Please call 1-855-347-0641 to modify or cancel your membership.

**McKenney Attachment I**

Your Order Is Complete!

# RAPID LIFT FX
## INSTANT TIGHTENING SERUM


## THANK YOU FOR YOUR PURCHASE
We hope you enjoy the benefits of Rapid Lift FX
Your order is scheduled to arrive by **Sep 22, 2017**

### ORDER RECEIPT

**Order placed:** Sep 20, 2017
**Order total:** $2.95
**Items ordered:**

| | |
|---|---|
| Rapid Lift FX | $0.00 |
| Shipping & Handling | $2.95 |
| **Total** | **$2.95** |

### DELIVERY INFO

| | |
|---|---|
| **First Name:** | ███ |
| **Last Name:** | ███ |
| **Address:** | ████████ |
| **State:** | █ |
| **City:** | ███ |
| **ZIP:** | ██ |
| **Phone:** | ████ |
| **E-mail:** | ██████ |

<u>Terms & Conditions</u> | <u>Privacy Policy</u> | <u>Contact Us</u>

2017 © Rapid Lift FX



---

# Order Confirmation

**From:**  "Beauty & Truth" <support@findbeautyandtruth.com>
**To:**    ████████████████████████████████
**Date:**  Sep 20, 2017 1:27:10 PM

---



### ORDER CONFIRMATION

Hello ████ ,

Thank you for placing your order with Beauty & Truth! We hope you'll love our skin care products as much as our products love your skin.

**If at any time you have questions about your order, we're always here to help, 24/7. Call us toll-free at 1-866-710-5109, or email us at support@findbeautyandtruth.com.**

SHIPPING INFORMATION

Your order will ship to:



Once your order has shipped, you will be notified with a shipping confirmation email, which will contain your order's USPS tracking number.

McKenney Attachment I

**PX 10**
**318**

## BILLING AND MEMBERSHIP DETAILS

Your charge will appear on your
statement as

**luminouslotion.com 877-216-3427**

**Billing Address:**



If you made a trial order purchase, you've been automatically enrolled in our time-saving
Delivery Program. At the end of your 15-day trial period your **Visa** ending ▮▮▮▮ will be
charged the value of your trial order. Every 30 days thereafter, you'll be sent a refill order
using your Visa on file. We offer a 30-day guarantee. Should you decide for any reason that
you do not wish to keep the product, you may return it for a full refund, less the cost of
shipping & handling. Return shipping is the responsibility of the customer.

## THANK YOU FOR YOUR ORDER

Customer service: 1-866-710-5109
Open 24 hours a day,
7 days a week
Email: support@findbeautyandtruth.com
www.mybeautyandtruth.com

9/20/17, 2:39 PM

**PX 10**
**319**

**McKenney Attachment I**

PX 10
322

**McKenney Attachment I**

# INTRODUCING THE BEAUTY & TRUTH PRODUCT LINE

**DESIGNED TO REVEAL YOUR SKIN'S TRUE BEAUTY**

Visit our webstore today to add these skin-transforming products to your next order.

## OUR INGREDIENTS

We're proud of our unique formulas, and source only the purest ingredients. All of our products are free of parabens, and have never been tested on animals. Our line is formulated to be gentle and effective on all skin types.

## BEAUTY TAILORED TO YOU

The Beauty & Truth Delivery Program was developed with your busy lifestyle in mind. If you purchased a 15-day trial, you've been automatically enrolled, and every 30 days you'll be sent a full-size refill using the credit card on file. Your membership is designed for your convenience, so if you'd like to modify or change your plan, please call our friendly customer support representatives toll-free at [phone].

### ERASE/REPAIR HA
Our most advanced anti-aging cream, formulated to sweep away the visible signs of stressed-out skin.



### ESSENTIAL SERUM C
Energizing, anti-aging serum concentrate of 20% stabilized Vitamin C helps to firm, brighten, repair, and protect the skin.

### ILLUMINATING SCRUB
Super-fine microdermabrasion exfoliant removes dead skin cells that block pores.

### RENEWING SERUM CE
The high-efficiency retinol treatment that renews skin's collagen and elastin reserves.

### EYE-FI
Target under-eye wrinkles, eliminate dark circles, reduce bags and puffiness by up to 50%.





### RAPID LIFT FX
A unique microserum that delivers an instant lifting experience, and long-term skin-firming effect after multiple applications.

## LIMITED TIME SPECIAL OFFER

## SAVE 10% WITH BEAUTY BUNDLES

### AGE RESTORING BUNDLE
This cream and serum duo works together to smooth away the look of wrinkles and makes skin feel refreshed and reinvigorated.
1 oz. Erase/Repair HA + 0.5 oz. Renewing Serum CE.

### FRESH FACE BUNDLE
A triple-threat collection of some of our favorite anti-aging products.
1 oz. Erase/Repair HA + 0.5 oz. Renewing Serum CE + 1.7 oz. Illuminating Scrub.

### SCRUB & CREAM BUNDLE
Prep your skin to receive the benefits of our anti-aging cream.
1 oz. Erase/Repair HA + 1.7 oz. Illuminating Scrub.

### COMPLETE CARE BUNDLE
Get the most from our skincare routine with our complete complexion-toning package.
1 oz. Erase/Repair HA + 0.5 oz. Renewing Serum CE + 1 oz. Essential Serum C + 0.5 oz. Eye-Fi + 1.7 oz. Illuminating Scrub.

### RADIANCE BUNDLE
Two of our most popular anti-wrinkle products, for beautiful, ageless results.
0.5 oz. Rapid Lift FX + 1 oz. Erase/Repair HA.

### REVITALIZING SERUM & SCRUB BUNDLE
Renew your gorgeous glow with this super-powered combo.
0.5 oz. Renewing Serum CE + 1.7 oz. Illuminating Scrub.

### INSTANT BEAUTY BUNDLE
A powerful anti-aging duo to help you look and feel your best.
0.5 oz. Rapid Lift FX + 1.7 oz. Illuminating Scrub.

**ENTER 'BUNDLE10' AT CHECKOUT & SAVE 10%**



# BEAUTY & TRUTH

## CUSTOMER SUPPORT

We're passionate about beauty and are eager to share that passion with you! Our satisfaction guarantee ensures you can shop with confidence. For 24/7 customer support, please call our toll-free phone number at 1-866-710-5700 or email support@beautytruth.com.

## LOVE US? WRITE A REVIEW!

Visit us online and share your thoughts about Beauty & Truth products at mydbeautyandtruth.com.

## LET'S BE FRIENDS



twitter.com/mydbeautytruth

facebook.com/mydBeautyandTruth

pinterest.com/mydBeautyTruth

## THE BEAUTY & TRUTH PHILOSOPHY

We believe that true beauty comes from within. When it comes to skincare, serious science reveals radiant results. No false promises, just potent products to restore your gorgeous glow and rewind the signs of time.

Beauty & Truth's advanced formulas were carefully crafted to work on a cellular level, helping your skin recover from the stresses of environmental toxins and restore its natural luminosity. Discover the rejuvenation that comes from happy, healthy, holistic skincare.

## BEAUTY & TRUTH STORY

Since the beginning, we've been dedicated to developing skincare products that reveal your true beauty and pursuing the highest quality ingredients that honor your skin. No false promises, just potent products to restore your georgeous glow!

## BEAUTY & TRUTH GUARANTEE

If you are not totally satisfied with your Beauty & Truth purchase, simply return the unused portion to the place of purchase within 30 days for a full and easy refund (less S&H charges).

# RESTORE YOUR SKIN AND REWIND THE SIGNS OF TIME

McKenney Attachment I

# McKenney
# Attachment J

PX 10
324

Beauty and Truth Erase/Repair HA Review



# | Beauty and Truth Erase/Repair HA Review

**Rating:** ★★★★★ **Price:$4.95**

Erase/Repair HA is an effective anti-aging cream that you can purchase from the market. It is a product of Beauty & Truth, which has been able to maintain an excellent reputation throughout the past by manufacturing a variety of effective cosmetic products. Erase/Repair HA has received much attention among people who live in all parts of the world, because of its ability to give life to quick results. If you go through this Beauty and Truth erase/repair ha review, you will be able to get a clear understanding about what this product has to offer you.

Erase/Repair HA ingredients

The ingredients that you can find in Erase/Repair HA have contributed a lot towards its effectiveness. Hyaluronic acid can be considered as the primary ingredient out of them. This is a powerful moisturizer, which has the ability to heal skin ulcers, wounds and burns. As a result, you will be provided with a smooth skin. Moreover, Shea butter has been included as an active ingredient in this anti-aging product, in order to function as a skin conditioner. Due to the presence of Glyceryl Stearate, you will get the opportunity to keep your skin hydrated. The other active ingredients that you can find in Erase/Repair HA include vegetable collagen, cetearyl alcohol, vitamin B5, vitamin E and Radish root. When combined, these ingredients have the ability to deliver a youthful skin to you.



**ERASE/REPAIR HA**
2X HYALURONIC ANTI-AGING CREAM

## ACHIEVE VISIBLY YOUNGER LOOKING SKIN



How to use Erase/Repair HA?

You don't need to go through any hassle when you are using Erase/Repair HA. You just need to apply the cream on your skin two times a day. However, you need to massage your skin after applying to make sure that it gets absorbed to the skin. To experience accelerated results, you can think about combining a healthy diet plan and exercises with it. Erase/Repair HA has the ability to deliver positive results to any skin type. Since it is made out of all natural ingredients, you don't need to worry about any harmful side effects. When you keep on using this cream for several days, you will be able to see how the appearance of your skin is getting increased while eliminating the signs of aging.

Erase/Repair HA Pros

· A trial period is offered to all the people who are interested in purchasing Erase/Repair HA to see the effectiveness.
· It can deliver positive results to any type of skin.
· It comes along with a 30 day money back guarantee.
· The product is made out of all natural ingredients.



**Final Words**

As you can see, Erase/Repair HA can be considered as one of the most effective products available out there for the individuals who are looking forward to get hold of an anti-aging cream. It can deliver positive results to anyone. Since the product is associated with a money back guarantee, there's nothing to lose by spending your money to purchase it.





| Summary | |
|---|---|
| Reviewer | DROZ |
| Review Date | 2017-05-02 |
| Reviewed Item | Erase/Repair HA |
| Author Rating | ⭐⭐⭐⭐⭐ |



PX 10
327

McKenney Attachment J

Seventy five percent of our skin is comprised of water and collagen. Our skin is exposed to harsh UVA and UVB radiation resulting in age spots, fine lines, and wrinkles. As we age, our bodies produce less and less collagen, leading to the formation of wrinkles and fine lines. Most anti-aging products use fragments of hydrolyzed collagen containing molecules too large for the skin with conventional formulas. Erase/Repair HA's breakthrough formula delivers whole collagen molecules to the skin. The peptide-rich wrinkle serum is applied to the skin, rebuilding and rejuvenating the skin.



● *without* **ERASE/REPAIR HA**    ● *with* **ERASE/REPAIR HA**

*Improvement of Overall Skin Tone*

*Reduces the Look of Uneven and Sagging Skin*

*Firms Skin Structure*

 

*Simulated Imagery

**BEFORE**      **AFTER**



"IN THE SPOTLIGHT"

**BENEFITS OF ERASE/REPAIR HA**
2% Hyaluronic Anti-Aging Cream

**ELIMINATES THE LOOK OF DARK CIRCLES**
Restores nourishment in form of hydration to the under-eye area removing puffiness.

**REDUCES THE APPEARANCE OF WRINKLES**
The boost in collagen and elastin helps retain the skin's dermal structure which results in reduction of the look of fine lines.

**ENHANCES SKIN HYDRATION**
Active ingredients facilitate in trapping moisture which in turn hydrates the skin and prevents wrinkles.

**COUNTERS EFFECTS OF STRESS**
Boosts skin immunity and prevents damaging effects of free radicals. Eliminates debris that makes skin dull and discolored.

Simulated Imagery

**ACHIEVE VISIBLY YOUNGER LOOKING SKIN!**
ERASE/REPAIR HA supplies are limited. Get it today!

## EXCLUSIVE    Achieve Healthy, Younger Looking Skin

- ☑ **NO INVASIVE SURGERY**
- ☒ **NO PAINFUL INJECTIONS**
- ☑ **NO EXPENSIVE LASER**

Your skin is the largest organ on your body but one of the most exposed. As a child, your skin is smooth, healthy and vibrant. But as we age, it can become wrinkled, saggy and discolored. Why? Our skin dries and loses its elasticity as it is exposed to a host of factors which attack your skin including age, wind, dryness, sun damage and free radicals.

Each of these factors reduce our skin's ability to keep its elasticity and firmness. Age also leads to the loss and breakdown of collagen in the dermal layer of your skin. Collagen is key to provide structural support to your skin. As our body's produce less, your skin begins to sag and wrinkle.

Your best defense against these hostile factors is choosing the right skin care product that may help reduce visible signs of aging. Erase/Repair HA is just the solution!



 *Say no to needles. Go natural. Get your exclusive trial of Erase/Repair HA today!*



#ERASE/REPAIRHA
ITS UNANIMOUS!

### SPOTLIGHT    What's all the buzz about?

#### The New Injection-Free Solution

Ever wonder how celebrities keep their skin looking so flawless and wrinkle-free? For porcelain looking skin, celebrities look for anti-aging creams which give them the appearance of smooth, supple, wrinkle-free skin.

Erase/Repair HA is your secret to radiant, beautiful skin that looks years younger. Don't endure the physical pain and expense of costly procedures and surgeries. Erase/Repair HA works naturally to help replenish your skin's moisture, firming its appearance and restoring your natural glow to reveal a younger-looking you.

*A skincare product that adapts to your needs!*

*The new skincare resolution that delivers amazing results!*

## ACHIEVE VISIBLY YOUNGER LOOKING SKIN!
ERASE/REPAIR HA supplies are limited. Get it today!

7/7/17, 2:47 PM

**PX 10**
**329**

**McKenney Attachment J**





**VITALIZE**    **REPLENISH**    **MOISTU**

**LIMITED TIME OFFER**    TRIAL OFFER ONLY AVAILABLE TO FIRST TIME USERS



# ERASE/REPAIR HA
### 2% HYALURONIC ANTI-AGING CREAM

## ACHIEVE VISIBLY YOUNGER LOOKING SKIN

PREMIUM QUALITY INGREDIENTS

This product has not been evaluated by the FDA. This product is not intended to diagnose, treat, cure or prevent any disease.
Results in description are illustrative and may not be typical results and individual results may vary.
Representations regarding the efficacy and safety of Erase/Repair HA have not been
scientifically substantiated or evaluated by the Food and Drug Administration.
The depictions on this page are fictitious and indicative of potential results.

Terms & Conditions | Privacy Policy | Contact Us

**PX 10**
**330**

**McKenney Attachment J**

Terms and Conditions and Refund Policy for http://www.findbeautyandtruth.com/er02/ (referred to hereafter as "the Website")

User Agreement:
You must read and agree to these Terms and Conditions before ordering any products from the Website. By placing your order you agree to be bound by the following Terms and Conditions:

Product Disclaimer:
I understand the statements regarding these products have not been evaluated by the Food and Drug Administration. This Product is not intended to diagnose, treat, cure or prevent any disease.

I understand the information on the Website or in emails is designed for educational purposes only and is not intended to be a substitute for informed medical advice or care.

I understand I should not use this information to diagnose or treat any health problems or illnesses without consulting my doctor. I also understand that the products listed on this website are not intended or to be used to treat any type of medical condition.

You hereby acknowledge and represent that you understand and agree to these terms and conditions, and you are warranting to the company that you are intentionally and knowingly seeking access to products for your own personal use. By starting an order, you hereby agree to receive offers via email. To stay on our e-mail list, there is no need to do anything. If you do not wish to be contacted by us via e-mail, please click on the unsubscribe link located in the footer of the e-mail and you will be removed from our list. You hereby further affirm and warrant that you are currently over the age of eighteen (18) years and are capable of lawfully entering into and executing the terms of this agreement.

Warning:
Not intended for use by persons under 18 years of age. Consult a physician before using this Product if you have any medical condition including, but not limited to, strokes, high blood pressure, heart, liver, kidney or thyroid disease, diabetes, anemia, depression, anxiety, other psychiatric conditions, a family history of these or other medical conditions, or if taking any prescription, OTC and/or other medications.

Membership Terms and Conditions:
If I enroll in the membership program I am agreeing to be charged $4.95 today and $98.71 for my trial skincare product on the 15th day if I do not call to cancel my membership. I will receive a full-size bottle of skincare product for $98.71 (S&H included) every 30 days thereafter until I cancel. My credit card will be billed and my shipment will be sent automatically at those times. Shipments will continue until I call to cancel my membership at 1-866-710-5109 or by emailing support@findbeautyandtruth.com, open 24 hours a day, 7 days a week. Product ships in 1-3 business days and is delivered in 3-5 business days. By accepting this trial offer you are agreeing the Terms & Conditions and Arbitration and Waiver of Class Action

By clicking to order I represent that I have read and agree to the Privacy Policy and full Terms and Conditions of this offer and I understand that I will be liable for payment of product that was shipped to me, and future shipments of product, if I fail to notify customer service to stop supplying the product to me.

Refund Policy:
I understand that if I am not fully satisfied with my products I may cancel my order at any time by calling

**PX 10**
**331**

**McKenney Attachment J**

customer service and returning any unused, unopened Product to our warehouse. All returns must be within 30 days of original purchase (excluding trial product). Shipping and handling charges are non-refundable.

Beauty & Truth Returns
415 Bussen Underground Road
St. Louis, MO 63129

Support Telephone Number: 1-866-710-5109
Support Email Address: support@findbeautyandtruth.com

**PX 10**
**332**

**McKenney Attachment J**

Beauty & Truth Returns
415 Bussen Underground Road
St. Louis, MO 63129

Support Telephone Number: 1-866-710-5109
Support Email Address: support@findbeautyandtruth.com

**PX 10**
**333**

**McKenney Attachment J**



**ERASE/REPAIR HA**
2% HYALURONIC ANTI-AGING CREAM

① SHIPPING INFO  ② FINISH ORDER

Internet Exclusive Offer
Available to US Residents Only

👁 13 Others are viewing this offer right now - 03:01

Great job ▮▮▮▮▮▮! You're taking your first step towards a better skin. Act now so you don't miss out on this offer!

Current Availability: ▮▮▮▮ LOW STOCK! Sell-out Risk: HIGH

Just pay a small shipping fee. Enjoy expedited delivery to ▮▮▮▮
Your order is scheduled to arrive by Jul 10, 2017.



**ERASE/REPAIR HA**
2% Hyaluronic Acid, Anti-Aging Cream
30ML - 30 Day Supply

| | |
|---|---|
| Price | $0.00 |
| Shipping & Handling | $4.95 |
| Total | $4.95 |

☑ Yes, add Protect Package for $2.95 to my order.

   

**FedEx** Express  UPS  **UNITED STATES POSTAL SERVICE**®

**CONFIRM YOUR EXCLUSIVE TRIAL NOW!**
LIMITED QUANTITIES AVAILABLE

Terms and Conditions: We take great pride in the quality of our products and are confident that Erase/Repair HA is the most effective and powerful anti-aging system on the market today. If for any reason you do not find this product is right for you we will gladly give you a full refund, no questions asked. You have nothing to lose except for the wrinkles! By placing an order you will be enrolled in our refill membership program. This program will charge $98.71 for your trial of Erase/Repair HA on the 15th day and ship a full-size bottle of Erase/Repair HA for $98.71 every 30 days thereafter until you cancel. You can cancel or modify your membership anytime by calling 1-866-710-5109.

Terms & Conditions | Privacy Policy | Contact Us



**FINAL STEP**
PAYMENT INFORMATION

VISA  DISCOVER

Is your billing address the same
as your shipping address?

⦿ Yes  ○ No

Card Type:  Visa

Credit Card #:

Expiry Date:  Jan (1)  2017

CVV:  What is this?

🔒 Secure 256 Bit Encrypted Connection

COMPLETE CHECKOUT

**MasterCard.** SecureCode.  **Verified by VISA**

# ERASE/REPAIR HA
### 2% HYALURONIC ANTI-AGING CREAM

 SHIPPING INFO  FINISH ORDER  

## Wait! Your Order Is Not Complete

Customers that purchased Erase/Repair HA
also purchased Renewing Serum CE



⏰ Limited Supplies Available

# AMPLIFY YOUR RESULTS
## with **Renewing Serum CE**

Add your **FREE TRIAL** bottle
Just pay shipping of **$6.95**.

🔒 Secure 256 Bit Encrypted Connection

**🔒 COMPLETE CHECKOUT**

 

✗ No thanks, I decline this offer.

Terms & Conditions | Privacy Policy | Contact Us

2016 © Erase/Repair HA

Final Step! Find Amazing Discounts On Beauty & Truth Products

https://findbeautyandtruth.com/er02/Upsell2.aspx

# ERASE/REPAIR HA
## 2% HYALURONIC ANTI-AGING CREAM

 SHIPPING INFO

 FINISH ORDER



## Wait! Your Order Is Not Complete

Customers that purchased Erase/Repair HA also purchased
Essential Serum C Wrinkle & Dark Circle Repair Serum



Secure 256 Bit Encrypted Connection

MasterCard. SecureCode.    Verified by VISA

✗ No thanks, I decline this offer.

## ERASE/REPAIR HA
2% HYALURONIC ANTI-AGING CREAM

 SHIPPING INFO      FINISH ORDER     SUMMARY

## WAIT! YOUR ORDER IS NOT COMPLETE

# *The Perfect Lip is Here.*

Add any of our new Beauty & Truth Liquid Lip Stain with natural lip-enhance
to your order for only

## $9.95 EACH

Choose Your Colour:

     

**First Class - Red**

Choose Your Quantity:

1

Flawless application, with luscious colors and impeccable style.

**Ultimate Hydration, Plumpness, And Color, In One.**

🔒 Secure 256 Bit Encrypted Connection

## 🔒 ADD TO ORDER

**MasterCard.
SecureCode.**  **Verified** by **VISA**

7/7/17, 3:38 PM

**PX 10
337**

**McKenney Attachment J**

No, Thanks. I decline the offer.

**PX 10**
**338**

**McKenney Attachment J**

### ERASE/REPAIR HA
2% HYALURONIC ANTI-AGING CREAM

 SHIPPING INFO     FINISH ORDER    ③

## Wait! Your Order Is Not Complete

Become an Exclusive Beauty & Truth Rewards Member Today!



*Introducing*

# VIP REWARDS PROGRAM

NEW

✔ Get a FREE Wristlet Purse!

✔ Choose One FREE Product Every Month!

✔ Plus a Monthly $100 Product Credit!

✔ Access Amazing Member-Only Benefits and Secret Savings!

## JOIN NOW FOR ONLY 1.95!

**🔒 ADD TO ORDER**

PX 10
339

McKenney Attachment J

🔒 Secure 256 Bit Encrypted Connection

**MasterCard.**     **Verified** by
**SecureCode.**     **VISA**

✖ No thanks, I decline this offer.

By joining the Beauty & Truth Rewards Program you will receive one Wristlet Purse for $1.95. On the 15th day and every 30 days thereafter you will be charged $29.95 to maintain your membership. Every month you will receive one free Beauty & Truth product every month upon your choosing and a free $100 e-gift card every month until you cancel. Please call 1-855-347-0641 to modify or cancel your membership.

**McKenney Attachment J**

**PX 10**
**340**

# ERASE/REPAIR HA
**2% HYALURONIC ANTI-AGING CREAM**



SHIPPING INFO          FINISH ORDER          SUMMARY

## THANK YOU FOR YOUR PURCHASE
We hope you enjoy the benefits of Erase/Repair HA
Your order is scheduled to arrive by **Jul 10, 2017**



### ORDER RECEIPT

**Order placed:** Jul 7, 2017
**Order total:** $4.95
**Items ordered:**

| | |
|---|---|
| **Erase/Repair HA** | **$0.00** |
| Shipping & Handling | $4.95 |
| Total | $4.95 |

Terms & Conditions | Privacy Policy | Contact Us

2017 © Erase/Repair HA



## Order Confirmation

| | |
|---|---|
| **From:** | "Beauty & Truth" <support@findbeautyandtruth.com> |
| **To:** | |
| **Date:** | Jul 7, 2017 3:56:00 PM |



### ORDER CONFIRMATION

**Hello** ▮ ,

Thank you for placing your order with Beauty & Truth! We hope you'll love our skin care products as much as our products love your skin.

**If at any time you have questions about your order, we're always here to help, 24/7. Call us toll-free at 1-866-710-5109, or email us at support@findbeautyandtruth.com.**



| Quantity | Items | Order Date | Subtotal | Discount | Total |
|---|---|---|---|---|---|
| 1 | 1x Erase Repair HA 30ml + 1x Beauty & Truth Samples | 7/7/2017 | 4.95 | 0 | 4.95 |

## SHIPPING INFORMATION

Your order will ship to:

7/7/17, 3:53 PM

**PX 10**
**342**

**McKenney Attachment J**



Once your order has shipped, you will be notified with a shipping confirmation email, which will contain your order's USPS tracking number.

## BILLING AND MEMBERSHIP DETAILS

Your charge will appear on your statement as

meaning-of-beauty 8444194569

**Billing Address:**



If you made a trial order purchase, you've been automatically enrolled in our time-saving Delivery Program. At the end of your 15-day trial period your **Visa** ending ▇▇ will be charged the value of your trial order. Every 30 days thereafter, you'll be sent a refill order using your Visa on file. We offer a 30-day guarantee. Should you decide for any reason that you do not wish to keep the product, you may return it for a full refund, less the cost of shipping & handling. Return shipping is the responsibility of the customer.

**If you made a trial purchase, you can cancel your subscription easily online at any time!**

THANK YOU FOR YOUR ORDER

Customer service: 1-866-710-5109
Open 24 hours a day,
7 days a week
Email: support@findbeautyandtruth.com

7/7/17, 3:53 PM

**McKenney Attachment J**

**PX 10**
**343**

www.mybeautyandtruth.com

**PX 10**
**344**

**McKenney Attachment J**

**BEAUTY&TRUTH**

415 Bussen Underground , St. Louis, MO 63129

Customer Service: 1-866-710-5109

Open 24 hours a day, 7 days a week

BILL TO:

SHIP TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO. | PHONE NO. | SHIP VIA | NO. PKGS. |
|---|---|---|---|---|---|
| | 7/7/2017 | | | RS10 | |

MESSAGE: We believe that true beauty comes from within. When it comes to skincare, serious science reveals radiant results. Discover the rejuvenation that comes from happy, healthy, holistic skincare!

Exceptional customer support is our commitment to you! We're passionate about our products and are eager to share that passion. You can contact us by phone or by email, and we will gladly answer any questions or concerns you might have about your order.

| QUANTITY | | | ITEM NO. | DESCRIPTION | COLOR | SIZE | PRICE EA. | TOTAL PRICE |
|---|---|---|---|---|---|---|---|---|
| QTY. | B/O | SHIPPED | | | | | | |
| 1 | 0 | 1 | 019962240010 | Erase Repair HA 2% Hyaluronic Anti Aging Cream | | | | |
| 1 | 0 | 1 | BTSAMPLESCARD | ER and RS 2ml Sample Sachets with Card | | | | |

The Beauty & TruthTM Returns Guarantee: Beauty & TruthTM offers a total guarantee of customer satisfaction on all our products. If you, the buyer, are unhappy with the product for any reason, you may return the product for a refund. To obtain your refund, you must do the following: Call us at 1-866-710-5109 (see hours above) and request a Return Merchandise Authorization. To receive your refund, your return must be received at our shipping facility within 30 days of purchase. Be sure to clearly write the return merchandise authorization (RMA) number on the outside of the box. Our shipping department is not allowed to accept any packages without an RMA number. Please complete the back of this packing slip.

Email customer service: support@findbeautyandtruth.com
(Please allow 24 to 48 hours for a response)

## Thank you for your order!

UFS1-001 (7/14)

**PX 10**
**345**

**McKenney Attachment J**

# Exchanges & Returns

Please fill out your:

Name:

Address:

Please insure and ship returns to
address listed on front of
this form, top right corner.

RMA #

**Return Policy:** Your order has been carefully packed and thoroughly inspected. We hope you are pleased with the items you ordered. If you are not completely satisfied, please return it for a merchandise refund or credit or exchange service. Return postage must be prepaid. COD's and insurance are cannot be accepted.

**Return Instructions:** Your return authorization, your packing slip / invoice receipt must be included with the merchandise in its original package. Please use a sturdy box and wrap along tape for shipping. Thank you.

RETURNED ITEMS Please fill in the following information for returned items for a refund or credit.

| Item Number | Color | Size | Qty | Item Description | Reason Code # | Please Check Box | | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Refund | Exchange | |
| | | | | | | | | |

**EXCHANGE ITEM** Your new item will be shipped to you.

| Item Number | Color | Size | Qty | Item Description |
|---|---|---|---|---|
| | | | | |

**RETURN REASON AND CODES** Understanding the reason for your return will help us serve you better in the future

McKenney Attachment J



McKenney Attachment J

# GO AHEAD, TRY ME!

Please enjoy the enclosed samples of our clinically proven, premium anti-aging skincare products.

By placing your order, you've been enrolled in the Beauty & Truth Membership Program. It's a convenient way to get our amazing products delivered to you each month, as well as beauty tips & tricks, members-only promotions, and more. You always have complete control over your deliveries, and there is never an obligation to continue.

## HOW IT WORKS:

1. Your risk-free trial starts from the day you placed your order. If you would like to continue in the Beauty & Truth Membership Program, there is no need to return anything. Go ahead and enjoy the full-size product(s) included in this shipment.
2. As a Member, your favorite product(s) will be delivered automatically every 30 days after your trial period ends.
3. You can manage your delivery selection and schedule, or cancel easily at any time, by phone or on the "Support" page of our website.

If you decide that the Beauty & Truth Membership Program is not right for you, please contact us before the end of your trial period to cancel your membership and arrange to return the unopened, full-size product(s)

Support Telephone Number: _____ (toll free), Open 24/7
Support Email Address: _____
Easy Online Cancel: _____

For more information, please refer to the "Order Confirmation" email that was sent to you when you placed your order.



## HOW TO USE

For maximum results, apply every evening following the steps in the evening regimen in your program.

## TIPS & TRICKS

To get the inside scoop on how to make the most of your Beauty + Truth products, visit our blog at www.mybeautyandtruth.com/blog

**McKenney Attachment J**

# INTRODUCING THE BEAUTY&TRUTH PRODUCT LINE

DESIGNED TO REVEAL YOUR SKIN'S TRUE BEAUTY

Visit our website today to add these skin care favorites to your next order.

## OUR INGREDIENTS

We're proud of our unique formulas, and source only the purest ingredients. All of our products are free of parabens, and have never been tested on animals. Our line is formulated to be gentle and effective on all skin types.

## BEAUTY TAILORED TO YOU

The Beauty & Truth Delivery Program was developed with your busy lifestyle in mind. If you purchased a 15-day trial, you've been automatically enrolled, and every 30 days you'll be sent a full-size refill using the credit card on file. Your membership is designed for your convenience, so if you'd like to modify or change your plan, please call our friendly customer support representatives toll-free at 1-800-555-____.



### ERASER/REPAIR HA
Our most advanced anti-aging cream, formulated to sweep away the visible signs of stressed-out skin.

### ESSENTIAL SERUM C
Energizing, anti-aging serum concentrate of 20% stabilized Vitamin C helps to firm, brighten, repair, and protect the skin.




### ILLUMINATING SCRUB
Super-fine microdermabrasion exfoliant removes dead skin cells that block pores.

### RENEWING SERUM CE
The high-efficiency retinol treatment that renews skin's collagen and elastin reserves.

### EYE-FX
Target under-eye wrinkles, eliminate dark circles, reduce bags and puffiness by up to 50%.








### RAPID LIFT FX
A unique microserum that delivers an instant lifting experience, and long-term skin firming effect after multiple applications.

## LIMITED TIME SPECIAL OFFER

# SAVE 10% WITH BEAUTY BUNDLES

### AGE RESTORING BUNDLE
This cream and serum duo work together to smooth away the look of wrinkles and leave skin feeling refreshed and rejuvenated.
1 oz. Eraser/Repair HA · 0.5 oz. Renewing Serum CE

### FRESH FACE BUNDLE
A triple-threat collection of some of our favorite anti-aging products.
1 oz. Eraser/Repair HA · 0.5 oz. Renewing Serum CE
1.7 oz. Illuminating Scrub

### SCRUB & CREAM BUNDLE
Bring your skin to life with both of our anti-aging cream and our pore-opening scrub.
1 oz. Eraser/Repair HA · 1.7 oz. Illuminating Scrub

____ ____ ____ BUNDLE
Get the most out of our skincare routine with our complete condition-saving package.
1 oz. Eraser/Repair HA · 0.5 oz. Renewing Serum CE · 1 oz.
Essential Serum C · 0.5 oz. Eye-Fx · 1.7 oz. Illuminating Scrub

____ ____ ____ BUNDLE
Two of our most popular anti-aging products for beautiful, spotless results.
0.5 oz. Rapid Lift Fx · 1 oz. Eraser/Repair HA.

____ ____ ____ ____ BUNDLE
Renew your complexion with both our pore-opening scrub.
0.5 oz. Renewing Serum CE · 1.7 oz. Illuminating Scrub.

____ ____ ____ BUNDLE
A powerful serum and scrub to re-invigorate skin and feel your best.
0.5 oz. Rapid Lift Fx · 1.7 oz. Illuminating Scrub.

ENTER 'BUNDLE10' AT CHECKOUT & ____ ____

**PX 10**
**350**

**McKenney Attachment J**



# BEAUTY&TRUTH

## CUSTOMER SUPPORT

We're passionate about beauty and are eager to share that passion with you! Our satisfaction guarantee ensures you can shop with confidence. For 24/7 customer support, please call our toll-free phone number at 1-866-710-5509 or email support@findbeautyandtruth.com.

## LOVE US? WRITE A REVIEW!

Visit us online and share your thoughts about Beauty & Truth products at findbeautyandtruth.com.

## LET'S BE FRIENDS

twitter.com/findbeautyandtruth
facebook.com/findbeautyandtruth
pinterest.com/findbeautyandtruth

## THE BEAUTY & TRUTH PHILOSOPHY

We believe that true beauty comes from within. When it comes to skincare, our focus is preventative and restorative. No toxic promises, just honest products to restore your spotless glow and rewind the signs of time.

Beauty & Truth's advanced formula, when carefully crafted to make for a unique blend that helps your skin recover from the stresses of environmental toxins and restore its natural luminosity. Discover the true nature of that comes from happy, healthy, honest skincare.

## BEAUTY & TRUTH STORY

Since the beginning, we've been dedicated to developing skincare products that reveal the true beauty and make using the highest quality ingredients that honor your skin. No risks, proper safe, and support products. Innovation for gorgeous effect.

## BEAUTY & TRUTH GUARANTEE

If you're not totally satisfied with your Beauty & Truth purchase, simply return the unused portion to the place of purchase within 30 days for a full and easy refund (less S&H charges).

## RESTORE YOUR SKIN AND REWIND THE SIGNS OF TIME

# McKenney
# Attachment K



🦃 **FREE trial Smokeless E-Cig Kit Reserved For** ▮▮▮▮▮▮▮▮
🦃

| | |
|---|---|
| **From:** | "The E-Cig Specialist" <mxBVabDZeG@maturecell.host> |
| **To:** | ▮▮▮▮▮▮▮▮▮▮ |
| **Date:** | Jul 14, 2017 4:06:41 PM |



Alternative to Cigarettes! Looks, feels and tastes like a real cigarette. Click to Learn More!

To Unsubscribe by Mail:
ATTN: Email Subscription Removal
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169

Unsubscribe

GUIDE TO HEALTHY KIDS NUTRITION
If you no longer wish to receive our promotional mailings please,
or write us at: PO Box 4120 NUMB 91384 Portland, OR 97208-4120 US

**PX 10**
**353**

**McKenney Attachment K**



⬥ E-CIGS® PRO VAPOR

Hurry! Order »  RUSH MY ORDER

THE LOOK
THE FEEL
THE TASTE

RUSH MY ORDER »

INCLUDE IN YOUR
## E-CIGS PRO VAPORS STARTER KIT



Two E-Cigs Refillable Atomizers

1100mAh Lithium-ion Battery

Three Bottles of 10ml e-Liquid

USB Charger

Wall Charger

Full Instruction Booklet

**PX 10
354**

**McKenney Attachment K**



PX 10
355

McKenney Attachment K



THE LOOK
THE FEEL
THE TASTE
*Anytime*



Address

City

County

United States

Select a State          Zip Code

Phone Number          Email

RUSH MY ORDER >

Norton
by Symantec

McAfee
SECURE

McKenney Attachment K

Terms and Conditions and Refund Policy for tryprovapor.com/ecpv03v1/ (referred to hereafter as "the Website").

Copyright:
2015 (C) E-Cigs. All Rights Reserved.

User Agreement:
You must read and agree to these Terms and Conditions before ordering any products from the Website. By placing your order you agree to be bound by the following Terms and Conditions:

Product Disclaimer:
I understand the statements regarding these products have not been evaluated by the Food and Drug Administration. This Product is not intended to diagnose, treat, cure or prevent any disease.

I understand the information on the Website or in emails is designed for educational purposes only and is not intended to be a substitute for informed medical advice or care.

I understand I should not use this information to diagnose or treat any health problems or illnesses without consulting my doctor. I also understand that the products listed on this website are not intended or to be used to treat any type of medical condition.

You hereby acknowledge and represent that you understand and agree to these terms and conditions, and you are warranting to the company that you are intentionally and knowingly seeking access to products for your own personal use. By starting an order, you hereby agree to receive offers via email. To stay on our e-mail list, there is no need to do anything. If you do not wish to be contacted by us via e-mail, please click on the unsubscribe link located in the footer of the e-mail and you will be removed from our list. You hereby further affirm and warrant that you are currently over the age of eighteen (18) years and are capable of lawfully entering into and executing the terms of this agreement.

Warning:
Not intended for use by persons under 18 years of age. Consult a physician before using this Product if you have any medical condition including, but not limited to, strokes, high blood pressure, heart, liver, kidney or thyroid disease, diabetes, anemia, depression, anxiety, other psychiatric conditions, a family history of these or other medical conditions, or if taking any prescription, OTC and/or other medications.

Membership Terms and Conditions:
Exclusive Offer Terms: We take great pride in the quality of our products and are confident that Pro Vapor is the best e-vapor system on the market today. If for any reason you do not find this product is right for you we will gladly give you a full refund, no questions asked. By placing an order you will be enrolled in our exclusive refill program. This program will charge $99.95 for your trial of Pro Vapor on the 15th day following your initial order, and ship two premium clearomisers and three 10ml bottles of made in USA e-liquid for $64.95 plus shipping and handling every 30 days thereafter until you cancel. You can cancel or modify your membership anytime by calling 1-866-830-2464.

By clicking to order I represent that I have read and agree to the Privacy Policy and full Terms and Conditions of this offer and I understand that I will be liable for payment of product that was shipped to me, and future shipments of product, if I fail to notify customer service to stop supplying the product to me.

**PX 10**
**357**

**McKenney Attachment K**

Refund Policy:
I understand that if I am not fully satisfied with my products I may cancel my order at any time by calling customer service and returning any unused, unopened Product to our warehouse. Products must be returned to the warehouse for a refund. All returns must be within 30 days of original purchase. Shipping and handling charges are non-refundable.

USA Warehouse Return Address:
E-Cigs Pro Vapor Returns
415 Bussen Underground Road
St. Louis, MO 63129

European Warehouse Return Address:
E-Cigs Pro Vapor Returns
PO Box 7574
Milton Keynes, MK11 9GQ, UK

Company Address (Please do NOT send products or packages to this address):
E-Cigs Brand
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169

Membership Easy Cancel

Support Telephone Number: 1-866-830-2464
Support Email Address: support@tryprovapor.com

**PX 10**
**358**

**McKenney Attachment K**

USA Warehouse Return Address:
E-Cigs Pro Vapor Returns
415 Bussen Underground Road
St. Louis, MO 63129

European Warehouse Return Address:
E-Cigs Pro Vapor Returns
PO Box 7574
Milton Keynes, MK11 9GQ, UK

Company Address (Please do NOT send products or packages to this address):
E-Cigs Brand
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169

Support Telephone Number: 1-866-830-2464
Support Email Address: support@tryprovapor.com

**PX 10**
**359**

**McKenney Attachment K**



### E-CIGS PRO VAPOR

## THE LOOK, THE FEEL, THE TASTE

Online Only Exclusive Offer - 30 Day Guarantee - Toll Free Telephone Support 24/7

1. Shipping Info  →  2. Finish Order  →  3. Summary

**Exclusive E-Cigs Starter Kit**
- Two E-Cigs Refillable Atomizers
- 1100mAh Lithium-Ion Battery
- Three Bottles of 10ml e-Liquid
- USB Charger
- Wall Charger
- Hard Storage Case
- Full Instruction Booklet

| | Price |
|---|---|
| Standard Shipping | |
| Shipping & Handling | $0.00 |
| | $9.95 |
| Apply Coupon | |
| **TOTAL** | **$9.95** |

☑ Yes, add Protect Prerelease™ for $2.05 to my order.

**ACT NOW TO CLAIM YOUR EXCLUSIVE TRIAL!**

### PAYMENT INFORMATION

**Choose Your Starter Kit Flavor**
Original Tobacco

Is your billing address the same as your shipping address?
○ Yes  ○ No

**Payment Method**
VISA

Credit Card Number

Expiration Date    Jan (1)    2017

Security Code

[RUSH MY ORDER]

*Food and Drug Administration (FDA) Disclosure: Representations regarding the efficacy and safety of E-CIGS PRO VAPOR have not been evaluated by the Food and Drug Administration. These statements have not been evaluated by the FDA.*

PX 10
360

McKenney Attachment K



**PX 10**
**361**

**McKenney Attachment K**



THE LOOK, THE FEEL, THE TASTE

Step 1 Step 2 Step 3 Step 4

WAIT! YOUR ORDER IS NOT COMPLETE!

A SPECIAL OFFER JUST FOR YOU!
BECOME A REWARD MEMBER & GET TWO FREE E-LIQUID BOTTLES!

E-CIGS PRO VAPOR TECH BUNDLE

✓ UPGRADE YOUR E-CIG WITH THIS AMAZING BUNDLE:
✓ BONUS! 1,100 mAh E-CIGS Pro Vapor Battery
✓ BONUS! E-CIGS Pro Vapor Car Charger
✓ BONUS! 10 ml Watermelon Mist E-Liquid
✓ BONUS! 10 ml Georgia Peach E-Liquid

FREE SHIPPING & HANDLING

REGULAR $65, NOW ONLY $29.95!

ACCEPT OFFER

Verified by VISA     MasterCard SecureCode

🔒 Secure 256-bit SSL Encryption

McKenney Attachment K

Step 1    Step 2    **Step 3**    Step 4

## WAIT! YOUR ORDER IS NOT COMPLETE!

# LIMITED TIME OFFER!
## ADD ADDITIONAL E-LIQUIDS AT 50% OFF!

Explore a universe of flavor with Pro Vapor's delicious new line-up of e-liquids. Developed by our team of flavor experts, these premium liquids are guaranteed to bring pure pleasure to your vaping experience. Manufactured to the highest standards and backed by our 100% Satisfaction Guarantee. Proudly made in the U.S.A.



**Original Tobacco, Reg $13.50,** Now $6.75!
The hint tobacco flavor you love, with a hint of sweetness. (10ml, 1.8% Nicotine by Volume)

Choose your Strength.

**Original Tobacco, Reg $13.50,** Now $6.75!
Medium Strength (10ml, 0.6% Nicotine By Volume)

Choose Your Quantity.

**Original Tobacco, Reg $13.50,** Now $6.75!
Zero Nicotine (10ml, 0.0% Nicotine By Volume)

Choose Your Quantity.

$0.00

**Midnight Menthol, Reg $13.50,** Now $6.50!
Medium Strength. (10ml, 0.6% Nicotine By Volume)

Choose Your Quantity.

**Midnight Menthol, Reg $13.50,** Now $6.50!
Zero Nicotine (10ml, 0.0% Nicotine By Volume)

Choose Your Quantity.

$0.00



**Virginia Leaf Tobacco, Reg $13.50,** Now $6.75!
Rich, full bodied tobacco experience for those tranquil moments. Seductive, toasty, whole-leaf flavor, blended to perfection. (10ml, 1.8% Nicotine By Volume)

Choose Your Quantity.

$0.00

McKenney Attachment K

PX 10
363



**Watermelon Mint, Reg $15.00,** Now $5.00*
A light and tasty burst of ripe watermelon. Sun-kissed melon aroma that delights the senses. (10mL, 1.5% Nicotine By Volume)

Choose Your Quantity.

$0.00

**Mango Escape, Reg $15.00,** Now $5.00*
The tropical taste of sweet, juicy mango. Fruity and fun, with a harmonious finish. (10mL, 1.5% Nicotine By Volume)

Choose Your Quantity.

$0.00

**Blueberry Storm, Reg $15.00,** Now $5.00*
The enjoyable flavor of plump, summer blueberries. Tangy and well balanced, reminiscent of a perfect piece of blueberry pie. (10mL, 1.5% Nicotine By Volume)

Choose Your Quantity.

$0.00

**Georgia Peach, Reg $15.00,** Now $5.00*
An aromatic juicy on the palate, with satisfying stone-fruit flavor. Tastes like biting into a peach just plucked from the tree. (10mL, 1.5% Nicotine By Volume)

Choose Your Quantity.

$0.00

Spearmint Refeller, Reg $15.00, Now $5.00*

$0.00

**McKenney Attachment K**

**PX 10**
**364**

The rich and luxurious taste of almonds, with a caramel finish and notes of toasted nut. Warm, honeyed, and buttery. (15mL, 1.8% nicotine by volume)

Choose Your Quantity:

Did you know? 79% of customers add our award winning e-liquid flavors to their order.

Total : $0.00

**ADD TO ORDER AND CONTINUE »**

🔒 Secure 256-bit SSL Encryption

Verified by  MasterCard.
VISA  SecureCode

To update, click here: [https://store.com/cart](https://store.com/cart)

Step 1    Step 2    Step 3    Step 4

## WAIT! YOUR ORDER IS NOT COMPLETE!

## ALL 50% OFF

### ADD EXTRA CLEAROMIZERS, BATTERIES, POWER ADAPTERS

Want to have more than one flavor on the go? Stock up on extra clearomizers, to easily alternate between flavor. What about an extra battery, to make sure you're always ready for action? Want to charge up on the go? Add a convenient wall charger.

Clearomizers, Reg $29.98, Now $13.98*
Want to have more than one flavor on the go? Stock up on extra clearomizers, to easily alternate between flavors. Comes in 3-Pack

Choose Your Quantity:

$0.00

Lithium Battery, Reg $29.96, Now $15.98*
Add an extra battery to your arsenal to make sure you're always ready for action.

Choose Your Quantity:

$0.00

USB Wall Adapter, Reg $9.90, Now $4.95*
Use this USB Wall Adapter to charge your electronic cigarette in any standard North American wall plug.

Choose Your Quantity:

$0.00

ADD TO ORDER AND CONTINUE »

Did you know? 79% of customers add additional accessories to their order.

Total : $0.00

PX 10
366

McKenney Attachment K

🔒 Secure 256 bit SSL Encryption

Verified by
VISA

MasterCard.
SecureCode.

McKenney Attachment K

◆ E-CIGS PRO VAPOR

THE LOOK. THE FEEL. THE TASTE

Step 2    Step 3    Step 4    Step 5

WAIT! YOUR ORDER IS NOT COMPLETE!

FRIENDS AND FAMILY DEAL!
ADD A SECOND STARTER KIT AT A DEEP DISCOUNT!

Get a complete second system, for yourself or as a gift for a friend or loved one. Double your pleasure, and share the vape! They say the more the merrier and we wholeheartedly agree.

Complete Starter Kit, Reg $69.96, Save $29.91!
This kit includes everything needed to get started including 2 face enhancers, a lithium battery, wall adapter, USB charging cable and 3 bottles of Original Tobacco flavored E-Liquid.

Choose Your Quantity

$0.00

Did you know? 24% of customers add a second starter kit to their order.

Total : $0.00

ADD TO ORDER AND CONTINUE>

🔒 Secure 256-bit SSL Encryption

Verified by
VISA

MasterCard.
SecureCode.

No checks, cash and reference to my credit or 30% off

 PRO VAPOR          **THE LOOK, THE FEEL, THE TASTE** *Anytime*

## YOUR ORDER IS COMPLETE!
### WE'RE PROCESSING YOUR ORDER AS YOU READ THIS!

Thank you for your order. We're confident you're going to love vaping with E-Cigs Pro Vapor™. Our team is processing your order and you can expect delivery by Jul 28, 2017.



**Your Shipping Details**

First Name:
Last Name:
Address:
City:
State
Phone Number:
ZIP Code:
Email

**Your Billing Details**

Receipt Date: Jul 26, 2017
Order Total: $11.90

**Your Order**

**ProVapor original tobacco starter kit**                                    $0.00

**Pro Vapor Rewards program**                                              $1.95

                                                              **Shipping: $9.95**

Did you know? Our E-liquids are made and packaged in the USA.          **Total: $11.90**

TERMS | (/terms/tc.aspx?type=tc&id=1643) PRIVACY POLICY | (/terms/tc.aspx?type=pp&id=1643) CONTACT (/terms/tc.aspx?type=contact&id=1643)
2017 © E-cigs Pro Vapor

7/26/17, 1:18 PM

**PX 10**
**369**

**McKenney Attachment K**



---

## Order Confirmation

**From:** "Pro Vapor Ecigs" <support@ecigsbrand.com>
**To:** ███████████████████
**Date:** Jul 26, 2017 1:53:05 PM

---



### ORDER CONFIRMATION

Hello ████,

Thank you for placing your order with E-Cigs Brand. We're excited that you're ready to experience the freedom of E-Cigs Pro Vapor, and proud to offer you the most advanced, user-friendly portable vaporizers available on the market.

**Pro Vapor starter kits include the following:**

- 2 E-Cigs Refillable Clearomizers
- 1100mAh Lithium-Ion Battery
- 3 Bottles of 10ml E-Liquid
- USB charger

**If at any time you have questions about your order, we're here to help.**
**Call us toll-free at 1-866-830-2464, or email us at**
**support@ecigsbrand.com.**

### YOUR ORDER



**PX 10**
**370**

**McKenney Attachment K**

| Quantity | Items | Order Date | Subtotal | Discount | Total |
|---|---|---|---|---|---|
| 1 | 1x Pro Vapor Starter Kit + 3x E-Liquid Original Tobacco 18mg | 7/26/2017 | 9.95 | 0 | 9.95 |

## SHIPPING INFORMATION

Your order will ship to:

██████████
██████████████████
█████████
████

Once your order has shipped, you will be notified with a shipping confirmation email, which will contain your order's USPS tracking number.

If you are not fully satisfied, you may return any unused, unopened products to our warehouse for a refund. To return a product, you must first contact customer service and obtain an RMA (return merchandise authorization) code. Refunds will not be processed without an RMA code. All returns must be within 30 days of purchase and in re-saleable condition. Shipping and handling charges are non-refundable. Return shipping is the responsibility of the customer.

## BILLING AND MEMBERSHIP DETAILS

Your charge will appear on your statement as

**SIMPLYECIGS (888) 315-9625**

**Billing Address:**

████████
██████████████
████
████
████████
██████████

**McKenney Attachment K**

If you made a trial starter kit purchase, you have been enrolled in our exclusive refill program. This program will charge your Visa for your trial of Pro Vapor on the 15th day following your initial order, then bill for and ship two premium clearomisers and three 10ml bottles of made in USA e-liquid every 30 days thereafter until you cancel your subscription. If you cancel your membership before the end of the 15-day trial period, you will be charged for the starter kit's full value.

---

## If you made a trial purchase, you can cancel your subscription easily online at any time!

THANK YOU FOR YOUR ORDER

Customer service: 1-866-830-2464
Open 24 hours a day, 6 days a week. Closed Sundays.
Email: support@ecigsbrand.com
www.ecigsbrand.com

McKenney Attachment K



## Order Confirmation

**From:**  "Pro Vapor Rewards" <support@ecigsbrand.com>
**To:**  ███████████████
**Date:**  Jul 26, 2017 1:53:06 PM



### ORDER CONFIRMATION

Hello ████ ,

Congratulations on becoming a member of the Ecigs Pro Vapor Rewards program! This exclusive VIP membership gives you:

**1. Your choice of FREE E-Cig products each and every month.** You could choose a new flavor of Pro Vapor refill, a set of rechargeable batteries, or a car charger. Come back at the beginning of the next month and get a brand new product to add to your collection.

**2. Exclusive benefits: You get access to an amazing package of savings benefits to help you save money in all areas of your life.**

- $100 in Dining and Shopping Reward Dollars every month
- Dining Deals and Discounts
- Grocery Coupon Savings

**3. $50 BONUS PRODUCT CREDIT every month!** As a Pro Vapor Rewards member, you get a $50 eGift card every month to purchase any additional product(s) of your choice.

Your 18-day trial membership starts now! You'll be receiving a welcome email with your login details so you can start redeeming your benefits.

McKenney Attachment K

**If at any time you have questions about your Rewards Program membership, we're here to help. Call us toll-free at 1-877-353-5063, or email us at support@ecigsbrand.com.**

### YOUR ORDER

| Quantity | Items | Total |
|---|---|---|
| 1 | 2x Premium E-Liquid + 1x Pro Vapor Rewards Membership | 1.95 |

### SHIPPING INFORMATION

Your order will ship to:



Once your order has shipped, you will be notified with a shipping confirmation email, which will contain your order's USPS tracking number.

### BILLING AND MEMBERSHIP DETAILS

Your charge will appear on your statement as

**INSTANTECIGS 855-237-0673**

**Billing Address:**



**McKenney Attachment K**

At the end of your Pro Vapor Rewards Program 18-day trial period, your Visa ending in ▮ will be charged. Every 30 days thereafter, you'll be entitled to 1 free product which can be redeemed on the provaporrewards.com website. Should you decide for any reason that you do not wish to keep the product, you may return it for a full refund, less the cost of shipping & handling. Return shipping is the responsibility of the customer.

THANK YOU FOR YOUR ORDER

Reward Program Customer Service: 1-877-353-5063
Open Monday 4:00AM To Saturday 10:00PM Central Time
Email: support@ecigsbrand.com
www.provaporrewards.com

**McKenney Attachment K**

# ◊ E-CIGS™

415 Bussen Underground Rd., St. Louis, MO 63129

Customer Service: 866-630-2464

Monday 7AM to Saturday 10PM CST

**BILL TO:**

**SHIP TO:**

| ORDER NO. | ORDER DATE | CUSTOMER NO. | PHONE NO. | SHIP VIA | NO. PKGS. |
|---|---|---|---|---|---|
| | 7/26/2017 | | | RS10 | |

**MESSAGE:** Thank you for your order! E-CIGS products are the height of vaping technology and style, manufactured to the most exacting standards. Designed to deliver a premium vaping experience, with maximum flavor and satisfaction, our products give you independence without compromise.

Exceptional customer support is our commitment to you! We're passionate about our products and are eager to share that passion. You can contact us by phone or by email, and we will gladly answer any questions or concerns you might have about your order.

| QUANTITY | ITEM NO. | DESCRIPTION | COLOR | SIZE | PRICE EA. | TOTAL PRICE |
|---|---|---|---|---|---|---|

McKenney Attachment K

# Exchanges & Returns

**Please fill out your:**

Name: _____

Address: _____

_____

_____

RMA # _____

Please insure and ship returns to
address listed on front of
this form, top right corner.

**Return Policy:** Your order has been carefully packed and thoroughly inspected. We hope you are pleased with the items you selected. If you are not completely satisfied, please refer to our published return policy or call customer service. Return postage must be pre-paid. COD's on return shipments cannot be accepted.

**Return Instructions:** For faster and accurate credit processing, this completed form must be included with the merchandise in its original package. Please be sure to keep a copy for your records. Thank you.

| RETURNED ITEMS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Item Number | Color | Size | Qty | Item Description | Reason Code # | Refund | Exchange | Comments |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**EXCHANGE FOR**

| Item Number | | Item Description |
|---|---|---|
| | | |
| | | |
| | | |

McKenney Attachment K

# McKenney
# Attachment L

PX 10
378



**PX 10**
**379**

**McKenney Attachment L**

**Exclusive E-Cigs starter Kit**

- Two E-Cigs Refillable Atomizers
- 1100mAh Lithium-ion Battery
- Three Bottles of 10ml E-Cigs Liquid
- USB Charger
- Wall Charger
- Hard Storage Case
- Full Instruction Booklet

Standard Shipping

| | |
|---|---|
| Price | $0.00 |
| Shipping & Handling | $9.95 |
| **TOTAL** | **$9.95** |

☑ Yes, add Product [ The Topaz™ ] for $2.95 to my order!

**ACT NOW TO CLAIM YOUR EXCLUSIVE TRIAL!**

Food and Drug Administration ("FDA") Disclosure: Representations regarding the efficacy and safety of E-CIGS PRO VAPOR have not been evaluated by the Food and Drug Administration. These Statements have not been evaluated by the FDA.

**Shipping address?**  ⦿ Yes   ○ No

Payment Method
VISA

Credit Card Number
____ ____ ____ ____

Expiration Date
Jan (1)    2017

Secure Code
____    Where can I find my Security Code?

☐ Secure 256-bit SSL Encryption.
By clicking below, I affirm that I am at least 18 years of age and I agree to the Terms & Conditions.

**RUSH MY ORDER »**

Verified by VISA    MasterCard SecureCode.

PX 10
380
McKenney Attachment L

# McKenney
# Attachment M

Muscle Building Tips 101
@musclebuildingtips101

Home
About
Photos
Posts
Community

Create a Page

👍 Like   ➡ Follow   ➤ Share   ...

✎ Status   📷 Photo/Video

Send Message

Photos

See All

Posts

Health/Beauty

Community                                          See All

👥 Invite your friends to like this Page
👍 507 people like this
🔗 915 people follow this

About                                              See All

☎ Send Message
🔗 www.musclesupplements101.com
🏷 Health/Beauty

People Also Like                                   See All

Muscle Building Tips...          👍 Like
Health/Beauty

Fitness and Health Tip...        👍 Like
Health/Beauty

Paid to Click Sites              👍 Like
Internet Company

Muscle Building                  👍 Like

Muscle & Fitness 4 Men           👍 Like

Pages liked by this Page         ∨

Chat (Off)

PX 10
382

McKenney Attachment M

## Muscle Building Tips 101

@musclebuildingtips101

Home
About
Photos
Posts
Community

Create a Page



**Muscle Building Answ...**    Like

English (US)  Español  Português (Brasil)
Français (France)  Deutsch

Privacy · Terms · Advertising · Ad Choices
Cookies · More ·
Facebook © 2017

---

**Muscle Building Tips 101**
15 hrs ·

More women are going for a weight gain and not a weight loss! Here is why!

http://ow.ly/TnC-gSoryqZ7

Like    Comment    Share

---

**Muscle Building Tips 101**
15 hrs ·

TestX Core Review

Can this muscle builder help you to pack on serious lean muscles and strength?

https://www.musclesupplements101.com/testx-core-review/



TestX Core Review – Muscle Builder and Testosterone Booster All In One

Not happy with your muscle building results? Boost your muscle building and testosterone levels today with the new powerful TestX Core. Check our review!

MUSCLESUPPLEMENTS101.COM

29

Like    Comment    Share

Write a comment...

See All

Posts

PX 10
383

McKenney Attachment M



Muscle Building Tips 101
October 6 at 4:38pm

Can Anyone Actually Help You Lose Weight Today? Get a closer look at ever made! http://ow.ly/7A2mfi0mvOiC

**Muscle Building Tips 101**
a small business

Home
About
Photos
Posts
Community

Create Page

Like   Comment   Share

Write a comment...

Muscle Building Tips 101
September 28 at 10:20pm
What happens to your body when you start taking testosterone? http://ow.ly/O81rGSOqjA5K

PX 10
384

McKenney Attachment M

9 Things That Can Happen To Your Body After You Start Taking Testosterone



a Boost

Share

...

Muscle Building Tips 101
Recommend · 23 at 5:55pm · ✎

**PrimeX Testo Max Now!** Does it Work to Improve Male Health?

Home ... any improve your overall male health. But does it really work for this defencea booster that can raise your levels and ...all male health. But does it really work for this

Suspicious? Check out our review!

https://www.musclesupplements101.com/primex-testo-max-revi.../



SAMPLE BOTTLE

FINISH MY ORDER

PrimeX Testo Max Review - Want to Boost Your Male and Sexual Health?

Want to boost your male and sexual health? If yes, then PrimeX Testo Max is here for you, with a set of unique ingredients! But do they work? See the review

MUSCLESUPPLEMENTS101.COM

1 Share

👍 Like   💬 Comment   ↪ Share

👍 66

Write a comment...

See More ▾

PX 10
385

McKenney Attachment M

CONTACT · SITEMAP · ABOUT · TERMS OF SERVICE · PRIVACY POLICY

# Muscle Building Supplements 101
All you need to get bigger and stronger

MUSCLE BUILDING ▾    MALE ENHANCEMENT    MEMORY SUPPLEMENTS    WEIGHT LOSS SUPPLEMENTS    ARTICLES

NOW TRENDING    e Male Enhancement Pill You Have Been Looking For    No Max Shred Review – Increase Nitric Oxide Levels For Better Muscle Build

🏠 Home    Muscle Building Supplements    TestX Core Review – Muscle Builder and Testosterone
Booster All In One

Search the site

# TestX Core Review – Muscle Builder and Testosterone Booster All In One

Martin    October 5, 2017

For guys looking to build lean muscles and strength, it is not
entirely enough just to stick to a regular routine and maintain a
protein intake. Especially not if you want serious results and
become the leader of the pack. TestX Core is for who want to stand out and take
your muscle building to the next level.



4.5 (90%) 2 votes

Here you re getting a lot more than just a regular muscle building supplement
with the usual ingredients. Test X Core gives you a professional matrix, well
thought of ingredients that enhance your muscle building.



With this supplement, you will not only improve your No2 levels for better
protein synthesis and nutrient uptake. You will also be able to boost your
testosterone levels and prepare your body for serious muscle gains and
strength.

This article is dedicated to the TestX Core muscle building supplement. We are
going to reveal exactly what this muscle builder and testosterone booster can
do for you, and what you can expect from using it. Does it work at all? What
about the ingredients? All your questions will be covered.

## FIND US ON FACEBOOK



Muscle Building Tips 101
507 likes

Like Page

Be the first of your friends to like this



## ARTICLES

- Alpha Hard Reload Review – For Better
  Male Health and Testosterone?
- Alpha Muscle Complex – Can This
  Supplement Boost Testosterone
  Levels?
- TestX Core Review – Muscle Builder
  and Testosterone Booster All In One
- PrimeX Testo Max Review – Want to
  Boost Your Male and Sexual Health?
- Testomenix Muscle Builder – Does It
  Solve Your Muscle Building Issues?
- MegaX Muscle Building Supplement –
  For Maximum Performance
- Zyflex Testosterone Complex Review –
  The Male Enhancement Benefits You
  Will Get
- Nitric Alpha No2 Review – Why Use
  This Muscle Pumping No2 Supplement?
- VerutumRX Review – Loaded With
  Ingredients for Your Male Health
- Power Testo Blast Review – Why Use
  This Testosterone Booster?
- Viarexin Review – The Male
  Enhancement Pill You Have Been
  Looking For

PX 10
386

McKenney Attachment M

Does it work at all? What about the ingredients? All your questions will be covered.

## Why Use TestX Core For Your Muscle Building?

Because you are going to get several benefits from using TestX Core that will give you bigger muscles and strength. At the same time, you will also experience an increase of your overall male and sexual health.

- Build bigger and lean muscles faster
- Increase your strength levels
- Enhance athletic performance and endurance
- Help you to get rid of body fat
- Reduce your recovery time
- Make your workouts explosive
- Improve testosterone and hormone production

## Who is TestX Core For?

TestX Core is mainly for guys who want to build bigger and lean muscles and become stronger. However, fighters, athletes and the average guy in the gym will also benefit from using this muscle building supplement.

### If You Just Cannot Grow Muscles

Being the "skinny guy" in the gym, that no matter what he is doing are not growing any lean muscles or strength, is not fun. It may you feel like, you simply just don't have what it takes to get bigger.

But of course, this thinking is nonsense, especially when there is a supplement like TestX Core around. To break the curse all it takes is dedication, motivation, and consistency.

Make sure your workout and your diet is right and primed for building lean muscles. Next get started with TestX Core to improve bodily functions, hormonal levels, and blood flow to make it easier to build lean muscles and strength.

### If You Have Struck a Plateau?

Let's say you have been working out for 6 to 8 months, with some pretty good results! Now, suddenly you have struck a plateau are you are not getting stronger or bigger?

Plateaus is, unfortunately, a part of building lean muscles and improving your athletic performance. They suck when we end up in one.

At this point it is essential that you give your workout an overhaul, make sure to train differently. Do different exercises, rep and set ranges. Also, change your diet and eat something different. But make sure still to get plenty of proteins.

TestX Core will load you with a couple of benefits and ingredients that will spice things up. You will "chock" your body pushing it to handle macro and micronutrients differently so you will be able to get out of the plateau and move on.

### For Those Who Want to Get Rid of Body Fat

Also, guys who are looking to get rid of body fat will benefit from using Test X Core. You will get a couple of fat burning ingredients that will speed up your weight loss without compromising your muscle building.

- My Beast Power Muscle Enhancer Review – Next Level in Muscle Building
- No Max Shred Review – Increase Nitric Oxide Levels For Better Muscle Building
- Clinamax Male Enhancement Formula – The Benefits You Will Get Using It
- Steelcut Testosterone – Get The Tweaks for Maximum Muscle Grow
- Looking For Male Enhancement Pill Free Trial? – Embova RX Delivers!
- Alphadrox – Extra Power for Your Muscle Building Workouts
- Endovex Pills – Male Enhancement Power Up Sexual and Male Health
- Nitro MXS Review – Get the Best Gains With Nitric Oxide Supplement
- How to Gain Weight And Pure Muscles When You Are Skinny
- No2 Power Blast – Do You Want to Build Bigger Lean Muscles Faster?
- Synagen IQ Review – Can it Really Enhance Your Brain and Mental State?
- Priamax Enhanced Male Stamina Pills – Better Testosterone And Sexual Performance, or Not?
- Formula Focus Pills Review – Unlock Your Brain's Potential
- Force Factor Volcano supplement Review – Is It Effective Muscle Building?
- Alpha Prime Elite Male Enhancement Supplement Review – Does It Really Work?
- Testosterone Reload Review – Do You Really Need This Testosterone Booster?
- Where to Find Cheap Whey Protein Powder and What To Look Out For
- Testogen – Can This Testosterone Booster Really Boost Your Levels?
- NiacinMax Review – Does it Work For Your Muscle Building?
- Alpha Force Testo – To Boost Your Muscle Building and Power Up Your Male Health
- Maxtropin Review – Maximum Muscle Performance and Testosterone
- BrainPlus IQ Enhancement – Think Faster and Smarter Today
- 5 Tips for Skinny Guys to Build Lean Muscles and Gain Weight
- Alpha Xtrm Reviews – All In One Muscle Booster
- How to Get Bigger Legs – Best Exercises and Workout To Do
- Ultimate Muscle Black Edition Review – More Muscles or Not?
- Best Natural Testosterone Booster

**PX 10**
**387**

**McKenney Attachment M**

TestX Core muscle building supplement makes it possible to build lean muscles and get rid of body fat at the same time.

## Guys With Low Levels of No2

Low levels of No2 makes it difficult to build lean muscles and strength. You will simply not be able to get enough nutrients and proteins out to your muscles.

When TestX Core increases your No2 levels, it will expand your blood vessels and improve your blood flow. It's like turning a 4 cylinder engine into a V8, you will get more thrust, power, and everything becomes easier.

## Guys With Low Levels of Testosterone

Low testosterone levels is another problem many guys are having when they are working out. Low levels will merely make it impossible to build lean muscles and strength. It is because there is not enough testosterone hormone available to tell the brain that it is time to make muscles.

Ingredients in TestX Core will help you to release more free testosterone in your body. At the same time and longterm, other ingredients will aid your testicles in producing more testosterone for future use.

## TestX Core Will Also Improve Sexual Health

Keep your focus on your muscle building but take this as a secondary benefit; the improvement of sexual health, libido, and stamina. Many of the ingredients you are getting with Test X Core you can also find in male enhancement supplements like Zyflex or PrimeX.

It means that while you are taking TestX Core for your muscle building, you will also get a good boost of sexual health, that may help you with getting better erections, libido, stamina, and staying power.

## How Does it Work?

First and foremost, it works by making sure you that your No2 and testosterone levels are high enough to produce lean muscles and strength. These two are the most critical factors in muscle building because they promote protein synthesis that will make your muscle growth.

When it comes to testosterone, keep in mind that this is the primary male hormone ensuring your bodily functions as a man is working. Low levels of testosterone cause atrophy, meaning your muscles will decrease and give a negative outcome on your sexual health.

## Does TestX Core Work?

TestX Core is useful if you just take it without paying attention to your diet and training. To make this work, you will need a high protein diet, with good carbs and fat, to make sure you have all the building blocks available for muscle growth.

When it comes to your workouts, you have to ensure they are hard enough to stimulate growth. Sitting on a bench between each of your reps checking your smartphone will not produce results. You have to be present in your workout, in person, and with your mind.

## Combining TestX Core and No Max Shred



Supplements on the Market

- Neuro Elite Now with Cognizin — For a Much Bigger Brain Boost
- Pure Testo Xplode — Effective Way to Restore Testosterone Levels

**ARCHIVES**

- October 2017
- September 2017
- August 2017
- July 2017
- June 2017
- May 2017
- April 2017
- March 2017
- February 2017
- January 2017
- December 2016
- October 2016
- August 2016
- March 2016
- February 2016
- December 2015
- October 2015
- September 2015
- August 2015
- July 2015
- June 2015
- May 2015
- April 2015
- January 2015
- May 2014
- March 2014
- February 2014

**CATEGORIES**

- Articles
- Featured
- HGH Supplements
- Male Enhancement Supplements
- Memory Supplements
- Muscle Building
- Muscle Building Supplements
- Nitric Oxide Supplements
- Protein Powders
- Testosterone Boosters
- Uncategorized
- Weight Loss Supplements

**OTHER PAGES**

- About



**PX 10**
**388**

**McKenney Attachment M**



- Contact
- Privacy Policy
- Sitemap
- Terms of Service



Keep in mind that TestX Core is very efficient on its own. However, sometimes you may want to give your workout an enjoyable boost or run a cycle, to get even better results. Combining TestX Core with No Max Shred can be a great way to produce some more significant results.

## How No Max Shred Works

No Max Shred will increase your No2 levels even further and will also improve the levels of anaerobic energy inside your muscles. When having more anaerobic power within your muscle fibers, you will be able to add up to 20% more strength to your lifts. At the same time, you will improve your endurance and performance so that you can lift longer and that way optimize your muscle building.

We have earlier reviewed No Max Shred, and you can find our article here No Max Shred Review – Increase Nitric Oxide Levels For Better Muscle Building.

## The TestX Core Ingredients

A significant advantage of choosing TestX Core is the ingredients you are getting with this muscle builder and testosterone booster. You have to look for a long time to find a supplement that comes with that many ingredients.

Let's have a quick look at them.

## L-Arginine

L-Arginine is the ultimate No2 booster that will improve your body's ability to take up essential proteins and other nutrients for your muscle building and recovery. Arginine will also, expand your blood vessels, giving you the pump so that you can push more blood to your muscles. It will enhance the quality of your workouts.

Finally, you will expand your blood vessels, getting the pump so that you can push more blood to your muscles. It will enhance the quality of your workouts.

## Tribulus Terrestris

Bulgarian weightlifters dominated the sport back in the 80ties, during the cold war. One of their secrets was Tribulus Terrestris that can help you pack on lean muscle mass and strength.

Tribulus is a testosterone booster that will improve your levels so you will optimize your muscle building for a greater output.

## Fenugreek

**PX 10**
**389**

**McKenney Attachment M**

Here you are getting a testosterone booster that will help you with your athletic performance and make you lift heavier. Fenugreek is also a great ingredient to understand if you want to cut off body fat and get more ripped.

Finally, it is also a herb that will enhance your libido and increase sexual arousal.

## Tongkat Ali

Tongkat will load you with energy, so you are ready for your high-intensity workout. It will also decrease levels of fatigue so you will be able to reduce your recovery time.

Further, Tongkat Ali also promotes healthy levels of testosterone and will ensure a constant flow.

## Saw Palmetto

Here you are getting a libido and stamina enhancer that will improve overall and sexual health. Saw Palmetto will also promote prostate health and is a great ingredient when you want to avoid hair loss.

## Zinc

Here is one of the most overlooked ingredients when we are talking ingredients that will benefit your muscle building. Zinc will enhance your protein synthesis and is a vital component for many bodily functions.

This ingredient is also one of the primary compounds in both semen and testosterone. So, proper levels will make it easier for you to carry out your duties as a man.

## Astaxanthin

Astaxanthin is a relatively new compound used in muscle building supplements. Astaxanthin is a powerful antioxidant and energy booster. It will help you to flush out the toxins and lactic acid, that usually appears after a workout. Getting rid of those faster will improve your muscle building and give you increased strength.

## Lycopene

Another antioxidant that will help you with your recovery. It will repair your muscle cells from the damage that so-called free radical toxins may inflict upon them. Results a faster more "well rounded" recovery.

## Taurine

Taurine will improve your athletic performance and help you to avoid getting tired. This amino acid will also help you to get rid of lactic acid in your muscles so you can push them harder for a more extended period.

## Magnesium

There is nothing worse than having to cancel a workout because of muscle soreness. Or suffering from DOMS delayed onset muscle soreness after a hard leg workout. It is why you need TestX Core and Magnesium. Here you will get help to avoid soreness, cramps, and muscle tensions. It means you will reduce your recovery time and be ready for your next workout faster than ever.

## Panax Ginseng Root Extract



10/12/2017, 2:17 PM

**PX 10**
**390**

**McKenney Attachment M**

Panax Ginseng is a highly regarded herbal medicine that will give you and your muscle building several benefits. With Ginseng you will improve your concentration levels and energy levels. On top of that, it will also spike your testosterone levels and give you a better muscle building output.

## Vitamin B6

B6 is essential because it will enhance your immune system, which can be a little down, right after a hard work out. B6 also improves your metabolism and make it easier for you to get ripped with more muscle definition. Finally, lack of B6 will cause muscle weakness, so you better be safe than sorry.

## Boron

You are going to love Boron! Here is a compound that will enhance the effects of all the other ingredients you are getting with TestX Core. Boron increases the biologic value of all the ingredients, so you are getting more power out of each one of them.

>> Click Here to Get Your TestX Core Free Trial <<

## Our TestX Core Review Summary

TestX Core is a muscle building supplement loaded with benefits that can help you to take your muscle building to the next level. It is very rare that we see so many ingredients in just one supplement.

Even better, with TestX Core you are getting two powerful testosterone boosters, Fenugreek, and Tribulus Terrestris. Combined these are probably the most potent all-natural testosterone boosting combo available on the market today.

Another good thing to say about this muscle building supplement is the presence of Boron, the powerful ingredient that will enhance the effects of all ingredients.

Let's have a quick look at our overall TestX Core review summary.





**McKenney Attachment M**



- Free trial available

Cons
- No FDA evaluation
- Premium supplement is not cheap
- It may take weeks before seeing any results.



## Get Started With a TestX Core Free Trial

TestX Core is currently available as a free trial. Get a bottle delivered straight to your home. Try it out, and feel all the benefits that this muscle builder and testosterone booster is going to give.

Remember you can cancel anytime, just contact TestX Core. To learn more about the trial offer click on the link below.

>> Click Here to Get Your TestX Core Free Trial <<



## Also, Check Out These Great Supplements

One thing is building lean muscles and improve your testosterone levels. Another issue is your sexual and overall male health. If you are more into improving your male health than building lean muscles, then Viarexin might be for you. It is a powerful male health enhancer that will increase testosterone levels and improve your libido and stamina.

Also, remember to check No2 Power Blast a powerful nitric oxide booster that can help you build lean muscles faster than ever.

Finally, you can always get yourself a male enhancement pill free trial and get started improving your male health.



**RELATED POSTS**

PX 10
392

McKenney Attachment M

PrimeX Testo Max Review   Testosterone Reload Review

## ABOUT THE AUTHOR

**PX 10**
**393**

**McKenney Attachment M**

**Want to Boost Your Male and Sexual Health?**

September 27, 2017    Martin    No Comments



**Do You Really Need This Testosterone Booster?**

January 24, 2017    Martin    No Comments



**My Beast Power Muscle Enhancer Review – Next Level in Muscle Building**

August 5, 2017    Martin    No Comments



**Muscle Rev Xtreme Review More Muscles or Not?**

June 3, 2015    Martin    No Comments







**me@martingram.com**    More From This Author »

Hi. :-) I am Martin and the founder of Muscle Supplements 101. I am a web writer and personal trainer who specialized in muscle building, weight loss and bodybuilding supplements. On Muscle Supplements 101 you will a lot more about supplements and whether if they can help you with your workouts or not...Thanks for your visit.

Disclaimer:- All information on www.MuscleSupplements101.com is intended for general knowledge regarding muscle building, men's health, and dietary supplements. The information you will find is not a substitute for professional medical advice or treatment. You should always consult with a healthcare professional if you have any concerns regarding the use of dietary supplements in any form. When using our website you agree to this website's terms of use and other policies. All registered trademarks discussed on this website are the property of their respective owners. Most supplements reviewed has not been evaluated by the FDA or similar agencies in your country. We may receive a commission if you sign up for a trial or buy a product, using one of our external links to the respective vendor of the products we are reviewing.

Copyright © 2017 Muscle Building Supplements 101 Theme by MyThemeShop    ABOUT    CONTACT    PRIVACY POLICY    SITEMAP    TERMS OF SERVICE

PX 10
394

McKenney Attachment M



**PX 10**
**395**

**McKenney Attachment M**





10/12/2017, 2:40 PM

PX 10
397

McKenney Attachment M





The statements made on our websites have not been evaluated by the FDA (U.S. Food & Drug Administration). This product is not intended to diagnose, cure or prevent any disease. The information provided by this website or this company is not a substitute for a face-to-face consultation with your physician, and should not be construed as individual medical advice. The testimonials on this website are individual cases and do not guarantee that you will get the same results.

Representations regarding the efficacy and safety of TestX Core have not been evaluated by the Food and Drug Administration. The FDA only evaluates foods and drugs, not supplements like these products. These products are not intended to diagnose, prevent, treat, or cure any disease. Click here to find evidence of a test, analysis, research, or study describing the benefits, performance or efficacy of TestX Core based on the expertise of relevant professionals.

*Based on average inventory level, we are only able to offer 250 trials per day.

TERMS | PRIVACY POLICY | CONTACT US

2017 © TestX Core

10/12/2017, 2:40 PM

**PX 10**
**398**

**McKenney Attachment M**

Terms and Conditions and Refund Policy for tryphenomcore.com/tx01cb/ (referred to hereafter as "the Website")

User Agreement:
You must read and agree to these Terms and Conditions before ordering any products from the Website. By placing your order you agree to be bound by the following Terms and Conditions:

Product Disclaimer:
I understand the statements regarding these products have not been evaluated by the Food and Drug Administration. This Product is not intended to diagnose, treat, cure or prevent any disease.

I understand the information on the Website or in emails is designed for educational purposes only and is not intended to be a substitute for informed medical advice or care.

I understand I should not use this information to diagnose or treat any health problems or illnesses without consulting my doctor. I also understand that the products listed on this website are not intended or to be used to treat any type of medical condition.

You hereby acknowledge and represent that you understand and agree to these terms and conditions, and you are warranting to the company that you are intentionally and knowingly seeking access to products for your own personal use. By starting an order, you hereby agree to receive offers via email. To stay on our e-mail list, there is no need to do anything. If you do not wish to be contacted by us via e-mail, please click on the unsubscribe link located in the footer of the e-mail and you will be removed from our list. You hereby further affirm and warrant that you are currently over the age of eighteen (18) years and are capable of lawfully entering into and executing the terms of this agreement.

Warning:
Not intended for use by persons under 18 years of age. Consult a physician before using this Product if you have any medical condition including, but not limited to, strokes, high blood pressure, heart, liver, kidney or thyroid disease, diabetes, anemia, depression, anxiety, other psychiatric conditions, a family history of these or other medical conditions, or if taking any prescription, OTC and/or other medications.

Membership Terms and Conditions:
By placing an order you will be enrolled in our membership program. This program will charge $89.41 for your trial on the 15th day and every 30 days thereafter ship a full-size bottle for $89.41 (S&H included) until you cancel. You can cancel or modify your membership anytime by calling +1-855-322-8780, open 5am - 5pm PST Mon-Fri and 5am - 4pm PST Sat. Product ships in 3-5 business days. By accepting this trial offer you are agreeing the Terms & Conditions and Arbitration and Waiver of Class Action

By clicking to order I represent that I have read and agree to the Privacy Policy and full Terms and Conditions of this offer and I understand that I will be liable for payment of product that was shipped to me, and future shipments of product, if I fail to notify customer service to stop supplying the product to me.

Refund Policy:
I understand that if I am not fully satisfied with my products I may cancel my order at any time by calling customer service and returning any unused, unopened Product to our warehouse. All returns must be within 30 days of original purchase (excluding trial product). Shipping and handling charges are non-refundable.

Phenom Health Returns
12924 Pierce Street
Pacoima, CA 91331

Support Telephone Number: +1-855-322-8780
Support Email Address: support@phenomhealth.com

PX 10
399

**McKenney Attachment M**

http://tryphenomcore.com/terms/tc.aspx?type=contact&id=2565

Phenom Health Returns
12924 Pierce Street
Pacoima, CA 91331

Support Telephone Number: +1-855-322-8780
Support Email Address: support@phenomhealth.com

10/12/2017, 2:42 PM

**PX 10**
**400**

**McKenney Attachment M**





TestX Core
Testosterone Booster
30 capsules - 30 Day supply

| | |
|---|---|
| Price: | $0.00 |
| Shipping & Handling: | $4.95 |
| Shipping Discount Applied: | -40% |
| TOTAL | $2.95 |

CONFIRM YOUR EXCLUSIVE TRIAL NOW!
LIMITED QUANTITIES AVAILABLE

By placing an order, you will pay S & H to receive a 30 day supply. You will also be automatically enrolled in our membership program. The program will charge you $89.41 on the 15th day of your order date for a monthly supply and every 30 days thereafter until you cancel. You can cancel at any time by calling +1-855-322-8780. If you cancel before the 14th day of your order date, you pay the S&H of your 30 day supply. If you cancel after the 15th day of your order date, you shall pay for the 30 day supply plus any future supplies without refund.

PX 10
401

McKenney Attachment M

TERMS | PRIVACY POLICY | CONTACT US
2017 © TestX Core

Representations regarding the efficacy and safety of TestX Core have not been evaluated by the Food and Drug Administration. The FDA only evaluates foods and drugs, not supplements like these products. These products are not intended to diagnose, prevent, treat, or cure any disease. Click here to find evidence of a test, analysis, research, or study describing the benefits, performance or efficacy of TestX Core based on the expertise of relevant professionals.

**PX 10**
**402**

**McKenney Attachment M**

# McKenney
# Attachment N



## Congrats! You've been selected to receive FREE beauty samples - details inside

| | |
|---|---|
| **From:** | "Product Testers Wanted" <product_testers_wanted@hands.happysbase.com> |
| **To:** | ██████████████████ |
| **Date:** | Jan 24, 2018 12:26:52 PM |

# PRODUCT TESTERS *WANTED*
## Complete The Short Quiz & See If You Qualify



Companies want you to try their products.

All products are free sample trials to try.

Risk free - all products are safe.

Some products include a small postage charge.

## CLICK HERE TO APPLY NOW

**PX 10**
**404**

**McKenney Attachment N**

This is an advertisement. *See site for details.
To stop receiving messages, please visit here or send a request to:
2637 E Atlantic Blvd #35872, Pompano Beach, FL 33062

To unsubscribe a newsletter please click this unsubscribe link or write to:
1013 Beards Hill Rd,.# 24,Aberdeen,MD,21001

1/25/2018, 2:31 PM

**PX 10**
**405**

**McKenney Attachment N**



McKenney Attachment N



McKenney Attachment N





McKenney Attachment N



© Copyright 2012 - ProductTestersWanted.com - All Rights Reserved

All trademarks on this web site whether registered or not, are the property of their respective owners. The authors of this web site are not sponsored by or affiliated with any of the third-party trade mark or third-party registered trade mark owners, and make no representations about them, their owners, their products or services.

Privacy Policy

McKenney Attachment N



McKenney Attachment N







McKenney Attachment N



McKenney Attachment N



McKenney Attachment N



**McKenney Attachment N**



McKenney Attachment N





McKenney Attachment N







McKenney Attachment N

Try a Full 30-Day Supply. **Just pay for shipping.**



## The dual action fat buster
# Garcinia Clean XT

## W̲h̲a̲t̲ ̲i̲s̲ ̲t̲h̲e Secret Ingredient?





**GET A FREE TRIAL** ▶

ADS SEEN ON

FOX NEWS 💉 **GLAMOUR** ☆ **CNN** 🔲 **COSMOPOLITAN**

McKenney Attachment N

# What's the Secret Ingredient?

Garcinia Clean XT, is a fruit that contains the breakthrough extract that has taken the dieting world by storm — hydroxycitcric acid, or HCA. This secret ingredient is scientifically proven to help maximize your weight loss program!

## Burn Fat & Feel Great
### Garcinia Cambogia can help:



## Act as a Fat Blocker

It helps your liver burn fat instead of storing it.

**Learn More**

**GET A FREE TRIAL ▶**

ADS SEEN ON
🦊 ⊕ abc GLAMOUR 🎗 CNN COSMOPOLITAN

McKenney Attachment N



## Increase Serotonin

Helps you feel full for longer and reduces cravings.

**Learn More**



## Balance Stress Hormones

Reduces cortisol levels helps you accumulate less fat.



Win the Battle with ium-grade Garcinia Cambogia

**GET A FREE TRIAL ▶**

ADS SEEN ON
FOX NEWS · GLAMOUR · CNN · COSMOPOLITAN

**McKenney Attachment N**

trygarciniaclean.com

# Win the Battle with
## Premium-grade Garcinia Cambogia

# Contains Garcinia Cambogia Extract
## No fillers or binders

# Proven Quantity For Effective Results
## Made with 60% Hydroxycitric Acid

# ble the Dose of





GET A FREE TRIAL ▶

ADS SEEN ON
FOX ● GLAMOUR ✷ CNN ▦ COSMOPOLITAN

McKenney Attachment N

# Double the Dose of Most Extracts
## Recommended Dosage is 1000mg

# Made in the USA and FDA Registered
## GMP Certified Manufacturing Facility

## Look Great!
# Feel Amazing!



**GET A FREE TRIAL** ▶

ADS SEEN ON ▦ ◉ GLAMOUR ✿ CNN ▦ COSMOPOLITAN

McKenney Attachment N



## Take the Pills

Take one (1) capsule of Garcinia Clean XT. 2-3 times a day.

## Start Torching Fat

Unleash the fat-burning power of your metabolism.

## Transform Your Body

Get a flat belly, a firmer butt and leaner legs.



GET A FREE TRIAL ▶

ADS SEEN ON ▮▮▮ ● GLAMOUR 🐱 CNN ▮▮▮ COSMOPOLITAN

McKenney Attachment N



# ARE YOU READY
# FOR A HEALTHIER,
# NEW YOU?

**TRY A COMPLIMENTARY BOTTLE**

✓ **Control Your Appetite**

✓ **Block Fat Production**

✓ **Proudly made in the USA**








GET A FREE TRIAL ▶

AS SEEN ON GLAMOUR CNN COSMOPOLITAN

McKenney Attachment N

Try a Full 30-Day Supply. **Just pay for shipping.**



GET A FREE TRIAL ▶

ADS SEEN ON
FOX NEWS · abc · GLAMOUR · CNN · BUSINESS INSIDER · COSMOPOLITAN

Representations regarding the efficacy
and safety of Garcinia Clean XT have
not been evaluated by the Food and
Drug Administration. The FDA only
evaluates foods and drugs, not
supplements like these products.
These products are not intended to
diagnose, prevent, treat, or cure any
disease. Two human clinical trials
suggest that ingestion of Hydroxycitric
Acid can lead to a reduction in weight
or body fat, copies of which may be
found here: Study 1, Study 2. It is
recommended that users follow a strict

McKenney Attachment N

Representations regarding the efficacy and safety of Garcinia Clean XT have not been evaluated by the Food and Drug Administration. The FDA only evaluates foods and drugs, not supplements like these products. These products are not intended to diagnose, prevent, treat, or cure any disease. Two human clinical trials suggest that ingestion of Hydroxycitric Acid can lead to a reduction in weight or body fat, copies of which may be found here: Study 1, Study 2. It is recommended that users follow a strict diet and exercise regimen to achieve weight loss results.

Terms & Conditions | Privacy Policy | Contact Us

2018 © Garcinia Clean XT

McKenney Attachment N

# GREAT! YOU'RE ON YOUR WAY TO A BETTER YOU!
## Just Pay for Shipping.



**SHIPPING INFO**    FINISH ORDER    SUMMARY

## VERIFY YOUR SHIPPING INFO
Your order will be processed on our secure servers

**First Name:**

First Name

**Last Name:**

Last Name

**Address:**

Address

**ZIP:**

Zip

**State:**

Select a State ▼

⟨    ⟩    ⬆️    📖    🗗

**PX 10
433**     **McKenney Attachment N**

**ZIP:**

Zip

**State:**

Select a State ▼

**City:**

City

**Phone:**

Phone

**Email:**

Email



## We Care About Your Privacy

    **SECURE 256-BIT SSL CONNECTION**

Terms & Conditions | Privacy Policy | Contact Us

2018 © Garcinia Clean XT

**McKenney Attachment N**

# ALMOST DONE ███████!
## Just Pay for Shipping.

① ━━━━━━ ② ━━━━━━ ③

**SHIPPING INFO**    **FINISH ORDER**    SUMMARY



### Garcinia Clean XT
### 30 day trial!
No Commitments,
Cancel Anytime!

| | |
|---|---|
| **Price** | **$0.00** |
| S & H: | $4.95 |
| **Total** | **$4.95** |

## CONFIRM YOUR PAYMENT INFO
Your order will be processed on our
secure servers

We accept: **VISA**   ⬛   **DISCOVER**

<    >    ⬆️    📖    🗗

    **McKenney Attachment N**

We accept:   

✅ **Billing Address Same As Shipping**

## Credit Card#:

🔒 · · · · · · · · · · · · · · · ·

## Expiry Date:

| Jan (1) ▼ | 2018 ▼ |

## CVV:

· · ·          CVV is the **last 3 digits** on the back of your card.

 ✅ **Yes, add Protect Package™ for $2.95 to my order.**

By clicking the "Continue" button, I agree that I am over 18 years of age and agree to the Terms & Conditions.



## We Care About Your Privacy

McKenney Attachment N

    SECURE 256-BIT SSL CONNECTION

By placing an order, you will pay S&H to receive a 30 day supply. You will also be automatically enrolled in our membership program. The program will charge you $84.71 on the 15th day of your order date for a monthly supply and every 30 days thereafter until you cancel. You can cancel at any time by calling +1-844-629-8624. If you cancel before the 15th day of your order date, you pay the S&H of your 30 day supply. If you cancel after the 15th day of your order date, you shall pay for the 30 day supply plus any future supplies without refund.

Terms & Conditions | Privacy Policy | Contact Us

2018 © Garcinia Clean XT

McKenney Attachment N

# McKenney
# Attachment O



## Walmart has a surprise f0r you..**

**From:**     "THANK Y0U Walmart" <2948708034@sru.edu>
**To:**     ▮▮▮▮▮▮▮▮▮
**Date:**     Jan 25, 2018 6:44:47 PM

## <u>HI</u>



★ **$50 <u>WALMART</u> Shopper Reward** ★



Which of the eggs has your hidden reward?

⬭ CRACK ⬭     ⬭ CRACK ⬭     ⬭ CRACK ⬭

<u>UNSUBSCRIBE</u>

**PX 10**
**439**
**McKenney Attachment O**



**Dear Walmart shopper!**

You've been selected to participate in an anonymous survey about your experiences with Walmart.

You will be presented with several exclusive reward offers (**worth at least $80**) at the end of this short 30-second survey as a thank you for providing us with valuable feedback. Or enter for a chance to win a gift card to use at Walmart.

**Available today: January 26, 2018**

Start Survey Now

0:14

**McKenney Attachment O**



McKenney Attachment O



Customer Reviews

**Taking these surveys is fun!**

BY JAMES K, RICHMOND, VA

Taking these surveys is fun! I was in marketing, so I find it very interesting. Then, of course, is the shopping - who doesn't like that? It was fun, and I found a lot of great deals. I highly recommend taking this survey.

**Worth every second**

BY KEN S., TARPON SPRINGS, FL

I don't usually take surveys, but after 20 seconds, I was presented with some of the best offers I have ever seen online! I can't say I've ever been more satisfied with so little effort.

**Great for my mom**

BY CHELSEA S., NEW CASTLE DE

I received my garcinia diet product within 12 days from starting the offers... very pleased!!

McKenney Attachment O



**Great for my mom**

★★★★★

BY CHELSEA S., NEW CASTLE, DE

I received my garcinia diet product within 12 days from starting the offers... very pleased!! Thank you!!

**Just got my prize in the mail!**

★★★★★

BY CATHY D., READING, MA

I filled out the offers and received my prize as promised! I also received many wonderful products from the offers I chose. Thank you!

2016 All Rights Reserved.
This is an independent survey and marketing website which is not affiliated with or endorsed by Walmart This website does not claim to represent or own any



Updating "Instant Apps" ...

promised I also received many wonderful products from the offers I chose. Thank you!

2016 All Rights Reserved.

This is an independent survey and marketing website which is not affiliated with or endorsed by Walmart This website does not claim to represent or own any of the trademarks, tradenames or rights associated with any of the offers which are the property of their respective owners who do not own, endorse, or promote this website. All images on this website are readily available in various places on the Internet and believed to be in public domain according to the U.S. Copyright Fair Use Act. Offer shipping and handling fees may apply. *See manufacturer's site for details as terms may vary with offers. This website receives compensation in exchange for promoting third party offers. See important terms and conditions and privacy policy regarding this survey, site, and advertisement here.

PX 10
444

McKenney Attachment O



McKenney Attachment O



McKenney Attachment O



**Walmart Survey**

Today's Deals | Gift Cards | Sell | Help

Question 4 of 5                    January 26, 2018
Do you buy Walmart gift cards for friends
and family?

Yes, all the time

Sometimes

No

Customer Reviews
★★★★★
Taking these surveys is fun!

McKenney Attachment O



McKenney Attachment O



# Walmart Survey

**Today's Deals | Gift Cards | Sell | Help**

January 26, 2018

That's it, you're finished! Thank you for your participation.

While we submit your answers to the questions, we are searching our inventory to see which products we can offer you as a thank you for completing our survey.

2016 All Rights Reserved.
This is an independent survey and marketing website which is not affiliated with or endorsed by Walmart. This website does not claim to represent or own any of the trademarks, tradenames or rights associated

McKenney Attachment O



# Walmart Survey

Today's Deals | Gift Cards | Self | Help

January 26, 2018

## Thank you for completing the survey!

In exchange for providing extremely valuable consumer data, you may choose from (1) exclusive offer below. Please note that due to extremely HIGH demand, there is a limited supply of offers in stock.

Special offer available today, January 26, 2018

Coupon code: "WALMARTREWARDS" has been applied for reduced shipping costs.

McKenney Attachment O



★★★★★ (383)

30-Day Anti-Aging Skin Cream® Look 10
Years Younger! Winner Of The Natural
Health Beauty Awards 2017 **Promotion
Ends Today!*
Regular Price: $~~129.99~~
Today's Price: $0.00
Quantity Left: (2)

Claim Reward



New January 2018 Designer Watches for
Men and Women - Perfect Gift!
Regular Price: $199.95
Today's Price: $0.00
Quantity Left: (2)

★★★★★ (720)

Claim Reward —

★★★★★ (735)

McKenney Attachment O



McKenney Attachment O



★★★★★☆ (920)

**Virtual Reality Headset® iOS and Android
- Custom Optical Axis - Max Comfort**

Regular Price: $73.46

Today's Price: $0.00

Quantity Left: (4)

Claim Reward ...

★★★★★☆ (758)

All Natural Testo Booster® Get Explosive

4:03 PM



All Natural Testo Booster© Get Explosive
Muscle Gain and a Renewed Sex Drive
with this Extreme Muscle-Building
Supplement!

★★★★★ (758)

Regular Price: $99.99
Today's Price: $0.00
Quantity Left (1)

Claim Reward →

McKenney Attachment O



★★★★☆ (353)

5-in-1 Beauty Massager - Exfoliates,
Cleanses, Removes Dirt, Oil and Make-
Up, Waterproof!

Regular Price: $59.95
Today's Price: $0.00
Quantity Left: (3)

Claim Reward ...

★★★★★ (329)



**McKenney Attachment O**

**PX 10**
**457**

## How was your survey?



**Susan Williams**  19 hrs

This was great. I wasn't sure what to pick so I figured I couldn't go wrong with a watch for my boyfriend. I got it in the mail and gave it to him as a surprise gift - totally blew him away. Then I told him how I got it and he started looking for the survey everywhere until he found it - he got himself a bodybuildign supplement he's been wanting and he jsut had to pay for shipping. Really amazing.

**Kathryn Washington**  14 hrs



I was just shopping for a new TV and the survey popped up so I figured I'd give it a try. I didn't really need any of the products so I gave the skin-care stuff to a friend. I guess it's in high-demand because shes been raving about how she's been wanting to try it!

**James Washington**  11 hrs

At first I thought it was fake but I went with it and chose the skin cream and gave it to my girlfriend, she totally loved it!

**Lisa York**  1 day

PX 10
458

McKenney Attachment O



**Lisa York**    1 day

My friend told me about this Garcinia extract she's been taking that she's lost a ton of weight with, but it was too expensive for me to try on a single-mom budget. Then I see it as an option on here, so I guess I'll take that as a sign. I hope it works for me too!

**David Irving**    1 day

My wife got an e-mail about this survey..... I was skeptical but sure enough my supplement and her cream came in the mail two days later. Time to get ripped, lol

## Leave your comments

**Your Name**

**Your Email**

**Your Comments**

McKenney Attachment O



Your Email

Your Comments

Comments

2016 All Rights Reserved.
This is an independent survey and marketing website
which is not affiliated with or endorsed by Walmart
This website does not claim to represent or own any
of the trademarks, tradenames or rights associated
with any of the offers which are the property of their
respective owners who do not own, endorse, or

**McKenney Attachment O**



2016 All Rights Reserved.

This is an independent survey and marketing website which is not affiliated with or endorsed by Walmart. This website does not claim to represent or own any of the trademarks, tradenames or rights associated with any of the offers which are the property of their respective owners who do not own, endorse, or promote this website. All images on this website are readily available in various places on the internet and believed to be in public domain according to the U.S. Copyright Fair Use Act. Offer shipping and handling fees may apply. *See manufacturer's site for details as terms may vary with offers. This website receives compensation in exchange for promoting third party offers. See important terms and conditions and privacy policy regarding this survey, site, and advertisement here.

Comments

McKenney Attachment O



The page at https://
theresearchpolls.com says:

Congratulations! 30- Day Anti-
Aging Skin Cream® Look 10
Years Younger! Winner Of The
Natural Health Beauty Awards
2017 **Promotion Ends Today**
has been temporarily reserved
for you!

You have 5 minutes before we
offer it to the next qualified
visitor!

On the next page, read the
reward offer details and enter
your shipping address and pay
for a small shipping fee ($4.95)

OK

**McKenney Attachment O**



McKenney Attachment O



McKenney Attachment O



## Introducing
# Erase/Repair HA

**Breakthrough Skincare Technology**

Erase/Repair HA Anti-Aging cream has been formulated with clinically proven ingredients to target and treat all core aging mechanisms simultaneously, radically rebuilding, revitalizing, and rejuvenating damaged skin.

With each application, Erase/Repair HA will hydrate, nourish, and tighten the skin, eliminating stubborn wrinkles and deep fine lines to help achieve youthful clarity and a luminous vibrancy.

The Future of Skincare, Today

**Super HYDRATORS**

**Collagen REVITALIZERS**

**Firming PEPTIDES**

RUSH MY TRIAL

McAfee SECURE

Master Card

**McKenney Attachment O**



McKenney Attachment O



PX 10
467

McKenney Attachment O



PX 10
468

McKenney Attachment O



McKenney Attachment O



McKenney Attachment O



McKenney Attachment O



McKenney Attachment O



McKenney Attachment O



PX 10
474

McKenney Attachment O



**McKenney Attachment O**



**VEGETABLE COLLAGEN**

Collagen gives skin its strength and structure. In youth, the body consistently produces collagen, but collagen synthesis begins to decline with age. Most collagen-containing products are sourced from marine animals (fish). Erase/Repair 2% Hyaluronic Anti-Aging Cream contains 100% vegan collagen sourced only from plants.

age. Restoring skin's supply can drastically reverse the look of wrinkles by improving hydration retention.

RUSH MY TRIAL



RADISH ROOT

A natural alternative to chemical preservatives such as phenoxyethanol and parabens. Radish root acts as an anti-microbial agent to prevent product spoilage – without the nasty allergens and harsh environmental toxins found in synthetic preservatives.

ACHIEVE VISIBLY YOUNGER LOOKING SKIN

ERASE/REPAIR HA SUPPLIES ARE LIMITED. GET YOUR FREE TRIAL TODAY!

Real People
**Real Results**

Erase/Repair HA Transformations Success Stories

RUSH MY TRIAL

McKenney Attachment O



ACHIEVE VISIBLY YOUNGER
LOOKING SKIN

ERASE/REPAIR HA SUPPLIES ARE LIMITED.
GET YOUR FREE TRIAL TODAY!

RUSH MY TRIAL ▼

In just about 4 weeks of use Erase/Repair HA's
Anti-Aging Cream has not only helped deliver
intense hydration but has also helped even out
skin tone and texture. Its all-natural formulation
is a definite plus, which lets me use it with
complete confidence.

- Gloria W. ★★★★★

McKenney Attachment O



McKenney Attachment O



**McKenney Attachment O**



ENTER YOUR SHIPPING INFORMATION

Shipping Info — Finish Order — Summary

First Name:
eg. John

Last Name:
eg. Smith

Address:
Enter your address

ZIP:
eg. 12345

State:
Select a State ▼

City:
eg. Colorado

Phone:
eg. 1234567890

Email:
eg. johnsmith@mail.com

ERASE/REPAIR HA
21 HYALURONIC ANTI-AGING CREAM
Mobile Exclusive
for US Residents Only

McKenney Attachment O



Enter your address

ZIP:                          State:
eg. 12345                     Select a State    ▼

City:
eg. Colorado

Phone:
eg. 1234567890

Email:
eg. johnsmith@mail.com

🔒 Secure 256 Bit Encrypted Connection

RUSH MY TRIAL    ▼

 McAfee SECURE    Norton

**McKenney Attachment O**



ERASE/REPAIR HA
2% HYALURONIC ANTI-AGING CREAM

Mobile Exclusive
for US Residents Only

Shipping Info    Finish Order    Summary

**ERASE/REPAIR HA**
2% Hyaluronic Acid, Anti-Aging Cream
30ML - 30 Day Supply

Price                                    $0.00

Shipping & Handling:                     $4.95

TOTAL                                    $4.95

**BILLING INFORMATION**

VISA    DISCOVER

FedEx Express    UNITED STATES POSTAL SERVICE

McKenney Attachment O



McKenney Attachment O



PX 10
485

McKenney Attachment O

# McKenney
# Attachment P

PX 10
486

# Walmart Survey - January 26, 2018



## Shopper Survey for California Residents

Do you want to be rewarded for completing a short survey?

Please tell me about your experiences with **Walmart** and as a thank-you you can instantly access our exclusive reward offers worth $50 or more!

## Have you ever had to complain to a supervisor/manager about an employee at Walmart for any reason?

Yes

No

2018 All Rights Reserved. This is an independent survey and marketing website which is not affiliated with or endorsed by Walmart. This website does not claim to represent or own any of the trademarks, tradenames or rights associated with any of the offers which are the property of their respective owners who do not own, endorse, or promote this website. All images on this website are readily available in various places on the Internet and believed to be in public domain according to the U.S. Copyright Fair Use Act. NOTE - This website receives compensation in exchange for promoting third party offers and the free trial offers available on this page pay this website for orders placed. Once you decide to select an offer, keep in mind you will be billed an amount described in the offer's terms & conditions after the trial period ends unless you call to cancel. Depending on the offer, you may also be billed every 30 days for a new delivery of the product (you may cancel any time by calling the merchant). *Free trial offers require shipping and handling fees. See manufacturer's site for details as terms vary with offers. See important terms and conditions regarding this survey, site, and advertisement here.

# Walmart Survey - January 26, 2018



## Shopper Survey for California Residents

Do you want to be rewarded for completing a short survey?

Please tell me about your experiences with **Walmart** and as a thank-you you can instantly access our exclusive reward offers worth $50 or more!

## Have you visited a Walmart store within the last 7 days?



Yes

No

I'm not sure



2018 All Rights Reserved. This is an independent survey and marketing website which is not affiliated with or endorsed by Walmart. This website does not claim to represent or own any of the trademarks, tradenames or rights associated with any of the offers which are the property of their respective owners who do not own, endorse, or promote this website. All images on this website are readily available in various places on the Internet and believed to be in public domain according to the U.S. Copyright Fair Use Act. NOTE – This website receives compensation in exchange for promoting third party offers and the free trial offers available on this page pay this website for orders placed. Once you decide to select an offer, keep in mind you will be billed an amount described in the offer's terms & conditions after the trial period ends unless you call to cancel. Depending on the offer, you may also be billed every 30 days for a new delivery of the product (you may cancel any time by calling the merchant). *Free trial offers require shipping and handling fees. See manufacturer's site for details as terms vary with offers. See important terms and conditions regarding this survey, site, and advertisement here.

**McKenney Attachment P**

# Walmart Survey - January 26, 2018



## Shopper Survey for California Residents

Do you want to be rewarded for completing a short survey?

Please tell me about your experiences with **Walmart** and as a thank-you you can instantly access our exclusive reward offers worth $50 or more!

## How long do you typically shop at Walmart for?

> Less than 15 minutes

> More than 15 minutes but less than 30 minutes

> More than 30 minutes

> I'm not sure



2018 All Rights Reserved. This is an independent survey and marketing website which is not affiliated with or endorsed by Walmart. This website does not claim to represent or own any of the trademarks, tradenames or rights associated with any of the offers which are the property of their respective owners who do not own, endorse, or promote this website. All images on this website are readily available in various places on the Internet and believed to be in public domain according to the U.S. Copyright Fair Use Act. NOTE - This website receives compensation in exchange for promoting third party offers and the free trial offers available on this page pay this website for orders placed. Once you decide to select an offer, keep in mind you will be billed an amount described in the offer's terms & conditions after the trial period ends unless you call to cancel. Depending on the offer, you may also be billed every 30 days for a new delivery of the product (you may cancel any time by calling the merchant). *Free trial offers require shipping and handling fees. See manufacturer's site for details as terms vary with offers. See important terms and conditions regarding this survey, site, and advertisement here.

McKenney Attachment P

# Walmart Survey - January 26, 2018



### Shopper Survey for California Residents

Do you want to be rewarded for completing a short survey?

Please tell me about your experiences with **Walmart** and as a thank-you you can instantly access our exclusive reward offers worth $50 or more!

## Do you ever use Walmart coupons that you receive in the mail?

Yes, all the time

Occasionally

No, never

2018 All Rights Reserved. This is an independent survey and marketing website which is not affiliated with or endorsed by Walmart. This website does not claim to represent or own any of the trademarks, tradenames or rights associated with any of the offers which are the property of their respective owners who do not own, endorse, or promote this website. All images on this website are readily available in various places on the Internet and believed to be in public domain according to the U.S. Copyright Fair Use Act. NOTE - This website receives compensation in exchange for promoting third party offers and the free trial offers available on this page pay this website for orders placed. Once you decide to select an offer, keep in mind you will be billed an amount described in the offer's terms & conditions after the trial period ends unless you call to cancel. Depending on the offer, you may also be billed every 30 days for a new delivery of the product (you may cancel any time by calling the merchant). *Free trial offers require shipping and handling fees. See manufacturer's site for details as terms vary with offers. See important terms and conditions regarding this survey, site, and advertisement here.

# Walmart Survey - January 26, 2018



## Shopper Survey for California Residents

Do you want to be rewarded for completing a short survey?

Please tell me about your experiences with **Walmart** and as a thank-you you can instantly access our exclusive reward offers worth $50 or more!

## What do you like most about shopping at Walmart?

- Low Prices
- Helpfulness of Employees
- Convenient Locations
- Not sure



2018 All Rights Reserved. This is an independent survey and marketing website which is not affiliated with or endorsed by Walmart. This website does not claim to represent or own any of the trademarks, tradenames or rights associated with any of the offers which are the property of their respective owners who do not own, endorse, or promote this website. All images on this website are readily available in various places on the Internet and believed to be in public domain according to the U.S. Copyright Fair Use Act. NOTE - This website receives compensation in exchange for promoting third party offers and the free trial offers available on this page pay this website for orders placed. Once you decide to select an offer, keep in mind you will be billed an amount described in the offer's terms & conditions after the trial period ends unless you call to cancel. Depending on the offer, you may also be billed every 30 days for a new delivery of the product (you may cancel any time by calling the merchant). *Free trial offers require shipping and handling fees. See manufacturer's site for details as terms vary with offers. See important terms and conditions regarding this survey, site, and advertisement here.

**PX 10**
**491**

**McKenney Attachment P**

# Walmart Survey - January 26, 2018



## Shopper Survey for California Residents

Do you want to be rewarded for completing a short survey?

Please tell me about your experiences with **Walmart** and as a thank-you you can instantly access our exclusive reward offers worth $50 or more!

## How would you rate the user interface and usability of the Walmart website?

Excellent

Good

Needs Improvement

Not sure



2018 All Rights Reserved. This is an independent survey and marketing website which is not affiliated with or endorsed by Walmart. This website does not claim to represent or own any of the trademarks, tradenames or rights associated with any of the offers which are the property of their respective owners who do not own, endorse, or promote this website. All images on this website are readily available in various places on the Internet and believed to be in public domain according to the U.S. Copyright Fair Use Act. NOTE - This website receives compensation in exchange for promoting third party offers and the free trial offers available on this page pay this website for orders placed. Once you decide to select an offer, keep in mind you will be billed an amount described in the offer's terms & conditions after the trial period ends unless you call to cancel. Depending on the offer, you may also be billed every 30 days for a new delivery of the product (you may cancel any time by calling the merchant). *Free trial offers require shipping and handling fees. See manufacturer's site for details as terms vary with offers. See important terms and conditions regarding this survey, site, and advertisement here.

**McKenney Attachment P**

# Walmart Survey - January 26, 2018



## Thank you for completing the Walmart survey!

In exchange for providing valuable consumer feedback, you may choose from the following exclusive reward offers.

Due to high participation today, Walmart rewards can only be guaranteed for 10 min.



**30-Day Anti-Aging System - Look 10 Years Younger - Featured on Dr. Oz**

Regular Price: $159.85
Your Price Today: **$0.00**
Quantity Shipped Today: (96/100)

[ Claim Reward ]

★★★★★ 1,217



**2017 Garcinia Weight Loss Kit - Lose Weight Fast, Naturally this Year**

Regular Price: $99.99
Your Price Today: **$0.00**
Quantity Shipped Today: (91/100)

[ Claim Reward ]

★★★★★ 591





**Brand New February 2017 Designer Watches for Men and Women - The Perfect Gift!**

Regular Price: $109.95
Your Price Today: **$0.00**
Quantity Remaining: (7)

[ Claim Reward ]

★★★★★ 191



**Male Skin Enhancer - Look 10 Years Younger with Unique Male**

Regular Price: $74.98
Your Price Today: **$0.00**
Quantity Remaining: (3)

[ Claim Reward ]

★★★★★ 817



**Male Testosterone Booster - Sex Drive + Stamina
+ Muscle Building**

Regular Price: $89.99
Your Price Today: **$0.00**
Quantity Shipped Today: (94/100)

Claim Reward

★★★★☆ 218



**#1 Male ENHANCEMENT Product In USA -
Improved Sex Life!**

Regular Price: $89.95
Your Price Today: **$0.00**
Quantity Shipped Today: (91/100)

Claim Reward

★★★★☆ 133




**Professional Teeth Whitening at Home, The Secret
to a White Smile!**

Regular Price: $89.24
Your Price Today: **$0.00**
Quantity Remaining: (7)



Claim Reward

★★★★☆ 427



**Limitless Natural Focus and Clarity Stimulant -
Brain Power Booster**

Regular Price: $89.73
Your Price Today: **$0.00**
Quantity Remaining: (2)



Claim Reward

★★★★☆ 157

2018 All Rights Reserved. This is an independent survey and marketing website which is not affiliated with or endorsed by Walmart. This website does not claim to represent or own any of the trademarks, tradenames or rights associated with any of the offers which are the property of their respective owners who do not own, endorse, or promote this website. All images on this website are readily available in various places on the Internet and believed to be in public domain according to the U.S. Copyright Fair Use Act. NOTE - This website receives compensation in exchange for promoting third party offers

**PX 10**
**494**

**McKenney Attachment P**

and the free trial offers available on this page pay this website for orders placed. Once you decide to select an offer, keep in mind you will be billed an amount described in the offer's terms & conditions after the trial period ends unless you call to cancel. Depending on the offer, you may also be billed every 30 days for a new delivery of the product (you may cancel any time by calling the merchant). *Free trial offers require shipping and handling fees. See manufacturer's site for details as terms vary with offers. See important terms and conditions regarding this survey, site, and advertisement here.

**PX 10**
**495**

**McKenney Attachment P**



**Message from webpage**

Congratulations! Celebrity Skincare Kit has been temporarily reserved for you!

You have 5 minutes before we offer it to the next qualified visitor!

On the next page, read the reward offer details, enter your shipping address, and pay a small shipping fee ($4.99)

OK

**McKenney Attachment P**

Due to extremely high demand, there is limited supply of Product in stock as of Jan 26, 2018

# RAPID LIFT FX
## INSTANT TIGHTENING SERUM

AS FEATURED IN
**marie claire** VOGUE COSMOPOLITAN

## JOIN THE AGELESS SKIN REVOLUTION
## ENJOY VISIBLY YOUNGER LOOKING SKIN

REPAIRS ⊘ RESTORES ⊘ REVITALIZES ⊘ REJUVENATES

DERMATOLOGIST RECOMMENDED

### Clinically Proven Ingredient Matrix
Delivers whole collagen molecules to nourish the dermal matrix on the inside, and reduce signs of aging on the outside.

✦ **Boosts Hydration & Nourishment***
to repair & revitalize damaged skin

✦ **Restores Elasticity & Firmness***
lifting and plumping sagging skin

✦ **Eliminates Wrinkles & Fine Lines***

### TELL US WHERE TO SEND
### YOUR ORDER
Internet Exclusive Offer
Available to US Residents Only

Select a State

**GET FREE TRIAL** ▶

🔒 Secure 256 Bit Encrypted Connection

McAfee SAFE · McAfee SECURE · Norton

**GET YOUR FREE TRIAL!**
ORDER NOW WHILE SUPPLIES LAST

BOTTLES SOLD 10 MILLION BOTTLES SOLD

2017

BEST VOTED DOCTOR

66 *Rapid Lift FX has been the trusted ally in my battle against skin damage and aging. I have been using this regularly for about 2 months and can confidently say that it not only eliminates wrinkles and lines but also prevents their very formation!*

**Iris Allen** ★★★★★



BEFORE          AFTER

# Introducing
# Rapid Lift FX

⊸O Breakthrough Skincare Technology

**Rapid Lift FX** Anti-Aging Serum has been formulated with clinically proven ingredients to target and treat all core aging

mechanisms simultaneously, radically rebuilding, revitalizing, and rejuvenating damaged skin.

With each application, **Rapid Lift FX** will hydrate, nourish, and tighten the skin, eliminating stubborn wrinkles and deep fine lines to help achieve youthful clarity and a luminous vibrancy.

## The Future of Skincare, Today

 Super HYDRATORS

Collagen REVITALIZERS

 Firming PEPTIDES



BEAUTY&TRUTH

RAPID LIFT FX

**NO INJECTION**
Beat the Botox, the all-natural way!

**9 OUT OF 10** Women Have Achieved Younger Skin

INCREASE IN SKIN HYDRATION — 83%

REDUCTION IN WRINKLES & LINES — 78%

IMPROVEMENT IN TONE & TEXTURE — 69%

## ACHIEVE VISIBLY YOUNGER LOOKING SKIN
RAPID LIFT FX SUPPLIES ARE LIMITED. GET YOUR FREE TRIAL TODAY!

**GET FREE TRIAL** ▶

# Benefits of
# Rapid Lift FX

── Skincare Technology Backed By Science ──



**REPLENISHES HYDRATION**
Rebuilds the collagen network to lock-in moisture and leave the skin feeling soft and supple.



**ELIMINATES WRINKLES**
Smoothes the look of stubborn wrinkles and deep fine lines, giving your skin a flawless finish.





**DELIVERS NOURISHMENT***
Restores dermal proteins and cell factors, to repair damaged skin cells.



**COUNTERS FREE-RADICALS**
Offers antioxidant support to combat free-radicals and in-turn reduce stress related aging.

https://www.tryrapidlift.com/us/d02/landing/?aff=cbelf&rv&cid=GmqZRQLeEeiXSd3TpixHmkg&eaecB=1&snb=269[1/26/2018.3:25:00 PM]

**PX 10**
**498**

**McKenney Attachment P**



## RESTORES ELASTICITY*

Stimulates elastin production to retain the structure of the dermal matrix, lifting and plumping the skin.





## EVENS SKIN TONE*

Reduces the damage caused by photoaging, evening out skin tone and texture.

# ACHIEVE VISIBLY YOUNGER LOOKING SKIN

RAPID LIFT FX SUPPLIES ARE LIMITED. GET YOUR FREE TRIAL TODAY!

**GET FREE TRIAL** ►



# The Science Behind Rapid Lift FX

**○ Dermatologist Formulated & Recommended**

**Rapid Lift FX** works at a cellular level to decongest the dermal matrix and reinforce its natural structure. Both these mechanisms work synergistically to improve hydration and simultaneously lift and plump the skin, reducing wrinkles and lines for a smooth finish.



### NOURISHES & HYDRATES*

Revives the skin's ability to lock-in moisture, improving dermal hydration and nutrient delivery, improving skin health and appearance.



### LIFTS & SMOOTHES*

Restores dermal elasticity and firmness, smoothening out surface imperfections such as wrinkles and fine lines.



### BOOSTS SKIN IMMUNITY*

Reinforces the protective epidermal barrier to protect the skin from damage caused by intrinsic and extrinsic factors.

## ANTI-AGING MATRIX

includes clinically proven active peptides





The ingredients in the serum penetrate the four layers of the skin, offering safe, effective

**McKenney Attachment P**

 

and herbal extracts, for best results.

BEFORE    AFTER

and quick anti-aging benefits.

## ACHIEVE VISIBLY YOUNGER LOOKING SKIN
RAPID LIFT FX SUPPLIES ARE LIMITED. GET YOUR FREE TRIAL TODAY!

**GET FREE TRIAL** ▶

# How To Use
# Rapid Lift FX

○ 3 Simple Steps For Younger Looking Skin ○







**STEP 1**

**CLEANSING**

Wash your face with a
gentle cleanse and
exfoliate to remove
accumulated debris,
and pat dry.

**STEP 2**

**APPLICATION**

Apply a small amount
of the serum to the
face and neck and
massage against the
direction of wrinkles.

**STEP 3**

**ABSORPTION**

Allow for complete
absorption before sun-
exposure or makeup.
Use twice daily for best
results.

## ACHIEVE VISIBLY YOUNGER LOOKING SKIN
RAPID LIFT FX SUPPLIES ARE LIMITED. GET YOUR FREE TRIAL TODAY!

**GET FREE TRIAL** ▶





# Key Ingredients of
# Rapid Lift FX

○ All Natural Anti-Wrinkle Ingredient Matrix

NATURAL PRODUCT · 100% NATURAL

https://www.tryrapidlift.com/us/r02/landing/?uF=cbrf&uv&cid=GmqZRQLeEciXSd3TplxHmkg&oncclk=1&sub=209[1/26/2018 3:25:00 PM]

**PX 10**
**500**

**McKenney Attachment P**



## POLYSACCHARIDES

These phytonutrients are plant based lipids that work in the outermost layers of the epidermis to lock-in moisture, keeping the skin hydrated, soft, and supple.

## ALGAE EXTRACT

The microalgae are cultivated in special photobioreactors, where they are optimally exposed to light and $CO_2$. This unique production technology enables a very pure and standardized microserum, leading to consistent quality of active substances, such as amino acids, vitamins, and antioxidants.

## CHAMOMILLA RECUTITA (MATRICARIA) FLOWER EXTRACT

Stimulates cellular dynamism - restoring the structure of the dermal matrix, restoring elasticity and firmness for a lifted and plump appearance.

## ACHIEVE VISIBLY YOUNGER LOOKING SKIN
RAPID LIFT FX SUPPLIES ARE LIMITED. GET YOUR FREE TRIAL TODAY!

**GET FREE TRIAL** ▶

# Real People
# Real Results

**O** Rapid Lift FX Transformations Success Stories **O**

  

 

In just about 4 weeks of use **Rapid Lift FX**'s Anti-Aging Serum has not only helped deliver intense hydration but has also helped even out skin tone and texture. Its all-natural formulation is a definite plus, which lets me use it with complete confidence.

**Rapid Lift FX** has not only helped me restore my skin health and appearance but my overall confidence. Just about 4 weeks into using the product, and my skin already looking brighter and smoother. I can't wait for my next bottle to arrive and see what's in store!

 ★★★★★

 ★★★★★

**McKenney Attachment P**

Gloria W.

Annie.



After having tried every "miracle" product out there, I can confidently say that **Rapid Lift FX** is definitely the best and most efficient product I have found for fighting off age and giving me a more youthful and beautiful skin.

Caramela. ★★★★☆

What sets **Rapid Lift FX** apart from the other products is the fact that it improves the appearance of your skin the very first time you use it and then continues improving it with daily use. It has helped me reduce the most stubborn wrinkles and even blemishes.

Bonnie R. ★★★★★

## ACHIEVE VISIBLY YOUNGER LOOKING SKIN
RAPID LIFT FX SUPPLIES ARE LIMITED. GET YOUR FREE TRIAL TODAY!

**GET FREE TRIAL** ▶



APID LIFT F
STANT TIGHTENING SER

AS FEATURED IN
marie claire VOGUE COSMOPOLITAN

JOIN THE AGELESS SKIN REVOLUTION
## ENJOY VISIBLY YOUNGER LOOKING SKIN



REPAIRS ❂ RESTORES ❂ REVITALIZES ❂ REJUVE



✦ **Boosts Hydration & Nourishmen**
to repair & revitalize damaged skin

✦ **Restores Elasticity & Firmness**
lifting and plumping sagging skin

✦ **Eliminates Wrinkles & Fine Line**
for an instantly smooth and flawless fir



❂ BEAUTY&TRUTH

RAPID LIFT FX

**GET FREE TRIAL** ▶



https://www.tryrapidlift.com/us/rf02/landing/?aff=chrlf?srv&cid=GmqZRQLcEniXSd3TpixHmkg&oauclk=1&rub=269|1/26/2018 3:25:00 PM]

**McKenney Attachment P**

Rapid Lift FX

*This product has not been evaluated by the FDA. This product is not intended to diagnose, treat, cure or prevent any disease. Results in description are illustrative and may not be typical results and individual results may vary. The depictions on this page are fictitious and indicative of potential results. Representations regarding the efficacy and safety of Rapid Lift FX have not been scientifically substantiated or evaluated by the Food and Drug Administration. Click here to find evidence of a test, analysis, research, or study describing the benefits, performance or efficacy of Sodium Hyalurnate based on the expertise of relevant professionals.

Terms & Conditions | Privacy Policy | Contact Us

2018 © RapidLift FX US

**PX 10**
**503**

**McKenney Attachment P**

Terms and Conditions and Refund Policy for www.tryrapidlift.com/us/rl02/ (referred to hereafter as "the Website")

User Agreement:
You must read and agree to these Terms and Conditions before ordering any products from the Website. By placing your order you agree to be bound by the following Terms and Conditions:

Product Disclaimer:
I understand the statements regarding these products have not been evaluated by the Food and Drug Administration. This Product is not intended to diagnose, treat, cure or prevent any disease.

I understand the information on the Website or in emails is designed for educational purposes only and is not intended to be a substitute for informed medical advice or care.

I understand I should not use this information to diagnose or treat any health problems or illnesses without consulting my doctor. I also understand that the products listed on this website are not intended or to be used to treat any type of medical condition.

You hereby acknowledge and represent that you understand and agree to these terms and conditions, and you are warranting to the company that you are intentionally and knowingly seeking access to products for your own personal use. By starting an order, you hereby agree to receive offers via email. To stay on our e-mail list, there is no need to do anything. If you do not wish to be contacted by us via e-mail, please click on the unsubscribe link located in the footer of the e-mail and you will be removed from our list. You hereby further affirm and warrant that you are currently over the age of eighteen (18) years and are capable of lawfully entering into and executing the terms of this agreement.

Warning:
Not intended for use by persons under 18 years of age. Consult a physician before using this Product if you have any medical condition including, but not limited to, strokes, high blood pressure, heart, liver, kidney or thyroid disease, diabetes, anemia, depression, anxiety, other psychiatric conditions, a family history of these or other medical conditions, or if taking any prescription, OTC and/or other medications.

Membership Terms and Conditions:
By placing an order you will be enrolled in our membership program. This program will charge $4.95 today and $98.71 for your trial full-size product on the 15th day if you do not call to cancel the membership. You will receive a full-size bottle of the product for $98.71 (S&H included) every 30 days thereafter until you cancel. You can cancel or modify your membership anytime by calling 1-866-710-5109, Open 24 hours a day, 7 days a week. Product ships in 1-3 business days.

By clicking to order I represent that I have read and agree to the Privacy Policy and full Terms and Conditions of this offer and I understand that I will be liable for payment of product that was shipped to me, and future shipments of product, if I fail to notify customer service to stop supplying the product to me.

Refund Policy:
I understand that if I am not fully satisfied with my products I may cancel my order at any time by calling customer service and returning any unused, unopened Product to our warehouse. All returns must be within 30 days of original purchase (excluding trial product). Shipping and handling charges are non-refundable.

Return Address:

**PX 10**
**504**

**McKenney Attachment P**

RapidLift FX
12924 Pierce Street
Pacoima, CA 91331
United States

Support Telephone Number: 1-866-710-5109
Support Email Address: support@findbeautyandtruth.com

**PX 10**
**505**

**McKenney Attachment P**

Return Address:
RapidLift FX
12924 Pierce Street
Pacoima, CA 91331
United States

Support Telephone Number: 1-866-710-5109
Support Email Address: support@findbeautyandtruth.com

**PX 10**
**506**

**McKenney Attachment P**

# RAPID LIFT FX
### INSTANT TIGHTENING SERUM

Shipping Info — Finish Order

☐ Limited Time Offer For First Time Customers Only · 04:16

❖ DISCOUNT ACTIVATED, SAVINGS APPLIED!
Current Availability: **LOW STOCK**  Sell-out Risk: **HIGH**

Just pay a small shipping fee. Enjoy expedited delivery to .
Your order is scheduled to arrive by Jan 28, 2018



**RAPID LIFT FX**
Instant Tightening Serum
30ML · 30 Day Supply

| | |
|---|---|
| Price: | $0.00 |
| Shipping & Handling: | $4.95 |
| Discount Applied: | -$2.00 |
| **TOTAL** | **$2.95** |

FedEx. ☐ PRIORITY MAIL

☑ Yes, add **Protect Package™** for $2.97 to my order.



## GET YOUR FREE TRIAL!
### ORDER NOW WHILE SUPPLIES LAST

By placing an order you will be enrolled in our membership program. The program will charge $ 4.70 today and $ 92.71 for your full-size product on the 15th day if you do not call to cancel the membership. You will receive a full-size bottle of the product. Then 30 days thereafter and you cancel. You can cancel or modify your membership anytime by calling 1-866-710-5109. Open 24 hours a day, 7 days a week. Products ships in 1-3 business days. *This product has not been evaluated by the FDA.

The product is not intended to diagnose, treat, cure or prevent any diseases. These statements about the subscription or the content are the sole opinion of the membership program. The claims are based on the individual results and are not necessarily representative of potential results. Representations regarding the efficacy and safety of Rapid Lift FX have not been scientifically substantiated or evaluated by the Food and Drug Administration. Click here to find evidence of a site, analysis, research, or study describing the benefits, performance or efficacy of Sodium Hyaluronate based on the expertise of relevant professionals.

## PAYMENT INFORMATION

### FINAL STEP
Internet Exclusive Offer
Available to U.S Residents Only

VISA · DISCOVER

☐ Billing address is the same as shipping

Credit Card#:
☐ _____

Expiry Date:
Jan (1)  ▾   2018  ▾

CVV:
___   CVV is the last 3 digit on the back of your card.

**Confirm Your Billing Address**

First Name:
eg: John

Last Name:
eg: Smith

Address:
Enter your address

ZIP:            State:
eg: 12345      Select a State ▾

City:
eg: Colorado

Phone:
eg: 1234567890

Email:
eg: johnsmith@mail.com

By clicking below I affirm that I agree to the Terms &
Conditions.

## COMPLETE CHECKOUT  ▾

VISA · MasterCard · DISCOVER NETWORK · ☐ Secure 256 bit Encrypted Connection




Terms & Conditions | Privacy Policy | Contact Us

2018 © RateMDs RX US

McKenney Attachment P

# McKenney
# Attachment Q

PX 10
509

Lean Workshops in Chicago - Join LEI this May 23-25, for high-caliber, actionable, lean training event.  Ad ···



**Bethany Kellett**

Senior Product Owner Triangle Connect at Triangle Media Corp

Triangle Media Corp • Flagler College

Tampa/St. Petersburg, Florida Area • 467 &

**Connect**

For the last five years I have worked in online sales and internet marketing, with strong experience in BPO outsourcing both onshore and offshore. I work to create environments to ensure team success, and enjoy training and being involved in operations. I firmly believe in working to develop strong communication solutions; focusing on strengthening and building long term business relationships.

Skill Set: Offshoring, Outsourcing, BPO, Internet Marketing, CRM Solutions, Merchant Processing, Risk Management, Customer Service, Partial Monetization, Optimization, Lead Generation, Telemarketing, Chargeback Management, Quality Assurance, Outbound Sales, Order Confirmation, SEO, Client Management, Campaign Management, Compliance, Analytics and Reporting, Business Development, Email and Chat Support, Project Management, Telecommunications.
See less

**Bethany's Articles**

467 followers

+ Follow



**Outsource in 2016**
Bethany Kellett on LinkedIn
March 17, 2016

**Member Support – Choosing A World-Class Call Center Provider**
Bethany Kellett on LinkedIn
October 7, 2015

See 1 more article

**Experience**

**Senior Product Owner Triangle Connect**
Triangle Media Corp
Apr 2017 – Present  • 2 mos
Tampa/St. Petersburg, Florida Area

**Triangle Connect Product Manager**
Triangle Media Corp
Aug 2015 – Apr 2017  • 1 yr 9 mos
Tampa/St. Petersburg, Florida Area

**COO**
Federal Association of Financial Services

**Contact and Personal Info**
Bethany's Profile
Show more ⌄

Ad ▷

Get the latest jobs and industry news

**SIRVA**

Brian, explore relevant opportunities with SIRVA

Follow

**People Also Viewed**

 **Cynthia Sanchez**
Head of Business Applications Service Management, Americas at DHL, TNT, PARCELNET, DHL.

 **Elizabeta Dimkova**
COO at FAFS Corp

 **Anastasia Cherninsky**
Merchant Account Consultant High Risk Payment Processing

 **LISA GARCIA**
MEDICAL ASSISTING INSTRUCTOR at Center for Employment Training

 **Lisa Hollingsworth**
District Manager

 **Jillian Fanara**

 **Aaron Crayford**
Rock steady!

 **Michael Reed**
Director of Engineering at Triangle Media Corp

**Brian Phillips**
Triangle - CEO

 **Lisa Williams**
Account Executive at Clarins Group

5/26/17, 11:32 AM

**PX 10**
**510**

**McKenney Attachment Q**

 Nov 2012 – Aug 2015 · 2 yrs 10 mos
Tampa/St. Petersburg, Florida Area

 **Client Manager/ Operations Manager**
Federal Association of Financial Services
Nov 2012 – Jul 2013 · 9 mos
Tampa/St. Petersburg, Florida Area

## Education

 **Flagler College**
Bachelor's Degree, Political Science and Government, 4.0
2010 – 2014

## Featured Skills & Endorsements

| | |
|---|---|
| **Lead Generation** · 26 | Andy Arvidson and 25 connections have given endorsements for this skill |
| **Online Marketing** · 24 | Andy Arvidson and 23 connections have given endorsements for this skill |
| **Management** · 23 | Andy Arvidson and 22 connections have given endorsements for this skill |

View 33 more ⌄

## Recommendations

Received (4)   Given (1)

 **Mark Shay**
CEO
March 14, 2016, Mark was a client of Bethany's

Bethany helped my business maintain merchanting and grow rapidly. Without her guidance, management and coordination we would have had a serious problems keeping our customers satisfied. She has knowledge and wisdom in many different fields that apply to marketing, all the way from the conception, to the creation and execution. I would highly recommend her to anyone in these particular areas.

- Customer Support
- Technical solutions to issues
- Marketing a website
- Scaling a business
- Insight with business growth
- Managing a team effectively
- Setting goals and attaining them
- A large rolodex of connections

**Angel Maysonet**
Call Center Manager at Nutrisics LLC
October 16, 2015, Angel was a client of Bethany's

Bethany has been a great help to our company and her experience has provided us with great insight and decision making. Bethany has always excel on making sure each and every of our plans successfully executes. Her work ethic and experience has been very useful for our day to day operations. I highly recommend Bethany to any employer as she would be a great asset to any company.

**Learn the skills Bethany has**

 **Persuasive UX: The Power of Self-Image**
Viewers: 4,775

 **UX Foundations: Multidevice Design**
Viewers: 22,674

 **Axure RP for UX Design**
Viewers: 4,427

See more courses

Ads You May Be Interested In          ...

 **Its hot outside, but...**
...its going to get breezy too. ChangingEnergy cloud consultancy services

 **Need a New Developer?**
Hire Top Developers For $2,000 - $3,200/wk. Try Up To 2-Weeks. Risk Free.

 **Need A Good Biz Book?**
Emotional Intelligence 2.0 is a best seller endorsed by the Dalai Lama.

Messaging

**PX 10**
**511**

**McKenney Attachment Q**



**Tasha Jn Paul**
Chief Operating Officer (COO)
June 5, 2015, Tasha reported directly to Bethany

Bethany is one of the best managers out there. She leads by example thru her hard working example, she is one of most dedicated individuals I have met. She continues to impress those around her with her ability to understand and communicate with people. Her experience and her knowledge puts her above most people in her position. She knows how to motivate and follow-up and inspire her teams. Bethany is well organized and plays a very hands on approach, this allows her to verify her quality and team keeps their standards high so she continues to reach above expectations. I feel very blessed to know and meet and work for Bethany.



**Connie Robinson**
at Jeunesse Medica, LLC
October 6, 2015, Connie was a client of Bethany's

I highly recommend Bethany Kellett. For the past four years, Bethany was our Account Manager for our ten plus companies. Although Client Manager was her title, she did much, much more than that. We worked closely together on a daily basis. Bethany is a respected expert within her field. She has become a reliable go-to person for many requests within our company. Bethany takes initiative to go beyond the expectations of her job. With outstanding time management skills, she made sure to always deliver her work results in a timely fashion. She showed impressive skill when using new customer software, and she often helped out when my colleagues had questions. Bethany has the invaluable ability to think outside the box - she often comes up with fresh ideas and made valuable suggestions for improvement. With many practical ideas, she managed to cut our department's costs significantly, while maintaining our sales at a high level. She always stays calm and focused, even under highest pressure. Bethany handles delicate customer relationships with utmost care and empathy and always ensures that clients are satisfied. With her attentive and friendly character, she kept up with our high standards and contributed to our customer service's outstanding reputation. She is enthusiastic and was always willing to go the extra mile. I could always be sure that, if I hand a task to Bethany, she would know how to handle it and deliver results quickly. Without a doubt, Bethany is one of the most reliable employees I have ever had the pleasure of working with.
Bethany would be an asset to any employer and I recommend her for any endeavor she chooses to pursue.

See fewer recommendations ⌃

## Accomplishments

2  **Languages**
English · French

## Interests

**NexTraq**
2,479 followers

**Visa**
356,574 followers

**Astrix Technology Group**
17,724 followers

**Proyectos para Call Centers Hispa...**
12,214 members

**BPO & Call Center Outsourcing**
11,378 members

**COO Forum® (Chief Operating Offic...**
28,509 members

Messaging

**PX 10**
**512**

**McKenney Attachment Q**

See all

**Linked** in

About
Community Guidelines
Privacy & Terms ⌄
Send feedback

LinkedIn Corporation © 2017

(?) **Questions?**
Visit our Help Center.

{⚙} **Manage your account and privacy.**
Go to your Settings.

Select Language

English (English)  ▼

Messaging    ☑ ⚙ ⁻

**PX 10**
**513**

**McKenney Attachment Q**

# McKenney
# Attachment R

PX 10
514

## CERTIFICATE OF AUTHENTICITY
## OF
## BUSINESS RECORDS

I, Kimberly A. Groff, declare, pursuant to Title 28, U.S.C. § 1746, that I am employed by Wild West Domains, LLC, and that my office title or position is Admin-Legal II. I further declare that I am a custodian of records of said business and that each of the records attached hereto is the original or a duplicate (exact photocopy) of an original record in the custody of Wild West Domains, LLC.

I further state that:

1.  Such records were made, at or near the times of the occurrence of the matters set forth by (or from information transmitting by) a person with knowledge of those matters;

2.  such records are kept in the course of a regularly conducted business activity;

3.  the business activity made such records as a regular practice; and

4.  if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the forgoing is true and correct.

Dated this 10th day of August 2017

Kimberly A. Groff
Admin-Legal II
Wild West Domains, LLC
14455 N. Hayden Road, Suite 219
Scottsdale, Arizona 85012
(480) 624-2506

**McKenney Attachment R**

# Shopper Info for Shopper ID 101788669

Shopper ID:                101788669
Private Label ID:          509930
Login Name:                hardwireinteractiveclient
First Name:                Domain
Middle Name:
Last Name:                 Services
Company:
Address1:                  R.G. Hodge Plaza, Upper Main St
Address2:                  Wickhams Cay 1,
City:                      Road Town
State/Prov:                Tortola
Postal Code:               N/A
Country:                   vg
Phone Work:                +18007907456
Phone Home:
Mobile:
Fax:
Email:                     admin@hardwireinteractive.com
BirthDate:
Gender:
Date Created:              4/2/2015 7:35:47 AM
Last Changed By:           gdPostPurchase.StoreShopperInfo
Last Changed By Date:      8/9/2017 7:06:18 PM
Status:
Fraud:                     Verified by Fraud Dept - Customer OK
Shopper Pin:
Password Reminder:         Ask your IT manager
Twitter Handle:

# Domain List - All for Shopper ID 101788669

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| BUYESSENTIALSERUMC.COM | 8 Cancelled | 5/2/2015 | 5/2/2017 | 824944618 |
| ESSENTIALSERUMC.COM | 8 Cancelled | 5/2/2015 | 5/2/2017 | 824944618 |
| ESSENTIALSERUMCONLINECOM.COM | 8 Cancelled | 5/2/2015 | 5/2/2017 | 824944618 |
| ESSENTIALSERUMCONLINE.COM | 8 Cancelled | 5/3/2015 | 5/3/2017 | 825301059 |
| HEALTHYREAWAKENING.COM | 149 Deleted - Redeemable | 6/6/2013 | 6/6/2017 | 826995792 |
| HEALTHYJIVE.COM | 8 Cancelled | 3/18/2013 | 3/18/2017 | 826995792 |
| VITALITYREFINEMENT.COM | 149 Deleted - Redeemable | 6/6/2013 | 6/6/2017 | 826995792 |
| DERMRENEWAL.COM | 149 Deleted - Redeemable | 6/6/2013 | 6/6/2017 | 826995792 |
| WELLNESS-REVIVAL.COM | 149 Deleted - Redeemable | 6/6/2013 | 6/6/2017 | 826995792 |
| SOFTESTCOMPLEXION.COM | 8 Cancelled | 9/8/2013 | 9/8/2016 | 826998844 |
| REPLENISHEDBODY.COM | 0 Active | 9/17/2010 | 9/17/2017 | 826998844 |
| YOUNGSKINPERFECTION.COM | 8 Cancelled | 9/8/2013 | 9/8/2016 | 826998844 |
| REGENERATIVEREFINEMENT.COM | 0 Active | 6/6/2013 | 6/6/2018 | 826998844 |
| LUSCIOUSALLURE.COM | 0 Active | 6/6/2013 | 6/6/2018 | 826998844 |
| GORGEOUSSKINLOVE.COM | 8 Cancelled | 9/8/2013 | 9/8/2016 | 826998844 |
| INCREDIBLERADIANCE.COM | 0 Active | 9/8/2013 | 9/8/2017 | 826998844 |
| EXQUISITEBEAUTIFULSKIN.COM | 149 Deleted - Redeemable | 6/6/2013 | 6/6/2017 | 826998844 |
| PERFECTIONSKIN.COM | 8 Cancelled | 9/8/2013 | 9/8/2016 | 826998844 |
| FLOURISHINGSKIN.COM | 0 Active | 6/6/2013 | 6/6/2018 | 826998844 |
| FINDBEAUTYANDTRUTH.COM | 0 Active | 6/30/2011 | 6/30/2018 | 827000940 |
| KICKSTARTBODY.COM | 0 Active | 6/27/2014 | 6/27/2018 | 827000940 |
| BODYKICKSTART.COM | 0 Active | 6/27/2014 | 6/27/2018 | 827000940 |
| ELITESAVINGSCLUB.COM | 8 Cancelled | 7/8/2011 | 7/8/2016 | 827000940 |
| MYDIVINESKIN.COM | 0 Active | 6/6/2013 | 6/6/2018 | 827000940 |
| BUYBEAUTYANDTRUTH.COM | 0 Active | 5/9/2015 | 5/9/2018 | 827730937 |
| YOUTHFULRENEW.COM | 8 Cancelled | 7/25/2013 | 7/25/2016 | 830067975 |
| YOUNGFRESHSKIN.COM | 8 Cancelled | 7/25/2013 | 7/25/2016 | 830067975 |
| BEAUTYANDTRUTHREWARDS.COM | 0 Active | 8/18/2014 | 8/18/2018 | 830067975 |
| ALLNATURALTHIN.COM | 8 Cancelled | 8/19/2010 | 8/19/2016 | 830067975 |
| TIGHTSLIMBODY.COM | 93 Cust Redeem Hold | 7/25/2013 | 7/25/2017 | 830067975 |
| WEIGHTLOSSWONDERFUL.COM | 0 Active | 7/25/2013 | 7/25/2018 | 830067975 |
| SKINCAREREFRESH.COM | 8 Cancelled | 7/25/2013 | 7/25/2016 | 830067975 |
| SUPPLEMENTS4UONLINE.COM | 0 Active | 7/25/2013 | 7/25/2018 | 830067975 |
| ONLINESKINSOLUTIONS.COM | 93 Cust Redeem Hold | 7/25/2013 | 7/25/2017 | 830067975 |
| REMARKABLERADIANCE.COM | 0 Active | 7/25/2013 | 7/25/2018 | 830067975 |
| SHOPPINGSLICE.COM | 8 Cancelled | 7/14/2011 | 7/14/2016 | 830067975 |
| DIETFIXONLINE.COM | 93 Cust Redeem Hold | 7/25/2013 | 7/25/2017 | 830067975 |
| SUPERSHOPPERNETWORK.COM | 8 Cancelled | 7/8/2011 | 7/8/2016 | 830067975 |
| DIETINGWAREHOUSE.COM | 93 Cust Redeem Hold | 7/25/2013 | 7/25/2017 | 830067975 |
| LOVEYOURNEWDIET.COM | 8 Cancelled | 7/25/2013 | 7/25/2016 | 830067975 |
| AMAZINGHERBALDIET.COM | 0 Active | 8/19/2010 | 8/19/2018 | 830067975 |
| HEALTHYPROGRESSION.COM | 8 Cancelled | 9/8/2013 | 9/8/2016 | 835575990 |
| FREEDOMDIETS.COM | 0 Active | 9/8/2013 | 9/8/2017 | 835575990 |
| SMOOTHSKINRENEWAL.COM | 0 Active | 2/20/2013 | 2/20/2018 | 835575990 |

McKenney Attachment R

# Domain List - All for Shopper ID 101788669

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| FLAWLESSREFINEMENT.COM | 8 Cancelled | 10/24/2012 | 10/24/2016 | 835575990 |
| PLAYFULBEAUTIFULSKIN.COM | 8 Cancelled | 10/24/2012 | 10/24/2016 | 835575990 |
| CLEANSINGDIETER.COM | 8 Cancelled | 9/8/2013 | 9/8/2016 | 835575990 |
| HEALTHYRESURGENCE.COM | 8 Cancelled | 6/28/2011 | 6/28/2016 | 835575990 |
| GENTLEDIETING.COM | 0 Active | 9/8/2013 | 9/8/2017 | 835575990 |
| DAILYSKINRENEWAL.COM | 0 Active | 10/24/2012 | 10/24/2017 | 835575990 |
| WELLNESSLIFEDIET.COM | 8 Cancelled | 9/8/2013 | 9/8/2016 | 835575990 |
| SYNAGENIQ.COM | 0 Active | 6/11/2015 | 6/11/2018 | 840411225 |
| protectpackage.com | 0 Active | 7/14/2015 | 7/14/2018 | 852990295 |
| SHOPBEAUTYANDTRUTH.COM | 77 Expired domain hold | 7/15/2015 | 7/15/2017 | 853399314 |
| SKIN-REAWAKENING.COM | 0 Active | 7/21/2015 | 7/21/2018 | 856104824 |
| H1MARKETINGCORP.COM | 0 Active | 7/21/2015 | 7/21/2018 | 856108629 |
| SKINSOLUTION4U.COM | 8 Cancelled | 7/25/2013 | 7/25/2016 | 856124371 |
| REFRESHINGSKIN.COM | 0 Active | 7/25/2013 | 7/25/2018 | 856124371 |
| BEAUTYNOWSKIN.COM | 0 Active | 7/25/2013 | 7/25/2018 | 856124371 |
| BESTBEAUTYSKIN.COM | 0 Active | 7/25/2013 | 7/25/2018 | 856124371 |
| BEAUTYBELIEVER.COM | 0 Active | 7/25/2013 | 7/25/2018 | 856124371 |
| TIGHTBODYDIET.COM | 0 Active | 9/17/2010 | 9/17/2017 | 856125578 |
| HEALTHYBODYWAREHOUSE.COM | 0 Active | 9/17/2010 | 9/17/2017 | 856125578 |
| ONLINEHERBALDIET.COM | 0 Active | 8/19/2010 | 8/19/2018 | 856125578 |
| HERBALDIETWAREHOUSE.COM | 0 Active | 8/19/2010 | 8/19/2018 | 856125578 |
| TRIMBODYSUPPLEMENTS.COM | 0 Active | 8/19/2010 | 8/19/2018 | 856125578 |
| RENEWINGSERUMCE.COM | 93 Cust Redeem Hold | 7/22/2015 | 7/22/2017 | 856145713 |
| RENEWINGSERUM.COM | 0 Active | 7/22/2015 | 7/22/2018 | 856145861 |
| SOWARLIMITED.COM | 0 Active | 7/22/2015 | 7/22/2018 | 856215577 |
| WIPDISLIMITED.COM | 0 Active | 7/22/2015 | 7/22/2018 | 856215577 |
| RONBLERLIMITED.COM | 0 Active | 7/22/2015 | 7/22/2018 | 856215577 |
| MINBICKLIMITED.COM | 0 Active | 7/22/2015 | 7/22/2018 | 856215577 |
| JOSOHNLIMITED.COM | 0 Active | 7/22/2015 | 7/22/2018 | 856215577 |
| LENJACKLIMITED.COM | 0 Active | 7/22/2015 | 7/22/2018 | 856215577 |
| GOVERTLIMITED.COM | 0 Active | 7/22/2015 | 7/22/2018 | 856215577 |
| CIMQUONLIMITED.COM | 0 Active | 7/22/2015 | 7/22/2018 | 856215577 |
| GLENFARLIMITED.COM | 93 Cust Redeem Hold | 7/22/2015 | 7/22/2017 | 856215577 |
| BLASTINLIMITED.COM | 0 Active | 7/22/2015 | 7/22/2018 | 856215577 |
| TRUESAVINGSCLUB.COM | 8 Cancelled | 8/31/2012 | 8/31/2018 | 856510968 |
| BERRYSKINNYSTORE.COM | 0 Active | 10/13/2009 | 10/13/2018 | 856510968 |
| AGERENUE.COM | 8 Cancelled | 5/25/2009 | 5/25/2018 | 856510968 |
| DIETINGWINNERS.COM | 8 Cancelled | 7/25/2013 | 7/25/2018 | 856510968 |
| SKINREAWAKENING.COM | 0 Active | 11/19/2013 | 11/19/2017 | 856510968 |
| REPLENISHEDYOU.COM | 0 Active | 10/26/2011 | 10/26/2018 | 856510968 |
| FORESTGROVEVITALITY.COM | 0 Active | 8/29/2011 | 8/29/2018 | 858466517 |
| ONLINECYBERSAVER.COM | 8 Cancelled | 8/31/2012 | 8/31/2016 | 860668304 |
| VITALGLOBALMARKETING.COM | 0 Active | 8/29/2011 | 8/29/2018 | 860668304 |
| OPENDESERTWELLNESS.COM | 0 Active | 8/29/2011 | 8/29/2018 | 860668304 |

**McKenney Attachment R**

# Domain List - All for Shopper ID 101788669

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| RIVERSEDGEMARKETINGLLC.COM | 0 Active | 8/29/2011 | 8/29/2018 | 860668304 |
| GREENVALLEYWELLNESSLLC.COM | 0 Active | 8/29/2011 | 8/29/2018 | 860668304 |
| GREATPLAINSNUTRITION.COM | 0 Active | 8/29/2011 | 8/29/2018 | 860668304 |
| SEVENTY8INVESTMENTS.COM | 0 Active | 8/29/2011 | 8/29/2018 | 860668304 |
| THEHEALTHYREVIEW.COM | 8 Cancelled | 9/5/2012 | 9/5/2016 | 861896892 |
| SECURETRIALOFFERS.COM | 8 Cancelled | 9/3/2009 | 9/3/2016 | 861896892 |
| RENEWINGSERUMCE.NET | 0 Active | 8/11/2015 | 8/11/2018 | 863849485 |
| RENEWINGSERUMCE.ORG | 0 Active | 8/11/2015 | 8/11/2018 | 863849485 |
| RENEWINGSERUM.NET | 0 Active | 8/11/2015 | 8/11/2018 | 863849485 |
| ERASEREPAIRHA.ORG | 0 Active | 8/11/2015 | 8/11/2018 | 863849485 |
| RENEWINGSERUM.ORG | 0 Active | 8/11/2015 | 8/11/2018 | 863849485 |
| ERASEREPAIR.ORG | 0 Active | 8/11/2015 | 8/11/2018 | 863849485 |
| ERASEREPAIR.NET | 0 Active | 8/11/2015 | 8/11/2018 | 863849485 |
| ERASEREPAIRHA.NET | 0 Active | 8/11/2015 | 8/11/2018 | 863849485 |
| BUYBEAUTYANDTRUTH.NET | 0 Active | 8/11/2015 | 8/11/2018 | 863860273 |
| FINDBEAUTYANDTRUTH.ORG | 0 Active | 8/11/2015 | 8/11/2018 | 863860273 |
| WILDRASPBERRYKETONE.ORG | 0 Active | 8/11/2015 | 8/11/2018 | 863860273 |
| BEAUTYANDTRUTH.NET | 0 Active | 8/11/2015 | 8/11/2018 | 863860273 |
| FINDBEAUTYANDTRUTH.NET | 0 Active | 8/11/2015 | 8/11/2018 | 863860273 |
| BUYBEAUTYANDTRUTH.ORG | 0 Active | 8/11/2015 | 8/11/2018 | 863860273 |
| DIETWITHENERGY.COM | 0 Active | 9/8/2013 | 9/8/2017 | 864252632 |
| DERMAFRESHSKIN.COM | 0 Active | 9/8/2013 | 9/8/2017 | 864252632 |
| GUARANTEEGOODS.COM | 8 Cancelled | 8/14/2015 | 8/14/2016 | 865085644 |
| SKINCAREPOLISH.COM | 0 Active | 11/19/2013 | 11/19/2017 | 866206628 |
| EXHILARATEDBODY.COM | 0 Active | 10/26/2011 | 10/26/2018 | 866273620 |
| TRIMMERTOMORROW.COM | 0 Active | 9/8/2013 | 9/8/2018 | 866273620 |
| SLIMFIGUREDIET.COM | 0 Active | 9/8/2013 | 9/8/2018 | 866273620 |
| SKINREPLENISHMENT.COM | 0 Active | 9/8/2013 | 9/8/2018 | 866273620 |
| WEBSHOPPINGBUDDY.COM | 8 Cancelled | 8/31/2012 | 8/31/2018 | 866273620 |
| YOURSKINRENEWAL.COM | 0 Active | 11/19/2013 | 11/19/2017 | 866273620 |
| MYBEAUTYANDTRUTH.COM | 0 Active | 8/23/2015 | 8/23/2018 | 868828402 |
| VITALITYANDWELLNESSLTD.COM | 0 Active | 9/14/2011 | 9/14/2017 | 868841465 |
| THINBODYSUPPLEMENTS.COM | 8 Cancelled | 9/17/2010 | 9/17/2016 | 868841465 |
| BLUEHORIZON-WELLNESS.COM | 0 Active | 9/9/2013 | 9/9/2017 | 868841465 |
| NATUREPURESKIN.COM | 8 Cancelled | 9/8/2013 | 9/8/2016 | 868841465 |
| RETHINKINGSKINCARE.COM | 8 Cancelled | 9/8/2013 | 9/8/2016 | 868841465 |
| SLIMMERPROFILE.COM | 0 Active | 9/8/2013 | 9/8/2017 | 868841465 |
| HEALTHYHERBALBODY.COM | 0 Active | 9/8/2013 | 9/8/2017 | 868841465 |
| HEALTHIERSLIM.COM | 0 Active | 9/8/2013 | 9/8/2017 | 868841465 |
| SKINNYWAISTSUPPLEMENTS.COM | 0 Active | 9/17/2010 | 9/17/2017 | 868841465 |
| MAGICDIETING.COM | 0 Active | 9/8/2013 | 9/8/2017 | 868841465 |
| NATURALWAYDIET.COM | 0 Active | 9/8/2013 | 9/8/2017 | 868841465 |
| NATURERENEWONLINE.ORG | 0 Active | 8/27/2015 | 8/27/2018 | 870430786 |
| LIFEPROPEL.COM | 8 Cancelled | 8/31/2015 | 8/31/2016 | 871784562 |

**McKenney Attachment R**

# Domain List - All for Shopper ID 101788669

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| LIFEPROPEL.NET | 8 Cancelled | 8/31/2015 | 8/31/2016 | 871784562 |
| LIFEPROPEL.ORG | 8 Cancelled | 8/31/2015 | 8/31/2016 | 871784562 |
| dermpureskin.com | 8 Cancelled | 9/8/2013 | 9/8/2016 | 873052607 |
| cognitionrecovered.com | 0 Active | 9/8/2015 | 9/8/2017 | 874955879 |
| thinkcognitively.com | 0 Active | 9/8/2015 | 9/8/2017 | 874955879 |
| focusleveled.com | 0 Active | 9/8/2015 | 9/8/2017 | 874955879 |
| brilliantlysmart.com | 0 Active | 9/8/2015 | 9/8/2017 | 874955879 |
| discovermyintellect.com | 0 Active | 9/8/2015 | 9/8/2017 | 874955879 |
| ingeniousbrainpower.com | 0 Active | 9/8/2015 | 9/8/2017 | 874955879 |
| acuityspecialist.com | 0 Active | 9/8/2015 | 9/8/2017 | 874955879 |
| aptitudeexplored.com | 0 Active | 9/8/2015 | 9/8/2017 | 874955879 |
| brainacuteness.com | 0 Active | 9/8/2015 | 9/8/2017 | 874955879 |
| effectivethinker.com | 0 Active | 9/8/2015 | 9/8/2017 | 874955879 |
| modernhealthweb.com | 0 Active | 9/8/2015 | 9/8/2017 | 874955879 |
| healthsystemonline.com | 0 Active | 9/8/2015 | 9/8/2017 | 874955879 |
| puresupplementsonline.com | 0 Active | 9/8/2015 | 9/8/2017 | 874955879 |
| boostedbody.com | 0 Active | 9/8/2015 | 9/8/2017 | 874955879 |
| intelligencesupplements.com | 0 Active | 9/8/2015 | 9/8/2017 | 874955879 |
| simplehealthweb.com | 0 Active | 9/8/2015 | 9/8/2017 | 874955879 |
| cleanbodycleanmind.com | 0 Active | 9/8/2015 | 9/8/2017 | 874955879 |
| repairedbody.com | 0 Active | 9/8/2015 | 9/8/2017 | 874955879 |
| fitbodyconnected.com | 0 Active | 9/8/2015 | 9/8/2017 | 874955879 |
| wholebodyexcellence.com | 0 Active | 9/8/2015 | 9/8/2017 | 874955879 |
| robusthealthonline.com | 0 Active | 9/8/2015 | 9/8/2017 | 874955879 |
| completelyinshape.com | 0 Active | 9/8/2015 | 9/8/2017 | 874955879 |
| dailypowercleanseonline.com | 0 Active | 9/25/2013 | 9/25/2017 | 879680823 |
| wrinkle-rewind.com | 0 Active | 9/27/2012 | 9/27/2017 | 879680823 |
| wildraspberryketone.com | 0 Active | 9/25/2013 | 9/25/2017 | 879680823 |
| phenomhealth.com | 0 Active | 10/7/2015 | 10/7/2017 | 885993895 |
| phenomhealth.net | 0 Active | 10/9/2015 | 10/9/2017 | 886849431 |
| phenomhealth.org | 0 Active | 10/9/2015 | 10/9/2017 | 886849431 |
| phenombody.com | 0 Active | 10/9/2015 | 10/9/2017 | 886849431 |
| health-reviewed.com | 0 Active | 10/10/2015 | 10/10/2017 | 887206598 |
| supplements-reviewed.com | 0 Active | 10/10/2015 | 10/10/2017 | 887206598 |
| lumineyeq.net | 0 Active | 10/14/2015 | 10/14/2017 | 889110293 |
| beautyandtruthrewards.co.uk | 0 Active | 10/15/2015 | 10/15/2017 | 889110293 |
| bodykickstart.co.uk | 8 Cancelled | 10/15/2015 | 10/15/2016 | 889110293 |
| lumineyeq.com | 0 Active | 10/14/2015 | 10/14/2017 | 889110293 |
| lumineyeq.org | 0 Active | 10/15/2015 | 10/15/2017 | 889110293 |
| expertliftiq.org | 0 Active | 10/15/2015 | 10/15/2017 | 889110293 |
| expertliftiq.com | 0 Active | 10/14/2015 | 10/14/2017 | 889110293 |
| dermageniq.com | 0 Active | 10/14/2015 | 10/14/2017 | 889110293 |
| expertliftiq.net | 0 Active | 10/14/2015 | 10/14/2017 | 889110293 |
| dermageniq.org | 0 Active | 10/15/2015 | 10/15/2017 | 889110293 |

McKenney Attachment R

# Domain List - All for Shopper ID 101788669

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| dermageniq.net | 0 Active | 10/14/2015 | 10/14/2017 | 889110293 |
| storminginvestments.com | 8 Cancelled | 12/12/2013 | 12/12/2016 | 889124381 |
| skincarereborn.com | 8 Cancelled | 11/19/2013 | 11/19/2016 | 889130417 |
| skincare2glow.com | 8 Cancelled | 11/19/2013 | 11/19/2016 | 889130844 |
| revivingskin.com | 0 Active | 11/19/2013 | 11/19/2017 | 889130897 |
| lovelyskintoday.com | 0 Active | 11/19/2013 | 11/19/2017 | 889130897 |
| gorgeousskinnow.com | 0 Active | 11/19/2013 | 11/19/2017 | 889131019 |
| freshpureskin.com | 8 Cancelled | 11/19/2013 | 11/19/2016 | 889131019 |
| goddessskinbeauty.com | 8 Cancelled | 11/19/2013 | 11/19/2016 | 889131019 |
| 10yearsyoungerskin.com | 0 Active | 11/19/2013 | 11/19/2017 | 889131120 |
| thelookofbeauty.com | 0 Active | 11/19/2013 | 11/19/2017 | 889131120 |
| superfoodcleansenow.com | 0 Active | 10/13/2009 | 10/13/2017 | 889131120 |
| energizedspirit.com | 0 Active | 10/24/2012 | 10/24/2017 | 889131120 |
| myresveratroltoday.com | 8 Cancelled | 10/13/2009 | 10/13/2016 | 889131120 |
| wellness-depot.com | 0 Active | 1/19/2015 | 1/19/2018 | 891795752 |
| vibrant-body.com | 0 Active | 1/19/2015 | 1/19/2018 | 891795752 |
| market-health.com | 0 Active | 1/19/2015 | 1/19/2018 | 891795752 |
| up-and-up-life.com | 8 Cancelled | 1/19/2015 | 1/19/2017 | 891795752 |
| technology-health.com | 8 Cancelled | 1/19/2015 | 1/19/2017 | 891795752 |
| reach-4health.com | 0 Active | 1/19/2015 | 1/19/2018 | 891795752 |
| purify-health.com | 0 Active | 1/19/2015 | 1/19/2018 | 891795752 |
| onwards-health.com | 0 Active | 1/19/2015 | 1/19/2018 | 891795752 |
| fresh-new-you.com | 0 Active | 1/19/2015 | 1/19/2018 | 891795752 |
| fresh-living-shop.com | 8 Cancelled | 1/19/2015 | 1/19/2017 | 891795752 |
| expert-body.com | 0 Active | 1/19/2015 | 1/19/2018 | 891795752 |
| focus-body.com | 0 Active | 1/19/2015 | 1/19/2018 | 891795752 |
| enlightened-body.com | 0 Active | 1/19/2015 | 1/19/2018 | 891795752 |
| horizons-body.com | 0 Active | 1/19/2015 | 1/19/2018 | 891795752 |
| health-renewed.com | 0 Active | 1/19/2015 | 1/19/2018 | 891795752 |
| healthy-boutique.com | 8 Cancelled | 1/19/2015 | 1/19/2017 | 891795752 |
| body-rejuve.com | 0 Active | 1/19/2015 | 1/19/2018 | 891795752 |
| being-well-life.com | 8 Cancelled | 1/19/2015 | 1/19/2017 | 891795752 |
| bodybrandnew.com | 0 Active | 1/19/2015 | 1/19/2018 | 891795752 |
| naturerenewonline.com | 0 Active | 1/21/2013 | 1/21/2018 | 891795752 |
| begin-health.com | 8 Cancelled | 1/19/2015 | 1/19/2017 | 891795752 |
| erase-repair.com | 0 Active | 11/10/2015 | 11/10/2017 | 899484283 |
| renewing-serum.com | 0 Active | 11/10/2015 | 11/10/2017 | 899484283 |
| tictreelimited.com | 0 Active | 11/12/2015 | 11/12/2017 | 899981850 |
| quindillionlimited.com | 0 Active | 11/13/2015 | 11/13/2017 | 900316565 |
| eraserepair.com | 220 DNSInfo - Inactive | 11/13/2015 | n/a | |
| glenfartradinglimited.com | 0 Active | 11/17/2015 | 11/17/2017 | 902196598 |
| visage-belle.com | 0 Active | 1/28/2014 | 1/28/2018 | 904943935 |
| skinreplenished.com | 8 Cancelled | 1/28/2014 | 1/28/2017 | 904943935 |
| skinspaonline.com | 0 Active | 1/28/2014 | 1/28/2018 | 904943935 |

McKenney Attachment R

# Domain List - All for Shopper ID 101788669

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| skin-analysis.com | 0 Active | 1/28/2014 | 1/28/2018 | 904943935 |
| serum-specialist.com | 0 Active | 1/28/2014 | 1/28/2018 | 904943935 |
| serum-uplift.com | 8 Cancelled | 1/28/2014 | 1/28/2017 | 904943935 |
| perfectserum.com | 0 Active | 1/28/2014 | 1/28/2018 | 904943935 |
| lines-erased.com | 0 Active | 1/28/2014 | 1/28/2018 | 904943935 |
| rejectwrinkles.com | 0 Active | 1/28/2014 | 1/28/2018 | 904943935 |
| betterskinonline.com | 0 Active | 1/28/2014 | 1/28/2018 | 904943935 |
| derm-perfect.com | 0 Active | 1/28/2014 | 1/28/2018 | 904943935 |
| unwrinkled-skin.com | 0 Active | 1/28/2014 | 1/28/2018 | 904943935 |
| purest-skin.com | 8 Cancelled | 1/28/2014 | 1/28/2017 | 904943935 |
| wrinklesrepaired.com | 0 Active | 1/28/2014 | 1/28/2018 | 904943935 |
| freshface-online.com | 0 Active | 1/28/2014 | 1/28/2018 | 904943935 |
| dermcare-skin.com | 0 Active | 1/28/2014 | 1/28/2018 | 904943935 |
| clinical-facial.com | 0 Active | 1/28/2014 | 1/28/2018 | 904943935 |
| ageless-beautyskin.com | 8 Cancelled | 1/28/2014 | 1/28/2017 | 904943935 |
| clinic-derma.com | 0 Active | 1/28/2014 | 1/28/2018 | 904943935 |
| glowingwithbeauty.com | 0 Active | 11/19/2013 | 11/19/2017 | 906915966 |
| rewindtimeskin.com | 0 Active | 11/19/2013 | 11/19/2017 | 906915966 |
| antiagingfountain.com | 0 Active | 11/19/2013 | 11/19/2018 | 906915966 |
| newlivingdiet.com | 0 Active | 9/8/2013 | 9/8/2018 | 906937521 |
| naturaldieter.com | 0 Active | 9/8/2013 | 9/8/2018 | 906937521 |
| healthjive.com | 0 Active | 10/26/2011 | 10/26/2018 | 906937521 |
| revitalisedbody.com | 0 Active | 6/28/2011 | 6/28/2018 | 906952835 |
| cleansesupplements.com | 0 Active | 10/2/2009 | 10/2/2018 | 906952835 |
| reallifediets.com | 8 Cancelled | 7/25/2013 | 7/25/2018 | 906965346 |
| inner-beauty-online.com | 8 Cancelled | 10/24/2012 | 10/24/2018 | 906965346 |
| cleansesupplementsonline.com | 8 Cancelled | 10/13/2009 | 10/13/2018 | 906982472 |
| youthfuldieting.com | 8 Cancelled | 7/25/2013 | 7/25/2018 | 906995539 |
| skinloveonline.com | 8 Cancelled | 7/25/2013 | 7/25/2018 | 906995539 |
| happyyouthfulskin.com | 0 Active | 11/19/2013 | 11/19/2017 | 907006221 |
| dazzling-skin.com | 149 Deleted - Redeemable | 6/6/2013 | 6/6/2017 | 907006221 |
| skinboutiqueonline.com | 8 Cancelled | 1/28/2014 | 1/28/2018 | 907016085 |
| bodyrejuvenating.com | 8 Cancelled | 7/25/2013 | 7/25/2018 | 907016085 |
| luminouslotion.com | 0 Active | 7/25/2013 | 7/25/2018 | 907016085 |
| visiblyrestoredskin.com | 8 Cancelled | 9/8/2013 | 9/8/2018 | 907026803 |
| wellnessrejuvenation.com | 0 Active | 6/28/2011 | 6/28/2018 | 907026803 |
| skinrefreshers.com | 8 Cancelled | 9/8/2013 | 9/8/2018 | 907026803 |
| skincarelaboratory.com | 8 Cancelled | 9/8/2013 | 9/8/2018 | 907026803 |
| beautyordercentral.com | 0 Active | 12/2/2015 | 12/2/2017 | 908029529 |
| healthordercentral.com | 0 Active | 12/2/2015 | 12/2/2017 | 908029529 |
| eyedefyonline.com | 8 Cancelled | 2/20/2013 | 2/20/2017 | 910038518 |
| delicatebeautifulskin.com | 8 Cancelled | 2/20/2013 | 2/20/2017 | 910038518 |
| porcelainskinonline.com | 0 Active | 2/20/2013 | 2/20/2017 | 910038518 |
| vanishedwrinkles.com | 8 Cancelled | 2/20/2013 | 2/20/2017 | 910038518 |

McKenney Attachment R

# Domain List - All for Shopper ID 101788669

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| skinmagnet.com | 76 Exp domain reassigned | 2/20/2013 | 2/20/2017 | 910038518 |
| wrinkleeclipse.com | 8 Cancelled | 2/20/2013 | 2/20/2017 | 910042419 |
| wrinkleneutralizer.com | 8 Cancelled | 2/20/2013 | 2/20/2017 | 910042419 |
| dramaticfaceandskin.com | 8 Cancelled | 2/20/2013 | 2/20/2017 | 910042419 |
| dermapurity.com | 8 Cancelled | 2/20/2013 | 2/20/2017 | 910042419 |
| kejeklimited.com | 0 Active | 12/18/2015 | 12/18/2017 | 914319290 |
| trybioslimdailypowercleanse.com | 0 Active | 1/16/2016 | 1/16/2018 | 925528974 |
| tryultrapurwildraspberryketone.net | 0 Active | 1/16/2016 | 1/16/2018 | 925528974 |
| tryultrapurwildraspberryketone.com | 0 Active | 1/16/2016 | 1/16/2018 | 925528974 |
| trybioslimdailypowercleanse.net | 0 Active | 1/16/2016 | 1/16/2018 | 925528974 |
| ultrapurwildraspberryketone.net | 0 Active | 1/16/2016 | 1/16/2018 | 925529309 |
| tryultrapurwildraspberryketone.org | 0 Active | 1/17/2016 | 1/17/2018 | 925529309 |
| bioslimdailypowercleanse.net | 0 Active | 1/16/2016 | 1/16/2018 | 925529309 |
| trybioslimdailypowercleanse.org | 0 Active | 1/17/2016 | 1/17/2018 | 925529309 |
| perfect-skin-shop.com | 0 Active | 1/21/2016 | 1/21/2018 | 927646358 |
| skincare-labs.com | 0 Active | 1/21/2016 | 1/21/2018 | 927646358 |
| age-defying-online.com | 0 Active | 1/21/2016 | 1/21/2018 | 927646358 |
| delicatesmoothskin.com | 0 Active | 1/21/2016 | 1/21/2018 | 927646358 |
| gorgeousskinshop.com | 0 Active | 1/21/2016 | 1/21/2018 | 927646358 |
| softskinlabs.com | 0 Active | 1/21/2016 | 1/21/2018 | 927646358 |
| younger-skin-now.com | 0 Active | 1/21/2016 | 1/21/2018 | 927646358 |
| realskincareonline.com | 0 Active | 1/21/2016 | 1/21/2018 | 927646358 |
| stylishskincare.com | 0 Active | 1/21/2016 | 1/21/2018 | 927646358 |
| sunsetordermarketing.com | 0 Active | 1/26/2016 | 1/26/2018 | 929280732 |
| skincareprecision.com | 0 Active | 11/19/2013 | 11/19/2017 | 932074438 |
| kalicelimited.com | 0 Active | 2/7/2016 | 2/7/2018 | 934661078 |
| curtovelimited.com | 0 Active | 2/7/2016 | 2/7/2018 | 934661078 |
| bekranilimited.com | 0 Active | 2/7/2016 | 2/7/2018 | 934661078 |
| borayoulimited.com | 0 Active | 2/7/2016 | 2/7/2018 | 934661078 |
| cheritolimited.com | 0 Active | 2/7/2016 | 2/7/2018 | 934661078 |
| brookevelimited.com | 0 Active | 2/7/2016 | 2/7/2018 | 934661078 |
| clostinelimited.com | 0 Active | 2/7/2016 | 2/7/2018 | 934661078 |
| dasomelimited.com | 0 Active | 2/7/2016 | 2/7/2018 | 934661078 |
| buffanglimited.com | 0 Active | 2/7/2016 | 2/7/2018 | 934661078 |
| staramilimited.com | 0 Active | 2/7/2016 | 2/7/2018 | 934661078 |
| best-beauty.net | 8 Cancelled | 2/23/2015 | 2/23/2017 | 935107282 |
| unsubscribemyaddress.com | 0 Active | 2/22/2010 | 2/22/2018 | 935107282 |
| herbaldiet-warehouse.com | 0 Active | 2/23/2015 | 2/23/2018 | 935107282 |
| healthy-body-warehouse.com | 0 Active | 2/23/2015 | 2/23/2018 | 935107282 |
| beautynow-skin.com | 0 Active | 2/23/2015 | 2/23/2018 | 935107282 |
| skinsolution4you.com | 0 Active | 2/23/2015 | 2/23/2018 | 935107690 |
| beauty-believers.com | 0 Active | 2/23/2015 | 2/23/2018 | 935107690 |
| tightbodydiets.com | 0 Active | 2/23/2015 | 2/23/2018 | 935107690 |
| healthy-jive.com | 0 Active | 2/23/2015 | 2/23/2018 | 935107690 |

McKenney Attachment R

# Domain List - All for Shopper ID 101788669

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| onlineherbaldiets.com | 0 Active | 2/23/2015 | 2/23/2018 | 935107690 |
| refreshing-skin.com | 0 Active | 2/23/2015 | 2/23/2018 | 935107915 |
| healthy-reawakening.com | 0 Active | 2/23/2015 | 2/23/2018 | 935107915 |
| derm-renewal.com | 8 Cancelled | 2/23/2015 | 2/23/2017 | 935107915 |
| trimbody-supplements.com | 0 Active | 2/23/2015 | 2/23/2018 | 935107915 |
| vitality-refinement.com | 0 Active | 2/23/2015 | 2/23/2018 | 935107915 |
| triton3elite.com | 0 Active | 2/16/2016 | 2/16/2018 | 938123639 |
| krilloiltriton3.com | 0 Active | 2/16/2016 | 2/16/2018 | 938123639 |
| wellnessrevivals.com | 0 Active | 2/23/2016 | 2/23/2018 | 939426182 |
| amerikeslimited.com | 0 Active | 3/4/2016 | 3/4/2018 | 946112445 |
| blagpielimited.com | 0 Active | 3/4/2016 | 3/4/2018 | 946112445 |
| buffleheadlimited.com | 0 Active | 3/4/2016 | 3/4/2018 | 946112445 |
| cagulllimited.com | 0 Active | 3/4/2016 | 3/4/2018 | 946112445 |
| cassinaukletlimited.com | 0 Active | 3/4/2016 | 3/4/2018 | 946112445 |
| broobylimited.com | 0 Active | 3/4/2016 | 3/4/2018 | 946112445 |
| cormorantlimited.com | 0 Active | 3/4/2016 | 3/4/2018 | 946112445 |
| falcatedducklimited.com | 0 Active | 3/4/2016 | 3/4/2018 | 946112445 |
| dowitcherlimited.com | 0 Active | 3/4/2016 | 3/4/2018 | 946112445 |
| fulicacootlimited.com | 0 Active | 3/4/2016 | 3/4/2018 | 946112445 |
| leastbitternlimited.com | 0 Active | 3/4/2016 | 3/4/2018 | 946112445 |
| larkbuntlimited.com | 0 Active | 3/4/2016 | 3/4/2018 | 946112445 |
| leasternlimited.com | 0 Active | 3/4/2016 | 3/4/2018 | 946112445 |
| glossyibislimited.com | 0 Active | 3/4/2016 | 3/4/2018 | 946112445 |
| grebewestlimited.com | 0 Active | 3/4/2016 | 3/4/2018 | 946112445 |
| limpkinlimited.com | 0 Active | 3/4/2016 | 3/4/2018 | 946112445 |
| petrelfealimited.com | 0 Active | 3/4/2016 | 3/4/2018 | 946112445 |
| razalcalimited.com | 0 Active | 3/4/2016 | 3/4/2018 | 946112445 |
| starthroatlimited.com | 0 Active | 3/4/2016 | 3/4/2018 | 946112445 |
| sturnidaelimited.com | 0 Active | 3/4/2016 | 3/4/2018 | 946112445 |
| semipalmlimited.com | 0 Active | 3/4/2016 | 3/4/2018 | 946112445 |
| vauxswiftlimited.com | 0 Active | 3/4/2016 | 3/4/2018 | 946112445 |
| soraporzanalimited.com | 0 Active | 3/4/2016 | 3/4/2018 | 946112445 |
| rosespoonlimited.com | 0 Active | 3/4/2016 | 3/4/2018 | 946112445 |
| surfscoterlimited.com | 0 Active | 3/4/2016 | 3/4/2018 | 946112445 |
| tattlewanderlimited.com | 0 Active | 3/4/2016 | 3/4/2018 | 946112445 |
| yellowlegslimited.com | 0 Active | 3/4/2016 | 3/4/2018 | 946112445 |
| tuftpufflimited.com | 0 Active | 3/4/2016 | 3/4/2018 | 946112445 |
| whiskerowllimited.com | 0 Active | 3/4/2016 | 3/4/2018 | 946112445 |
| zonehawklimited.com | 0 Active | 3/4/2016 | 3/4/2018 | 946112445 |
| bioslimdailypowercleanse.com | 0 Active | 12/18/2015 | 12/18/2017 | 947390492 |
| ultrapurwildraspberryketone.com | 0 Active | 12/18/2015 | 12/18/2017 | 947390492 |
| glowing-face.com | 0 Active | 3/9/2016 | 3/9/2018 | 947831774 |
| daisy-skin.com | 0 Active | 3/9/2016 | 3/9/2018 | 947831774 |
| creme-smooth.com | 0 Active | 3/9/2016 | 3/9/2018 | 947831774 |

McKenney Attachment R

# Domain List - All for Shopper ID 101788669

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| rosepetal-skin.com | 0 Active | 3/9/2016 | 3/9/2018 | 947831774 |
| toxin-release.com | 0 Active | 3/9/2016 | 3/9/2018 | 947831774 |
| lilyfresh-skin.com | 0 Active | 3/9/2016 | 3/9/2018 | 947831774 |
| zest-supplements.com | 0 Active | 3/9/2016 | 3/9/2018 | 947831774 |
| diamond-serum.com | 0 Active | 3/9/2016 | 3/9/2018 | 947831774 |
| voltairelimited.com | 8 Cancelled | 3/11/2016 | 3/11/2017 | 948729149 |
| testdrivex.com | 8 Cancelled | 3/26/2016 | 3/26/2017 | 955216925 |
| no2shred.com | 8 Cancelled | 3/26/2016 | 3/26/2017 | 955216925 |
| no2drive.com | 8 Cancelled | 3/26/2016 | 3/26/2017 | 955251610 |
| no2drivex.com | 8 Cancelled | 3/26/2016 | 3/26/2017 | 955251610 |
| no2core.com | 8 Cancelled | 3/27/2016 | 3/27/2017 | 955616004 |
| testxcore.com | 0 Active | 3/27/2016 | 3/27/2018 | 955616004 |
| wonderfulface.com | 8 Cancelled | 9/8/2013 | 9/8/2018 | 956964360 |
| scientificserum.com | 0 Active | 9/8/2013 | 9/8/2018 | 956964360 |
| tryphenomcore.com | 0 Active | 4/5/2016 | 4/5/2018 | 959355371 |
| phenomcore.com | 0 Active | 4/6/2016 | 4/6/2018 | 959361214 |
| testxcore.net | 0 Active | 4/8/2016 | 4/8/2018 | 960303183 |
| testxcore.org | 0 Active | 4/8/2016 | 4/8/2018 | 960303183 |
| trytestxcore.net | 0 Active | 4/8/2016 | 4/8/2018 | 960303183 |
| trytestxcore.org | 0 Active | 4/8/2016 | 4/8/2018 | 960303183 |
| tryno2shred.net | 8 Cancelled | 4/8/2016 | 4/8/2017 | 960303183 |
| no2shred.org | 8 Cancelled | 4/8/2016 | 4/8/2017 | 960303183 |
| tryno2shred.org | 8 Cancelled | 4/8/2016 | 4/8/2017 | 960303183 |
| tryno2shred.com | 8 Cancelled | 4/8/2016 | 4/8/2017 | 960303183 |
| tryphenom.com | 0 Active | 4/8/2016 | 4/8/2018 | 960303183 |
| no2shred.net | 8 Cancelled | 4/8/2016 | 4/8/2017 | 960303183 |
| trytestxcore.com | 0 Active | 4/8/2016 | 4/8/2018 | 960303183 |
| supplements-info.com | 0 Active | 5/17/2016 | 5/17/2018 | 976795976 |
| built-fit.com | 0 Active | 5/17/2016 | 5/17/2018 | 976795976 |
| max-muscles.com | 0 Active | 5/17/2016 | 5/17/2018 | 976795976 |
| muscle-gains.com | 0 Active | 5/17/2016 | 5/17/2018 | 976795976 |
| simplegigmarketing.com | 0 Active | 5/27/2016 | 5/27/2018 | 980304353 |
| phenomrewards.com | 0 Active | 5/27/2016 | 5/27/2018 | 980304353 |
| lift-supplements.com | 0 Active | 5/27/2016 | 5/27/2018 | 981128317 |
| body-goals.com | 0 Active | 5/27/2016 | 5/27/2018 | 981128317 |
| building-bodies.com | 0 Active | 5/27/2016 | 5/27/2018 | 981128317 |
| shop4muscles.com | 0 Active | 5/27/2016 | 5/27/2018 | 981128317 |
| gains-muscle.com | 0 Active | 5/27/2016 | 5/27/2018 | 981128317 |
| muscles-now.com | 0 Active | 5/27/2016 | 5/27/2018 | 981128317 |
| health-bod.com | 0 Active | 5/27/2016 | 5/27/2018 | 981128317 |
| n02shred.com | 149 Deleted - Redeemable | 6/1/2016 | 6/1/2017 | 982979590 |
| phenomhealthrewards.com | 0 Active | 6/15/2016 | 6/15/2018 | 986299969 |
| supplement-spot.com | 0 Active | 6/15/2016 | 6/15/2018 | 988789071 |
| muscle-booster.com | 0 Active | 6/15/2016 | 6/15/2018 | 988789071 |

McKenney Attachment R

# Domain List - All for Shopper ID 101788669

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| sunrisepointewellness.com | 0 Active | 6/20/2016 | 6/20/2018 | 990878379 |
| nomaxshred.org | 0 Active | 6/24/2016 | 6/24/2018 | 992185716 |
| nomaxshred.net | 0 Active | 6/23/2016 | 6/23/2018 | 992185716 |
| nomaxshred.com | 0 Active | 6/23/2016 | 6/23/2018 | 992185716 |
| mensoverdrive.com | 0 Active | 8/26/2010 | 8/26/2018 | 1006585288 |
| tryphenomshred.com | 0 Active | 8/15/2016 | 8/15/2018 | 1014138263 |
| ultrapurforskolin.net | 0 Active | 8/16/2016 | 8/16/2018 | 1014950067 |
| ultrapurforskolin.org | 0 Active | 8/16/2016 | 8/16/2018 | 1014950067 |
| ultrapurforskolin.com | 0 Active | 8/16/2016 | 8/16/2018 | 1014950067 |
| shred4summer.com | 0 Active | 8/17/2016 | 8/17/2017 | 1014987341 |
| buyultrapurforklin.com | 0 Active | 8/18/2016 | 8/18/2018 | 1015396937 |
| tryultrapurforskolin.com | 0 Active | 8/18/2016 | 8/18/2018 | 1015396937 |
| my-workout-fitness.com | 0 Active | 8/19/2016 | 8/19/2018 | 1015836630 |
| bioslimburn.net | 0 Active | 8/23/2016 | 8/23/2018 | 1017567145 |
| bioslimburn.com | 0 Active | 8/23/2016 | 8/23/2018 | 1017567145 |
| bioslimburn.org | 0 Active | 8/23/2016 | 8/23/2018 | 1017567145 |
| agronamarketinginc.com | 0 Active | 8/25/2016 | 8/25/2017 | 1018890337 |
| built-body.com | 0 Active | 8/30/2016 | 8/30/2018 | 1020925233 |
| muscle-supplies.com | 0 Active | 8/30/2016 | 8/30/2018 | 1020925233 |
| mensbodylife.com | 0 Active | 8/30/2016 | 8/30/2018 | 1020925233 |
| workout-supps.com | 0 Active | 8/30/2016 | 8/30/2018 | 1020925233 |
| ripped-supplements.com | 0 Active | 8/30/2016 | 8/30/2018 | 1020925233 |
| rapidliftfx.org | 0 Active | 9/6/2016 | 9/6/2017 | 1023654990 |
| rapidliftfx.com | 0 Active | 9/6/2016 | 9/6/2017 | 1023654990 |
| rapidliftfx.net | 0 Active | 9/6/2016 | 9/6/2017 | 1023654990 |
| sunsetordersmarketing.com | 0 Active | 9/6/2016 | 9/6/2017 | 1023663477 |
| ultrapureforskolin.com | 0 Active | 9/7/2016 | 9/7/2017 | 1023692679 |
| ultrapurewildraspberryketone.com | 0 Active | 9/7/2016 | 9/7/2017 | 1023692679 |
| ultrapureforskolin.org | 0 Active | 9/7/2016 | 9/7/2017 | 1023692679 |
| ultrapureforskolin.net | 0 Active | 9/7/2016 | 9/7/2017 | 1023692679 |
| ultrapurewildraspberryketone.org | 0 Active | 9/7/2016 | 9/7/2017 | 1023692679 |
| ultrapurewildraspberryketone.net | 0 Active | 9/7/2016 | 9/7/2017 | 1023692679 |
| rapidlift.org | 0 Active | 9/7/2016 | 9/7/2017 | 1023733354 |
| rapidlift.com | 0 Active | 10/4/2007 | 10/4/2017 | 1024126774 |
| tryrapidliftfx.com | 0 Active | 9/10/2016 | 9/10/2017 | 1025357081 |
| tryrapidlift.com | 0 Active | 9/10/2016 | 9/10/2017 | 1025357081 |
| tryrapidliftfx.net | 0 Active | 9/10/2016 | 9/10/2017 | 1025357081 |
| tryrapidlift.org | 0 Active | 9/10/2016 | 9/10/2017 | 1025357081 |
| tryrapidliftfx.org | 0 Active | 9/10/2016 | 9/10/2017 | 1025357081 |
| tryrapidlift.net | 0 Active | 9/10/2016 | 9/10/2017 | 1025357081 |
| huge-muscles.com | 0 Active | 9/12/2016 | 9/12/2017 | 1026148224 |
| shredded-bod.com | 0 Active | 9/12/2016 | 9/12/2017 | 1026148224 |
| global-muscles.com | 0 Active | 9/12/2016 | 9/12/2017 | 1026148224 |
| atlas-supplements.com | 0 Active | 9/12/2016 | 9/12/2017 | 1026148224 |

**McKenney Attachment R**

# Domain List - All for Shopper ID 101788669

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| everskylimited.com | 0 Active | 9/16/2016 | 9/16/2017 | 1027808878 |
| kiliskylimited.com | 0 Active | 9/16/2016 | 9/16/2017 | 1027808878 |
| fujiskylimited.com | 0 Active | 9/16/2016 | 9/16/2017 | 1027808878 |
| fitzskylimited.com | 0 Active | 9/16/2016 | 9/16/2017 | 1027808878 |
| denaskylimited.com | 0 Active | 9/16/2016 | 9/16/2017 | 1027808878 |
| mattskylimited.com | 0 Active | 9/16/2016 | 9/16/2017 | 1027808878 |
| rainskylimited.com | 0 Active | 9/16/2016 | 9/16/2017 | 1027808878 |
| kangskylimited.com | 0 Active | 9/16/2016 | 9/16/2017 | 1027808878 |
| blanskylimited.com | 0 Active | 9/16/2016 | 9/16/2017 | 1027808878 |
| nangskylimited.com | 0 Active | 9/16/2016 | 9/16/2017 | 1027808878 |
| nomaxshred.fr | 0 Active | 9/22/2016 | 9/22/2018 | 1029513316 |
| ultrapurwildraspberryketone.co.uk | 0 Active | 9/20/2016 | 9/20/2017 | 1029513316 |
| bioslimdailypowercleanse.co.uk | 0 Active | 9/20/2016 | 9/20/2017 | 1029513316 |
| nomaxshred.co.uk | 0 Active | 9/20/2016 | 9/20/2017 | 1029513316 |
| testxcore.fr | 0 Active | 9/22/2016 | 9/22/2018 | 1029513316 |
| testxcore.co.uk | 0 Active | 9/20/2016 | 9/20/2017 | 1029513316 |
| bioslimdailypowercleanse.fr | 0 Active | 9/22/2016 | 9/22/2018 | 1029513316 |
| beautyandtruthrewards.fr | 0 Active | 9/22/2016 | 9/22/2018 | 1029514446 |
| phenomrewards.co.uk | 0 Active | 9/21/2016 | 9/21/2017 | 1029514446 |
| phenomrewards.fr | 0 Active | 9/22/2016 | 9/22/2018 | 1029514446 |
| beautyandtruth.fr | 0 Active | 9/26/2016 | 9/26/2018 | 1031233910 |
| phenomhealth.co.uk | 0 Active | 9/25/2016 | 9/25/2018 | 1031233910 |
| phenomhealth.fr | 0 Active | 9/26/2016 | 9/26/2018 | 1031233910 |
| findbeautyandtruth.fr | 0 Active | 9/26/2016 | 9/26/2018 | 1031233910 |
| findbeautyandtruth.co.uk | 0 Active | 9/25/2016 | 9/25/2018 | 1031233910 |
| kineticproductsmarketing.com | 0 Active | 11/26/2014 | 11/26/2017 | 1031647788 |
| dermageniq.co.uk | 0 Active | 9/26/2016 | 9/26/2018 | 1031658717 |
| expertliftiq.fr | 0 Active | 9/27/2016 | 9/27/2018 | 1031658717 |
| expertliftiq.co.uk | 0 Active | 9/26/2016 | 9/26/2018 | 1031658717 |
| phenomenalreviews.com | 0 Active | 10/1/2016 | 10/1/2017 | 1034253783 |
| ecigrewards.com | 0 Active | 10/3/2016 | 10/3/2017 | 1034648880 |
| ecigsrewards.com | 0 Active | 10/3/2016 | 10/3/2017 | 1034648880 |
| littlekitewellness.com | 0 Active | 11/26/2014 | 11/26/2017 | 1035057788 |
| garcinialeanextreme.com | 0 Active | 12/5/2013 | 12/5/2017 | 1035057788 |
| forestbloomwellness.com | 0 Active | 11/23/2014 | 11/23/2017 | 1035057788 |
| ecigarette-vault.com | 9 Hold | 5/3/2010 | 5/3/2018 | 1036367800 |
| vaping-store.com | 0 Active | 8/31/2016 | 8/31/2018 | 1036367800 |
| quality-ecigarettes.com | 8 Cancelled | 3/30/2010 | 3/30/2018 | 1036367800 |
| ecigarettes-site.com | 9 Hold | 4/26/2010 | 4/26/2018 | 1036367800 |
| world-ecigs.com | 0 Active | 8/31/2016 | 8/31/2018 | 1036367800 |
| ecigarettes-warehouse.com | 0 Active | 4/26/2010 | 4/26/2018 | 1036367800 |
| pro-ecigs.com | 0 Active | 8/31/2016 | 8/31/2018 | 1036367800 |
| ecigarette-order.com | 0 Active | 5/3/2010 | 5/3/2018 | 1036367800 |
| ecigarettes-shop.com | 0 Active | 4/26/2010 | 4/26/2018 | 1036367800 |

McKenney Attachment R

# Domain List - All for Shopper ID 101788669

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| fastecigs.com | 0 Active | 3/29/2010 | 3/29/2018 | 1036367800 |
| ecigarettes-shipped.com | 8 Cancelled | 4/26/2010 | 4/26/2018 | 1036367800 |
| freedom-vape.com | 0 Active | 8/31/2016 | 8/31/2018 | 1036367800 |
| garcinialeanxtreme.com | 0 Active | 12/5/2013 | 12/5/2017 | 1037529515 |
| directaccessproducts.com | 0 Active | 12/8/2014 | 12/8/2017 | 1037529515 |
| provaporrewards.com | 0 Active | 6/22/2015 | 6/22/2018 | 1038373739 |
| muscle-health.com | 0 Active | 10/27/2016 | 10/27/2017 | 1045200724 |
| energize-health.com | 0 Active | 10/27/2016 | 10/27/2017 | 1045200724 |
| vitality-muscle.com | 0 Active | 10/27/2016 | 10/27/2017 | 1045200724 |
| supplement-sale.com | 0 Active | 10/27/2016 | 10/27/2017 | 1045200724 |
| everjoynutrition.com | 0 Active | 11/2/2016 | 11/2/2018 | 1047516285 |
| strongest-muscles.com | 0 Active | 11/3/2016 | 11/3/2017 | 1047927639 |
| champion-muscle.com | 0 Active | 11/3/2016 | 11/3/2017 | 1047927639 |
| strength-supplements.com | 0 Active | 11/3/2016 | 11/3/2017 | 1047927639 |
| achievement-health.com | 0 Active | 11/3/2016 | 11/3/2017 | 1047927639 |
| best-fitness-shop.com | 0 Active | 11/3/2016 | 11/3/2017 | 1047927639 |
| direct-supplement.com | 0 Active | 11/3/2016 | 11/3/2017 | 1047927639 |
| rainbowdropwellness.com | 0 Active | 11/8/2016 | 11/8/2018 | 1049993658 |
| cleanoptionwellness.com | 0 Active | 11/8/2016 | 11/8/2018 | 1049996227 |
| clearoptionwellness.com | 0 Active | 11/8/2016 | 11/8/2018 | 1050013743 |
| centeredenergymarketing.com | 0 Active | 11/8/2016 | 11/8/2018 | 1050025464 |
| globalnortherntradinglimited.com | 0 Active | 11/8/2016 | 11/8/2017 | 1050044250 |
| intensity-diet.com | 0 Active | 11/9/2016 | 11/9/2017 | 1050044397 |
| active-life-fitness.com | 0 Active | 11/9/2016 | 11/9/2017 | 1050044397 |
| intensity-health.com | 0 Active | 11/9/2016 | 11/9/2017 | 1050044397 |
| power-diets.com | 0 Active | 11/9/2016 | 11/9/2017 | 1050044397 |
| phenomenal-fitness.com | 0 Active | 11/9/2016 | 11/9/2017 | 1050044397 |
| fitness-phenom.com | 0 Active | 11/9/2016 | 11/9/2017 | 1050044397 |
| ability-supplements.com | 0 Active | 11/9/2016 | 11/9/2017 | 1050044397 |
| whole-body-well.com | 0 Active | 11/9/2016 | 11/9/2017 | 1050044397 |
| energetic-diet.com | 0 Active | 11/9/2016 | 11/9/2017 | 1050044397 |
| vigor-and-health.com | 0 Active | 11/9/2016 | 11/9/2017 | 1050044397 |
| improve-supplement.com | 0 Active | 11/9/2016 | 11/9/2017 | 1050044397 |
| whole-body-diet.com | 0 Active | 11/9/2016 | 11/9/2017 | 1050044397 |
| garciniaclean.com | 0 Active | 11/9/2016 | 11/9/2017 | 1050444721 |
| garciniaclean.fr | 0 Active | 11/11/2016 | 11/11/2017 | 1050444721 |
| buygarciniaclean.com | 0 Active | 11/9/2016 | 11/9/2017 | 1050444721 |
| trygarciniaclean.com | 0 Active | 11/9/2016 | 11/9/2017 | 1050444721 |
| garciniaclean.co.uk | 0 Active | 11/9/2016 | 11/9/2018 | 1050444721 |
| realvitalitymarketing.com | 0 Active | 11/10/2016 | 11/10/2018 | 1050866531 |
| mindwellnessmarketing.com | 0 Active | 11/10/2016 | 11/10/2018 | 1050868816 |
| reviewsonbeauty.com | 0 Active | 11/14/2016 | 11/14/2017 | 1052495057 |
| abranlimited.com | 0 Active | 12/17/2015 | 12/17/2017 | 1052523294 |
| advancedtrimonline.com | 0 Active | 12/16/2010 | 12/16/2017 | 1052523294 |

**McKenney Attachment R**

# Domain List - All for Shopper ID 101788669

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| concurmarketingsolutions.com | 0 Active | 11/18/2016 | 11/18/2017 | 1054219499 |
| buyprovapor.com | 0 Active | 11/21/2016 | 11/21/2017 | 1055477480 |
| tryprovapor.com | 0 Active | 11/21/2016 | 11/21/2017 | 1055477480 |
| health-hub-online.com | 0 Active | 11/30/2016 | 11/30/2017 | 1059358495 |
| jasperrainmarketing.com | 0 Active | 12/2/2016 | 12/2/2017 | 1060208865 |
| fremituslimited.com | 0 Active | 12/30/2014 | 12/30/2017 | 1061862911 |
| goethitelimited.com | 0 Active | 12/30/2014 | 12/30/2017 | 1061862911 |
| eagarlimited.com | 0 Active | 12/30/2014 | 12/30/2017 | 1061862911 |
| hathoriclimited.com | 0 Active | 12/30/2014 | 12/30/2017 | 1061862911 |
| icosanelimited.com | 0 Active | 12/30/2014 | 12/30/2017 | 1061862911 |
| duiliuslimited.com | 0 Active | 12/30/2014 | 12/30/2017 | 1061862911 |
| hilariolimited.com | 0 Active | 12/17/2015 | 12/17/2017 | 1061862911 |
| suelitalimited.com | 0 Active | 12/17/2015 | 12/17/2017 | 1061862911 |
| trellalimited.com | 0 Active | 12/17/2015 | 12/17/2017 | 1061862911 |
| fanucolimited.com | 0 Active | 12/17/2015 | 12/17/2017 | 1061862911 |
| laranlimited.com | 0 Active | 12/17/2015 | 12/17/2017 | 1061862911 |
| opatalimited.com | 0 Active | 12/17/2015 | 12/17/2017 | 1061862911 |
| cidromarketinglimited.com | 0 Active | 12/17/2015 | 12/17/2017 | 1061862911 |
| nelidalimited.com | 0 Active | 12/17/2015 | 12/17/2017 | 1061862911 |
| malinalilimited.com | 0 Active | 12/17/2015 | 12/17/2017 | 1061862911 |
| zanetalimited.com | 0 Active | 12/17/2015 | 12/17/2017 | 1061862911 |
| osanalimited.com | 0 Active | 12/28/2015 | 12/28/2017 | 1061862911 |
| jacentalimited.com | 0 Active | 12/17/2015 | 12/17/2017 | 1061862911 |
| senaldalimited.com | 0 Active | 12/17/2015 | 12/17/2017 | 1061862911 |
| tochtlilimited.com | 0 Active | 12/17/2015 | 12/17/2017 | 1061862911 |
| bernabelimited.com | 0 Active | 12/17/2015 | 12/17/2017 | 1061862911 |
| donzellimited.com | 0 Active | 12/17/2015 | 12/17/2017 | 1061862911 |
| adalialimited.com | 0 Active | 12/17/2015 | 12/17/2017 | 1061862911 |
| claretalimited.com | 0 Active | 12/17/2015 | 12/17/2017 | 1061862911 |
| reach-4-health.com | 0 Active | 12/19/2016 | 12/19/2017 | 1067224507 |
| gold-standardhealth.com | 0 Active | 12/19/2016 | 12/19/2017 | 1067224507 |
| preservedyouth.com | 0 Active | 12/19/2016 | 12/19/2017 | 1067224507 |
| spring-of-beautiful.com | 0 Active | 12/19/2016 | 12/19/2017 | 1067224507 |
| passitonhealth.com | 0 Active | 12/19/2016 | 12/19/2017 | 1067224507 |
| healthyreawaken.com | 0 Active | 12/19/2016 | 12/19/2017 | 1067224507 |
| magic-dieting.com | 0 Active | 12/19/2016 | 12/19/2017 | 1067224507 |
| trimbody-supplement.com | 0 Active | 12/19/2016 | 12/19/2017 | 1067224507 |
| tight-body-diets.com | 0 Active | 12/19/2016 | 12/19/2017 | 1067224507 |
| sparkofliving.com | 0 Active | 12/19/2016 | 12/19/2017 | 1067224507 |
| our-healthy-body.com | 0 Active | 12/19/2016 | 12/19/2017 | 1067224507 |
| dermcareskin.com | 0 Active | 12/19/2016 | 12/19/2017 | 1067224507 |
| herbal-dieting.com | 0 Active | 12/19/2016 | 12/19/2017 | 1067224507 |
| diet-warehouse-shop.com | 0 Active | 12/19/2016 | 12/19/2017 | 1067224507 |
| my-fresh-spa.com | 0 Active | 12/19/2016 | 12/19/2017 | 1067229238 |

WWD 000014

**PX 10**

**529**

**McKenney Attachment R**

# Domain List - All for Shopper ID 101788669

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| vision-of-health-store.com | 0 Active | 12/19/2016 | 12/19/2017 | 1067229238 |
| derm-perfecting.com | 0 Active | 12/19/2016 | 12/19/2017 | 1067229238 |
| perfect-serum.com | 0 Active | 12/19/2016 | 12/19/2017 | 1067229238 |
| cranidiumlimited.com | 0 Active | 1/6/2015 | 1/6/2018 | 1067243218 |
| snakepeptide.com | 0 Active | 1/27/2015 | 1/27/2018 | 1067243218 |
| biloculinelimited.com | 0 Active | 1/14/2015 | 1/14/2018 | 1067243218 |
| kithelimited.com | 0 Active | 1/6/2015 | 1/6/2018 | 1067243218 |
| americanlifestylejournal.com | 0 Active | 1/4/2012 | 1/4/2018 | 1067243218 |
| aldolatelimited.com | 0 Active | 1/6/2015 | 1/6/2018 | 1067243218 |
| fastordermarketing.com | 0 Active | 1/5/2015 | 1/5/2018 | 1067243218 |
| joyful-health.com | 0 Active | 12/22/2016 | 12/22/2017 | 1068481396 |
| living-in-health.com | 0 Active | 12/22/2016 | 12/22/2017 | 1068481396 |
| begin-fitness.com | 0 Active | 12/22/2016 | 12/22/2017 | 1068481396 |
| jointcapitalmarketing.com | 0 Active | 12/27/2016 | 12/27/2018 | 1070443952 |
| zipstandardmarketing.com | 0 Active | 1/3/2017 | 1/3/2019 | 1072674225 |
| jettimemarketing.com | 0 Active | 1/3/2017 | 1/3/2019 | 1072674225 |
| direct-ecigs.com | 0 Active | 1/7/2017 | 1/7/2018 | 1074496613 |
| world-vaping.com | 0 Active | 1/7/2017 | 1/7/2018 | 1074496613 |
| smokeless-cigs.com | 0 Active | 1/7/2017 | 1/7/2018 | 1074496613 |
| freedom-vaping.com | 0 Active | 1/7/2017 | 1/7/2018 | 1074496613 |
| house-of-ecigs.com | 0 Active | 1/7/2017 | 1/7/2018 | 1074496613 |
| ecigs-to-you.com | 0 Active | 1/7/2017 | 1/7/2018 | 1074496613 |
| marvellous-smoke.com | 0 Active | 1/7/2017 | 1/7/2018 | 1074496613 |
| new-vaping.com | 0 Active | 1/7/2017 | 1/7/2018 | 1074496613 |
| vaping-home.com | 0 Active | 1/7/2017 | 1/7/2018 | 1074496613 |
| electronic-cig-shop.com | 0 Active | 1/7/2017 | 1/7/2018 | 1074496613 |
| smokerschoicestore.com | 0 Active | 1/6/2010 | 1/6/2018 | 1075264426 |
| jolttinemarketing.com | 0 Active | 1/18/2017 | 1/18/2019 | 1079502126 |
| totalmarketproducts.com | 0 Active | 2/27/2015 | 2/27/2018 | 1081539099 |
| victory-health.com | 0 Active | 2/27/2015 | 2/27/2018 | 1081539099 |
| health-fountain.com | 0 Active | 2/27/2015 | 2/27/2018 | 1081539099 |
| my-beauty-shop.com | 0 Active | 2/27/2015 | 2/27/2018 | 1081539099 |
| youthful-body.com | 0 Active | 2/27/2015 | 2/27/2018 | 1081539099 |
| my-nature-health.com | 0 Active | 2/27/2015 | 2/27/2018 | 1081539099 |
| body-light.com | 0 Active | 2/27/2015 | 2/27/2018 | 1081539099 |
| truly-beauty.com | 0 Active | 2/18/2015 | 2/18/2018 | 1081539099 |
| organicskinlove.com | 0 Active | 2/27/2015 | 2/27/2018 | 1081539099 |
| body-warehouse.com | 0 Active | 2/18/2015 | 2/18/2018 | 1081539099 |
| body-magical.com | 0 Active | 2/18/2015 | 2/18/2018 | 1081539099 |
| spark-of-living.com | 0 Active | 2/18/2015 | 2/18/2018 | 1081539099 |
| meaning-of-beauty.com | 0 Active | 2/18/2015 | 2/18/2018 | 1081539099 |
| greener-health.com | 0 Active | 2/18/2015 | 2/18/2018 | 1081539099 |
| spring-of-beauty.com | 0 Active | 2/18/2015 | 2/18/2018 | 1081539099 |
| joy-of-health.com | 0 Active | 2/18/2015 | 2/18/2018 | 1081539099 |

McKenney Attachment R

# Domain List - All for Shopper ID 101788669

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| vision-of-health.com | 0 Active | 2/18/2015 | 2/18/2018 | 1081539099 |
| oasis-renewal.com | 0 Active | 2/18/2015 | 2/18/2018 | 1081539099 |
| visibly-changed.com | 0 Active | 2/18/2015 | 2/18/2018 | 1081539099 |
| preserved-youth.com | 0 Active | 2/18/2015 | 2/18/2018 | 1081539099 |
| paths-of-beauty.com | 0 Active | 2/18/2015 | 2/18/2018 | 1081539099 |
| central-wellness.com | 0 Active | 2/18/2015 | 2/18/2018 | 1081539099 |
| maltolatelimited.com | 0 Active | 2/16/2015 | 2/16/2018 | 1081539099 |
| inner-beautiful.com | 0 Active | 2/18/2015 | 2/18/2018 | 1081539099 |
| shop-beautiful.com | 0 Active | 2/18/2015 | 2/18/2018 | 1081539099 |
| pinnacle-of-health.com | 0 Active | 2/18/2015 | 2/18/2018 | 1081539099 |
| jacinthelimited.com | 0 Active | 2/16/2015 | 2/16/2018 | 1081539099 |
| kissarlimited.com | 0 Active | 2/16/2015 | 2/16/2018 | 1081539099 |
| heptagramlimited.com | 0 Active | 2/16/2015 | 2/16/2018 | 1081539099 |
| impreselimited.com | 0 Active | 2/16/2015 | 2/16/2018 | 1081539099 |
| harmotomelimited.com | 0 Active | 2/16/2015 | 2/16/2018 | 1081539099 |
| gloriosolimited.com | 0 Active | 2/16/2015 | 2/16/2018 | 1081539099 |
| carbanillimited.com | 0 Active | 2/16/2015 | 2/16/2018 | 1081539099 |
| feteritalimited.com | 0 Active | 2/16/2015 | 2/16/2018 | 1081539099 |
| foliumlimited.com | 0 Active | 2/16/2015 | 2/16/2018 | 1081539099 |
| becunalimited.com | 0 Active | 2/16/2015 | 2/16/2018 | 1081539099 |
| davanitelimited.com | 0 Active | 2/16/2015 | 2/16/2018 | 1081539099 |
| barokolimited.com | 0 Active | 2/16/2015 | 2/16/2018 | 1081539099 |
| balotadelimited.com | 0 Active | 2/16/2015 | 2/16/2018 | 1081539099 |
| vitrinitelimited.com | 0 Active | 2/16/2015 | 2/16/2018 | 1081539099 |
| tritoriumlimited.com | 0 Active | 2/16/2015 | 2/16/2018 | 1081539099 |
| lilacinlimited.com | 0 Active | 2/16/2015 | 2/16/2018 | 1081539099 |
| netherimlimited.com | 0 Active | 2/16/2015 | 2/16/2018 | 1081539099 |
| gartrellitelimited.com | 0 Active | 2/16/2015 | 2/16/2018 | 1081539099 |
| elpiditelimited.com | 0 Active | 2/16/2015 | 2/16/2018 | 1081539099 |
| bemixlimited.com | 0 Active | 2/16/2015 | 2/16/2018 | 1081539099 |
| edomitelimited.com | 0 Active | 2/16/2015 | 2/16/2018 | 1081539099 |
| dioptriclimited.com | 0 Active | 2/16/2015 | 2/16/2018 | 1081539099 |
| apicularlimited.com | 0 Active | 2/16/2015 | 2/16/2018 | 1081539099 |
| amentumlimited.com | 0 Active | 2/16/2015 | 2/16/2018 | 1081539099 |
| alamortlimited.com | 0 Active | 2/16/2015 | 2/16/2018 | 1081539099 |
| voltaitelimited.com | 0 Active | 2/16/2015 | 2/16/2018 | 1081539099 |
| alfenidelimited.com | 0 Active | 2/16/2015 | 2/16/2018 | 1081539099 |
| laurullimited.com | 0 Active | 2/12/2015 | 2/12/2018 | 1081539099 |
| juncolimited.com | 0 Active | 2/12/2015 | 2/12/2018 | 1081539099 |
| agronamarketing.com | 165 Cancelled - Never Transferred | 1/23/2017 | n/a | 1081539099 |
| synakepeptide.com | 0 Active | 2/10/2015 | 2/10/2018 | 1081539099 |
| globalnortherntrading.com | 0 Active | 2/10/2015 | 2/10/2018 | 1081539099 |
| wonderhealthshop.com | 0 Active | 2/3/2015 | 2/3/2018 | 1081539099 |
| ontrendhealth.com | 0 Active | 2/3/2015 | 2/3/2018 | 1081539099 |

**McKenney Attachment R**

# Domain List - All for Shopper ID 101788669

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| myfreshbodyspa.com | 0 Active | 2/3/2015 | 2/3/2018 | 1081539099 |
| goldstandard-health.com | 0 Active | 2/3/2015 | 2/3/2018 | 1081539099 |
| livingbettersystems.com | 0 Active | 2/3/2015 | 2/3/2018 | 1081539099 |
| inside-edge-health.com | 0 Active | 2/3/2015 | 2/3/2018 | 1081539099 |
| pass-it-on-health.com | 0 Active | 2/3/2015 | 2/3/2018 | 1081539099 |
| lifestyle-shoppers.com | 0 Active | 2/3/2015 | 2/3/2018 | 1081539099 |
| springtimehealth.com | 0 Active | 2/3/2015 | 2/3/2018 | 1081539099 |
| new-day-body.com | 0 Active | 2/3/2015 | 2/3/2018 | 1081539099 |
| life-on-air-body.com | 0 Active | 2/3/2015 | 2/3/2018 | 1081539099 |
| naturalbodyweb.com | 0 Active | 2/3/2015 | 2/3/2018 | 1081539099 |
| onlinevitalshop.com | 0 Active | 2/3/2015 | 2/3/2018 | 1081539099 |
| homeheartspa.com | 0 Active | 2/3/2015 | 2/3/2018 | 1081539099 |
| artful-health.com | 0 Active | 2/3/2015 | 2/3/2018 | 1081539099 |
| green-space-body.com | 0 Active | 2/3/2015 | 2/3/2018 | 1081539099 |
| clearwatersbody.com | 0 Active | 2/3/2015 | 2/3/2018 | 1081539099 |
| spadelightful.com | 0 Active | 2/3/2015 | 2/3/2018 | 1081539099 |
| theseasonofhealth.com | 0 Active | 2/3/2015 | 2/3/2018 | 1081539099 |
| shopvitalbeauty.com | 0 Active | 2/3/2015 | 2/3/2018 | 1081539099 |
| blendedwellnessmarketing.com | 0 Active | 2/2/2016 | 2/2/2018 | 1081539099 |
| vapingfreedomonline.com | 0 Active | 1/24/2017 | 1/24/2018 | 1082470082 |
| vaporcloudsweb.com | 0 Active | 1/24/2017 | 1/24/2018 | 1082470082 |
| purevaporenjoyment.com | 0 Active | 1/24/2017 | 1/24/2018 | 1082470082 |
| evaporontheweb.com | 0 Active | 1/24/2017 | 1/24/2018 | 1082470082 |
| eagerlimited.com | 0 Active | 1/25/2017 | 1/25/2018 | 1082497116 |
| trydermagen.com | 0 Active | 1/30/2017 | 1/30/2018 | 1085152389 |
| junkolimited.com | 0 Active | 1/30/2017 | 1/30/2018 | 1085155288 |
| gartrelitelimited.com | 0 Active | 1/30/2017 | 1/30/2018 | 1085155288 |
| turbidelitemarketing.com | 0 Active | 2/7/2017 | 2/7/2019 | 1088510512 |
| massdriftmarketing.com | 0 Active | 2/7/2017 | 2/7/2019 | 1088544478 |
| uplifting-skin.com | 0 Active | 2/13/2017 | 2/13/2018 | 1091280297 |
| new-age-skin.com | 0 Active | 2/13/2017 | 2/13/2018 | 1091280297 |
| classical-beauty.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091690520 |
| intuit-beauty.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091690520 |
| guru-health.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091707408 |
| fortunate-health.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091707408 |
| simply-body.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091707408 |
| valuable-health.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091707408 |
| deluxe-life-products.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091707408 |
| prime-body.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091707408 |
| healthful-products.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091707408 |
| first-class-health.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091707408 |
| perfectserums.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091723348 |
| clinic-derma-shop.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091723348 |
| betterskin-online.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091723348 |

McKenney Attachment R

# Domain List - All for Shopper ID 101788669

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| online-vital-shop.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091723348 |
| skinspa-online.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091723348 |
| unwrinkled-skin-shop.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091723348 |
| springtime-health.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091723348 |
| naturalbody-web.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091723348 |
| onwards-health-shop.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091723348 |
| central-wellness-shop.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091723348 |
| fresh-face-online.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091723348 |
| pinnacle-of-healthy.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091723348 |
| living-better-systems.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091723348 |
| lineserased.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091723348 |
| clinicalfacial.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091723348 |
| theseason-of-health.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091723348 |
| artful-health-shop.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091723348 |
| lifestyle-shopper.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091723348 |
| greenspacebody.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091723348 |
| wrinkles-repaired.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091723348 |
| vision-ofhealth.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091723348 |
| newday-body.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091723348 |
| insideedgehealth.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091723348 |
| myfresh-bodyspa.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091723348 |
| clearwaters-body.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091723348 |
| homeheart-spa.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091723348 |
| oasis-renewals.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091723348 |
| market-health-shop.com | 0 Active | 2/14/2017 | 2/14/2018 | 1091723348 |
| bodyliftonline.com | 0 Active | 2/16/2017 | 2/16/2018 | 1092675563 |
| rejuve-store.com | 0 Active | 2/16/2017 | 2/16/2018 | 1092675563 |
| brightest-health.com | 0 Active | 2/16/2017 | 2/16/2018 | 1092675563 |
| improve-body.com | 0 Active | 2/16/2017 | 2/16/2018 | 1092675563 |
| directhealthshopping.com | 0 Active | 2/16/2017 | 2/16/2018 | 1092675563 |
| philosophy-health.com | 0 Active | 2/16/2017 | 2/16/2018 | 1092675563 |
| health-shop-online.com | 0 Active | 2/16/2017 | 2/16/2018 | 1092675563 |
| health4life-shop.com | 0 Active | 2/16/2017 | 2/16/2018 | 1092675563 |
| pure-and-healthy.com | 0 Active | 2/16/2017 | 2/16/2018 | 1092675563 |
| rewind-time-shop.com | 0 Active | 2/16/2017 | 2/16/2018 | 1092675563 |
| reverse-age-shop.com | 0 Active | 2/16/2017 | 2/16/2018 | 1092675563 |
| enthuse-fitness.com | 0 Active | 2/16/2017 | 2/16/2018 | 1092735154 |
| garciniacleanxt.com | 0 Active | 2/17/2017 | 2/17/2018 | 1093029918 |
| garcinia-clean.com | 0 Active | 2/17/2017 | 2/17/2018 | 1093029918 |
| garciniacleanxt.net | 0 Active | 2/19/2017 | 2/19/2018 | 1094084568 |
| garciniacleanxt.org | 0 Active | 2/20/2017 | 2/20/2018 | 1094084568 |
| trygarciniacleanxt.com | 0 Active | 2/19/2017 | 2/19/2018 | 1094084769 |
| valued-health.com | 0 Active | 2/22/2017 | 2/22/2018 | 1095531748 |
| bestlivingproducts.com | 0 Active | 2/22/2017 | 2/22/2018 | 1095531748 |

# Domain List - All for Shopper ID 101788669

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| finesse-health.com | 0 Active | 2/22/2017 | 2/22/2018 | 1095531748 |
| great-life-shop.com | 0 Active | 2/22/2017 | 2/22/2018 | 1095531748 |
| energetic-health.com | 0 Active | 2/22/2017 | 2/22/2018 | 1095531748 |
| truly-healthy.com | 0 Active | 2/22/2017 | 2/22/2018 | 1095531748 |
| sculpted-health.com | 0 Active | 2/22/2017 | 2/22/2018 | 1095531748 |
| shop-4-health.com | 0 Active | 2/22/2017 | 2/22/2018 | 1095531748 |
| caring-beauty.com | 0 Active | 2/22/2017 | 2/22/2018 | 1095531748 |
| wonderful-health.com | 0 Active | 2/22/2017 | 2/22/2018 | 1095531748 |
| amazed-health.com | 0 Active | 2/22/2017 | 2/22/2018 | 1095531748 |
| originalhealthstore.com | 0 Active | 2/22/2017 | 2/22/2018 | 1095531748 |
| brandjunctionwellness.com | 0 Active | 3/3/2015 | 3/3/2018 | 1097525895 |
| safraninelimited.com | 0 Active | 3/9/2015 | 3/9/2018 | 1097527388 |
| altamiralimited.com | 0 Active | 3/17/2015 | 3/17/2018 | 1097527388 |
| avocetlimited.com | 0 Active | 3/17/2015 | 3/17/2018 | 1097527388 |
| rouxelitelimited.com | 0 Active | 3/9/2015 | 3/9/2018 | 1097527388 |
| turonianlimited.com | 0 Active | 3/9/2015 | 3/9/2018 | 1097527388 |
| permutelimited.com | 0 Active | 3/9/2015 | 3/9/2018 | 1097527388 |
| maricitelimited.com | 0 Active | 3/9/2015 | 3/9/2018 | 1097527388 |
| nabaphitelimited.com | 0 Active | 3/9/2015 | 3/9/2018 | 1097527388 |
| orecticlimited.com | 0 Active | 3/9/2015 | 3/9/2018 | 1097527388 |
| eraserepair.com | 0 Active | 3/7/2015 | 3/7/2018 | 1097527388 |
| montanuslimited.com | 0 Active | 3/17/2015 | 3/17/2018 | 1097537671 |
| kiskadeelimited.com | 0 Active | 3/17/2015 | 3/17/2018 | 1097537671 |
| gadwalianlimited.com | 0 Active | 3/17/2015 | 3/17/2018 | 1097537671 |
| lapponicuslimited.com | 0 Active | 3/17/2015 | 3/17/2018 | 1097537671 |
| laysanilimited.com | 0 Active | 3/17/2015 | 3/17/2018 | 1097537671 |
| herondalelimited.com | 0 Active | 3/17/2015 | 3/17/2018 | 1097537671 |
| dunlintreelimited.com | 0 Active | 3/17/2015 | 3/17/2018 | 1097537671 |
| calcariuslimited.com | 0 Active | 3/17/2015 | 3/17/2018 | 1097537671 |
| canvasbacklimited.com | 0 Active | 3/17/2015 | 3/17/2018 | 1097537671 |
| forsterilimited.com | 0 Active | 3/17/2015 | 3/17/2018 | 1097537671 |
| sittellalimited.com | 0 Active | 3/20/2015 | 3/20/2018 | 1097538929 |
| eraserepairha.com | 0 Active | 3/18/2015 | 3/18/2018 | 1097538929 |
| berniclalimited.com | 0 Active | 3/17/2015 | 3/17/2018 | 1097538929 |
| altamorosalimited.com | 0 Active | 3/20/2015 | 3/20/2018 | 1097538929 |
| xantriclimited.com | 0 Active | 3/17/2015 | 3/17/2018 | 1097538929 |
| vantiridiumlimited.com | 0 Active | 3/17/2015 | 3/17/2018 | 1097538929 |
| sittellalimited.com | 0 Active | 3/17/2015 | 3/17/2018 | 1097538929 |
| rallidaelimited.com | 0 Active | 3/17/2015 | 3/17/2018 | 1097538929 |
| parkesialimited.com | 0 Active | 3/17/2015 | 3/17/2018 | 1097538929 |
| picoideslimited.com | 0 Active | 3/17/2015 | 3/17/2018 | 1097538929 |
| nordanightlimited.com | 0 Active | 3/17/2015 | 3/17/2018 | 1097538929 |
| wonder-health-shop.com | 0 Active | 3/14/2017 | 3/14/2019 | 1105658581 |
| supple-skin.com | 0 Active | 3/20/2017 | 3/20/2018 | 1108521730 |

McKenney Attachment R

# Domain List - All for Shopper ID 101788669

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| brain-boosting.com | 0 Active | 3/20/2017 | 3/20/2018 | 1108521730 |
| smart-pill-shop.com | 0 Active | 3/20/2017 | 3/20/2018 | 1108521730 |
| chisled-muscle.com | 0 Active | 3/20/2017 | 3/20/2018 | 1108521730 |
| thehealthyconsumer.com | 0 Active | 4/29/2011 | 4/29/2018 | 1109524837 |
| hardwireinteractive.com | 0 Active | 4/25/2012 | 4/25/2018 | 1109524837 |
| ecigarettes-sale.com | 0 Active | 4/14/2010 | 4/14/2018 | 1109524837 |
| hardwireads.com | 0 Active | 4/25/2012 | 4/25/2018 | 1110046073 |
| hardwireadvertising.com | 0 Active | 4/25/2012 | 4/25/2018 | 1110046073 |
| myraskinwhite-cs.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| divask-info.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| nutrifit-info.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| terrahaircare-cs.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| thyracare-help.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| bioflow-support.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| diatrim-help.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| cleanclear-info.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| cetalightplus-cs.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| betafuelmaxx-cs.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| fibroxanthe-help.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| isoflex-info.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| nutrifab-help.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| glemashine-help.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| nutriload-help.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| kerasheer-info.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| metaminor-help.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| evosk-info.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| celeclear-info.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| alaircera-help.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| hermax-help.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| clinicare-help.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| bioleanboost-cs.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| alexiness-help.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| titanobeast-cs.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| hergoal-help.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| titanrush-info.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| formulite-desk.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| dietox-info.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| retinamax-help.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| viveserum-help.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| deluxeglow-info.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| metarush-help.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| herfitness-info.com | 0 Active | 4/5/2017 | 4/5/2018 | 1115914495 |
| campaignstash.com | 0 Active | 4/5/2017 | 4/5/2019 | 1115945881 |
| think-pills.com | 0 Active | 4/16/2017 | 4/16/2018 | 1116196089 |

# Domain List - All for Shopper ID 101788669

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| lift-skin.com | 0 Active | 4/16/2017 | 4/16/2018 | 1116196089 |
| cognitive-boost.com | 0 Active | 4/16/2017 | 4/16/2018 | 1116196089 |
| believe-beauty.com | 0 Active | 4/16/2017 | 4/16/2018 | 1116196089 |
| nextclearwhite-cs.com | 0 Active | 4/24/2017 | 4/24/2018 | 1124557354 |
| bestaclear-desk.com | 0 Active | 4/24/2017 | 4/24/2018 | 1124557354 |
| dermavo-info.com | 0 Active | 4/24/2017 | 4/24/2018 | 1124557354 |
| combapro-help.com | 0 Active | 4/24/2017 | 4/24/2018 | 1124557354 |
| magentaserum-cs.com | 0 Active | 4/24/2017 | 4/24/2018 | 1124557354 |
| synercut-support.com | 0 Active | 4/24/2017 | 4/24/2018 | 1124557354 |
| xyskinplus-help.com | 0 Active | 4/24/2017 | 4/24/2018 | 1124557354 |
| platiwhey-help.com | 0 Active | 4/24/2017 | 4/24/2018 | 1124557354 |
| diaburn-support.com | 0 Active | 4/24/2017 | 4/24/2018 | 1124557354 |
| fibroadv-help.com | 0 Active | 4/24/2017 | 4/24/2018 | 1124557354 |
| aellafib-help.com | 0 Active | 4/24/2017 | 4/24/2018 | 1124557354 |
| splendacare-info.com | 0 Active | 4/24/2017 | 4/24/2018 | 1124557354 |
| carasilk-info.com | 0 Active | 4/24/2017 | 4/24/2018 | 1124557354 |
| rejuvena-help.com | 0 Active | 4/24/2017 | 4/24/2018 | 1124557354 |
| slimabet-help.com | 0 Active | 4/24/2017 | 4/24/2018 | 1124557354 |
| yourorderhelp.com | 0 Active | 5/28/2009 | 5/28/2018 | 1125098959 |
| ecigprovapor.com | 0 Active | 5/28/2015 | 5/28/2018 | 1125586883 |
| boostiqplus.org | 0 Active | 5/5/2017 | 5/5/2018 | 1129538008 |
| boostiqplus.net | 0 Active | 5/5/2017 | 5/5/2018 | 1129538008 |
| boostiqplus.com | 0 Active | 5/5/2017 | 5/5/2018 | 1129538008 |
| tryboostiqplus.com | 0 Active | 5/5/2017 | 5/5/2018 | 1129538008 |
| boost-iqplus.com | 0 Active | 5/5/2017 | 5/5/2018 | 1129538008 |
| ravishing-skin.com | 0 Active | 5/14/2017 | 5/14/2018 | 1133753156 |
| getting-gorgeous.com | 0 Active | 5/14/2017 | 5/14/2018 | 1133753156 |
| rosepetalskin.com | 0 Active | 5/14/2017 | 5/14/2018 | 1133753156 |
| green-diets.com | 0 Active | 5/14/2017 | 5/14/2018 | 1133753156 |
| friendlydieting.com | 0 Active | 5/14/2017 | 5/14/2018 | 1133753156 |
| perpetualmuscle.com | 0 Active | 5/14/2017 | 5/14/2018 | 1133753156 |
| balancehealthshop.com | 0 Active | 5/14/2017 | 5/14/2018 | 1133753156 |
| radiance-health.com | 0 Active | 5/14/2017 | 5/14/2018 | 1133753156 |
| webshophealth.com | 0 Active | 5/14/2017 | 5/14/2018 | 1133753156 |
| spring-skin.com | 0 Active | 5/14/2017 | 5/14/2018 | 1133753156 |
| upliftskin.com | 0 Active | 5/14/2017 | 5/14/2018 | 1133753156 |
| body-helpers.com | 0 Active | 5/14/2017 | 5/14/2018 | 1133753156 |
| zen-diet.com | 0 Active | 5/14/2017 | 5/14/2018 | 1133753156 |
| wellness-body.com | 0 Active | 5/14/2017 | 5/14/2018 | 1133753156 |
| trainedmuscle.com | 0 Active | 5/14/2017 | 5/14/2018 | 1133753156 |
| real-muscles.com | 0 Active | 5/14/2017 | 5/14/2018 | 1133753156 |
| online-muscles.com | 0 Active | 5/14/2017 | 5/14/2018 | 1133753156 |
| shape-building.com | 0 Active | 5/14/2017 | 5/14/2018 | 1133753156 |
| sculpt-supplements.com | 0 Active | 5/14/2017 | 5/14/2018 | 1133753156 |

**McKenney Attachment R**

# Domain List - All for Shopper ID 101788669

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| your-muscles.com | 0 Active | 5/14/2017 | 5/14/2018 | 1133753156 |
| kindred-health.com | 0 Active | 5/14/2017 | 5/14/2018 | 1133753156 |
| well-being-health.com | 0 Active | 5/14/2017 | 5/14/2018 | 1133753156 |
| brain-cognitive.com | 0 Active | 5/14/2017 | 5/14/2018 | 1133767579 |
| brain-bright.com | 0 Active | 5/14/2017 | 5/14/2018 | 1133775809 |
| intelligence-pills.com | 0 Active | 5/14/2017 | 5/14/2018 | 1133775809 |
| smarter-brains.com | 0 Active | 5/14/2017 | 5/14/2018 | 1133775809 |
| mind-healthy.com | 0 Active | 5/14/2017 | 5/14/2018 | 1133775809 |
| craniumpower.com | 0 Active | 5/14/2017 | 5/14/2018 | 1133775809 |
| meadowwestmarketing.com | 0 Active | 5/17/2017 | 5/17/2019 | 1135148951 |
| buycerebralx.com | 0 Active | 5/18/2017 | 5/18/2018 | 1135636005 |
| trycerebralx.com | 0 Active | 5/18/2017 | 5/18/2018 | 1135636005 |
| cerebralx.net | 0 Active | 5/18/2017 | 5/18/2018 | 1135636005 |
| cerebralx.co | 0 Active | 5/19/2017 | 5/18/2018 | 1135636005 |
| cerebralx.org | 0 Active | 5/19/2017 | 5/19/2018 | 1135636005 |
| memory-supps.com | 0 Active | 5/19/2017 | 5/19/2018 | 1136087927 |
| cerebral-supps.com | 0 Active | 5/19/2017 | 5/19/2018 | 1136087927 |
| youthful-mind.com | 0 Active | 5/19/2017 | 5/19/2018 | 1136087927 |
| vitamin-mind.com | 0 Active | 5/19/2017 | 5/19/2018 | 1136087927 |
| skin-so-fresh.com | 0 Active | 5/19/2017 | 5/19/2018 | 1136087927 |
| derma-renew.com | 0 Active | 5/19/2017 | 5/19/2018 | 1136087927 |
| cerebrum-supps.com | 0 Active | 5/19/2017 | 5/19/2018 | 1136087927 |
| brighter-skin.com | 0 Active | 5/19/2017 | 5/19/2018 | 1136087927 |
| western-health.com | 0 Active | 5/19/2017 | 5/19/2018 | 1136087927 |
| best-health-supps.com | 0 Active | 5/19/2017 | 5/19/2018 | 1136087927 |
| ergo-muscle.com | 0 Active | 5/19/2017 | 5/19/2018 | 1136087927 |
| revived-health.com | 0 Active | 5/19/2017 | 5/19/2018 | 1136087927 |
| lifted-skin.com | 0 Active | 5/19/2017 | 5/19/2018 | 1136087927 |
| define-muscle.com | 0 Active | 5/19/2017 | 5/19/2018 | 1136087927 |
| healthy-muscle.com | 0 Active | 5/19/2017 | 5/19/2018 | 1136087927 |
| younger-face.com | 0 Active | 5/19/2017 | 5/19/2018 | 1136087927 |
| health-shoppers.com | 0 Active | 5/19/2017 | 5/19/2018 | 1136087927 |
| ripped-bodyfit.com | 0 Active | 5/19/2017 | 5/19/2018 | 1136087927 |
| true-diet.com | 0 Active | 5/19/2017 | 5/19/2018 | 1136087927 |
| vibrant-diet.com | 0 Active | 5/19/2017 | 5/19/2018 | 1136087927 |
| right-diet.com | 0 Active | 5/19/2017 | 5/19/2018 | 1136087927 |
| in-great-health.com | 0 Active | 5/19/2017 | 5/19/2018 | 1136087927 |
| online-healthstore.com | 0 Active | 5/19/2017 | 5/19/2018 | 1136087927 |
| body-define.com | 0 Active | 5/19/2017 | 5/19/2018 | 1136087927 |
| beach-bodydiet.com | 0 Active | 5/19/2017 | 5/19/2018 | 1136087927 |
| maximumvaporonline.com | 0 Active | 6/29/2015 | 6/29/2018 | 1137445562 |
| insidethevapor.com | 0 Active | 6/29/2015 | 6/29/2018 | 1137445562 |
| smokesteady.com | 0 Active | 6/29/2015 | 6/29/2018 | 1137445562 |
| electronicvapestore.com | 0 Active | 6/29/2015 | 6/29/2018 | 1137445562 |

McKenney Attachment R

# Domain List - All for Shopper ID 101788669

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| connectedsmoke.com | 0 Active | 6/29/2015 | 6/29/2018 | 1137445562 |
| ecigcomplete.com | 0 Active | 6/29/2015 | 6/29/2018 | 1137445562 |
| simplyecigsonline.com | 0 Active | 6/29/2015 | 6/29/2018 | 1137445562 |
| completevapestore.com | 0 Active | 6/29/2015 | 6/29/2018 | 1137445562 |
| webvaporstore.com | 0 Active | 6/29/2015 | 6/29/2018 | 1137445562 |
| vapefocusweb.com | 0 Active | 6/29/2015 | 6/29/2018 | 1137445562 |
| totalvaporweb.com | 0 Active | 6/29/2015 | 6/29/2018 | 1137445562 |
| unsubscribemyaddress.net | 0 Active | 6/22/2015 | 6/22/2019 | 1137445562 |
| ecigsbrand.net | 0 Active | 6/19/2015 | 6/19/2019 | 1137445562 |
| vitamoodplus.org | 0 Active | 5/23/2017 | 5/23/2018 | 1137450009 |
| buyvitamood.com | 0 Active | 5/22/2017 | 5/22/2018 | 1137450009 |
| tryvitamood.com | 0 Active | 5/22/2017 | 5/22/2018 | 1137450009 |
| vitamoodplus.net | 0 Active | 5/22/2017 | 5/22/2018 | 1137450009 |
| vitamoodplus.co | 0 Active | 5/23/2017 | 5/22/2018 | 1137450009 |
| vitamoodplus.com | 0 Active | 5/22/2017 | 5/22/2018 | 1137450009 |
| trysynageniq.com | 0 Active | 5/24/2017 | 5/24/2019 | 1137963813 |
| incrediblecigs.com | 0 Active | 7/3/2015 | 7/3/2018 | 1142236820 |
| theliquidvapor.com | 0 Active | 7/3/2015 | 7/3/2018 | 1142236820 |
| instantecigs.com | 0 Active | 7/3/2015 | 7/3/2018 | 1142236820 |
| enhancedecigs.com | 0 Active | 7/3/2015 | 7/3/2018 | 1142236820 |
| agronamarketing.com | 0 Active | 2/9/2016 | 2/9/2019 | 1142236820 |
| ecigsbrand.com | 0 Active | 3/3/2010 | 3/3/2019 | 1142236820 |
| ecigsbrand.co.uk | 6 Transfer To: Pending Response | 6/4/2017 | n/a | 1143022197 |
| tryeraserepair.com | 0 Active | 3/8/2015 | 3/8/2021 | 1143023341 |
| btskinlabs.com | 0 Active | 6/6/2017 | 6/6/2019 | 1143934617 |
| no2shred.com | 220 DNSInfo - Inactive | 6/16/2017 | n/a | |
| healthyjive.com | 220 DNSInfo - Inactive | 6/16/2017 | n/a | |
| rehpiclimited.com | 0 Active | 6/29/2017 | 6/29/2018 | 1154016188 |
| unofactlimited.com | 0 Active | 6/29/2017 | 6/29/2018 | 1154016188 |
| timzumlimited.com | 0 Active | 6/29/2017 | 6/29/2018 | 1154016188 |
| noolejitlimited.com | 0 Active | 6/29/2017 | 6/29/2018 | 1154016188 |
| kastelbaynelimited.com | 0 Active | 6/29/2017 | 6/29/2018 | 1154016188 |
| zalandroslimited.com | 0 Active | 6/29/2017 | 6/29/2018 | 1154016188 |
| dexmerlimited.com | 0 Active | 6/29/2017 | 6/29/2018 | 1154016188 |
| abritexlimited.com | 0 Active | 6/29/2017 | 6/29/2018 | 1154016188 |
| laciendalimited.com | 0 Active | 6/29/2017 | 6/29/2018 | 1154016188 |
| figuenoslimited.com | 0 Active | 6/29/2017 | 6/29/2018 | 1154016188 |
| your-health-shop.com | 0 Active | 7/3/2017 | 7/3/2018 | 1155753305 |
| inspire-health-shop.com | 0 Active | 7/3/2017 | 7/3/2018 | 1155753305 |
| lifechange-diet.com | 0 Active | 7/3/2017 | 7/3/2018 | 1155753305 |
| diet-from-home.com | 0 Active | 7/3/2017 | 7/3/2018 | 1155753305 |
| huge-muscle.com | 0 Active | 7/3/2017 | 7/3/2018 | 1155753305 |
| kissable-face.com | 0 Active | 7/3/2017 | 7/3/2018 | 1155753305 |
| fast-diet-solution.com | 0 Active | 7/3/2017 | 7/3/2018 | 1155753305 |

McKenney Attachment R

# Domain List - All for Shopper ID 101788669

| Domain Name | Status | Created | Expires | Order ID |
| --- | --- | --- | --- | --- |
| new-health-shop.com | 0 Active | 7/3/2017 | 7/3/2018 | 1155753305 |
| weight-fix-diet.com | 0 Active | 7/3/2017 | 7/3/2018 | 1155753305 |
| peak-bodyfit.com | 0 Active | 7/3/2017 | 7/3/2018 | 1155753305 |
| muscle-shopper.com | 0 Active | 7/3/2017 | 7/3/2018 | 1155753305 |
| physical-prime.com | 0 Active | 7/3/2017 | 7/3/2018 | 1155753305 |
| wrinkle-remove.com | 0 Active | 7/3/2017 | 7/3/2018 | 1155753305 |
| gold-health.com | 0 Active | 7/3/2017 | 7/3/2018 | 1155753305 |
| purity-healthweb.com | 0 Active | 7/3/2017 | 7/3/2018 | 1155753305 |
| hollywood-body.com | 0 Active | 7/3/2017 | 7/3/2018 | 1155753305 |
| evolved-health.com | 0 Active | 7/3/2017 | 7/3/2018 | 1155753305 |
| chisled-body.com | 0 Active | 7/3/2017 | 7/3/2018 | 1155753305 |
| cut-muscle.com | 0 Active | 7/3/2017 | 7/3/2018 | 1155753305 |
| nourish-diet.com | 0 Active | 7/3/2017 | 7/3/2018 | 1155753305 |
| gorgeous-now.com | 0 Active | 7/3/2017 | 7/3/2018 | 1155753305 |
| fresh-beautiful.com | 0 Active | 7/3/2017 | 7/3/2018 | 1155753305 |
| skin-goddess.com | 0 Active | 7/3/2017 | 7/3/2018 | 1155753305 |
| now-skincare.com | 0 Active | 7/3/2017 | 7/3/2018 | 1155753305 |
| trydailypowercleanse.com | 0 Active | 7/4/2017 | 7/4/2018 | 1156153880 |
| trywildraspberryketones.com | 0 Active | 7/4/2017 | 7/4/2018 | 1156153880 |
| bosquaithelimited.com | 0 Active | 7/7/2017 | 7/7/2018 | 1157519699 |
| movistrelilimited.com | 0 Active | 7/7/2017 | 7/7/2018 | 1157519699 |
| extrizaslimited.com | 0 Active | 7/7/2017 | 7/7/2018 | 1157519699 |
| yatamogolimited.com | 0 Active | 7/7/2017 | 7/7/2018 | 1157519699 |
| endeavoursteelmarketing.com | 0 Active | 7/10/2017 | 7/10/2018 | 1158952483 |
| appealing-skin.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160838702 |
| completely-nourished.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160838702 |
| wiser-minds.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160838702 |
| body-built.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160838702 |
| forcefulstrength.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160838702 |
| astuteandbrilliant.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160838702 |
| cutmusclesnow.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160838702 |
| wholebody-energy.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160838702 |
| lean-and-fit.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160838702 |
| invigorating-life.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160838702 |
| fit-natural.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160838702 |
| ingenious-supplements.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160838702 |
| beautiful-complexion.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160838702 |
| all-over-health.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160838702 |
| stunningfeatures.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160838702 |
| savvy-intelligence.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160838702 |
| finally-thin.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160838702 |
| shreddedandlean.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160838702 |
| slim-bodies.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160838702 |
| marvelous-skincare.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160838702 |

McKenney Attachment R

# Domain List - All for Shopper ID 101788669

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| ravashingvisage.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160838702 |
| insightful-brain.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160838702 |
| tonedshape.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160838702 |
| advantage-body.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160838702 |
| athleticbodyonline.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160838702 |
| time2diet.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160875246 |
| trim-down.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160875246 |
| healthy-supps.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160875246 |
| muscle-online.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160875246 |
| male-fitness.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160875246 |
| now-muscle.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160875246 |
| male-supplement.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160875246 |
| new-facial.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160875246 |
| petal-skin.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160875246 |
| fitness-shoppers.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160875246 |
| malebodytrend.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160875246 |
| natural-facial.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160875246 |
| body4living.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160875246 |
| delight-skin.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160875246 |
| youthful-beautiful.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160875246 |
| radiant-beautiful.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160875246 |
| brilliant-pills.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160875246 |
| boost-brainiac.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160875246 |
| smart-dose.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160875246 |
| shop-4-beauty.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160875246 |
| happy-calm.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160875246 |
| genius-pills.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160875246 |
| smarter-pills.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160875246 |
| mood-booster.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160875246 |
| guru-of-health.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160875246 |
| feeling-gr8.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160875246 |
| best-living-now.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160875246 |
| fine-healthstore.com | 0 Active | 7/14/2017 | 7/14/2018 | 1160875246 |
| tryexpertlift.com | 0 Active | 7/17/2017 | 7/17/2018 | 1161970493 |
| trydermageniqnow.com | 0 Active | 7/18/2017 | 7/18/2018 | 1162553488 |
| fab-health.com | 0 Active | 7/24/2017 | 7/24/2018 | 1165536879 |
| healthy-path.com | 0 Active | 7/24/2017 | 7/24/2018 | 1165536879 |
| chat-health.com | 0 Active | 7/24/2017 | 7/24/2018 | 1165536879 |
| pure-living-health.com | 0 Active | 7/24/2017 | 7/24/2018 | 1165536879 |
| healthdeliveries.com | 0 Active | 7/24/2017 | 7/24/2018 | 1165536879 |
| products-4-health.com | 0 Active | 7/24/2017 | 7/24/2018 | 1165536879 |
| spring-of-health.com | 0 Active | 7/24/2017 | 7/24/2018 | 1165536879 |
| built-muscle.com | 0 Active | 7/28/2017 | 7/28/2018 | 1167593727 |
| fitness-supps.com | 0 Active | 7/28/2017 | 7/28/2018 | 1167593727 |

McKenney Attachment R

# Domain List - All for Shopper ID 101788669

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| true-muscles.com | 0 Active | 7/28/2017 | 7/28/2018 | 1167593727 |
| sculpted-body.com | 0 Active | 7/28/2017 | 7/28/2018 | 1167593727 |
| king-muscles.com | 0 Active | 7/28/2017 | 7/28/2018 | 1167593727 |
| jesteryouthmarketing.com | 0 Active | 7/29/2017 | 7/29/2018 | 1167962610 |
| tryphenomcorenow.com | 0 Active | 8/1/2017 | 8/1/2018 | 1169038976 |
| trygarciniacleannow.com | 0 Active | 8/1/2017 | 8/1/2018 | 1169038976 |
| warehouse-ecigarettes.com | 0 Active | 8/3/2017 | 8/3/2018 | 1169650504 |
| tryphenomshrednow.com | 0 Active | 8/7/2017 | 8/7/2019 | 1171602691 |
| living-well-store.com | 0 Active | 8/8/2017 | 8/8/2018 | 1172290920 |
| masculine-life.com | 0 Active | 8/8/2017 | 8/8/2018 | 1172290920 |
| better-health-shop.com | 0 Active | 8/8/2017 | 8/8/2018 | 1172290920 |
| men-muscles.com | 0 Active | 8/8/2017 | 8/8/2018 | 1172290920 |
| health-wonder.com | 0 Active | 8/8/2017 | 8/8/2018 | 1172290920 |
| growth-muscle.com | 0 Active | 8/8/2017 | 8/8/2018 | 1172290920 |
| valiant-health.com | 0 Active | 8/8/2017 | 8/8/2018 | 1172290920 |
| muscle-stop.com | 0 Active | 8/8/2017 | 8/8/2018 | 1172290920 |
| brilliant-supplement.com | 0 Active | 8/8/2017 | 8/8/2018 | 1172290920 |
| best-health-buys.com | 0 Active | 8/8/2017 | 8/8/2018 | 1172290920 |
| health-muscles.com | 0 Active | 8/8/2017 | 8/8/2018 | 1172290920 |
| inbalancecbd.com | 0 Active | 8/9/2017 | 8/9/2018 | 1172710972 |
| cbdmulticomplex.com | 0 Active | 8/9/2017 | 8/9/2018 | 1172710972 |
| cbdsciencecomplex.com | 0 Active | 8/9/2017 | 8/9/2018 | 1172710972 |
| guru-cbd.com | 0 Active | 8/9/2017 | 8/9/2018 | 1172710972 |
| cbd-treatment.com | 0 Active | 8/9/2017 | 8/9/2018 | 1172710972 |
| herbalwhizard.com | 0 Active | 8/9/2017 | 8/9/2018 | 1172710972 |
| cbdxcomplex.com | 0 Active | 8/9/2017 | 8/9/2018 | 1172710972 |
| herbals-depot.com | 0 Active | 8/9/2017 | 8/9/2018 | 1172710972 |
| cbdsciencesystem.com | 0 Active | 8/9/2017 | 8/9/2018 | 1172710972 |
| cbdbelievers.com | 0 Active | 8/9/2017 | 8/9/2018 | 1172710972 |
| cbd-calm.com | 0 Active | 8/9/2017 | 8/9/2018 | 1172710972 |
| cbdcommix.com | 0 Active | 8/9/2017 | 8/9/2018 | 1172710972 |
| green-dispatchers.com | 0 Active | 8/9/2017 | 8/9/2018 | 1172710972 |
| herbalhealthguru.com | 0 Active | 8/9/2017 | 8/9/2018 | 1172710972 |
| balance-cbd.com | 0 Active | 8/9/2017 | 8/9/2018 | 1172710972 |
| calm-cbd.com | 0 Active | 8/9/2017 | 8/9/2018 | 1172710972 |
| herbal-answer.com | 0 Active | 8/9/2017 | 8/9/2018 | 1172710972 |
| conceptcbd.com | 0 Active | 8/9/2017 | 8/9/2018 | 1172710972 |
| pacific-cbd.com | 0 Active | 8/9/2017 | 8/9/2018 | 1172710972 |
| green-capsules.com | 0 Active | 8/9/2017 | 8/9/2018 | 1172710972 |
| herbal-love.com | 0 Active | 8/9/2017 | 8/9/2018 | 1172710972 |
| herbalwhiz.com | 0 Active | 8/9/2017 | 8/9/2018 | 1172710972 |
| scienceofherbal.com | 0 Active | 8/9/2017 | 8/9/2018 | 1172710972 |
| happiestherbal.com | 0 Active | 8/9/2017 | 8/9/2018 | 1172710972 |
| lifepropel.com | 0 Active | 8/9/2017 | 8/9/2018 | 1172719799 |

McKenney Attachment R

# Domain List - All for Shopper ID 101788669

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| lifepropel.org | 0 Active | 8/9/2017 | 8/9/2018 | 1172719799 |
| lifepropel.net | 0 Active | 8/9/2017 | 8/9/2018 | 1172719799 |
| lifepropel.co | 0 Active | 8/9/2017 | 8/8/2018 | 1172719799 |

WWD 000027

**PX 10**

**542**

**McKenney Attachment R**

# McKenney
# Attachment S

PX 10
543

## CERTIFICATE OF AUTHENTICITY
## OF
## BUSINESS RECORDS

I, Kimberly A. Groff, declare, pursuant to Title 28, U.S.C. § 1746, that I am employed by GoDaddy.com, LLC, and that my office title or position is Legal-Admin II. I further declare that I am a custodian of records of said business and that each of the records attached hereto is the original or a duplicate (exact photocopy) of an original record in the custody of GoDaddy.com, LLC.

I further state that:

1. Such records were made, at or near the times of the occurrence of the matters set forth by (or from information transmitting by) a person with knowledge of those matters;

2. such records are kept in the course of a regularly conducted business activity;

3. the business activity made such records as a regular practice; and

4. if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the forgoing is true and correct.

Dated this 10th day of August 2017.

Kimberly A. Groff
Legal-Admin II
GoDaddy.com, LLC.
14455 N. Hayden Road, Suite 219
Scottsdale, Arizona 85260

**PX 10**
**544**

**McKenney Attachment S**

# Shopper Info for Shopper ID 92019848

| | |
|---|---|
| Shopper ID: | 92019848 |
| Private Label ID: | 1 |
| Login Name: | trianglemediacorp |
| First Name: | Domain |
| Middle Name: | |
| Last Name: | Services |
| Company: | Triangle Media Corp |
| Address1: | 1350 Columbia st #303 |
| Address2: | |
| City: | San Diego |
| State/Prov: | CA |
| Postal Code: | 10110 |
| Country: | US |
| Phone Work: | +1.8555647089 |
| Phone Home: | |
| Mobile: | |
| Fax: | |
| Email: | itmanagement@trianglecrm.com |
| BirthDate: | |
| Gender: | No Response |
| Date Created: | 10/23/2014 7:46:28 PM |
| Last Changed By: | gdPostPurchase.StoreShopperInfo |
| Last Changed By Date: | 6/27/2017 7:48:08 PM |
| Status: | |
| Fraud: | Verified by Fraud Dept - Customer OK |
| Shopper Pin: | |
| Password Reminder: | Ask your IT Manager |
| Twitter Handle: | |

# Domain List - All for Shopper ID 92019848

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| TRIANGLECONNECT.COM | 0 Active | 5/26/2004 | 6/23/2018 | 750560523 |
| TRIPAYMENTS.COM.AU | 0 Active | 5/14/2014 | 5/14/2018 | 756799584 |
| TRIANGLEPAYMENTCORP.COM | 0 Active | 1/21/2011 | 1/21/2018 | 756803325 |
| TRIANGLEFULFILLMENT.COM | 0 Active | 5/31/2011 | 5/31/2018 | 758360444 |
| DIRECTRESPONSECRM.COM | 8 Cancelled | 3/21/2014 | 3/21/2017 | 758364412 |
| TRIANGLESUPPORT.COM | 0 Active | 1/17/2014 | 1/17/2018 | 758766369 |
| TRIANGLEMEDIACORP.COM | 0 Active | 5/27/2010 | 5/27/2018 | 759094988 |
| TRIANGLECRM.COM | 0 Active | 12/15/2010 | 12/15/2017 | 759094995 |
| TRIPAYMENTS.COM | 0 Active | 1/24/2011 | 1/24/2020 | 759800723 |
| MOSTLYCLEANSE.COM | 0 Active | 1/8/2015 | 1/8/2019 | 778874766 |
| MOSTLYWEIGHTLOSS.COM | 0 Active | 1/8/2015 | 1/8/2019 | 778874766 |
| ZTRIANGLECRM.COM | 0 Active | 1/25/2015 | 1/25/2019 | 785606758 |
| ZTRIANGLE.COM | 0 Active | 1/25/2015 | 1/25/2019 | 785607773 |
| TRIANGLECONNECT.NET | 0 Active | 6/24/2014 | 6/24/2018 | 835130663 |
| triangleiq.net | 0 Active | 8/5/2016 | 8/5/2018 | 1010264316 |
| triangleiq.org | 0 Active | 8/5/2016 | 8/5/2018 | 1010264316 |
| triangleiq.com | 0 Active | 8/5/2016 | 8/5/2018 | 1010264316 |
| merchanttek.com | 0 Active | 2/7/2017 | 2/7/2018 | 1088513322 |
| tripayments.net | 0 Active | 3/15/2017 | 3/15/2022 | 1106151088 |
| trianglecloud.org | 0 Active | 3/24/2017 | 3/24/2018 | 1110430634 |
| trianglemedia.co | 0 Active | 6/6/2017 | 6/5/2018 | 1143938409 |
| trianglecloud.com | 0 Active | 3/24/2016 | 3/24/2019 | 1153236084 |

McKenney Attachment S

# McKenney
# Attachment T

**PX 10**
547

**CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY**
**Pursuant to 28 U.S.C. § 1746**

1.    I, _Christopher S. Prince_ have personal knowledge of the facts set forth below and am competent to testify as follows:

2.    I have authority to certify the authenticity of the records produced by Cynergy Data LLC (the "Company") and attached hereto.

3.    The documents produced and attached hereto by the Company are originals or true copies of records of regularly conducted activity that:

    a)    Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    b)    Were kept in the course of the regularly conducted activity of the Company; and

    c)    Were made by the regularly conducted activity as a regular practice of the Company.

I certify under penalty of perjury that the foregoing is true and correct.

Date: _10/13/17_                         _____
                                          Signature

**McKenney Attachment T**

## 1.–3. GENERAL INFORMATION | BUSINESS LOCATION INFORMATION | BUSINESS STRUCTURE

**Cranium Power**
Client's Business Name (Doing Business As)

**4370 La Jolla Village Drive, Suite 400**
Location Address

**San Diego**
City

**CA** | **92122-1249**
State | Zip

Location Phone ▓▓▓▓▓

Location Fax

Customer Service Phone **(888) 834-1574**

Prior Security Breach? ☑ Yes ☑ No
(If yes, please attach your latest proof of PCI DSS compliance)

**craniumpower.com**
Business Website Address

Multiple Locations? ☑ Yes ☐ No

(If Yes, enter # of locations) _____

_____
Additional location to existing MID

---

**Jasper Rain Marketing LLC**
Client's Corporate/Legal Name

**4370 La Jolla Village Drive, Suite 400**
Corporate Address (If different than location)

**San Diego**
City

**CA** | **92122-1249**
State | Zip

Contact Name **John Ferguson**

Contact Phone ▓▓▓▓▓

**81-4805727**
Fed Tax ID# (Must match IRS income tax filing name)

Tax Type **C Corp (LLC)**

**Jasper Rain Marketing LLC**
Tax Filing Name (If different from Legal Name)

**management@jasperrainmarketing.com**
Business Email

**management@jasperrainmarketing.com**
D&B#

**Dec 16, 2016**
Date Business Started

**2017**
Length of Current Ownership

---

Send Retrieval/Chargeback Requests to: ☑ Corporate Address ☐ Location Address

☐ Sole Prop ☐ Partnership ☑ LLC/LLP ☐ C Corp ☐ S Corp ☐ Govt.(Local/State/Federal) ☐ 501 c/Tax Ex.

State Filing **CA**

☐ I certify that I am a foreign entity/nonresident alien. (If checked, please attach IRS Form W-8)

NOTE: Failure to provide accurate information may result in a withholding of merchant funding per IRS regulations. (See Part IV, Section A.3 of your Program Guide for further information)

## 4. OWNERS | PARTNERS | OFFICERS

**Owner / Partner / Officer 1**

**John Ferguson**
Name

**Owner**
Title

Percent of Ownership **100%**

▓▓▓▓▓▓▓
Home Address

**San Diego**
City

**CA** | **92126**
State | Zip

Location Phone ▓▓▓▓▓

Social Security No. ▓▓▓▓▓

Date of Birth ▓▓▓▓▓

Email Address **management@jasperrainmarketing.com**

**PX 10**
**549**

**McKenney Attachment T**

## 4. OWNERS | PARTNERS | OFFICERS

### Owner / Partner / Officer 2

Name _____

Title _____

Percent of Ownership _____

Home Address _____

City _____

State _____ | Zip _____

Location Phone _____

Social Security No. _____

Date of Birth _____

Email Address _____

Prior Bankruptcies?   ☐ Yes   ☒ No   ☐ Business and/or   ☐ Personal   Date Discharged _____

## 5. TRADE REFERENCE

Triangle Payments
Trade Reference Business Name

**1350 Columbia St  Suite 303**
Business Address

**San Diego**
City

**CA** | **92101**
State | Zip

**Brian Phillips**
Contact

**855-564-7089**
Telephone

Account No.

## 6.-7. NATURE OF BUSINESS | TRANSACTION INFORMATION

Business Type   ☐ Retail  ☐ Restaurant  ☐ Mail/Telephone Order  ☒ Internet  ☐ Lodging  ☐ Supermarket  ☐ Government  ☐ Petroleum  ☐ Utilities  ☐ Healthcare  ☐ Education  ☐ QSR  ☐ Charity/Non Profit  ☐ B2B  ☐ Other

| | | | |
|---|---|---|---|
| Requested Monthly V/MC/DS Card Volume **80,000** | American Express Monthly Volume **0** | Card Present Swiped **0** % | Sales to Consumers ____ % |
| Requested Average V/MC/DS Card Ticket **40** | American Express Average Ticket **0** | Card Present Not Swiped **0** % | Sales to Business ____ % |
| Requested Highest Payment Card Ticket **150** | MOTO **100** % | Sales to Govt. **0** % | |

| | | | |
|---|---|---|---|
| Seasonal Merchant ☐ Yes ☒ No   Months Closed ____ | | Internet (Ecommerce) **100** % | Days to Delivery **1-7 days** |

Previous Processor _____   Reason for Leaving _____

Has the Merchant or Owner been terminated from accepting payment cards from any payment network for this business or any other businesses? ☐ Yes ☒ No
(If yes, please explain.) Reason for Termination

Description of Products or Services Sold
**Health and Wellness**

Describe your Return Policy
**30 Days**

## 8. BANKING ACCOUNT INFORMATION & MEMBER BANK DISCLOSURE

**Chase Bank**
Bank Name

**619-298-9688**
Bank Phone

▮▮▮▮▮▮
Routing #

▮▮▮▮9529
Account#
ACH Method   ☐ Combined   ☐ Individual
*Must be a checking account. Savings accounts are not permitted.

Visa and MasterCard Member Bank Information as indicated below
by agent: ☐ Merrick Bank
**Mailing address**
135 Crossways Park Drive North,
Ste A100, Woodbury, NY 11797
**Phone Number** (800) 267-2256

**Merrick Bank**

PPSJRM000002

Global Merchant Advisors is a registered ISO of Merrick Bank, South Jordan UT

**PX 10**
**550**

**McKenney Attachment T**

## 9.-10. SERVICE ACCEPTANCE | FEE SCHEDULE AND OTHER CARD TYPES

**Request to Accept Card Types**

☑ Visa Credit      ☑ Discover Network      ☑ MasterCard Credit      ☐ PIN Debit
☑ Visa Debit       ☐ AMEX Network          ☑ MasterCard Debit

**Select VI/MC/Discover Network Discount Plan**      **Assessments & Brand Fees**      ☐ Included      ☐ Billed Separately
☑ Tiered Basic      ☐ Pass Through      ☐ I/C Flat Rate      **Requested Discount Payment Method**      ☐ Daily      ☐ Monthly

### DISCOUNT FEES: Visa, MasterCard, Discover, Pin Debit / American Express OPT Blue or AMEX Direct

| Tiered | % | Per: Item | Pass Through | % | Per: Item | Opt Blue Discount Plan: | | | AMEX Direct: |
|---|---|---|---|---|---|---|---|---|---|
| Qualified Discount = | 4.75 | | Pass Through IC + | | | ☑ Tiered Basic  ☐ Pass Through Program Pricing | | | ☐ Order New # |
| Mid Qual = Qual + | 2.25 | | Debit Pass Through IC + | | | ☐ Flat Rate | | | Existing SE #: |
| Non Qual = Qual + | 2.50 | | Pin Debit Passthrough + | | | | % | Per: Item | |
| Debit Qual Discount = | 4.75 | | **Flat Rate** | % | Per: Item | Credit Qual | | | ☐ Use Existing CAP #: |
| Debit Mid Qual = Qual + | 2.25 | | Flat Rate = | | | Credit Mid-Qual | | | |
| Debit non Qual = Qual + | 2.50 | | Debit Flat Rate | | | Pass Through IC | | | (Flat fee of $7.95 or Discount Rate may apply) |

Association fees will be passed through to the merchant. Fees include, but are not limited to, Visa's FANF and APF, Acqr ISA and MasterCard's NABU, Acqr Support, Cross Border Fee and Discover IPF, ISF, Data Usage, AMEX Network, AMEX Non-Swipe, AMEX downgrade. Assessments (MC,Visa Credit,Visa Debit,Discover,MC > $1,000), MC AVS Acqr Access (CNP), MC AVS Acqr Access, MC License, MC Kilobyte, Visa AFD Partial Auth. Non Partkipant, Visa File Transmission, MC CVC2, DISC Network Auth, Visa Acqr Processing (CP), Visa International Service Assessment, Visa Misuse Auth, Visa Zero Floor, MC Digital Enablement, MC Reversal, Visa Return Data Processing (CR & DB), Visa Acqr Data Processing (Debit), Visa Tran Integrity, Visa Network Part CP, Visa Network CNP. Association fees are set by Associations and are subject to change from time to time.

### Authorization, Monthly & Miscellaneous Fees

| Authorization and Per Item Fees: | Monthly Fees: | Miscellaneous Fees: | MX Merchant Fees: |
|---|---|---|---|
| Visa/MC/Discover Network = $ 0.35 | Monthly Service $ 10.00 | Chargeback Fee $ 35.00 (Per Occurence) | MX Merchant Monthly Fee $_____ |
| Amex/Fleet/Other $_____ | Monthly Minimum $ 150.00 | Retrieval Fee $ 5.00 (Per Occurence) | MX Gateway Transaction Fee $_____ |
| Pin Debit $_____ | Wireless Fee $_____ | ACH Reject Fee $25.00 (Per Occurence) | |
| EBT $_____ | Pin Debit Monthly $_____ | Annual Fee $ 99.00 | Plan Type: |
| FCS# $_____ | PCI Non-Compliance $ 35.00 | Month to Bill $_____ | MX6: |
| Electronic AVS $ 0.10 | Gov't Compliance $ 6.95 | Industry Non-Compliance/ | ☐ Base  ☐ Invoice  ☐ Retail  ☐ B2B |
| Voice Auth $ 0.95 | TIN Mis-Match $ 50.00 | Non-Validated (up to $24.95) $_____ | |
| Voice AVS $ 0.10 | (until validated) | PCI Annual Fee $ 85.00 | VIMAS Fees: |
| Sales Transaction Fee $_____ | | Batch Fee (Per Item) $ 1.00 | VIMAS Online Access Fee $_____ |
| Return Transactions $ 0.10 | | Micros Fee (Per transaction) $ 0.0695 | |

☑ My Merchant Benefits Club: The representative has explained the My Merchant Benefits Club program to me and I elect to opt out of the program. I understand I can opt into the program at any time and benefit from the program which includes equipment support and replacement per terminal/peripheral (where applicable), as well as great discounts for items such as car rentals, hotels, office supplies, health and legal services and more for my company and employees for an additional fee of $14.95 per month.

Initials: _JF_

☐ Next Day Funding*_____ Per Month: *NDF is subject to approval and all POS Device batch(es) must be closed by 9pm EST/6pm PST Monday-Saturday and by 6pm EST/3pm PST on Sunday. All payments are provisional and are subject to, including but not limited to: additional fees, charge-backs, withholding, set off, security and reserve rights. Priority Payment Systems or Bank will not be liable for any delay in receipt of funds, fees for any delays, or errors in debit and credit entries caused by third parties, including but not limited to, any Association or your financial institution.

In the event that this Agreement is terminated early, Merchant will be responsible for the payment of a $ 495 Early Termination Fee in accordance with Part IV, Section A3 of the Merchant Program Guide.

## 11A. EQUIPMENT/PROCESSING METHOD

**Application Type**
☐ Retail      ☐ Retail w/Tip      ☐ MOTO      ☐ Restaurant w/Tip      ☐ Quick Servo Restaurant (no tip)      ☐ Hotel      ☐ Auto Rental

### TERMINAL FEATURES

| | Yes | No | | Yes | No | | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Fraud Check (last 4-digits) | ☐ | ☐ | Purchasing Card | ☐ | ☐ | Invoice/Purchase Order # | ☐ | ☐ |
| AVS + CVV2 | ☐ | ☐ | Server/Clerk # | ☐ | ☐ | Auto Close (If Yes, time?_____) | ☐ | ☐ |
| ACH/Check Services | ☐ | ☐ | Order Gift Card | ☐ | ☐ | EBT Food Stamps | ☐ | ☐ |
| EBT Cash Benefit | ☐ | ☐ | | | | | | |

Global Merchant Advisors is a registered ISO of Merrick Bank, South Jordan UT

PPSJRM000003

**PX 10**
**551**

**McKenney Attachment T**

IP Connection ☑ Yes ☑ No  If Yes, Terminal Serial _____

Special Requests (Multi-mid, Dial 9, etc): _____

Wireless ☑ Yes ☑ No

Wireless Info: MAN/Serial _____  SIM Card Number _____

| TYPE OF EQUIPMENT | | | | PRODUCT NAME | QUANTITY | DEPLOYMENT | | |
|---|---|---|---|---|---|---|---|---|
| ☐ Terminal | ☐ Pin Pad | ☐ Printer | ☐ VAR* | | | ☐ Existing | ☐ Agent | ☐ New Order (attach order form) |
| ☐ Terminal | ☐ Pin Pad | ☐ Printer | ☐ VAR* | | | ☐ Existing | ☐ Agent | ☐ New Order (attach order form) |
| ☐ Terminal | ☐ Pin Pad | ☐ Printer | ☐ VAR* | | | ☐ Existing | ☐ Agent | ☐ New Order (attach order form) |
| ☐ Terminal | ☐ Pin Pad | ☐ Printer | ☐ VAR* | | | ☐ Existing | ☐ Agent | ☐ New Order (attach order form) |

*Manufacturer/product/version of PC/Internet Software _____

For software or VAR users, by checking yes below MERCHANT certifies that it has used a certified Qualified Integrator or Reseller (QIR) to install or re-program MERCHANT's software systems. Notwithstanding MERCHANT's use of a QIR as described herein above, MERCHANT acknowledges that it is, and shall remain, fully responsible for compliance with PCI-DSS standards at all times in accordance with the Program Terms and Conditions (Program Guide).

☐ Yes  ☐ No     Name of QIR Used: _____

Do you use any third party to store, process or transmit cardholder data?   ☐ Yes  ☐ No If yes, provide name/address: _____

☐ ORDER LEASE     Lease Company: FDGL     Lease Term _____ Months     Annual Tax Handling Fee   $10.20

Total Monthly Lease Charge _____ w/o taxes, late fees or other charges that may apply – See Lease Agreement for details

This is a NON-CANCELLABLE lease for the full term indicated     Client's Initials JF

## 11B. SITE INSPECTION (COMPLETED BY SALES AGENT)

If you process more than 20% of your bankcard transactions or volume, without swiping, and/or examining the credit card, please complete this section.

1. Please submit your product catalog; brochures; promotional materials; a current price list; and a copy of your service agreement with card holder if applicable. If on the Internet, please include screen-prints of your website address if your site is not yet active.

2. If internet, please check your type of business.

   ☐ Web Hosting   ☐ Domain Registration   ☐ Web Page Design   ☐ Auction   ☐ Internet Service Gateway

   ☐ Selling Digital Service   ☐ Advertisement   ☑ Selling Hard Goods   ☐ Other: _____

   If using the Internet, list encryption method, vendor and controls used to secure transaction information:

   _____

3. How will the product be advertised or promoted? Internet

4. Billing Methods (Check All that Apply)     Monthly 100 %     Yearly _____%     Quarterly _____%     One Time _____%     Hourly _____%

5. List the name(s) and address(es) of the vendor(s) from which supplies are purchased:

   Sloan Health Products 500 N Westshore Blv Tampa, FL

6. Who performs product/service fulfillment? If direct from vendor, please provide Vendor Name, address and phone number in full:

   2Chads Fulfillment  14603 E Moncrieff Place, #100 Aurora, CO 80011

7. Please describe how a sale takes place from beginning of order until completion of fulfillment:

   Order is placed online by the customer, it is sent to fulfillment, the order is mailed

PPSJRM000004

McKenney Attachment T

## 12. SITE INSPECTION (COMPLETED BY SALES AGENT)

I have personally conducted a Site Inspection for this merchant, visually inspected the merchant's inventory (if applicable), verified the merchant's payment application is PA-DSS (Payment Application Data Security Standards) validated (if applicable) and represent that the information in this merchant application is accurate, as to the best of my knowledge. I am subject to criminal penalties and/or financial losses for false or misleading information.

Sales Agent Name (printed) **Brian Phillips**          Signature X _____

## 13. SIGNATURES

Client certifies that all information set forth in this completed Merchant Processing Application is true and correct and that Client has received a copy of the Program Guide (Version 1709) and Confirmation Page, which is part of this Merchant Processing Application (consisting of Sections 1-13) and by this reference incorporated herein. Client acknowledges and agrees that we, our Affiliates and our third party subcontractors and/or agents may use automatic telephone dialing systems to contact Client at the telephone number(s) Client has provided in this Merchant Processing Application and/or may leave a detailed voice message in the event that Client is unable to be reached, even if the number provided is a cellular or wireless number or if Client has previously registered on a Do Not Call list or requested not to be contacted for solicitation purposes. Client hereby consents to receiving commercial electronic mail messages from us, our Affiliates and our third party subcontractors and/or agents from time to time. Client further agrees that Client will not accept more than 20% of its card transactions via mail, telephone or internet order. However, if your Application is approved based upon contrary information stated in Section 7, Transaction Information section above, you are authorized to accept transactions in accordance with the percentages indicated in that section. This signature page also serves as a signature page to the Equipment Lease Agreement appearing in the Third Party Section of the Program Guide. If selected, the undersigned Client being the "Lessee" for purposes of such Equipment Lease Program. Client authorizes PRIORITY PAYMENT SYSTEMS ("PRIORITY") and Member Bank selected on page one of the Merchant Processing Application and Agreement ("BANK") and their respective agents to investigate the references, statements and other data contained herein and to obtain additional information from credit bureaus and other lawful sources, including persons and companies named in this Merchant Processing Application. Client authorizes PRIORITY and BANK and their respective agents (a) to procure information from any consumer reporting agency bearing his/her personal credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living, and (b) to contact all previous employers, personal references and educational institutions. Each of the undersigned also authorizes us and our Affiliates to provide amongst each other the information contained in this Merchant Processing Application and Agreement and any information received from all references, including banks and consumer reporting agencies. It is our policy to obtain certain information in order to verify your identity while processing your account application. If the Application is approved each of the undersigned also authorizes us to obtain subsequent consumer reports in connection with the maintenance, updating, renewal or extension of the Agreement.

Client authorizes PRIORITY and BANK and their affiliates to debit Client's designated bank account via Automated Clearing House (ACH) for costs associated with the equipment hardware, software and shipping.

You further acknowledge and agree that you will not use your merchant account and/or the Services for illegal transactions, for example, those prohibited by the Unlawful Internet Gambling Enforcement Act, 31 U.S.C Section 5361 et seq., as may be amended from time to time or processing and acceptance of transactions in certain jurisdictions pursuant to 31 CFR Part 500 et seq. and other laws enforced by the Office of Foreign Assets Control (OFAC).

CIP – Card Identification Program
IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT
To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We will also ask for a copy of your driver's license or other identifying documents.

Client certifies, under penalties of perjury, that the federal taxpayer identification number and corresponding filing name provided herein are correct.
Client agrees to all the terms of this Merchant Processing Application and Agreement. This Merchant Processing Application and Agreement shall not take effect until Client has been approved and this Agreement has been accepted by PRIORITY and BANK.

Client's Business Principal/Officer

Signature X _____                Title **Owner** _____

Print Name of Signer **John Ferguson** _____    Date **2017-05-29** _____

Signature X _____                Title _____

Print Name of Signer _____            Date _____

Personal Guarantee: In exchange for PRIORITY and BANK (the Guaranteed Parties) acceptance of, as applicable, the Agreement, and/or the Equipment Lease Agreement, the undersigned unconditionally and irrevocably guarantees the full payment and performance of Client's obligations under the foregoing agreements, as applicable, as they now exist or as modified from time to time, whether before or after termination or expiration of such agreements and whether or not the undersigned has received notice of any amendment of such agreements. The undersigned waives notice of default by Client and agrees to indemnify the Guaranteed Parties for any and all amounts due from Client under the foregoing agreements. The Guaranteed Parties shall not be required to first proceed against Client to enforce any remedy before proceeding against the undersigned. This is a continuing personal guaranty and shall not be discharged or affected for any reason. The undersigned understands that this is a Personal Guaranty of payment and not of collection and that the Guaranteed Parties are relying upon this Personal Guaranty in entering into the foregoing agreements, as applicable.

Personal Guarantee Signature X _____  Print Name: **John Ferguson** _____ Title **Owner** _____

Personal Guarantee Signature X _____  Print Name: _____  Title _____

Accepted By                          Accepted By
Priority Payment Systems, LLC            Merrick Bank
P.O. Box 246, Alpharetta, GA 30009-0246      Mailing address: 135 Crossways Park Drive North, Ste A100, Woodbury, NY 11797

Signature X _____              Signature X _____

Title _____ Date _____     Title _____ Date _____

Global Merchant Advisors is a registered ISO of Merrick Bank, South Jordan UT

PPSJRM000005

**PX 10**
553

**McKenney Attachment T**

**PROCESSOR** Name: Global Merchant Advisors
**INFORMATION:** Address: P.O. Box 246, Alpharetta GA 30009-0246
URL: www.mybackofficetools.com/pub/PPS1016programguide.pdf Customer Service #: 1-855-813-5293

Please read the Program Guide in its entirety. It describes the terms under which we will provide merchant processing Services to you.

From time to time you may have questions regarding the contents of your Agreement with Bank and/or Processor. The following information summarizes portions of your Agreement in order to assist you in answering some of the questions we are most commonly asked.

1. Your Discount Rates are assessed on transactions that qualify for certain reduced interchange rates imposed by MasterCard and Visa. Any transactions that fail to qualify for these reduced rates will be charged an additional fee (see Section 19 of the Program Guide).

2. We may debit your bank account from time to time for amounts owed to us under the Agreement.

3. There are many reasons why a Chargeback may occur. When they occur we will debit your settlement funds or settlement account. For a more detailed discussion regarding Chargebacks see Section 10 of Card Processing Operating Guide.

4. If you dispute any charge or funding, you must notify us within 60 days of the date of the statement where the charge or funding appears for Card Processing.

5. The Agreement limits our liability to you. For a detailed description of the limitation of liability see Section 21 of the Card Processing General Terms.

6. We have assumed certain risks by agreeing to provide you with Card processing or check services. Accordingly, we may take certain actions to mitigate our risk, including termination of the Agreement, and/or hold monies otherwise payable to you (see Card Processing General Terms in Section 24, Term; Events of Default and Section 25, Reserve Account; Security Interest), under certain circumstances.

7. By executing this Agreement with us you are authorizing us and our Affiliates to obtain financial and credit information regarding your business and the signers and guarantors of the Agreement until all your obligations to us and our Affiliates are satisfied.

8. The Agreement contains a provision that in the event you terminate the Agreement early, you will be responsible for the payment of an early termination fee as set forth in Part III, A.3 under "Additional Fee Information."

9. If you lease equipment from Processor, it is important that you review Section 1 in Third Party Agreements. Bank is not a party to this Agreement. THIS IS A NON-CANCELABLE LEASE FOR THE FULL TERM INDICATED.

10. For questions regarding your Merchant Processing Application and Agreement, please contact Customer Service at 1-855-813-5293, and / or refer to Important Phone Numbers on the Additional Important Information Page, Part III, Section A.4.

11. Card Organization Disclosure

Visa and MasterCard Member Bank Information: Merrick Bank

The Bank's mailing address is 135 Crossways Park Drive North, Suite A 100, Woodbury, NY 11797, and its phone number is (800) 267-2256.

Important Member Bank Responsibilities:

a) The Bank is the only entity approved to extend acceptance of Card Organization products directly to a Merchant.

b) The Bank must be a principal (signer) to the Merchant Agreement.

c) The Bank is responsible for educating Merchants on pertinent Visa and MasterCard rules with which Merchants must comply; but this information may be provided to you by Processor.

d) The Bank is responsible for and must provide settlement funds to the Merchant.

e) The Bank is responsible for all funds held in reserves that are derived from settlement.

Important Merchant Responsibilities:

a) Ensure compliance with Cardholder data security and storage requirements. b) Maintain fraud and Chargebacks below Card Organization thresholds.

b) Review and understand the terms of the Merchant Agreement.

c) Comply with Card Organization rules.

d) Retain assigned copy of this Disclosure Page.

e) You may download "Visa Regulations" from Visa's website at: http://usa.visa.com/merchants/operations/op_regulations.html

f) You may download "MasterCard Regulations" from MasterCard's website at: http://www.mastercard.com/us/merchant/support/rules/htm

Print Client's Business Name: Jasper Rain Marketing LLC

By its signature below, Client acknowledges that it has received (either in person, by facsimile, or by electronic transmission) the complete Program Guide [version PPS1016] consisting of 38pages (including this confirmation).

Client further acknowledges reading and agreeing to all terms in the Program Guide, which shall be incorporated into Client's Agreement. Upon receipt of a signed facsimile or original of this Confirmation Page by us, Client's Application will be processed.

Client understands that a copy of the Program Guide is also available for downloading from the internet at:
www.mybackofficetools.com/pub/PPS1016programguide.pdf

NO ALTERATIONS OR STRIKE-OUTS TO THE PROGRAM GUIDE WILL BE ACCEPTED.

Client's Business Principal:

Signature (Please sign below):

X _____

| John Ferguson | Owner | 2017-05-29 |
|---|---|---|
| Please Print Name of Signer | Title | Date |

PPS1016

PPSJRM000006

**McKenney Attachment T**



11835 W Olympic Blvd Ste 650E
Los Angeles, CA 90064
1.877.340.0303  |  www.gmapay.com

**Consistent Monitoring Setup Form**

## Merchant Business Information / Owner Principal Information

**Business DBA:** Cranium Power

**Address:** 4370 La Jolla Village Drive, Suite 400

**Address 2:**

**City:** San Diego                    **State:** CA       **Zip:** 92122-1249

**Phone:** 888-834-1574              **Cell:**

**Email Address:** management@jasperrainmarketing.com

**Contact Name:** John Ferguson

## Billing Information

**One-Time Setup Fee:** 150.00

**Monthly Fee:** 150.00

John Ferguson

: [signature]

: 2017-05-29

McKenney Attachment T

## Merchant Reserve Acknowledgment

This will acknowledge that as a condition of approval or continuance of the Merchant's (indicated below) credit card processing account, Processor and its agents, including its processing bank, have the authority to establish a reserve account in accordance with Section 7.B of the Merchant Processing Agreement ("MPA") and the following:

1. The reserve account will be established by:

_JF_ Withholding **10** % from each gross deposit.
Initials

2. The reserve account will be used to offset any amounts owed by the Merchant under the MPA. Merchant will forward to Processor funds to replenish the reserve account if any funds are debited from it.

3. The balance of the reserve account, if any, will be returned to Merchant up to 270 days after termination of the MPA or Merchant's last transmission of sales drafts, whichever is later.

I acknowledge that if there is any conflict between the terms of this letter and the terms of the MPA, the terms of the MPA will govern.

# Jasper Rain Marketing LLC
Business Legal Name or D.B.A.

_____
Signature

John Ferguson
Printed Name

Its:    President   /   Owner (Circle One)

## 2017-05-29
Date

PPSJRM000009

McKenney Attachment T

G2 Global Boarding is a comprehensive, easy-to-understand evaluation of your prospective merchant's potential for overall compliance and fraud risk. Global Boarding uses G2's proprietary Internet monitoring and database mining technologies to tap into internal and external data sources, including G2's map of billions of data artifacts gathered from monitoring and analyzing millions of merchant websites, to provide an overall assessment of your prospective merchant.

Global Boarding analyzes a range of aspects of your prospective merchant's history, business relationships and stakeholders, and fully supports your merchant due diligence needs to help you make your boarding decision. Areas of potential high-risk are flagged for your further review with this easy-to-use colored symbol system:

| G2 Compass Score | |
|---|---|
| | The G2 Compass Score indicates the likelihood the merchant you are evaluating will incur a content compliance Violation or pViolation within the next year. The higher the score the greater the likelihood that a violation will occur. |
| (x) | Global Boarding has identified a high-level risk factor for this due diligence category. Further review is highly recommended. |
| (?) | Global Boarding has identified a medium-level risk factor for this due diligence category. Further review is recommended. |
| (✓) | Global Boarding has not identified any significant risk factors for this due diligence category. |
| n/a | This indicates that merchant information was **not provided or applicable**. |

| Merchant Application Information | | | |
|---|---|---|---|
| Merchant URL | www.craniumpower.com | MCC | |
| Legal Business/Merchant Name | Jasper Rain Marketing LLC | MasterCard ICA | |
| Merchant DBA | Cranium Power | Visa BIN | |
| Billing Descriptor | JSPRRNM*CRANIUMPOWER | Merchant ID | GMA-133647 |
| Products/Services Sold Description | HEALTHSUPPLEMENTS | Merchant Address | 4370 La Jolla Village Dr San Diego CA 92122 |
| Principal Address | -- | Merchant Email | management@jasperrainmarketing.com |
| Principal Email | -- | Merchant Phone | 8888341574 |
| Principal Phone | -- | Primary Merchant Contact Name | -- |
| Principal Name | -- | Merchant Data Field 1 | |
| Merchant Data Field 2 | | Merchant Data Field 3 | |


Web Services

**PX 10**
**557**

**McKenney Attachment T**

# G2 COMPASS SCORE

## Homepage Screenshot

G2 automatically captures a screenshot of the website's homepage. This is for validation purposes only, and does not constitute a full content compliance audit by a G2 analyst.

- Original URL: www.craniumpower.com
- Redirect URL: https://www.craniumpower.com/



## G2 Merchant Monitoring History

Merchant application information has been monitored by G2 for 12 year(s) across 8 financial institution(s). The merchant name and/or URL are currently active with 6 financial institution(s).

| | Merchant Application Information | Year(s) Monitored by G2 | Associated with How Many Financial Institutions | Currently Active with How Many Financial Institutions |
|---|---|---|---|---|
| Merchant Name | Jasper Rain Marketing LLC | 1 | 3 | 3 |
| Merchant URL | www.craniumpower.com | 0 | 0 | 0 |
| Merchant Phone | 8888341574 | 0 | 0 | 0 |



June 06, 2017

**PX 10**
**558**

**McKenney Attachment T**

| | Merchant Application Information | Year(s) Monitored by G2 | Associated with How Many Financial Institutions | Currently Active with How Many Financial Institutions |
|---|---|---|---|---|
| Merchant Email | management@jasperrainmarketing.com | 1 | 1 | 1 |
| Merchant Address | 4370 La Jolla Village Dr San Diego CA 92122 | 12 | 5 | 3 |

## Merchant Category Code History

Compares currently assigned Merchant Category Code (MCC) with previously assigned MCCs for your merchant as boarded by other acquirers, ISOs and PSPs.

| | | Merchant Application Information | Number of Previous Financial Institution(s) | Previously Assigned MCC by Financial Institution |
|---|---|---|---|---|
| ❓ | MCC | ▮ | None | -- |

## Merchant Violation History

Checks to determine whether the business contact and address information provided by your merchant matches information from previously monitored merchants with Violations/pViolations and TOS (deceptive marketing and tickets & events) violations.

| | | Merchant Application Information | Violation Type | Violation Category | Date |
|---|---|---|---|---|---|
| ✔ | Legal Business/Merchant Name | Jasper Rain Marketing LLC | None | -- | -- |
| ✔ | Merchant URL | www.craniumpower.com | None | -- | -- |
| ✔ | Merchant Phone | 8888341574 | None | -- | -- |
| ✔ | Merchant Email | management@jasperrainmarketing.com | None | -- | -- |
| ✔ | Merchant Address | 4370 La Jolla Village Dr | None | -- | -- |

Checks whether your merchant website URL was previously cleared or terminated for a Violations/pViolations by another acquirer, ISO or PSP.

| | | Merchant Application Information | Action Status History |
|---|---|---|---|
| ✔ | Merchant URL | www.craniumpower.com | None |

G2 monitors merchants to determine whether they are adhering to brand risk assessment programs such as MasterCard® Business Risk Assessment and Mitigation (BRAM) program.

 **G2** Web Services

June 06, 2017

**PX 10**
**559**

**McKenney Attachment T**

Note that while all acquirers, ISOs and PSPs who are enrolled in a card network brand risk assessment program are required by the card networks to action (clear or terminate) merchant URLs with Violations/pViolations, there may be a delay from when the violation was reported to when the merchant URL was cleared/terminated.

## WhoIs Info

| | Billing Contact | Technical Contact | Administrative Contact |
|---|---|---|---|
| Merchant Email | -- | admin@hardwireinteractive.com | admin@hardwireinteractive.com |
| Merchant Address | -- | R.G. Hodge Plaza, Upper Main St Road Town Tortola N/A VG | R.G. Hodge Plaza, Upper Main St Road Town Tortola N/A VG |
| Merchant Name | -- | -- | -- |
| Merchant Phone | -- | 18007907456 | 18007907456 |
| Merchant Contact | -- | Domain Services | Domain Services |

## WhoIS Record Status

Checks whether the WhoIS record for this merchant website URL is marked as private - meaning contact information is not publically available.

| | Merchant Application Information | Private |
|---|---|---|
| ✓ Merchant URL | www.craniumpower.com | Not Private |

G2 highly recommends that you require your merchants to register their domain names with public WhoIS contact information to increase transparency and to lessen the likelihood of potential illegal/high-risk website content.

## WhoIS Record Violation History

Verifies that the WhoIS contact and address information for your merchant website URL is not linked to other merchant URLs that have been identified as having Violations/pViolations.

| | Primary Associations | Violation Type | Violation Category | Date |
|---|---|---|---|---|
| ✓ WhoIS Company Names | The WhoIS Company Names are associated with 0 other URLs | -- | -- | -- |
| ? WhoIS Contact Names | The WhoIS Contact Names are associated with 923 other URLs | 1 of these URLs have been flagged for Violation/PViolation/TOS Violations | Financial Services | 2016-06-03 - 2017-02-16 |
| ✓ WhoIS Addresses | The WhoIS Addresses are associated with 0 other URLs | -- | -- | -- |
| ✓ WhoIS Phone Numbers | The WhoIS Phone Numbers are associated with 11 other URLs | -- | -- | -- |



## PX 10
## 560

**McKenney Attachment T**

| | | Primary Associations | Violation Type | Violation Category | Date |
|---|---|---|---|---|---|
| ✓ | WhoIS Emails | The WhoIS Emails are associated with 14 other URLs | -- | -- | -- |

G2 database mining technology determines if the WhoIS information for the submitted merchant URL exists in any other acquirer's, ISO's, or PSP's database. If so, it then determines if the merchant has ever been associated with a violation from another acquirer's, ISO's, or PSP's database.

## IP Address Violation History

Determines if the IP address information for your merchant URL is linked to other merchant URLs that have been identified as having Violations/pViolations.

| IP Address Based Checks | |
|---|---|
| ✓ IP Address | The IP Address (184.168.221.82) of this Merchant URL is associated with at least 1000 other domains hosted on the same IP Address. This IP Address (184.168.221.82) is not associated with violations. |

G2 identifies the IP address for the submitted URL and determines if the IP address hosts any other e-commerce websites and whether any of them have ever been associated with a content violation.

## IP Block Violation History

Determines if the associated IP block information for your merchant URL is linked to other merchant URLs that have been identified as having Violations/pViolations.

| IP Address Based Checks | |
|---|---|
| ✓ IP Block | This Hot Zone (184.168.221.0/24 (184.168.221.0 - 184.168.221.255)) is associated with one or more clients. This Hot Zone (184.168.221.0/24 (184.168.221.0 - 184.168.221.255)) is associated with potential violations (Illegal Drugs). |

G2 identifies the IP address range of the submitted URL and determines if any other e-commerce websites exist in that range and whether any of them have ever been associated with a content violation.

## Webhost Location

| IP Address Based Checks | |
|---|---|
| ✓ Webhost Location | The IP Address of this Merchant URL is not located in a high risk country. |

 Web Services

June 06, 2017

PPSJRM00007 Page 5 of 7

**PX 10**
**561**

**McKenney Attachment T**




184.168.221.82
US 33°36'42.84"N 111°53'26.16"W

G2 utilizes a GeoIP® database to determine city, US area code, metro code, latitude, and longitude information for IP addresses worldwide and identifies the geo-location of the server hosting the website and matches it up against prohibited or high-risk countries lists.


**PX 10**
**562**

**McKenney Attachment T**

# CONTENT COMPLIANCE REVIEW

Audits merchant website URL for any Violations/pViolations and TOS (deceptive marketing and tickets & events) violations.

| | URL of Violation | Violation Type | Violation Category | Notes | Screenshot |
|---|---|---|---|---|---|
| ✔ | -- | none | none | -- | No violations have been reported for this Merchant URL. |

G2 performs an automated scan and audit of the submitted website to identify any Violation or pViolation content violations in any category or TOS (Terms of Service) content violations for two specific categories: Deceptive Marketing and Tickets & Events.

Client agrees and understands that Global Boarding data is provided to aid in client's merchant boarding and underwriting risk evaluation process. It is neither a recommendation to board or not board a merchant nor is it a legal opinion. G2 Web Services, LLC assumes no liability for risk decisions made in the risk or boarding process. Client also understands that the contents of G2 reports and G2's relationship with client are confidential and may not be communicated to merchants or other third parties.

G2 Web Services, LLC (G2) owns the intellectual property rights in the text, data sets, trademarks, HTML, source and/or object code, and other content (collectively the "Content") within this deliverable and or that is otherwise made available to you by G2. Permission is hereby granted to lawfully access and use the Content only within the limitations of service and/or non-disclosure agreement(s) with G2. You may not copy, reproduce, republish, upload, post, transmit, modify, re-sell or distribute in any manner, the Content, including text, data sets, trademarks, HTML, source and/or object code without the prior written permission of G2. Copyright © 2014.

 Web Services

**PX 10**
**563**

**McKenney Attachment T**

# McKenney
# Attachment U

**PX 10**
**564**

## CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to 28 U.S.C. § 1746

1.  I, _Jeff Brown_____, have personal knowledge of the facts set forth below and am competent to testify as follows:

2.  I have authority to certify the authenticity of the records produced by JetPay Corporation (the "Company") and attached hereto.

3.  The documents produced and attached hereto by the Company are originals or true copies of records of regularly conducted activity that:

    a)  Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    b)  Were kept in the course of the regularly conducted activity of the Company; and

    c)  Were made by the regularly conducted activity as a regular practice of the Company.

I certify under penalty of perjury that the foregoing is true and correct.

Date: _9 - 29 - 2017_____          _____ EVP Ops
                                        Signature

# PROCESSING.COM

## ⚖ ESQUIRE BANK
### MERCHANT APPLICATION AND AGREEMENT

| MERCHANT NAME (DBA OR TRADE NAME) | CORPORATE / LEGAL NAME |
|---|---|
| rejuve store | Jasper Rain Marketing LLC |

| LOCATION ADDRESS | CORPORATE ADDRESS |
|---|---|
| 4370 La Jolla Village Drive, Suite 400 | 4370 La Jolla Village Drive, Suite 400 |

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| San Diego | CA | 92122-1249 | San Diego | CA | 92122-1249 |

| CONTACT TELEPHONE | CONTACT EMAIL ADDRESS | CONTACT TELEPHONE | FAX NUMBER | FEDERAL TAX ID# |
|---|---|---|---|---|
| (888) 975-7479 | management@jasperrainmarketing.com | ▇▇▇▇ | | 81-4805727 |

| YEARS IN BUSINESS 1 | DOES THIS LOCATION CURRENTLY TAKE VISA/MASTERCARD/DISCOVER/NETWORK? | AVERAGE TICKET / MAXIMUM TICKET $40 / $150 | TYPE OF GOODS OR SERVICES |
|---|---|---|---|
| WEBSITE ADDRESS WWW rejuve-store.com | ☒ NO ☐ YES | MONTHLY VOLUME $80,000 | Health and Wellness |
| # OF LOCATIONS 1 | CURRENT PROCESSOR N/A | PLEASE CHOOSE MAILING ADDRESS: ☐ DBA ADDRESS ☒ LEGAL ADDRESS | MCC/SIC CODE 5968 |
| | MUST PROVIDE 2 MONTHS PREVIOUS PROCESSOR STMTS | | |

PAYMENT CARD INDUSTRY DATA SECURITY STANDARD: MUST PROVIDE COPY OF SELF ASSESSMENT QUESTIONNAIRE. IF APPLICABLE, MUST PROVIDE CERTIFICATE OF COMPLIANCE

| OWNERSHIP: MUST PROVIDE DOCUMENTATION | LOCATION: |
|---|---|
| ☐ INDIVIDUAL / SOLE PROPRIETOR ☐ PARTNERSHIP | BUILDING TYPE: ☐ SHOPPING CENTER ☐ OFFICE BUILDING ☒ INDUSTRIAL BUILDING ☐ RESIDENCE |
| ☐ CORPORATION ☐ GOVERNMENT ☒ LLC | MERCHANT ☐ OWNS ☒ RENTS |
| ☐ NON-PROFIT (MUST PROVIDE 501C3 LETTER) | AREA ZONED: ☒ COMMERCIAL ☐ INDUSTRIAL ☐ RESIDENTIAL |
| ☐ PUBLICLY TRADED ☐ PA/PC | SQUARE FOOTAGE: ☒ 0-500 ☐ 501-2500 ☐ 2501-5000 ☐ 5000-10,000 ☐ 10,000+ |

PRINCIPALS: (Please provide copy of driver's license for each signing principal)

| 1. PRINCIPAL NAME: FIRST | MIDDLE | LAST | | SSN: | % OWNERSHIP | TITLE: |
|---|---|---|---|---|---|---|
| Jordan | | Riker | | ▇▇▇▇ | 100 | Owner |

| HOME ADDRESS: | CITY: | STATE: | ZIP: | HOME PHONE |
|---|---|---|---|---|
| ▇▇▇▇ | San Diego | CA | 92115 | ▇▇▇▇ |

| DRIVERS LICENSE NUMBER AND EXP DATE: | DATE OF BIRTH: |
|---|---|
| ▇▇▇▇ | ▇▇▇▇ |

| 2. PRINCIPAL NAME: FIRST | MIDDLE | LAST | | SSN: | % OWNERSHIP | TITLE: |
|---|---|---|---|---|---|---|
| | | | | | | |

| HOME ADDRESS: | CITY: | STATE: | ZIP: | HOME PHONE: |
|---|---|---|---|---|
| | | | | |

| DRIVERS LICENSE NUMBER AND EXP DATE: | DATE OF BIRTH: |
|---|---|
| | |

| HAVE MERCHANT OR OWNERS / PRINCIPALS EVER FILED: | HAVE MERCHANT OR OWNERS / PRINCIPALS EVER BEEN TERMINATED FROM ACCEPTING BANKCARDS FOR THIS BUSINESS OR ANY OTHER BUSINESSES? |
|---|---|
| ☐ BUSINESS BANKRUPTCY ☐ PERSONAL BANKRUPTCY ☒ NEVER FILED | |
| (If yes, please explain) _____ | ☒ NO ☐ YES (If yes, please explain) _____ |

| BANK REFERENCE Chase | ACCOUNT #: ▇3577 | CONTACT: Celina Edwards | TELEPHONE NUMBER | FAX NUMBER |
|---|---|---|---|---|
| TRADE REFERENCE Triangle Payments | ACCOUNT # | CONTACT Brian Phillips | TELEPHONE NUMBER 855-864-7099 | FAX NUMBER |
| TRADE REFERENCE 2Chads Fulfillment | ACCOUNT # | CONTACT Lee Bergsaeviesser | TELEPHONE NUMBER | FAX NUMBER |

| SALES METHOD: (MUST EQUAL 100%) | BANK ACCOUNT INFORMATION: ATTACH VOIDED CHECK FOR THE CHECKING ACCOUNT WHERE FUNDS ARE TO BE DEPOSITED: |
|---|---|
| RETAIL SWIPED ____ % KEYED WITH SIGNATURE AND IMPRINT ____ % | |
| MAIL/PHONE ____ % (KEYED WITHOUT SIGNATURE AND IMPRINT) | ROUTING NUMBER ▇▇▇▇ |
| (INBOUND CALLS ____ % / OUTBOUND CALLS ____ %) | ACCOUNT NUMBER ▇3577 |
| INTERNET 100 % ACH ____ % | |

## FEE SCHEDULE

| | | | | | |
|---|---|---|---|---|---|
| VS/MC/DISC QUALIFIED CREDIT CARD DISCOUNT RATE (FOR TIERED/FLAT) | 3.50 | % or PASS THRU UC PLUS ___ BP | AVS TRANSACTION FEE | 0.10 | |
| VS/MC/DISC QUALIFIED CHECK CARD DISCOUNT RATE (FOR TIERED/FLAT) | 3.50 | % or PASS THRU UC PLUS ___ BP | EARLY TERMINATION FEE | 0.00 | |
| AMEX OPT QUAL FLAT RATE | 0.25 | % or PASS THRU UC PLUS ___ BP | | | |
| NSHP OPT FUNDING* FEES___ NO ___ | | | EBT TRANSACTION FEE | 0.00 | |
| VS/MC/DISC AUTHORIZATION FEE | $0.25 | | EBT STATEMENT FEE | 0.00 | |
| AMEX AUTHORIZATION FEE | 0.25 | | OTHER (please specify): | | |
| MONTHLY MANAGEMENT FEE | 9.95 | | | | |
| ONLINE SERVICE | 0.00 | FOR TIERED PRICING: | VS/MC/DISC MID QUAL | 0.25 | % |
| MONTHLY MINIMUM | 25.00 | | VS/MC/DISC NON QUAL | 0.49 | % |
| ANNUAL FEE | 0.00 | | AMEX OPT BLU TIER 2 | 0.00 | % |
| PIN DEBIT TRANSACTION FEE | 0.50 | (Plus Network Fees) | AMEX OPT BLU TIER 3 | 0.00 | % |
| BATCH FEE | 0.20 | | | | |
| CHARGEBACK FEE | $25.00 | | GOVT COMPLIANCE FEE | 4.95 | |
| ACH REJECT FEE | $25.00 | | TIN MISMATCH FEE | 4.00 | |
| RETRIEVAL FEE | $15.00 | | MONTHLY PCI FEE | 9.95 | |
| VOICE AUTHORIZATION FEE | $0.95 | | PCI NON-COMPLIANT FEE | 19.95/MONTH | |
| OPERATED ASSISTED VOICE AUTH FEE | $1.50 | | | | |

*I/WE UNDERSTAND AND AGREE TO THE FOLLOWING: THAT MY/OUR DISCOUNT RATE AS STATED ABOVE WILL BE CHARGED ON ALL ELECTRONICALLY AUTHORIZED PAYMENT CARD TRANSACTIONS THAT ARE IN BATCHES CLOSED DAILY AND THAT ALL PAYMENT CARD TRANSACTIONS) THAT I DO NOT MEET THE QUALIFIED TRANSACTION REQUIREMENTS MAY BE CHARGED UP TO 2.12% + .10 HIGHER THAN MY/OUR DISCOUNT RATE
**NEXT DAY FUNDING (NDF) IS SUBJECT TO UNDERWRITING APPROVAL. AN ADDITIONAL 2 BASIS POINTS WILL BE ADDED TO MERCHANT'S QUALIFIED DISCOUNT RATE. NDF PAYMENTS ARE PROVISIONAL AND SUBJECT TO CHARGEBACKS, WITHHOLDINGS, SET OFF, SECURITY AND RESERVE RIGHTS. SIGNAPAY WILL NOT BE LIABLE FOR A DELAY IN RECEIPT OF FUNDS, FEES FOR ANY DELAYS, OR ERRORS IN DEBIT AND CREDIT ENTRIES CAUSED BY THIRD PARTIES.

## Merchant Acceptance and Agreement

By executing this Merchant Application on behalf of the merchant described above (the "Merchant"), the undersigned individual(s): (i) represent(s) and warrant(s) that all information contained in this Merchant Application is true, correct and complete as of the date of this Merchant Application, and that such individual(s) have the requisite corporate power and authority to complete and submit this Merchant Application and make and provide the acknowledgements, authorizations and agreements set forth below, both on behalf of the Merchant and individual(s); (ii) acknowledge(s) that the information contained in this Merchant Application is provided for the purpose of obtaining, or maintaining a merchant account with Bank on behalf of the Merchant; (iii) authorize Bank to investigate the credit of the Merchant and each person listed on this Merchant Application; (iv) agree, on behalf of the Merchant and in the event this Merchant Application is accepted and executed by Bank, to the Fee Schedule set forth above and to the Terms and Conditions included with and incorporated into this Merchant Agreement. Merchant understands that this Agreement shall not take effect until Merchant has been approved by Bank and a merchant number is issued.

Merchant: Jasper Rain Marketing LLC

         Print Legal Name of Merchant Business

Date: 2017-02-24

Principal 1: _(Signature of Principal/Owner)_    Title: Owner

Principal 2: _____    Title: _____

Esquire Bank:

(Signature)

(Name and Title)

SignaPay, LTD.:

(Signature)

(Name and Title)

## Personal Guarantee

In consideration of Bank's acceptance of this Agreement, the undersigned Guarantor (jointly and severally if more than one) unconditionally guarantees the performance of all obligations of Merchant to Bank under the Agreement, and payment of all sums due there under, and in the event of default, hereby waives notice of default and agrees to indemnify Bank for all funds due from Merchant pursuant to the terms of the Agreement. Guarantor waives any and all rights of subrogation, reimbursement or indemnity derived from Merchant, and further waives any and all rights or defenses arising by reason of any modification or change in the terms of the Agreement whatsoever, including, without limitation, the renewal, extension, acceleration, or other change in the time any payment or other performance there under is due, and for any change in any interest or discount rate or fee there under. Guarantor confirms that Guarantor, collectively or individually, is a party to the Agreement, and unconditionally and specifically authorizes Bank or their authorized agents, to debit any overdue fees, costs, chargebacks, fines, fees, penalties, expenses or obligations under the Agreement and/or any confidential relationship with Bank from any personal checking account or other account owned or controlled by Guarantor, and further to report any default hereunder on Guarantor's personal Credit Bureau Report. Guarantor agrees to pay all costs and expenses of whatever nature, including attorneys' fees and other legal expenses, incurred by or on behalf of Bank in connection with the enforcement of this Guaranty.

Guarantor #1: _____    Date: 2017-02-24

Guarantor #2: _____    Date: 2017-02-24

**McKenney Attachment U**

PLEASE DESCRIBE YOUR REFUND/RETURN POLICY:

30 day refund

PLEASE LIST ALL THIRD PARTY PAYMENT PROCESSORS MERCHANT DOES BUSINESS WITH. I.E. VARS, GATEWAYS AND ANY OTHER PARTY THAT TOUCHES CARDHOLDER DATA

Triangle Payments Gateway

---

SITE INSPECTION SURVEY: Inventory maintained: on site  warehouse off site  fulfillment center, provide name & address 2 Cheds Fulfillment, 14603 E Moncrieff Pl #100, Aurora, CO 80011

Was the site location visited?  X yes   no, provide explanation _____

Does the amount of inventory on shelves, floor and in warehouse appear consistent with this type of business and credit card volume?  X Yes   No  If no, explain _____

Does location have sufficient staff, telephone lines and other equipment to meet anticipated sales volume?

X Yes   No   If no, explain _____

Does the signage inside and outside match the goods or services sold listed on the application? X Yes   No   If no, explain _____

Type of Business:  Office Bldg.  Suite   Separate Bldg   Shopping Center/Mall   Residence name or Apt   Other -  online

Zoning:   Comm'l   Industrial   Residential        Sq. Footage of Business:  0-500    501-1000    1001-2000    2001-4000    Other _____  (est. sq. ft.)

Merchant:   Owns   Leases      Name & address Landlord/Mgt. Co. _____ ATTACH MINIMUM OF ONE INSIDE PICTURE, ONE OUTSIDE PICTURE

I hereby verify that I have inspected the business premises of the merchant at this address and the information stated above is correct to the best of my knowledge and belief

Inspected By (Print Name):  Savannah Pedraza _____ Signature:  Savannah Pedraza _____ Date:  3/3/17

CHECKLIST:
Did the merchant complete the entire application?
Did the merchant provide all requested supporting documentation?
Personal tax return if in business less than 1 year, copy of drivers license of each principal, Articles of Incorporation or business license, three months of merchant statements, voided check, picture of front of business (Missing information will delay the approval process.)
Please explain why any of the supporting documentation is missing: _____
Were the rates/additional fees filled in on the application?
Did the appropriate principals sign and date the application?
Was the resolution filled out correctly and signed?
Was the site inspection survey filled out? Was a picture of the merchant location provided?

UNDERWRITING
☐ APPROVED  ☐ DECLINED  REVIEWED BY: _____ DATE SUBMITTED TO BANK: _____ MC CODE _____ SALES REP: _____

Initials: JR

McKenney Attachment U

## Bank Disclosure

### Member Bank Information

Esquire Bank
320 Old Country Road
Garden City, NY 11503

### Important Bank Responsibilities

1. Esquire Bank is the **only entity** approved to extend acceptance of VISA products directly to a Merchant.
2. Esquire Bank must be a principal (signor) to the Merchant Agreement.
3. Esquire Bank is responsible for educating Merchants on pertinent VISA Operating Regulations with which Merchants must comply.
4. Esquire Bank is responsible for and must provide settlement funds to the Merchant.
5. Esquire Bank is responsible for all funds held in reserve that are derived from settlement.

### Important Merchant Responsibilities

1. Ensure compliance with cardholder data security and storage requirements.
2. Maintain fraud and chargebacks below thresholds.
3. Review and understand the terms of the Merchant Agreement.
4. Comply with VISA Operating Regulations.

The responsibilities listed above do not supersede terms of the Merchant Agreement and are provided to ensure the Merchant understands some important obligations of each party and that the VISA Member – Esquire Bank - is the ultimate authority should the Merchant have any problems.

_____     **2017-02-24**
**Merchant's Signature**                                    Date

Jordan Riker - Owner
**Merchant's Printed Name & Title**

**McKenney Attachment U**

*Sales Refunds CB*

*RejuveStore*

## REJUVESTORE8889757479: All-Time Processing Statistics on JetPay

First Batch Settled on March 24, 2017

| Date | Sales Count | Sales Amount | Refund Count | Refund Amount | Chargeback Count | Chargeback Amt | Total Transactions | Net Sales |
|---|---|---|---|---|---|---|---|---|
| Grand Total | 11,524 | $ 309,367.18 | 3,236 | $ 64,400.58 | 381 | $ 21,149.54 | 14,760 | $ 244,966.60 |
| | | Percentages --> | 21.9% | 20.8% | 2.6% | 6.8% | | |

McKenney Attachment U

# McKenney
# Attachment V

## AFFIDAVIT

### Case No. : 082-3247

Nycol Morrisey , certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.
2. My business address is 4 Chase Metrotech Center, Floor 18, Brooklyn, New York 11245-0001.
3. I am a custodian of records for JPMorgan Chase Bank, N.A. in the National Subpoena Processing Department located in Brooklyn, New York.
4. Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by JPMorgan Chase Bank, N.A. in the ordinary course of business.
5. Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.
6. It is the regular practice of JPMorgan Chase Bank, N.A. to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of New York, that the foregoing is true and correct.

Dated: 8 | 10 | 2017

By: _____

Nycol Morrisey
Doc Review Sr Specialist III
New York Subpoena Processing

State of New York
County of Kings

Subscribed to and sworn before me this 10ᵗʰ day of AUGUST (month) 2017 (year).

by NYCOL MORRISEY (name of signer)

_____ (signature of notary)

My commission expires 9/7/2020

> STUART BADISH
> Notary Public – State of New York
> NO. 01RA6115435
> Qualified in New York County
> My Commission Expires Sep 7, 2020

SD_SwornDocumentExecution_000110320131
SB849492-F1

# CHASE ◉

## Business Signature Card

ACCOUNT NUMBER ████8577
ACCOUNT TYPE   Chase Total Business Checking
TAXPAYER ID NUMBER  81-4605727
DATE OPENED   02/14/2017
FORM OF BUSINESS  Limited Liability Company - Member Managed (LLC)
ISSUED BY   JPMorgan Chase Bank, N.A (703 )
CELINA A EDWARDS
Mission Valley - 741096
(619) 298-9088
ISSUANCE DATE  02/14/2017

ACCOUNT TITLE ("DEPOSITOR")
JASPER RAIN MARKETING LLC

BUSINESS ADDRESS
4370 LA JOLLA VILLAGE DR STE 400

SAN DIEGO, CA 92122-1251

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | | CA | 12/18/2016 | |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services (if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| | PRINTED NAME | "TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | JORDAN L RIKER | | | Member | 2/14/2017 | |
| 2) | BRIANT PHILLIPS | ████ | ████ | Signer | 2/14/17 | |
| 3) | | | | | | |
| 4) | | | | | | |

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change those preferences.

M1207-01-13-CSF(2014-03)



PX 10
573

McKenney Attachment V

CHASE

# BUSINESS ACCOUNT ADD SIGNERS FORM

**NAME OF BUSINESS** JASPER RAIN MARKETING LLC

**BUSINESS ADDRESS** 4370 LA JOLLA VILLAGE DR STE 400 SAN DIEGO CA 92122-1251

**TAXPAYER ID NO.** 81-4805727

**BRANCH NAME AND NO.** SCRIPPS POWAY PARKWAY - 749931  **BANK NO.** 703  **BRANCH PHONE NO.** (858) 577-0053

**INTEROFFICE MAILCODE** CA2-4789  **PREPARED BY NAME** IAN D CARR  **DATE:** 05/08/2017

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

**Name of the Signer to Add**  Title  SIGNER
JOHN GLENN FERGUSON

**Identification**
1) Driver's License   ID Number   Signature   Issuer   Issuance Date   Expiration Date
2) Name   CA

**Account Numbers:**
3577

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

**Name of the Signer to Add**  Title

**Identification**   ID Number   Signature   Issuer   Issuance Date   Expiration Date

**Account Numbers:**

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

**Name of the Signer to Add**  Title

**Identification**   ID Number   Signature   Issuer   Issuance Date   Expiration Date

**Account Numbers:**

## CERTIFICATION

The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for such accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

**For a Corporation or Unincorporated Association or Organization:**

**For Sole Proprietorship:**

**For Partnership or Limited Liability Company:**

**For Government Entity:**

Secretary   Date   Owner/Sole Proprietor   Date   Member/Manager   Date   Certifying Official   Date

1

JPMorgan Chase Bank, N.A., Member FDIC

**McKenney Attachment V**

  

## BUSINESS DEPOSITORY CERTIFICATE (Limited Liability Company)  CHASE ◯

___X___ NEW  _____ CHANGE

ACCOUNT NO.
■■■■577

ACCOUNT TITLE
JASPER RAIN MARKETING LLC

BUSINESS ADDRESS
4370 LA JOLLA VILLAGE DR STE 400

SAN DIEGO, CA 92122-1251

TAXPAYER ID NO.              PRODUCT TYPE
81-4805727                  Chase Total Business Checking

BANK NAME/NUMBER
JPMorgan Chase Bank, N.A ( 703 )

BRANCH NAME AND NO.
San Diego Branch - 741096

DATE
02/14/2017

PREPARED BY
CELINA A EDWARDS

PHONE NO.
(619) 296-9988

Legal Name of Organization: JASPER RAIN MARKETING LLC                                        (the "Organization")

State of Organization: __CA__

Type of Organization (check one):
[X] Limited liability company managed by its members
[ ] Limited liability company managed by one or more managers

The individuals signing this Certificate certify to JPMorgan Chase Bank, N.A. (the "Bank") as follows:
- the Organization is a limited liability company, duly organized under the laws of the state of organization listed above;
- the individuals signing this Certificate are, or are authorized representatives, of all of the members (if managed by its members) ("Members") or managers (if managed by managers) ("Managers") of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
Any of the people listed below ("Authorized Persons"), acting alone, may:
- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements & other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signature |
|---|---|---|
| JORDAN L RIKER | Member | |
| BRIAN T PHILLIPS | Signer | |
| | | |
| | | |
| | | |
| | | |
| | | |

SIGNER(S) TO BE ADDED LATER

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
*Each Member or Manager, as applicable, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.*
FOR THE PRECEDING PURPOSES, each of the undersigned has signed his/her name(s) on the date indicated above.
Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**
*The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 Instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.*

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

M1207-04-CS (5/14 v2)                    JPMorgan Chase Bank, N.A. Member FDIC                    Page 1 of 2     Scan

**McKenney Attachment V**

  

**BUSINESS DEPOSITORY CERTIFICATE**
**(Limited Liability Company)**

**CHASE** �

ACCOUNT NO. ▮577

*Note: For a disregarded entity, if the owner is not signing below, he, she or it must submit IRS Form W-9 or the appropriate Form W-8.*
*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

Member or Manager
Printed Name: JORDAN L RIKER                        Date 2/14/2017

Member or Manager
Printed Name:                                       Date

Member or Manager
Printed Name:                                       Date

Member or Manager
Printed Name:                                       Date

Member or Manager
Printed Name:                                       Date

Member or Manager
Printed Name:                                       Date

Member or Manager
Printed Name:                                       Date

Member or Manager
Printed Name:                                       Date

(Attach additional pages if necessary to reflect all Members or Managers)

DISTRIBUTION: 1) National Account Services 2) Customer
JPMorgan Chase Bank, N.A. Member FDIC

M1207-04-CS  (6/14 v2)

Page 2 of 2   

**PX 10**
**576**

**McKenney Attachment V**

# CHASE

## Business Signature Card

| | |
|---|---|
| **ACCOUNT NUMBER** | █████8529 |
| **ACCOUNT TYPE** | Chase Total Business Checking |
| **TAXPAYER ID NUMBER** | 81-4805727 |
| **DATE OPENED** | 05/09/2017 |
| **FORM OF BUSINESS** | Limited Liability Company - Member Managed (LLC) |
| **ISSUED BY** | JPMorgan Chase Bank, N.A. ( 703 ) |
| | Scripps Poway Parkway - 740931 |
| | IAN D CARR |
| | (858) 577-0053 |
| | 05/09/2017 |

**ACCOUNT TITLE ("DEPOSITOR")**
JASPER RAIN MARKETING LLC

**BUSINESS ADDRESS**
4370 LA JOLLA VILLAGE DR STE 400

SAN DIEGO, CA 92122-1251

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | ████████ | CA | 12/16/2016 | |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER** | **TAXPAYER ID #** | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | JOHN GLENN FERGUSON | ███████ | ██████ | Member | 5/9/17 | *(signature)* |
| 2) | | | | | | |
| 3) | | | | | | |
| 4) | | | | | | |




M1207-01-13-CS (3/14 v.9)

**PX 10**
**577**

**McKenney Attachment V**

# CHASE

## BUSINESS ACCOUNT ADD SIGNERS FORM

**NAME OF BUSINESS**   JASPER RAIN MARKETING LLC

**TAXPAYER ID NO.** 81-4805727

**BUSINESS ADDRESS** 4370 LA JOLLA VILLAGE DR STE 400, SAN DIEGO, CA 92122-1251

**BRANCH NAME AND NO.** SAN DIEGO LITTLE ITALY - 744096     **BANK NO.** 703     **BRANCH PHONE NO.** (619) 237-1090

**INTEROFFICE MAILCODE** CA2-4712     PREPARED BY-NAME  ARCELIA SUAREZ     **DATE:** 05/17/2017

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

**Name of the Signer to Add**            **Title**            SIGNER

BRIAN T PHILLIPS

**Identification**            **ID Number**            **Issuer** Issuer USA            **Signature** Signature            **Issuance Date**            **Expiration Date** 5/7/17

1) Green Card

2) None

**Account Numbers:** 5529

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

**Name of the Signer to Add**            **Title**

**Identification**            **ID Number**            **Issuer**            **Issuance Date**            **Expiration Date**

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

**Name of the Signer to Add**            **Title**

**Identification**            **ID Number**            **Issuer**            **Issuance Date**            **Expiration Date**

**Account Numbers:**

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

**Name of the Signer to Add**            **Title**            **Signature**            **Date**

**Identification**            **ID Number**            **Issuer**            **Issuance Date**            **Expiration Date**

**Account Numbers:**

### CERTIFICATION

The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

**For a Corporation or Unincorporated Association or Organization:**     **For Sole Proprietorship:**     **For Partnership or Limited Liability Company:**     **For Government Entity:**

Secretary            Date            Owner/Sole Proprietor            Date            Partner/Member/Manager            Date            Certifying Official            Date

1            JPMorgan Chase Bank, N.A. Member FDIC

PX 10
578            McKenney Attachment V

  
## BUSINESS DEPOSITORY CERTIFICATE (Limited Liability Company)    CHASE ○

___X___ NEW  _____ CHANGE

| | |
|---|---|
| **ACCOUNT NO.** ███8529 | **BANK NAME/NUMBER** JPMorgan Chase Bank, N.A ( 703 ) |
| **ACCOUNT TITLE** JASPER RAIN MARKETING LLC | **BRANCH NAME AND NO.** California Branch - 740931 |
| | **DATE** 05/09/2017 |
| **BUSINESS ADDRESS** 4370 LA JOLLA VILLAGE DR STE 400 | **PREPARED BY** IAN D CARR |
| | **PHONE NO.** (858) 577-0053 |
| SAN DIEGO, CA 92122-1251 | |
| **TAXPAYER ID NO.** 81-4805727 | **PRODUCT TYPE** Chase Total Business Checking |

Legal Name of Organization: JASPER RAIN MARKETING LLC                                                                 (the "Organization")

State of Organization: __CA_____

Type of Organization (check one):
[X] Limited liability company managed by its members
[ ] Limited liability company managed by one or more managers

The individuals signing this Certificate certify to JPMorgan Chase Bank, N.A. (the "Bank") as follows:
- the Organization is a limited liability company, duly organized under the laws of the state of organization listed above;
- the individuals signing this Certificate are, or are authorized representatives of, all of the members (if managed by its members) ("Members") or managers (if managed by managers) ("Managers") of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
Any of the people listed below ("Authorized Persons"), acting alone, may:
- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements & other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may order cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| JOHN GLENN FERGUSON | Member | |
| | | |
| | | |
| | | |
| | | |

**SIGNER(S) TO BE ADDED LATER**
BRIAN T PHILLIPS, EXP 06/08/2017

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
*Each Member or Manager, as applicable, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.*
FOR THE PRECEDING PURPOSES, each of the undersigned has signed his/her name(s) on the date indicated above.
Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**
*The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding, because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.*

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

 
**PX 10**
**579**                          **McKenney Attachment V**

  

**BUSINESS DEPOSITORY CERTIFICATE**
**(Limited Liability Company)**

CHASE ◻

ACCOUNT NO. ▮▮▮▮8529

*Note: For a disregarded entity, if the owner is not signing below, he, she or it must submit IRS Form W-9  or the appropriate Form W-8.*

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

Member or Manager

Printed Name: _____ JOHN GLENN FERGUSON _____

Date 5/9/17

---

Member or Manager

Printed Name: _____

Date _____

---

Member or Manager

Printed Name: _____

Date _____

---

Member or Manager

Printed Name: _____

Date _____

---

Member or Manager

Printed Name: _____

Date _____

---

Member or Manager

Printed Name: _____

Date _____

---

Member or Manager

Printed Name: _____

Date _____

---

Member or Manager

Printed Name: _____

Date _____

(Attach additional pages if necessary to reflect all Members or Managers)

**DISTRIBUTION:** 1) National Account Services 2) Customer

JPMorgan Chase Bank, N.A. Member FDIC

M1207-04-CS  (5/14 v2)

Page 2 of 2



# McKenney
# Attachment W

# Business Account Application

**WELLS FARGO**

Bank Name:
WELLS FARGO BANK, N.A.

Store Name:
KELLER

Banker Name:
WALKER, LEA D

Officer/Portfolio Number:

Date:
12/21/2012

Banker Phone:
817/███████

Store Number:

Banker AU:

Banker MAC:

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only     [ ] New Deposit Account(s) and Business Credit Card

Account 1 Product Name:
Gold Business Services Package

COID:
808

Product:
DDA

Account Number:
██████562

Opening Deposit:
$150.00

Type of Funds:
INTX

Account 2 Product Name:
Business Market Rate Savings

COID:
808

Product:
MMA

Account Number:
███████7337

Opening Deposit:
$150.00

Type of Funds:
INTX

New Account Kit:
Printed

## Related Customer Information

Customer 1 Name:
TRIANGLE MEDIA CORPORATION

Account Relationship:
Sole Owner

Enterprise Customer Number (ECN):
5793708531943314

Customer 2 Name:
BRIAN T PHILLIPS

Account Relationship:
Signer

Enterprise Customer Number (ECN):
8980581195



PX 10
582

McKenney Attachment W

## Checking/Savings Statement Mailing Information

| | |
|---|---|
| Name(s) and Information Listed on Statement: | Statement Mailing Address: |
| TRIANGLE MEDIA CORPORATION | 1000 N WEST ST STE 1200 |
| | Address Line 2: |
| | City: | State: |
| | WILMINGTON | DE |
| | ZIP/Postal Code: | Country: |
| | 19801-1058 | US |

## Customer 1 Information

Customer Name:
TRIANGLE MEDIA CORPORATION

Account Relationship:
Sole Owner

Taxpayer Identification Number (TIN): 21-2780694     TIN Type: EIN

Business Type:
Corporation Type S

Business Sub-Type/Tax Classification: Corporation     Non-Profit: No

Date Originally Established: 05/28/2010     Current Ownership Since: 2010     Number of Employees: 1

Annual Gross Sales: $100.00     Year Sales Reported: 12/01/2009     Fiscal Year End: 12/31

Primary Financial Institution:     Number of Locations: 1

Primary State 1:     Primary State 2:     Primary State 3:

Primary Country 1:     Primary Country 2:     Primary Country 3:

Industry:
Information/Media

Description of Business:

Major Suppliers/Customers:

Street Address:
1000 N WEST ST STE 1200

Address Line 2:

Address Line 3:

City: WILMINGTON     State: DE

ZIP/Postal Code: 19801-1058     Country: US

Business Phone:     Fax:

Cellular Phone:      Pager:

e-Mail Address:
brian@trianglemediacorp.com

Website:

Sales Market:
LOCAL

## Bank Use Only

Name/Entity Verification:
Cert of Incorporation

Document Filing Number/Description: 4830322

Country of Registration: US     State of Registration: DE

Customer 1 Name:
TRIANGLE MEDIA CORPORATION

Address Verification: NONE

Filing Country: US     Filing State: DE     Filing Date: 05/28/2010

International Transactions: 1

Internet Gambling Business?: No

BACC Reference Number: NORECORD     Expiration Date:

Check Reporting: NO RECORD

**PX 10**
**583**

**McKenney Attachment W**

## Owner/Key Individual 1 Information

Customer Name:
BRIAN T PHILLIPS

Position/Title: CEO
DATA SPECIALIST

Date of Birth:

Enterprise Customer Number (ECN):
8980581155

Taxpayer Identification Number (TIN):

TIN Type:
SSN

Primary ID Type:
PASP

Primary ID Description:

Primary ID St/Cnry/Prov:
CA

Primary ID Issue Date:

Primary ID Expiration Date:

Secondary ID Type:
OTHR_CC

Secondary ID Description:
INF_CC

Secondary ID State/Country:

Secondary ID Issue Date:

Secondary ID Expiration Date:
02/01/2013

Country of Citizenship:
CA

Permanently Resides in US:
YES

Residence Address:

Address Line 2:

City: SAN MARCOS
SAN MARCOS

State: CA

Address Line 2:

Zip/Postal Code: 92078
92078-5977

Country:
US

Check Reporting:
NO RECORD



**PX 10**
**584**

**McKenney Attachment W**

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

A. The Customer's use of any Bank deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

   (1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

   (2) Authorize (by signing or otherwise) the payment of items from the Customer's account(s) listed on the Business Account Application (including without limitation any item payable to (a) the individual order of the person who authorized the item or (b) the Bank or any other person for the benefit of the person who authorized the item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "item" and "Deposited Item");

   (3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

   (4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an item, and the code is communicated, the item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

   (1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

   (2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

   (3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

Owner/Key Individual 1 Name
[BRIAN T PHILLIPS]

Position/Title:
[DATA SPECIALIST]

Owner/Key Individual 1 Signature



☒ Submit manually
☐ Signature not required

Date:
[12/21/2012]

2W02-000516302849-04

PX 10
585

McKenney Attachment W

## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends).

3. I am a U.S. citizen or other U.S. person.          ☐ I am subject to backup withholding          ☐ I am exempt from backup withholding

Note: The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Tax Responsible Customer Name:
TRIANGLE MEDIA CORPORATION

Taxpayer Identification Number (TIN):
27-2760694

TIN Certification Signature:

☒ Submit manually
☐ Signature not required

Date:

## Authorized Signers – Signature Capture

Authorized Signer 1 Name:
BRIAN T PHILLIPS

Position/Title:
DATA SPECIALIST

Authorized Signer 1 Signature:

☒ Submit manually
☐ Signature not required

Date:
12/21/2012



**PX 10**
**586**

**McKenney Attachment W**

# Business Account Application

WELLS FARGO

| Bank Name: | Store Name: |
|---|---|
| WELLS FARGO BANK, N.A. | KELLER |

| Banker Name: | Officer/Portfolio Number: | Date: |
|---|---|---|
| WALKER, LEA D | ▮▮ | 07/24/2012 |

| Banker Phone: | Store Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 817▮ | ▮▮ | ▮▮ | ▮▮ |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only          [ ] New Deposit Account(s) and Business Credit Card

Account 1 Product Name:
Gold Business Services Package

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 808 | DDA | ▮▮5584 | $100.00 | INTX |

Account 2 Product Name:
Business Market Rate Savings

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 808 | DDA | ▮▮6347 | $100.00 | INTX |

New Account Kit:
Printed

## Related Customer Information

| Customer 1 Name: | Account Relationship: |
|---|---|
| TRIANGLE MEDIA CORPORATION | Sole Owner |

Enterprise Customer Number (ECN):
579378531943314

| Customer 2 Name: | Account Relationship: |
|---|---|
| BRIAN T PHILLIPS | Signer |

Enterprise Customer Number (ECN):
8980581195



PX 10
587

McKenney Attachment W

## Checking/Savings Statement Mailing Information

| Name(s) and Information Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| TRIANGLE MEDIA CORPORATION | 1000 N WEST ST STE 1200 | |
| | Address Line 2: | |
| | City: | State: |
| | WILMINGTON | DE |
| | ZIP/Postal Code: | Country: |
| | 19801-1058 | US |

## Customer 1 Information

| Customer Name: | Street Address: | |
|---|---|---|
| TRIANGLE MEDIA CORPORATION | 1000 N WEST ST STE 1200 | |
| Account Relationship: | Address Line 2: | |
| Sole Owner | | |
| Taxpayer Identification Number (TIN): 27-2760694 | TIN Type: EIN | Address Line 3: |
| Business Type: | City: | State: |
| Corporation Type S | WILMINGTON | DE |
| Business Sub-Type/Tax Classification: Corporation | Non-Profit: No | ZIP/Postal Code: 19801-1058 | Country: US |
| Date Originally Established: 05/28/2010 | Current Ownership Since: 2010 | Number of Employees: 1 | Business Phone: ▮▮▮▮ | Fax: |
| Annual Gross Sales: $100.00 | Year Sales Reported: 12/01/2009 | Fiscal Year End: 12/31 | Cellular Phone: ▮▮▮▮ | Pager: |
| Primary Financial Institution: | Number of Locations: 1 | e-Mail Address: brian@trianglemediacorp.com |
| Primary State 1: | Primary State 2: | Primary State 3: | Website: |
| Primary Country 1: | Primary Country 2: | Primary Country 3: | Sales Market: LOCAL |
| Industry: Information/Media |
| Description of Business: INTERNET MKTING |
| Major Suppliers/Customers: |

## Bank Use Only

| Name/Entity Verification: | Address Verification: | BACC Reference Number: |
|---|---|---|
| Cert of Incorporation | NONE | NORECORD |
| Document Filing Number/Description: 4830322 | Filing Country: US | Filing State: DE | Filing Date: 05/28/2010 | Expiration Date: |
| Country of Registration: US | State of Registration: DE | International Transactions: | Check Reporting: NO RECORD |
| Customer 1 Name: TRIANGLE MEDIA CORPORATION | | Internet Gambling Business?: No |



**PX 10**
**588**

**McKenney Attachment W**

## Owner/Key Individual 1 Information

| | |
|---|---|
| Customer Name: <br> BRIAN T PHILLIPS | Residence Address ▮▮▮▮▮▮ |
| Position/Title: DATA SPECIALIST ▮▮    Date of Birth: ▮▮    Enterprise Customer Number (ECN): 8980581195 | Address Line 2: |
| Taxpayer Identification Number (TIN): ▮▮▮▮▮▮    TIN Type: SSN | Address Line 3: |
| Primary ID Type: PASP    Primary ID Description: ▮▮▮▮ | City: MCKINNEY      State: TX |
| Primary ID St/Cnty/Prov: CA    Primary ID Issue Date:    Primary ID Expiration Date: | ZIP/Postal Code: 75070-4986    County: US |
| Secondary ID Type: OTHR CC    Secondary ID Description: WF CC | Check Reporting: NO RECORD |
| Secondary ID State/Country:    Secondary ID Issue Date:    Secondary ID Expiration Date: 02/01/2013 | |
| Country of Citizenship: CA    Permanently Resides in US: YES | |



**PX 10**

**589**

**McKenney Attachment W**

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A.** The Customer's use of any Bank deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.

**B.** Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

(1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

(2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

(3) Give instructions in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

(4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

**C.** If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

**D.** Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

**E.** If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

**F.** The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers - Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

**G.** The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

(1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

(2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

(3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

Owner/Key Individual 1 Name
| BRIAN T PHILLIPS

Position/Title:
| DATA SPECIALIST

Owner/Key Individual 1 Signature



[X] Submit manually
[ ] Signature not required

Date:
| 07/24/2012

**PX 10**
**590**

**McKenney Attachment W**

## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends).

3. I am a U.S. citizen or other U.S. person.  ☐ I am subject to backup withholding  ☐ I am exempt from backup withholding

**Note: The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Tax Responsible Customer Name: |TRIANGLE MEDIA CORPORATION

Taxpayer Identification Number (TIN): |27-2760694

TIN Certification Signature:

☒ Submit manually
☐ Signature not required

Date: | Sept 4/12

## Authorized Signers - Signature Capture

Authorized Signer 1 Name |BRIAN T PHILLIPS

Position/Title: |DATA SPECIALIST

Authorized Signer 1 Signature

☒ Submit manually
☐ Signature not required

Date: |07/24/2012



**PX 10**
**591**

**McKenney Attachment W**

# Business Account Application


WELLS FARGO

| Bank Name: | | Store Name: | | |
|---|---|---|---|---|
| Wells Fargo Bank , N.A. | | Keller | | |
| **Banker Name:** | | **Officer/Portfolio Number:** | **Date:** | |
| LEA D WALKER | | ████ | 06/02/2010 | |
| **Banker Phone:** | **Store Number:** | **Banker AU:** | **Banker MAC:** | |
| 817/████ | ████ | ████ | ████ | |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only ☐ New Deposit Account(s) and Business Credit Card

**Account 1 Product Name**
Advantage Business Package Checking

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 808 | DDA | ████5717 | $100.00 | INTX |

**Account 2 Product Name**
Business Market Rate Savings

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 808 | DDA | ████5067 | $100.00 | INTX |

## Authorized Signers

| Business Name: | Other Related Customer Name: |
|---|---|
| TRIANGLE MEDIA CORPORATION | |
| **Authorized Signer Name(s):** | |
| BRIAN T PHILLIPS | |
| | |
| | |
| | |



**PX 10**
**592**

**McKenney Attachment W**

## Checking/Savings Statement Mailing Information

| Name(s) and Information Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| TRIANGLE MEDIA CORPORATION | 108 W 13TH ST | |
| | Address Line 2: | |
| | | |
| | City: | State: |
| | WILMINGTON | DE |
| | ZIP/Postal Code: | Country: |
| | 19801-1145 | US |

## Business Information

| Business Name: | | | Street Address: | |
|---|---|---|---|---|
| TRIANGLE MEDIA CORPORATION | | | 108 W 13TH ST | |
| Business Type: | | | Address Line 2: | |
| Corporation Type S | | | | |
| Business Sub-Type: | | Non-Profit: | Address Line 3: | |
| Corporation | | No | | |
| Date Originally Established: | Current Ownership Since: | Number of Employees: | City: | State: |
| 05/28/2010 | | 1 | WILMINGTON | DE |
| Annual Gross Sales: | Year Sales Reported: | Fiscal Year End: | ZIP/Postal Code: | Country: |
| $100.00 | 12/01/2009 | 12/31 | 19801-1145 | US |
| Primary Financial Institution: | Number of Locations: | | Business Phone: | Fax: |
| | 1 | | (661) ▓▓▓▓ | |
| Sales Market: | | | Cellular Phone: | Pager: |
| LOCAL | | | (661) ▓▓▓▓ | |
| Primary State 1: | Primary State 2: | Primary State 3: | e-Mail Address: | |
| | | | sixty6.investments@gmail.com | |
| Primary Country 1: | Primary Country 2: | Primary Country 3: | Website: | |
| | | | | |

Industry:
Information/Media

Description of Business:
INTERNET MKTING

Major Suppliers/Customers:

## Bank Use Only

| Name/Entity Verification: | | Address Verification: | | BACC Reference Number: |
|---|---|---|---|---|
| Cert of Incorporation | | NONE | | ▓▓▓▓ |
| Document Filing Number/Description: | | Filing Country: | Filing State: | Filing Date: | Expiration Date: |
| 4830322 | | US | DE | 05/28/2010 | |
| Country of Registration: | State of Registration: | International Transactions: | | Check Reporting: |
| US | DE | | | NORECORD |

Internet Gambling Business
No



PX 10
593

McKenney Attachment W

## Owner/Key Individual 1 Information

| | |
|---|---|
| Customer Name: | Primary ID Type: | Primary ID Description: |
| BRIAN T PHILLIPS | PASP | |
| Position/Title: | Primary ID St/City/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: |
| DATA SPECIALIST | CA | | |
| Check Reporting: | Secondary ID Type: | Secondary ID Description: |
| None | OTHR CC | WF CC |
| | Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: |
| | | | 02/01/2011 |

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

A. The Customer's use of any Bank deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

   (1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

   (2) Authorize (by signing or otherwise) the payment of items from the Customer's account(s) listed on this Business Account Application (including without limitation any item payable to (a) the individual order of the person who authorized the item or (b) the Bank or any other person for the benefit of the person who authorized the item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

   (3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

   (4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an item, and the code is communicated, the item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

   (1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

   (2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

   (3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

| Owner/Key Individual 1 Name | Position/Title: |
|---|---|
| BRIAN T PHILLIPS | DATA SPECIALIST |

Owner/Key Individual 1 Signature



☒ Submit manually
☐ Signature not required

Date:
06/02/2010

**PX 10**
**594**

**McKenney Attachment W**

## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends).

3. I am a U.S. person (including a U.S. resident alien).  ☐ I am subject to backup withholding  ☐ I am exempt from backup withholding

**Note:** The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Business Name: | Taxpayer Identification Number (TIN): |
|---|---|
| TRIANGLE MEDIA CORPORATION | 27-2760694 |

TIN Certification Signature:



☒ Submit manually
☐ Signature not required

Date: 06/02/2010

## Authorized Signers - Signature Capture

| Authorized Signer 1 Name: | Position/Title: |
|---|---|
| BRIAN T PHILLIPS | DATA SPECIALIST |

Authorized Signer 1 Signature:

☒ Submit manually
☐ Signature not required

Date: 06/02/2010

**PX 10**
**595**

**McKenney Attachment W**

# McKenney
# Attachment X

Find & Flip Homes - Learn From House Flipping Pro Than Merrill Chicago 6/13 - 6/17  Ac ···

**Contact and Personal Info**

Brittany's Profile

Show more ⌄

**Learn the skills Brittany has**


**Google AdWords Tips and Tricks**
Viewers: 16,143

**Bing Ads Essential Training**
Viewers: 1,202

**Learning Google Analytics Premium**
Viewers: 8,127

See more courses

Ad ▷

Get the latest jobs and industry news

cgn

Brian, explore relevant opportunities with **CGN Global**

Follow

## Brittany Wise

Client Services Manager at Triangle Media Corp

Triangle Media Corp • Ashford University

San Diego, California • 405 &

Connect

···

### Experience

**Client Services Manager**
Triangle Media Corp
Feb 2015 – Present  • 2 yrs 4 mos

**Administrative Analyst/AFSO**
Trabus Technologies
Nov 2011 – Sep 2014  • 2 yrs 11 mos

**Product Development Group Assistant**
Aethercomm
Aug 2008 – Aug 2011  • 3 yrs 1 mo

### Education


**Ashford University**
Master of Business Administration (MBA)
2012 – 2013

**Ashford University**
Bachelor of Business Administration (BBA)
2011

### Recommendations

Received (1)     Given (0)


**Michael Slocum**
Principal at the
Inventioneering Company
October 19, 2012, Michael was
senior to Brittany but didn't
manage directly

Brittany was a highly effective member of staff who coordinated and supported a large team of engineers and technicians. She planned and executed many technical reports, coordinated all internal and external meetings, took minutes for various meetings, and performed any other task assigned. She is pleasant, professional, and very dedicated. I would hire Brittany for any position she was qualified.

**PX 10**
**597**

**McKenney Attachment X**

Accomplishments

3 Courses ⌃

Contract Execution

Contract Management

Contract Planning

Interests



**Pulse**
1,540,782 followers

**Trabus Technologies**
250 followers

**Ashford University**
110,721 followers

**The Control Group Media Compan...**
1,238 followers

**Triangle Media Corp**
77 followers

**Linked** in

About
Community Guidelines
Privacy & Terms ⌄
Send feedback

LinkedIn Corporation © 2017

⑦ **Questions?**
Visit our Help Center.

⚙ **Manage your account and privacy.**
Go to your Settings.

Select Language
English (English) ▾

Messaging ☑ ⚙ ⚊

PX 10
598

McKenney Attachment X

# McKenney
# Attachment Y

---------- Forwarded message ----------
From: **Support Department** <cs@vitalglobalmarketing.com>
Date: Thu, Nov 24, 2016 at 5:01 PM
Subject: Re: From Bill Smith, St. Louis Better Business Bureau
To: Bill Smith ███████████

Bill,

1. Please see the response below. It is not after, V/MC require the terms to be displayed according to FTC guidelines and the box needs to be checked before the order can be processed. Vital Global Marketing strictly adhere to all guidelines.

Also, we have found that there are many consumers that are just massive scammers and essentially stealing product from us so they can sell it on places like amazon, ebay, etc. This is a massive problem for companies like ours that are buying the products, etc then people are running pages with Vital Global Marketing's name on it so they won't get caught. Meanwhile they are selling thousands of stolen products on ebay, amazon, etc...

2. There are many companies that sell tons of different products on the web, radio, direct mail and TV related to Skin Care as well as many other products. There is a complete industry around direct marketing of these products. Vital Global Marketing is one of them and has sold products since 2008. Vital Global Marketing has had very successful marketing and unfortunately many other companies have tried to mimic the pages and terms that Vital Global Marketing was using. We found that many of them were even cutting and copying the terms which mentioned Vital Global Marketing and have been on the eternal quest to snuff these pretenders out. The easiest way to verify this is to get the pictures from the consumers card statements showing the descriptors. I'm happy to then tell you if the charges was generated by us or not. We have found that a very high percentage of the disputes that are being sent to us are not from charges generated by vital global marketing. Unfortunately, the BBB, unlike chargeback procedures, have no way of verifying that the consumer actually purchased the product from the company they are issuing a dispute against.

3. The websites are controlled by the people that are generating the actual traffic. The consumer only arrives on our webpage after they have shown intent to buy. So the "story" of the product, etc is generated by the person that is buying the traffic and pushing people to pages to gain interest in whatever products they are marketing that day. We don't do any deceptive marketing at all, I sent you the terms of sale that we employ and we have a completely locked down customer service process for any customers that might be interested in refunds, replacements or returns. We have an on going battle with media buyers to make sure they aren't misrepresenting products/services. They are just trying to drive sales anyway they can and don't really care about the effects after the sale.

4. We buy traffic from 3rd parties, we ship a FDA registered product that is better quality than most at sephora, Then we ship

**PX 10**
**600**

**McKenney Attachment Y**

every month after until they cancel. We have many thousands of customers that are happily on the auto ship program.

5. why?

No offense, but BBB is pretty clued out in general about everything related to web sales and how everything bolts together. If there are unresolved disputes with consumers please feel free to send them across and we will get them sorted out right away. I'm even happy to get on the phone with a few to prove to you that they aren't customers of ours.

Hope this helps

Regards,

Phil

On Tue, Nov 22, 2016 at 3:56 AM, Bill Smith ███████████████ wrote:

Good morning,

Since our office has not received a response from our most recent email, I wanted to resend it to you (see below) and request some additional information of your company.

1. Most of the complaints received by BBB re. Vital Global Marketing/Beauty & Truth are from consumers who say they feel misled and deceived by offers of a free, no-obligation trial of your various products. Only after paying she shipping and handling costs do they learn they are enrolled in skin cream programs or memberships that they had not anticipated and they then cancel and attempt to get refunds. If the skin cream sites are not misleading, why do you think so many people have filed complaints that they are?

2. Our research has shown dozens, if not hundreds, of skin and eye care treatment products with ties to Vital Global/Beauty & Truth or various related businesses. Some of those product names are Lux Derma, Belladerm, Bio Diamond, Coal, Image Revive, Youth Renu and many many more, many with different corporate and fulfillment addresses. Virtually all of these are using the same free trial sign up sites. These all appear to be basically the same product, so our question is why are you constantly introducing new product names unless your company is trying to hide past complaint problems?

3. We also have seen several websites using celebrity names and cut-and-paste testimonials that link to your free trial offers. It seems clear that these celebrities, such as Dr. Oz and Christie Brinkley, are not, in fact, endorsing your products. Do you not believe this type of marketing is deceptive and misleading?

4. Please feel free to offer a detailed explanation of how your business

**McKenney Attachment Y**

operates, especially as it relates to what you have called independent websites and marketers. Also, feel free to clarify your business model so that we may better understand your operations.

5. We would also appreciate information on the location your main corporate office, your corporate name and the names of the top officials of your business.

Also, if you could identify yourself by first and last name and your position with the company, it would be most helpful.

We would hope for a response as soon as possible, but no later than close of business on Friday, Nov. 25.


Thank you,


Bill Smith, BBB St. Louis

--------- Forwarded message ----------
From: **Bill Smith** ████████████████
Date: Wed, Nov 16, 2016 at 8:48 AM
Subject: Re: From Bill Smith, St. Louis Better Business Bureau
To: Management Team <management@vitalglobalmarketing.com>


Here are the two businesses I was referring to:


Beauty & Truth of Troy, Mich.:

https://www.bbb.org/detroit/business-reviews/skin-care/beauty-truth-in-troy-mi-90020717/


Healthy Skin of Delray Beach, Fla.:

http://www.bbb.org/south-east-florida/business-reviews/online-retailer/healthy-skin-in-delray-beach-fl-90308628


Do you handle complaints for either of these companies?

**McKenney Attachment Y**

<u>Bill Smith</u>

On Tue, Nov 15, 2016 at 8:26 PM, Management Team <management@vitalglobalmarketing.com> wrote:

Hi Bill,

We work for Vital Global Marketing, so we handle complaints against our company.

I've never heard of "healthy skin", but it's not related to Beauty & Truth.

Regards,

Phil

On Wed, Nov 16, 2016 at 1:26 AM, Bill Smith ▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

Phil,

This is quite helpful.  As I continue to look at this, I am certain I will have more specific questions. For now, though, I am still confused about which complaints your office handles.  In addition to the complaints filed with BBB Las Vegas under the name Vital Global Marketing, do you also respond to complaints with BBB in Southeast Florida for Healthy Skin and with BBB in Detroit for Beauty & Truth?

Thank you,

Bill Smith, BBB St. Louis

Bill

On Mon, Nov 14, 2016 at 6:39 PM, Management Team <management@vitalglobalmarketing.com> wrote:

Hi Bill,

As it relates to consumers purchasing the products distributed by Vital Global Marketing, please see a copy of the terms of purchase on the web pages:

Terms and Conditions: We take great pride in the quality of our products and are confident that [product name] is the most effective and powerful anti-aging system on the market today. If for any reason you do not find this product is right for you we will gladly give you a full refund, no questions asked. You have nothing to lose except for the wrinkles! By placing an order you will be enrolled in our refill membership program. This program will charge $98.71 for your trial of [product] on the 15th day and ship a full-size bottle of [product] for $98.71 every 30 days thereafter until you cancel. You can cancel or modify your membership anytime by calling [phone].

As it pertains to advertising measures, we do not control the pages that build stories around the products before the

**McKenney Attachment Y**

person arrives to our web page. Those are called affiliate marketers, we try to work with them to police what they can and can't say however its impossible to be across all internet traffic related to our sales.

As for other cities, we have used many different third party companies to ship our products as many other companies also do.

Vital Global Marketing has been very diligent on responding to all consumers that have issues or disputes, and we will do any and all things to ensure that our customers receive a great experience. As it pertains to some customers, there are a group of consumers that troll the internet trying to take advantage of companies like ours to get free products, and generally just like to complain.

Regards,

Phil

On Tue, Nov 15, 2016 at 7:49 AM, Bill Smith ███████████ wrote:
Good afternoon,

First, I want to apologize for any misunderstanding regarding my interest in this business.
I am simply trying to learn the involvement/role of Vital Global Marketing in numerous negative option Internet-based advertisements/trial offers for skin care and other products that have been the focus of complaints/inquiries in our BBB system.
Our interest here in St. Louis is the result of consumers in our area who said they have had issues with ordering what they believed to be no strings-attached free product trials.
Just fyi, I have been in contact with BBB in Las Vegas which handles the reporting file for Vital Global Marketing and that office had suggested I reach out to your office.
We note in the BBB complaints for Vital Global Marketing in Las Vegas that consumers' complaints involve numerous product names. We notice similar types of complaints for virtually identical products in Detroit and Florida. All seem to have a connection with a business called Beauty & Truth.
Any assistance in attempting to better understand the business model would be much appreciated.

Best,

Bill Smith, BBB St. Louis

--
**Bill Smith** *Investigator*

Tel: ███
Fax: 314-645-2666
Email: ████████████
bbb.org *Start with Trust* ®

Better Business Bureau Serving Eastern Missouri & Southern Illinois
211 North Broadway Suite 2060

McKenney Attachment Y

St. Louis, MO 63102

--
**Bill Smith** *Investigator*

**Tel:** ███████
**Fax:** 314-645-2666
**Email:** ███████
**bbb.org** *Start with Trust* ®

Better Business Bureau Serving Eastern Missouri & Southern Illinois
211 North Broadway Suite 2060
St. Louis, MO 63102

--
**Bill Smith** *Investigator*

**Tel:** ███████
**Fax:** 314-645-2666
**Email:** ███████
**bbb.org** *Start with Trust* ®

Better Business Bureau Serving Eastern Missouri & Southern Illinois
211 North Broadway Suite 2060
St. Louis, MO 63102

--
**Bill Smith** *Investigator*

**Tel:** ███████
**Fax:** 314-645-2666
**Email:** ███████
**bbb.org** *Start with Trust* ®

Better Business Bureau Serving Eastern Missouri & Southern Illinois
211 North Broadway Suite 2060
St. Louis, MO 63102

--
**Bill Smith** *Investigator*

**Tel:** ███████

McKenney Attachment Y

**Fax: 314-645-2666**
**Email:** ███████████
<u>bbb.org</u> *Start with Trust* ®

Better Business Bureau Serving Eastern Missouri & Southern Illinois
211 North Broadway Suite 2060
St. Louis, MO 63102

McKenney Attachment Y

# McKenney
# Attachment Z

**PX 10**
**607**



**ROSS MILLER**
Secretary of State
206 North Carson Street
Carson City, Nevada 89701-4299
(775) 684 5708
Website: www.nvsos.gov

| **Articles of Organization Limited-Liability Company** (PURSUANT TO NRS CHAPTER 86) | Filed in the office of<br><br>_Ross Miller<br>Secretary of State<br>State of Nevada_ | Document Number<br>**20090565617-11**<br>Filing Date and Time<br>**07/21/2009 7:41 AM**<br>Entity Number<br>**E0399672009-2** |

USE BLACK INK ONLY - DO NOT HIGHLIGHT           ABOVE SPACE IS FOR OFFICE USE ONLY

| | | |
|---|---|---|
| **1. Name of Limited-Liability Company:** (must contain approved limited-liability company wording; see instructions) | Vital Global Marketing LLC | Check box if a Series Limited-Liability Company ☐ |

| | |
|---|---|
| **2. Registered Agent for Service of Process:** (check only one box) | [X] Commercial Registered Agent: Business Filings Incorporated<br>        Name<br>☐ Noncommercial Registered Agent     _**OR**_     ☐ Office or Position with Entity<br>   (name and address below)                       (name and address below)<br><br>Name of Noncommercial Registered Agent   OR   Name of Title of Office or Other Position with Entity<br><br>_____ Nevada _____<br>Street Address                 City                          Zip Code<br><br>_____ Nevada _____<br>Mailing Address (if different from street address)     City               Zip Code |

| | |
|---|---|
| **3. Dissolution Date:** (optional) | Latest date upon which the company is to dissolve (if existence is not perpetual): _____ |

| | |
|---|---|
| **4. Management:** (required) | Company shall be managed by: ☐ Manager(s)   **OR**   [X] Member(s)<br>                                    (check only one box) |

| | |
|---|---|
| **5. Name and Address of each Manager or Managing Member:** (attach additional page if more than 3) | 1) Brian Phillips<br>   Name<br>9608 Water Tree Dr.            McKinney     Texas     75070<br>Street Address               City              State     Zip Code<br>2)<br>   Name<br><br>Street Address               City              State     Zip Code<br>3)<br>   Name<br><br>Street Address               City              State     Zip Code |

| | |
|---|---|
| **6. Name, Address and Signature of Organizer:** (attach additional page if more than 1 organizer) | Business Filings Incorporated,        X _Mark Williams_<br>Name                          Organizer Signature    Mark Williams, A.V.P.<br>8040 Excelsior Drive, Suite 200     Madison     WI     53717<br>Address                       City             State     Zip Code |

| | |
|---|---|
| **7. Certificate of Acceptance of Appointment of Registered Agent:** | _I hereby accept appointment as Registered Agent for the above named Entity._<br>X _Mark Williams_        Mark Williams, A.V.P.,<br>                           Business Filings Incorporated      July 21, 2009<br>Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity     Date |

_This form must be accompanied by appropriate fees._

Nevada Secretary of State NRS 86 DLLC Articles
Revised on 7-1-08

**PX 10**
**608**

**McKenney Attachment Z**

# ANNUAL LIST OF MANAGERS OR MANAGING MEMBERS AND REGISTERED AGENT AND STATE BUSINESS LICENSE APPLICATION OF:

FILE NUMBER
E0399672009-2

VITAL GLOBAL MARKETING LLC
NAME OF LIMITED-LIABILITY COMPANY

FOR THE FILING PERIOD OF  7/2010  TO  7/2011

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsos.gov\*\***

The entity's duly appointed registered agent in the State of Nevada upon whom process can be served is:

*110401*

BUSINESS FILINGS INCORPORATED (Commercial Registered Agent)
311 S DIVISION ST
CARSON CITY, NV 89703 USA

Filed in the office of

Ross Miller
Secretary of State
State of Nevada

Document Number
20100371086-08
Filing Date and Time
05/26/2010 12:34 PM
Entity Number
E0399672009-2
(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

A FORM TO CHANGE REGISTERED AGENT INFORMATION IS FOUND AT www.nvsos.gov

USE BLACK INK ONLY - DO NOT HIGHLIGHT

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT: Read instructions before completing and returning this form.*

1. Print or type names and addresses, either residence or business, for all manager or managing members. **A Manager, or if none, a Managing Member** of the LLC must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*
2. If there are additional managers or managing members, attach a list of them to this form.
3. Annual list fee is $125.00. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. **A copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.
8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

ANNUAL LIST FILING FEE: $125.00   LATE PENALTY: $75.00   BUSINESS LICENSE FEE: $200.00   LATE PENALTY: $100.00

| Complete only if applicable | Section 7(2) Exemption Codes |
|---|---|
| ☐ Pursuant to NRS, this corporation is exempt from the business license fee. Exemption code: | 001 - Governmental Entity<br>002 - 501(c) Nonprofit Entity<br>003 - Home-based Business<br>004 - Natural Person with 4 or less rental dwelling units<br>005 - Motion Picture Company<br>006 - NRS 680B.020 Insurance Co. |
| ☐ Month and year your State Business License expires:  20 | |

NAME
Veronika Dorozan

(DOCUMENT WILL BE REJECTED IF TITLE NOT INDICATED)
☐ MANAGER   ☑ MANAGING MEMBER

ADDRESS
2857 Maco Dr , USA

CITY
Norton

STATE  ZIP CODE
OH   44203

NAME

(DOCUMENT WILL BE REJECTED IF TITLE NOT INDICATED)
☐ MANAGER   ☐ MANAGING MEMBER

ADDRESS

CITY

STATE  ZIP CODE

NAME

(DOCUMENT WILL BE REJECTED IF TITLE NOT INDICATED)
☐ MANAGER   ☐ MANAGING MEMBER

ADDRESS

CITY

STATE  ZIP CODE

NAME

(DOCUMENT WILL BE REJECTED IF TITLE NOT INDICATED)
☐ MANAGER   ☐ MANAGING MEMBER

ADDRESS

CITY

STATE  ZIP CODE

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of sections 6 to 18 of AB 146 of the 2009 session of the Nevada Legislature and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X Veronika Dorozan
**Signature of Manager or Managing Member**

Title
Manager

Date
5/26/2010 12:35:34 PM

Nevada Secretary of State Annual List ManorMem
Revised: 8-5-09

**PX 10**
**609**

**McKenney Attachment Z**



BARBARA K. CEGAVSKE
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov


*0*0105*

| Filed in the office of | Document Number |
|---|---|
| *Barbara K. Cegavske* | 20150411002-66 |
| Barbara K. Cegavske | Filing Date and Time |
| Secretary of State | 09/16/2015 12:16 PM |
| State of Nevada | Entity Number |
| | E0399672009-2 |

## Amendment to
## Articles of Organization
### (PURSUANT TO NRS 86.221)

USE BLACK INK ONLY - DO NOT HIGHLIGHT        ABOVE SPACE IS FOR OFFICE USE ONLY

### Certificate of Amendment to Articles of Organization
### For a Nevada Limited-Liability Company
#### (Pursuant to NRS 86.221)

1. Name of limited-liability company:

Vital Global Marketing LLC

2. The company is managed by: ☐ Managers   **OR**   ☒ Members
(check only one box)

3. The articles have been amended as follows: (provide article numbers, if available)*

5. The name and address of the Manager or the Managing Member is:

Brittany Ann Wise, 5138 Foothill Blvd., San Diego, CA 92109

4. Effective date and time of filing: (optional) Date:      Time:
(must not be later than 90 days after the certificate is filed)

5. Signature (must be signed by at least one manager or by a managing member):

x *Brittany Wise*
    Signature      Brittany Ann Wise, Member

* 1) If amending company name, it must contain the words "Limited-Liability Company," "Limited Company," or "Limited,"
or the abbreviations "Ltd.," "L.L.C.," or "L.C.," "LLC" or "LC." The word "Company" may be abbreviated as "Co."

2) If adding managers, provide names and addresses.

FILING FEE: $175.00

IMPORTANT: Failure to include any of the above information and submit with the proper fees may cause this filing to be rejected.

*This form must be accompanied by appropriate fees.*
     Nevada Secretary of State 86.221 DLLC Amendment
     Revised: 1-3-15

[ Reset ]

**INITIAL/ANNUAL LIST OF MANAGERS OR MANAGING MEMBERS AND STATE BUSINESS LICENSE APPLICATION OF:**

ENTITY NUMBER
E0399672009-2

VITAL GLOBAL MARKETING LLC
NAME OF LIMITED-LIABILITY COMPANY

FOR THE FILING PERIOD OF | JUL, 2016 | TO | JUL, 2017

*100403*

**USE BLACK INK ONLY - DO NOT HIGHLIGHT**

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT: Read instructions before completing and returning this form.*

1. Print or type names and addresses, either residence or business, for all manager or managing members. A **Manager, or if none, a Managing Member** of the LLC must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional managers or managing members, attach a list of them to this form.

3. Return completed form with the fee of $150.00. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. **A copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

| Filed in the office of | Document Number |
| | 20160281542-41 |
| *Barbara K. Cegavske* | Filing Date and Time |
| Barbara K. Cegavske | 06/23/2016 2:34 PM |
| Secretary of State | Entity Number |
| State of Nevada | E0399672009-2 |

This document was filed electronically.
**ABOVE SPACE IS FOR OFFICE USE ONLY**

<u>ANNUAL LIST FILING FEE: $150.00    LATE PENALTY: $75.00 (if filing late)</u>    <u>BUSINESS LICENSE FEE: $200.00    LATE PENALTY: $100.00 (if filing late)</u>

---

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: ☐

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | | | |
| BRITTANY WISE | **MANAGER OR MANAGING MEMBER** | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 12215 COLONY DRIVE , USA | POWAY | CA | 92064 |

| NAME | | | |
| | **MANAGER OR MANAGING MEMBER** | | |
| ADDRESS | CITY | STATE | ZIP CODE |

| NAME | | | |
| | **MANAGER OR MANAGING MEMBER** | | |
| ADDRESS | CITY | STATE | ZIP CODE |

| NAME | | | |
| | **MANAGER OR MANAGING MEMBER** | | |
| ADDRESS | CITY | STATE | ZIP CODE |

None of the managers or managing members identified in the list of managers and managing members has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of a manager or managing member in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** BRITTANY WISE

**Signature of Manager, Managing Member or Other Authorized Signature**

| Title | Date |
| MEMBER | 6/23/2016 2:34:05 PM |

Nevada Secretary of State List ManorMem
Revised: 7-1-15

**McKenney Attachment Z**





*130706*

BARBARA K. CEGAVSKE
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

| Filed in the office of | Document Number |
| | 20160499142-18 |
| *Barbara K Cegavske* | Filing Date and Time |
| Barbara K. Cegavske | 11/15/2016 11:25 AM |
| Secretary of State | Entity Number |
| State of Nevada | E0399672009-2 |

## Dissolution of
## Limited-Liability Company
(PURSUANT TO NRS 86.531)

USE BLACK INK ONLY - DO NOT HIGHLIGHT

ABOVE SPACE IS FOR OFFICE USE ONLY

### Articles of Dissolution
### for a Nevada Limited-Liability Company
(Pursuant to NRS 86.531)

1. Name of the limited-liability company:

Vital Global Marketing LLC

2. Entity or NV I.D. number: E0399672009-2

3. The company has been or will be dissolved.

4. Effective date and time of the dissolution: Date: November 11, 2016 Time: 9:00 AM
(must not be later than the effective date
and time of the articles of dissolution)

5. Signature (must be signed by a manager, or if there is no manager by a member):

X *Brittany Wise*
Signature (manager or member)

Brittany Wise, Member

**FILING FEE: $100.00**

IMPORTANT: Failure to include any of the above information and submit with the proper fees may cause this filing to be rejected.

*This form must be accompanied by appropriate fees.*

Reset

Nevada Secretary of State NRS 86.531 DLLC Dissolution
Revised: 1-26-16

PX 10
612

McKenney Attachment Z