FILED
Jun 25 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ joanag DEPUTY

ALDEN F. ABBOTT
General Counsel

SAMANTHA GORDON (IL Bar No. 6272135)
sgordon@ftc.gov
MATTHEW H. WERNZ (IL Bar No. 6294061)
mwernz@ftc.gov
Federal Trade Commission
230 South Dearborn, Suite 3030
Chicago, Illinois 60604
312.960.5623 (Gordon)
312.960.5596 (Wernz)
ATTORNEYS FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>TRIANGLE MEDIA CORPORATION, a Delaware corporation, also doing business as Triangle CRM, Phenom Health, Beauty and Truth, and E-Cigs, *et al.*,<br><br>Defendants. | Case No.: [Case No.] '18CV1388 BEN NLS<br><br>Ex Parte Motion for Leave to File Memorandum in Excess of 25 Pages in Support of Plaintiff's Ex Parte Motion for a Temporary Restraining Order<br><br>(FILED UNDER SEAL) |

Plaintiff, Federal Trade Commission, hereby moves for leave to file its Memorandum ("TRO Memorandum") in Support of Plaintiffs' *Ex Parte* Motion for Temporary Restraining Order with Asset Freeze, Appointment of a Receiver, Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("TRO Motion") in excess of the twenty-five pages allowed by Civ. L.R. 7.1(h).

Plaintiffs have made every effort to be concise yet thorough in presenting the facts and law necessary to decide the TRO Motion. Nevertheless, the TRO Memorandum exceeds the page limitation imposed by the Local Rules of the United States District Court for the Southern District of California. Additional space is needed to fully explain the identities of and relationships between Defendants, the many components of their scheme, the effect of Defendants' deception on consumers, and the grounds for the injunctive relief requested.

Since 2010, Defendants have garnered tens of millions of dollars through an unlawful scheme to charge consumers for products they did not intend to purchase. Defendants represent to consumers that they can obtain "free trials" of their products for a minimal shipping and handling fee. In actuality, shortly after order a "free trial" of one of Defendants' products for this minimal fee, consumers are charge full price for the products and are enrolled in a continuity program that charges a much larger monthly fee for additional, unordered shipments of the products. Additionally, Consumers are frequently charged for add-on products at the time of their "free trial" that have their own associated continuity plans. All of these continuity plans and added charges are administered without the knowledge or consent of the consumer. Consumers who seek refunds for these unexpected charges are often unable to obtain refunds due to the Defendants' previously undisclosed refund restrictions. Full explanation of this complex scheme, including the overwhelming evidence presented to the Court, has required a

TRO Memorandum of thirty-seven pages, twelve pages more than the twenty-five pages permitted by Civ. L.R. 7.1(h), in addition to the table of contents and table of cases required by that rule.

WHEREFORE, Plaintiffs respectfully request that the Court issue an Order granting Plaintiffs leave to file their TRO Memorandum in excess of twenty-five pages by approximately 12 pages.

Dated: June 22, 2018

Respectfully submitted,

Aldon F. Abbott
General Counsel

Samantha Gordon
Matthew H. Wernz
Federal Trade Commission
Midwest Region
230 South Dearborn Street, Suite 3030
Chicago, Illinois 60604
sgordon@ftc.gov
mwernz@ftc.gov
312-960-5623 (Gordon)
312-960-5596 (Wernz)

Attorneys for Plaintiff
Federal Trade Commission