## INDEX OF EXHIBITS

Exhibit                                                                                                                       Page

A     Receipts and Disbursement Summary ...................................................... 1

EXHIBIT A

## Triangle Media Receivership
## Receipts and Disbursements Summary
## June 29, 2018 through November 9, 2018

| | | | |
|---|---|---|---|
| Receipts | | | |
|   Assets Transferred | | $ | 2,910,303.37 |
|     (Proceeds collected from payment processors, | | | |
|      frozen bank accounts, and Defendant Hardwire | | | |
|      Interactive's Hong Kong bank account) | | | |
|   Sale of Brian Phillips' House | | $ | 497,686.49 |
|   Sale of Equipment & Furniture | | $ | 1,969.50 |
|   Receivership Money Market Acct. Interest | | $ | 1,287.58 |
| Total Receipts | | $ | 3,411,246.94 |
| | | | |
| Disbursements | | | |
|   Release of Funds to B. Phillips* | | $ | (39,200.00) |
|   Professional Fees | | $ | (166,984.64) |
|     Receiver's Fees and Costs | $ (81,909.39) | | |
|     Legal Fees and Costs | $ (61,166.39) | | |
|     IT Consultants | $ (15,741.36) | | |
|     Forensic Accountants | $ (8,167.50) | | |
|   Private Investigators | | $ | (459.00) |
| Total Disbursements | | $ | (206,643.64) |
| | | | |
| Net Cash at 11/09/2018 | | $ | 3,204,603.30 |

\* In accordance with Preliminary Injunction [75], page 11, lines 17-23.