# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>TRIANGLE MEDIA CORPORATION;<br>JASPER RAIN MARKETING LLC;<br>HARDWIRE INTERACTIVE INC.; and<br>BRIAN PHILLIPS<br><br>　　　　　　　　　Defendants. | CASE NO. 18cv1388-LAB (LL)<br><br>**ORDER GRANTING RECEIVER'S UNOPPOSED SECOND INTERIM FEE APPLICATION [Dkt. 93]** |

Thomas W. McNamara, as court-appointed Temporary Receiver ("Receiver"), has applied to the Court for approval to pay invoices for fees and expenses of the Receiver and his professionals for the receivership for the period of August 1, 2018 through October 31, 2018. Dkt. 93. Thomas W. McNamara was initially appointed Temporary Receiver of the Receivership Entities by the Temporary Restraining Order ("TRO") entered June 29, 2018. Dkt. 11. This appointment was confirmed, and the temporary designation removed, by the Preliminary Injunction ("PI") entered August 24, 2018. Dkt. 75.

Section XVII (H) of the PI authorizes the Receiver to "[c]hoose, engage, and employ attorneys, accountants, appraisers, and other independent contractors and technical specialists, as the Receiver deems advisable or necessary in the performance

of duties and responsibilities under the authority granted by this Order." Dkt. 75 at 18. Section XXII of the PI also provides that the "Receiver and all personnel hired by the Receiver as herein authorized, including counsel to the Receiver and accountants, are entitled to reasonable compensation for the performance of duties pursuant to this Order and for the cost of actual out-of-pocket expenses incurred by them, from the Assets now held by, in the possession or control of, or which may be received by, the Receivership Entities." Dkt. 75 at 24.

Having reviewed the unopposed application and exhibits submitted in support, and good cause appearing, the Court **APPROVES** the Receiver's application for the following payment of fees and expenses for the period of August 1, 2018 through October 31, 2018:

1. **$56,212.00** fees of the Receiver and staff to be paid to Thomas W. McNamara dba Regulatory Resolutions;
2. **$35,070.00** fees and **$1,383.94** expenses of the Receiver's counsel, McNamara Smith LLP;
3. **£2,220.50** fees of the Receiver's United Kingdom counsel, NME Law Limited; and
4. **$562.50** fees of the Receiver's IT consultant, The Computer Admin.

The Receiver is authorized to pay such sums out of assets of the Receivership Entities.

**IT IS SO ORDERED**.

Dated: December 3, 2018

**HONORABLE LARRY ALAN BURNS**
United States District Judge