# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>         Plaintiff,<br><br>vs.<br><br>TRIANGLE MEDIA CORPORATION;<br>JASPER RAIN MARKETING LLC;<br>HARDWIRE INTERACTIVE INC.; and<br>BRIAN PHILLIPS<br><br>         Defendants. | CASE NO. 18cv1388-LAB (LL)<br><br>**ORDER GRANTING RECEIVER'S UNOPPOSED MOTION FOR ORDER APPROVING AND CONFIRMING SALE OF REAL PROPERTY [Dkt. 108]** |

Thomas W. McNamara, as court-appointed Receiver, has applied to the Court for an order approving the sale of real property. Oppositions to McNamara's motion were due March 11, 2019, but none were filed.[1] Having reviewed the moving and supporting documents, and for good cause shown:

The sale of 1350 Columbia Street, Unit 302, San Diego, California from Receivership Entity Flat6 Development, LLC to Jacko Properties, LLC for $480,000 is **APPROVED** and **CONFIRMED** without further notice, hearing, order, or overbidding.

**IT IS SO ORDERED**.

Dated: March 14, 2019

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge

---

[1] The Court finds this matter suitable for disposition without oral argument and **VACATES** the March 25, 2019 hearing. LR 7.1(d).