# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TRIANGLE MEDIA CORPORATION; JASPER RAIN MARKETING LLC; HARDWIRE INTERACTIVE INC.; and BRIAN PHILLIPS,<br><br>Defendants. | Case No. 18cv01388-LAB-LL<br><br>**ORDER GRANTING RECEIVER'S UNOPPOSED THIRD INTERIM FEE APPLICATION [Dkt. 146]** |

Thomas W. McNamara, as court-appointed Receiver ("Receiver"), has applied to the Court for approval to pay invoices for fees and expenses of the Receiver and his professionals for the receivership.

Thomas W. McNamara was initially appointed Temporary Receiver of the Receivership Entities by the Temporary Restraining Order ("TRO") entered June 29, 2018 (ECF No. 11). The appointment was confirmed, and the temporary designation removed, by the Preliminary Injunction entered August 24, 2018. Dkt. 75.

Section XVII(H) of the Preliminary Injunction authorizes the Receiver to "[c]hoose, engage, and employ attorneys, accountants, appraisers, and other independent contractors and technical specialists, as the Receiver deems advisable or necessary in the performance of duties and responsibilities under the authority granted by this Order." *Id.* at 18. Section XXII of the PI further provides that the

"Receiver and all personnel hired by the Receiver as herein authorized, including counsel to the Receiver and accountants, are entitled to reasonable compensation for the performance of duties pursuant to this Order and for the cost of actual out-of-pocket expenses incurred by them, from the Assets now held by, in the possession or control of, or which may be received by, the Receivership Entities." *Id.* at 24.

The Court has reviewed the Receiver's Declaration and supporting documents, and is satisfied with the Receiver's application. The Court **APPROVES** payment of the following requested amounts for fees and expenses for the twenty-two month period of November 1, 2018 through August 31, 2020:

1. **$34,618.50** fees and **$30.00** expenses of the Receiver and staff to be paid to Thomas W. McNamara dba Regulatory Resolutions;
2. **$55,870.00** fees and **$19,081.42** expenses of the Receiver's counsel, McNamara Smith LLP;
3. **£1,210.00** fees of the Receiver's U.K. counsel, NME Law Limited; and
4. **$3,150.00** fees of IT consultant, The Computer Admin.

**IT IS SO ORDERED.**

DATED: November 12, 2020

*Larry A. Burns*
Hon. Larry A. Burns
Chief United States District Judge