JONATHAN W. WARE
DC Bar No. 989414; VA Bar No. 77443
Federal Trade Commission
600 Pennsylvania Avenue NW, CC-9528
Washington, DC 20580
Tel: (202) 326-2726; Fax: (202) 326-3197
jware1@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **TRIANGLE MEDIA CORPORATION; JASPER RAIN MARKETING LLC; HARDWIRE INTERACTIVE INC.; GLOBAL NORTHERN TRADING LIMITED; BRIAN PHILLIPS; and DEVIN KEER,** <br><br> Defendants. | Case No. 18-cv-1388-LAB-LL <br><br> Judge:  Hon. Larry A. Burns <br><br> **NOTICE OF EX PARTE APPLICATION TO APPEAR BY TELEPHONE OR ZOOM AT THE JANUARY 24, 2022 HEARING ON THE MOTION TO INTERVENE BY NON-PARTIES WELLS FARGO & COMPANY AND WELLS FARGO BANK, NA (ECF NO. 153)** |

1    Pursuant to Orders of the Chief Judge No. 62-B, Local Rule 7.1(d)(2), and

2    Section 3(d) of Your Honor's Standing Order in Civil Cases, the Federal Trade

3    Commission ("FTC") respectfully applies to the Court to permit the FTC's

4    counsel, Jonathan W. Ware, to appear remotely at the hearing on the motion to

5    intervene by Non-Parties Wells Fargo & Company and Wells Fargo Bank, NA

6    (together, "Wells Fargo") that is currently scheduled to occur on January 24, 2022.

7    *See* ECF No. 153.   The FTC strongly discourages official travel by its attorneys

8    due to the evolving COVID-19 situation and FTC counsel would have to travel

9    from Washington, DC.  *See* Ex. A, Decl. of Jonathan W. Ware ¶¶ 3, 4.

10    Accordingly, the FTC requests that the Court permit counsel for the FTC to appear

11    at the January 24, 2022 hearing via Zoom or by telephone.

12    Counsel for Wells Fargo and counsel for the Court's appointed receiver,

13    Thomas McNamara, consent to this relief without prejudice to their ability to

14    appear in person.

15    Dated:  December 7, 2021            s/ Jonathan W. Ware

16                                       JONATHAN W. WARE

17                                       DC Bar No. 989414; VA Bar No. 77443

                                         Federal Trade Commission

18                                       600 Pennsylvania Avenue NW, CC-9528

19                                       Washington, DC 20580

                                         Tel: (202) 326-2726

20                                       Fax: (202) 326-3197

21                                       jware1@ftc.gov

22                                       Attorneys for Plaintiff

23                                       FEDERAL TRADE COMMISSION

24

25

26

27

28
                                    1
                                                    18-cv-1388-LAB (LL)
                   Notice of Ex Parte Application to Appear By Telephone or Zoom

**CERTIFICATE OF SERVICE**

I certify that on December 7th, 2021, I served the foregoing Plaintiff's Ex Parte Application To Appear By Telephone Or Zoom At the January 24, 2022 Hearing On the Motion to Intervene By Non-Parties Wells Fargo & Company and Wells Fargo Bank, NA (ECF No. 153), along with all related materials, to counsel of record through ECF.

s/ Jonathan W. Ware
JONATHAN W. WARE
