# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>TRIANGLE MEDIA CORPORATION;<br>JASPER RAIN MARKETING LLC;<br>HARDWIRE INTERACTIVE INC.; and<br>BRIAN PHILLIPS<br><br>Defendants. | CASE NO. 18cv1388-LAB-LL<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY BRIEFING SCHEDULE**<br>**[Dkt. 163]** |

Plaintiff Federal Trade Commission, Receiver Thomas M. McNamara, and Proposed Intervenors Wells Fargo & Company and Wells Fargo Bank, N.A. (together, "Wells Fargo") filed a stipulation purporting to revise the briefing schedule on Wells Fargo's Motion to Intervene. The Court construes that stipulation as a joint motion under CivLR 7.2(b). The Court finds good cause for the proposed revision, so that motion is **GRANTED**.

Any opposition to Wells Fargo's Motion to Intervene must be filed on or before December 20, 2021. Any reply must be filed on or before January 10, 2022. This Order doesn't affect the hearing date for the Motion to Intervene.

In accordance with this District's General Filing Procedures, available at https://www.casd.uscourts.gov/attorney/filing-procedures.aspx, any proposed order

/ / /

/ / /

accompanying a future motion should be submitted via e-mail as a separate document in an editable word processing format.

**IT IS SO ORDERED**.

Dated: December 13, 2021

**HON. LARRY ALAN BURNS**
United States District Judge