# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                      Plaintiff,<br><br>vs.<br><br>TRIANGLE MEDIA CORPORATION; JASPER RAIN MARKETING LLC; HARDWIRE INTERACTIVE INC.; and BRIAN PHILLIPS<br><br>                     Defendants. | CASE NO. 18cv1388-LAB-LL<br><br>**ORDER GRANTING EX PARTE APPLICATION TO APPEAR REMOTELY BY VIDEOCONFERENCE [Dkt. 162]** |

      Plaintiff Federal Trade Commission has moved for an order permitting its Washington, D.C.-based counsel to attend the January 24, 2021 hearing on Wells Fargo's Motion to Intervene via videoconference. In support, the FTC cites the ongoing COVID-19 pandemic and the FTC's policy discouraging official travel by its attorneys. Counsel for the movant, Wells Fargo, and for the Receiver, Thomas McNamara, consent to this relief. The Court finds good cause for the requested relief, so the motion is **GRANTED**. (Dkt. 162). The FTC may appear via videoconference at the January 24, 2021 hearing. The Court will circulate videoconference information in the week prior to that hearing.

      In accordance with this District's General Filing Procedures, available at https://www.casd.uscourts.gov/attorney/filing-procedures.aspx, any proposed order

/ / /

/ / /

accompanying a future motion should be submitted via e-mail as a separate document in an editable word processing format.

**IT IS SO ORDERED**.

Dated: December 13, 2021

*Larry A. Burns*
**HON. LARRY ALAN BURNS**
United States District Judge