Logan D. Smith (SBN 212041)
lsmith@mcnamarallp.com
Cornelia J. B. Gordon (SBN 320207)
cgordon@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Court-Appointed Receiver
Thomas W. McNamara*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>               Plaintiff,<br><br>        v.<br><br>TRIANGLE MEDIA CORPORATION, a Delaware corporation, also doing business as Triangle CRM, Phenom Health, Beauty and Truth, and E-Cigs; JASPER RAIN MARKETING LLC, a California limited liability company, also doing business as Cranium Power and Phenom Health; HARDWIRE INTERACTIVE INC., a British Virgin Islands corporation, also doing business as Phenom Health, Beauty and Truth, and E-Cigs; and BRIAN PHILLIPS, individually and as an officer of Triangle Media Corporation,<br><br>               Defendants. | Case No. 3:18-cv-01388-LAB-LL<br><br>**RECEIVER'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPPOSITION TO PROPOSED INTERVENORS WELLS FARGO & COMPANY AND WELLS FARGO BANK N.A.'S MOTION TO INTERVENE**<br><br>JUDGE:   Hon. Larry A. Burns<br>CTRM:    14A |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that in support of Receiver Thomas W. McNamara's Opposition (ECF No. 168) to Proposed Intervenors Wells Fargo & Company and Wells Fargo Bank N.A.'s Motion to Intervene, the Receiver submits for the Court's consideration the "Order Denying Proposed Intervenors' Motion to Intervene," issued by the Central District of California on March 10, 2022.  *See Federal Trade Commission v. Apex Capital Group, LLC, et al.*, No. 2:18-cv-09573 JFW (JPRx), ECF No. 238 (C.D. Cal. Mar. 10, 2022) (attached hereto as Exhibit 1).

Dated:  March 10, 2022                    MCNAMARA SMITH LLP

By:    /s/ Logan D. Smith
       Logan D. Smith
       Email: lsmith@mcnamarallp.com
       *Attorneys for Court-Appointed Receiver, Thomas W. McNamara*